# Jill Manning

| | |
|---|---|
| **From:** | Sheffield-Whitehead, Kristin <kwhitehead@kirkland.com> |
| **Sent:** | Friday, August 25, 2017 4:53 PM |
| **To:** | Jill Manning; Deeley, Elizabeth L. |
| **Cc:** | Warshaw, Daniel L.; Austin Curry; David Tejtel; Suneel Jain |
| **Subject:** | RE: Grace, et al. v. Apple, Inc. |
| **Attachments:** | KE Edits to Plaintiffs' Proposed Search Terms 8-25-2017.docx |

Jill,

Please see the attached revisions to Plaintiffs' proposed search terms, and please note that these are subject to further refinement. Please also note that Apple disagrees with Plaintiffs' use of the terms "FaceTime Break," "Performance Issues," "Relay Usage," and "Value of FaceTime" in the headings in this document, and Apple's use of this document to confer with respect to search terms is in no way an admission or concession that the use of those terms is either accurate or appropriate. Rather, we have left the headings in to help facilitate discussion of certain "categories" of search terms, as detailed below.

Our edits are aimed at making Plaintiffs' proposed search terms more useful for the parties in targeting documents relevant to the claims and defenses in this case and keeping in mind Federal Rule of Civil Procedure 26's proportionality requirement. To that end, and as you'll see, there are two categories where search terms are neither helpful nor necessary. The first is what Plaintiffs have deemed as terms "Targeting Documents Relating to iOS 7 Performance Issues." The search terms Plaintiffs have proposed for that category are vastly overbroad, and even with further limitations are very likely to return large volumes of irrelevant documents. We think there is a different approach the parties can engage in here, which we can discuss during our next meet and confer.

The second category is what Plaintiffs have deemed as terms "Targeting Documents Relating to the Value of FaceTime." Search terms are not helpful or necessary for this category either, and we can discuss that further during our next meet and confer, too.

Let's plan to schedule a meet and confer after you've had an opportunity to review our edits here and our forthcoming responses and objections, so that we can discuss everything together rather than piecemeal.

Regards,
Kristin

**Kristin Sheffield-Whitehead**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
T +1 415 439 1420   M +1 310 927 0910
F +1 415 439 1500

kristin.sheffield-whitehead@kirkland.com

**From:** Jill Manning [mailto:jmanning@steyerlaw.com]
**Sent:** Tuesday, August 22, 2017 4:14 PM
**To:** Sheffield-Whitehead, Kristin <kwhitehead@kirkland.com>; Deeley, Elizabeth L. <edeeley@kirkland.com>
**Cc:** Warshaw, Daniel L. <dwarshaw@pswlaw.com>; Austin Curry <acurry@caldwellcc.com>; David Tejtel <dtejtel@fotpllc.com>; Suneel Jain <sjain@steyerlaw.com>
**Subject:** RE: Grace, et al. v. Apple, Inc.

1

Beth & Kristin,

I'm writing to follow up on the draft search terms we sent to you last week. Please let us know when you are available to discuss. We also would like you to share the details of Apple's rolling production that will begin on August 28. Thank you.

Jill M. Manning
Steyer Lowenthal Boodrookas
Alvarez & Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
main:    415.421.3400
direct:  415.743.2824
fax:     415.421.2234
email:   jmanning@steyerlaw.com
web:     www.steyerlaw.com

🖶 Please consider the environment before printing this email.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Jill Manning
**Sent:** Monday, August 14, 2017 2:57 PM
**To:** 'Sheffield-Whitehead, Kristin' <kwhitehead@kirkland.com>; Deeley, Elizabeth L. <edeeley@kirkland.com>
**Cc:** Warshaw, Daniel L. <dwarshaw@pswlaw.com>; Austin Curry <acurry@caldwellcc.com>; David Tejtel <dtejtel@fotpllc.com>; Suneel Jain <sjain@steyerlaw.com>
**Subject:** RE: Grace, et al. v. Apple, Inc.

