## *Grace v. Apple* – Plaintiffs' Proposed ESI Search Terms

**Search Terms Targeting Documents Relating to the FaceTime Break**

(FaceTime or "Face Time" or "FT" or Venice) **/100** (break! or brok! or interrup! or expir! or glitch! or discontinu! or suspen! or forc! or screw! or certificate or expir! or bug! or reject! or unauthoriz! or fail!)

(iOS4 or "iOS 4" or iOS4! or (iOS /2 4!) or Apex or Baker or Jasper or Phoenix or Durango or iOS5 or "iOS 5" or iOS5! or (iOS /2 5!) or Telluride or Hoodoo or iOS6 or "iOS 6" or iOS6! or (iOS /2 6!) or Sundance or Brighton or Brightonmaps or iOS7 or "iOS 7" or iOS7! or (iOS /2 7!) or Innsbruck or Sochi) **AND** certificate **AND** (expir! or bug or fail! or authent!)

**Search Terms Targeting Documents Relating to iOS 7 Performance Issues**

(iOS7 or "iOS 7" or iOS7! or (iOS /2 7!) or Innsbruck or Sochi) **AND** ("iPhone 4" or "iPhone4" or "iPhone 4s" or "iPhone4S" or N90 or N94) **AND** (complain! or malfunctio! or freez! or froz! or flaw! or fail! or brick! or buckl! or lock! or crash! or slow! or bog! or unusable or usab! or errati! or problem! or harm! or impair! or reduc! or drain! or nonresponsiv! or non-responsiv! or unresponsiv! or un-responsiv! or annoy! or frustrat! or regress! or delay! or defect! or lose or lost or gray! or grey! or damag! or sluggis! or lag! or latency or die! or decreas! or wors! or "doesn't work" or "not work" or bug! or incompatib! or hitch or glitch! or run! or issue! or half)

**Search Terms Targeting Documents Relating to Relay Usage**

(relay or Akamai) **AND** (reduc! or p2p or "peer to peer" or usage or leve! or utiliz! or capacity or traffic or bandwidth or Gbps or bps or gigabits or cost or fees)

(FaceTime or "Face Time" or "FT" or Venice) **AND** (VirnetX or verdict or judgment or judge or court or patent or infring! or jury or 368.2 or 368,200,000 or royalt!)

**Search Terms Targeting Documents Relating to Potential Fixes for the FaceTime Break**

(FaceTime or "Face Time" or FT or Venice) **AND** ("iOS 6.1.6" or "iOS6.1.6" or Brightonmaps or fix! or restor! or repair or resolv!)

**Search Terms Targeting Documents Relating to the Value of FaceTime**

(FaceTime or "Face Time" or "FT" or Venice) **AND** (valu! or revenue or profit or pric! or cost or economi! or trade-in or resale)

(FaceTime or "Face Time" or "FT" or Venice) **AND** ("iPhone 4" or "iPhone4" or "iPhone 4s" or "iPhone4S" or N90 or N94) **AND** (valu! or revenue or profit or pric! or cost or economi!)

("iPhone 4" or "iPhone4" or "iPhone 4s" or "iPhone4S" or N90 or N94) **/30** (trade-in or resale or resell!)