## *Grace v. Apple* – **Plaintiffs' Revised Proposed ESI Search Terms**

**Search Terms Targeting Documents Relating to the FaceTime Break**

(FaceTime or "Face Time" or "FT" or Venice) **/100** (break! or brok! or interrup! or expir! or glitch! or discontinu! or suspen! or forc! or screw! or certificate or bug! or reject! or unauthoriz! or fail!)

(iOS4 or "iOS 4" or iOS4! or (iOS /2 4!) or Apex or Baker or Jasper or Phoenix or Durango or iOS5 or "iOS 5" or iOS5! or (iOS /2 5!) or Telluride or Hoodoo or iOS6 or "iOS 6" or iOS6! or (iOS /2 6!) or Sundance or Brighton or Brightonmaps or iOS7 or "iOS 7" or iOS7! or (iOS /2 7!) or Innsbruck or Sochi) **AND** ((cert! or "device CA" or deviceCA or subCA or (sub /2 CA)) **/p** (expir! or bug or fail! or authent!))

(rdar or ID) **AND** (14547073 or 14838041 or 14967116 or 15055573 or 15172439 or 15210742 or 15210764 or 15237461 or 15237513 or 15237605 or 15237621 or 15238636 or 15238641 or 15239487 or 15241305 or 15347810 or 15347841 or 15383494 or 15383537 or 15383568 or 15383587 or 16471912 or 16478085 or 16645112 or 16648516 or 16648675 or 17824552 or 18260073 or 24030355)

**Search Terms Targeting Documents Relating to iOS 7 Performance Issues**

(iOS7 or "iOS 7" or iOS7! or (iOS /2 7!) or Innsbruck or Sochi) **AND** ("iPhone 4" or "iPhone4" or "iPhone 4s" or "iPhone4S" or N90 or N94) **/200** (complain! or malfunction! or freez! or froz! or flaw! or fail! or problem! or buckl! or lock! or crash! or slow! or bog! or unusable or usab! or errati! or impair! or reduc! or (battery /s (drain! or kill!)) or nonresponsiv! or non-responsiv! or unresponsiv! or un-responsiv! or delay! or defect! or lose or lost or damag! or sluggis! or lag! or latency or die! or "doesn't work" or "not work" or bug! or incompatib! or hitch! or glitch! or issue! or ((processor or RAM or memory) **/p** (overload! or perform! or capacity)))

**Search Terms Targeting Documents Relating to Relay Usage**

(FaceTime or "Face Time" or "FT" or Venice) **AND** (relay or Akamai) **AND** (reduc! or p2p or "peer to peer" or usage or level! or utiliz! or capacity or traffic or bandwidth or Gbps or bps or gigabits or cost! or fees)

(FaceTime or "Face Time" or "FT" or Venice) **AND** (VirnetX or verdict or judgment or judge or court or patent or infring! or jury or 368.2 or 368,200,000 or royalt!)

**Search Terms Targeting Documents Relating to Potential Fixes for the FaceTime Break**

(FaceTime or "Face Time" or FT or Venice) **/200** ("iOS 6.1.6" or "iOS6.1.6" or Brightonmaps or fix! or restor! or repair or resolv!)

**Search Terms Targeting Documents Relating to the Value of FaceTime**

(FaceTime or "Face Time" or "FT" or Venice) **/200** (valu! or revenue or profit! or pric! or cost or economic! or trade-in or resale)

(FaceTime or "Face Time" or "FT" or Venice) **/200** ("iPhone 4" or "iPhone4" or "iPhone 4s" or "iPhone4S" or N90 or N94) **/200** (valu! or revenue or profit! or pric! or cost or economic!)

("iPhone 4" or "iPhone4" or "iPhone 4s" or "iPhone4S" or N90 or N94) **/30** (trade-in or resale or resell!)