Kristin,

Attached is Plaintiffs' draft of proposed search terms. In response to your request below that Plaintiffs keep in mind Apple's concerns about over-breadth, I note that Plaintiffs invited Apple to prepare the first draft of search terms because Apple has access to the relevant terminology and documents, and has knowledge of its systems and databases that contain discoverable ESI. To the extent Apple believes Plaintiffs' search terms are overbroad (or otherwise inappropriate), it should: a) explain why and include results from testing the search terms; and b) provide a counter proposal. Plaintiffs look forward to a prompt and meaningful meet and confer with cooperative exchanges of information as contemplated by the Northern District's ESI guidelines. Thank you.

Jill M. Manning
Steyer Lowenthal Boodrookas
Alvarez & Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
main:    415.421.3400
direct:  415.743.2824
fax:     415.421.2234
email:   jmanning@steyerlaw.com
web:     www.steyerlaw.com

🖶 Please consider the environment before printing this email.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Sheffield-Whitehead, Kristin [mailto:kwhitehead@kirkland.com]
**Sent:** Thursday, August 10, 2017 4:56 PM
**To:** Jill Manning <jmanning@steyerlaw.com>; Deeley, Elizabeth L. <edeeley@kirkland.com>
**Cc:** Warshaw, Daniel L. <dwarshaw@pswlaw.com>; Austin Curry <acurry@caldwellcc.com>; David Tejtel <dtejtel@fotpllc.com>; Suneel Jain <sjain@steyerlaw.com>
**Subject:** RE: Grace, et al. v. Apple, Inc.

Jill,

As we discussed during our brief call yesterday, Plaintiffs are in the right position to suggest proposed search terms in the first instance, given that these are Plaintiffs' claims and document requests. We therefore appreciate that Plaintiffs have agreed to provide a draft of proposed search terms so that we can discuss them.

As you draft them, please keep in mind the discussions the parties have already had during our various meet and confers. In particular, through discussing the initial case management conference statement and the parties' ESI and protective order stipulations, we have stated Apple's positions regarding the over-breadth of the discovery Plaintiffs are seeking, including ways in which we believe discovery should be narrowed in scope to focus on just the claims and defenses at issue in this case. We think it will be helpful and efficient for both parties if the list of proposed search terms takes these discussions into account.

In terms of availability, that Friday time doesn't work for us, but we are available Monday 12-2 PM. Please let me know if there's a window in there that works for you.

Regards,
Kristin

**Kristin Sheffield-Whitehead**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
T +1 415 439 1420   M +1 310 927 0910
F +1 415 439 1500

kristin.sheffield-whitehead@kirkland.com

**From:** Jill Manning [mailto:jmanning@steyerlaw.com]
**Sent:** Thursday, August 10, 2017 2:43 PM
**To:** Sheffield-Whitehead, Kristin <kwhitehead@kirkland.com>; Deeley, Elizabeth L. <edeeley@kirkland.com>
**Cc:** Warshaw, Daniel L. <dwarshaw@pswlaw.com>; Austin Curry <acurry@caldwellcc.com>; David Tejtel <dtejtel@fotpllc.com>; Suneel Jain <sjain@steyerlaw.com>
**Subject:** RE: Grace, et al. v. Apple, Inc.

Beth & Kristin,

Yesterday, Kristin and I spoke briefly. I requested that Apple send to us a draft of proposed search terms. Kristin stated that Apple prefers Plaintiffs prepare the first draft. In the interest of moving this along, despite our belief that Apple is in a better position to draft search terms, we will send over a first draft of search terms to start the discussion.

We are available tomorrow (Friday) from 1pm-2pm PDT to discuss the draft Joint Case Management Statement and prioritizing discovery. Please let us know if you are available. Thank you.

Jill M. Manning
Steyer Lowenthal Boodrookas
Alvarez & Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
main:    415.421.3400
direct:  415.743.2824
fax:     415.421.2234
email:   jmanning@steyerlaw.com
web:     www.steyerlaw.com

🖨 Please consider the environment before printing this email.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Sheffield-Whitehead, Kristin [mailto:kwhitehead@kirkland.com]
**Sent:** Wednesday, August 09, 2017 10:46 AM
**To:** Jill Manning <jmanning@steyerlaw.com>; Deeley, Elizabeth L. <edeeley@kirkland.com>
**Cc:** Warshaw, Daniel L. <dwarshaw@pswlaw.com>; Austin Curry <acurry@caldwellcc.com>; David Tejtel <dtejtel@fotpllc.com>; Suneel Jain <sjain@steyerlaw.com>
**Subject:** RE: Grace, et al. v. Apple, Inc.

Jill,

Thanks so much for following up, and apologies -- as Beth mentioned, I just got back from vacation and have been catching up (and unfortunately have been dealing with some personal family issues as well). I'll give you a call a little later this afternoon.

**Kristin Sheffield-Whitehead**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
T +1 415 439 1420  M +1 310 927 0910
F +1 415 439 1500

kristin.sheffield-whitehead@kirkland.com

**From:** Jill Manning [mailto:jmanning@steyerlaw.com]
**Sent:** Tuesday, August 8, 2017 7:41 PM
**To:** Deeley, Elizabeth L. <edeeley@kirkland.com>; Sheffield-Whitehead, Kristin <kwhitehead@kirkland.com>
**Cc:** Warshaw, Daniel L. <dwarshaw@pswlaw.com>; Austin Curry <acurry@caldwellcc.com>; David Tejtel <dtejtel@fotpllc.com>; Suneel Jain <sjain@steyerlaw.com>
**Subject:** RE: Grace, et al. v. Apple, Inc.

Beth & Kristin,

I'm following up on the email I sent to you last week requesting a time to meet and confer regarding search terms. I have not yet heard from Kristin about scheduling a date. In addition, there are a number of items we need to discuss in

4

advance of the next Case Management Conference on August 23, 2017. Our Joint Case Management Statement is due for filing on August 16. We took the liberty of preparing a first draft to guide the discussion. Please let us know when Apple is available this week to discuss both search terms and the Joint statement. Thank you.

Jill M. Manning
Steyer Lowenthal Boodrookas
Alvarez & Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
main:    415.421.3400
direct:  415.743.2824
fax:     415.421.2234
email:   jmanning@steyerlaw.com
web:     www.steyerlaw.com

🌱 Please consider the environment before printing this email.
NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.


**From:** Deeley, Elizabeth L. [mailto:edeeley@kirkland.com]
**Sent:** Thursday, August 03, 2017 5:49 PM
**To:** Jill Manning <jmanning@steyerlaw.com>; Sheffield-Whitehead, Kristin <kwhitehead@kirkland.com>
**Cc:** Warshaw, Daniel L. <dwarshaw@pswlaw.com>; Austin Curry <acurry@caldwellcc.com>; David Tejtel <dtejtel@fotpllc.com>
**Subject:** RE: Grace, et al. v. Apple, Inc.

Hi Jill,

We agree that the response date for the RFP's is Aug. 28.  Kristin is out this week.  When she's back, we'll get back to you about a call.

Thanks,
Beth


**Elizabeth Deeley**

**KIRKLAND & ELLIS LLP**
555 California Street, San Francisco, CA 94104
T +1 415 439 1861
F +1 415 439 1500

elizabeth.deeley@kirkland.com

**From:** Jill Manning [mailto:jmanning@steyerlaw.com]
**Sent:** Wednesday, August 2, 2017 1:39 PM
**To:** Deeley, Elizabeth L. <edeeley@kirkland.com>; Sheffield-Whitehead, Kristin <kwhitehead@kirkland.com>
**Cc:** Warshaw, Daniel L. <dwarshaw@pswlaw.com>; Austin Curry <acurry@caldwellcc.com>; David Tejtel <dtejtel@fotpllc.com>
**Subject:** Grace, et al. v. Apple, Inc.

Hi Beth,

Given Judge Koh's July 28, 2017 order denying Apple's motion to dismiss and the language in her CMO (Dkt. 54), we consider the discovery stay lifted. Please confirm that Apple will respond to Plaintiffs' First Request for Production of Documents (served on May 8), within 30 days from July 28, 2017. In addition, we would like to set up a time to negotiate search terms. Please let us know when you are available. However, we believe that Apple can and should produce documents responsive to many of the Requests (including, but not limited to, Request Nos. 22 and 23) by August 28 regardless of the status of search term negotiations. Thank you.

Jill M. Manning
Steyer Lowenthal Boodrookas
Alvarez & Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
main:     415.421.3400
direct:   415.743.2824
fax:      415.421.2234
email:    jmanning@steyerlaw.com
web:      www.steyerlaw.com

🌿 Please consider the environment before printing this email.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.