1   STEYER LOWENTHAL BOODROOKAS
        ALVAREZ & SMITH LLP
2   Allan Steyer (State Bar No. 100318)
    Jill M. Manning (State Bar No. 178849)
3   D. Scott Macrae (State Bar No. 104663)
    One California Street, Suite 300
4   San Francisco, CA 94111
    Telephone: (415) 421-3400
5   Facsimile: (415) 421-2234
    asteyer@steyerlaw.com
6   jmanning@steyerlaw.com
    smacrae@bamlawlj.com
7
    PEARSON, SIMON & WARSHAW, LLP
8   Bruce L. Simon (State Bar No. 96241)
    Daniel L. Warshaw (State Bar No. 185365)
9   Alexander L. Simon (State Bar No. 305734)
    44 Montgomery Street, Suite 2450
10  San Francisco, CA 94104
    Telephone: (415) 433-9000
11  Facsimile:  (415) 433-9008
    bsimon@pswlaw.com
12  dwarshaw@pswlaw.com
    asimon@pswlaw.com
13
14  [Additional counsel listed on signature page]

15  *Counsel for Plaintiffs and*
    *Proposed Lead Counsel for the Class*
16

17                 UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                      SAN JOSE DIVISION

20                                        )
    CHRISTINA GRACE and KEN POTTER,       )
21  Individually and on Behalf of All Others  ) Case No. 5:17-cv-00551-LHK-NC
    Similarly Situated,                   )
22                                        )  **[PROPOSED] ORDER ON**
             Plaintiffs,                  )  **DISCOVERY DISPUTES**
23                                        )
         vs.                              )
24                                        )  Date:   November 8, 2017
    APPLE, INC.,                          )  Time: 1:00 PM
25                                        )  Courtroom: 7
             Defendant.                   )  Judge: Honorable Nathanael M. Cousins
26                                        )
                                          )
27  _____

28

                                1
               [PROPOSED] ORDER ON DISCOVERY DISPUTES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter comes before the Court on the Joint Letter Brief filed by the parties on November 3, 2017 (Dkt. No. 75).  Upon consideration of the Joint Letter Brief and exhibits thereto and the argument of the parties at the November 8, 2017 hearing, and good cause appearing therefore, the Court HEREBY ORDERS the following:

(1) Defendant Apple shall design and implement a discovery plan to diligently and in good faith produce documents on a rolling basis.  The discovery plan designed and implemented by Defendant Apple shall provide for the following interim deadlines:

    a.  By November 10, 2017, Defendant Apple shall share with Plaintiffs all search term analysis conducted on any and all potential search terms in this action to-date.  Further, for the duration of this action, Defendant Apple shall work cooperatively and in good faith with Plaintiffs in conducting and sharing with Plaintiffs additional search term analysis as appropriate;

    b.  As soon as practicable, and in any event no later than December 1, 2017, Defendant Apple shall produce all responsive, non-privileged documents that can be located without search terms;

    c.  As soon as practicable, and in any event no later than December 22, 2017, Defendant Apple shall complete its review of 50% of the total number of documents hit by search terms to be agreed upon by the parties (the "Search Terms"), and shall produce all responsive, non-privileged documents appearing in that initial 50% of documents hit by the Search Terms;

    d.  As soon as practicable, and in any event no later than February 2, 2018, Defendant Apple shall review the remaining 50% of the total number of documents hit by the Search Terms, and shall produce all responsive,

2

1    non-privileged documents appearing in that remaining 50% of documents

2    hit by the Search Terms; and

3        e.  Fourteen (14) days after each production deadline set forth in Defendant

4    Apple's discovery plan, Defendant Apple shall produce to Plaintiffs a

5    privilege log reflecting every document withheld or redacted on the basis

6    of attorney-client or attorney work product privilege to-date in this

7    action.

8    (2) By no later than November 15, 2017, Defendant Apple shall serve amended

9    responses and objections to Plaintiffs' First Request for Production of

10   Documents that (i) state, for each objection, whether Apple is or will be

11   withholding documents on the basis of such objection; and (ii) state, for each

12   request for documents, whether Apple will produce documents—including

13   electronically-stored information—in response to such request.

14

15   **IT IS SO ORDERED**.

16

17   Dated:

18

19

20                   _____
                **NATHANAEL M. COUSINS**
                **United States Magistrate Judge**

21

22

23

24

25

26

27

28

1

Submitted by:

2
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP

3
Allan Steyer (State Bar No. 100318)
Jill M. Manning (State Bar No. 178849)

4
D. Scott Macrae (State Bar No. 104663)
One California Street, Suite 300

5
San Francisco, CA 94111
Telephone: (415) 421-3400

6
asteyer@steyerlaw.com
jmanning@steyerlaw.com

7
smacrae@steyerlaw.com

8
PEARSON, SIMON & WARSHAW, LLP

9
Bruce L. Simon (State Bar No. 96241)
Daniel L. Warshaw (State Bar No. 185365)

10
Alexander L. Simon (State Bar No.
305734)

11
44 Montgomery Street, Suite 2450
San Francisco, CA 94104

12
Telephone: (415) 433-9000
bsimon@pswlaw.com
dwarshaw@pswlaw.com

13
asimon@pswlaw.com

14
FRIEDMAN OSTER & TEJTEL PLLC

15
David F.E. Tejtel (*admitted pro hac vice*)
240 East 79th Street, Suite A

16
New York, NY  10075
Telephone: (646) 661-5881

17
dtejtel@fotpllc.com

18
CALDWELL CASSADY & CURRY
Bradley W. Caldwell (*admitted pro hac*

19
*vice*)
Jason D. Cassady (*admitted pro hac vice*)

20
John Austin Curry (*admitted pro hac vice*)
2101 Cedar Springs Road, Suite 1000

21
Dallas, TX 75201
Telephone: (214) 888-4848

22
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com

23
acurry@caldwellcc.com

24
*Counsel for Plaintiffs and Proposed Lead*
*Counsel for the Class*

25

26

27

28

4

**CERTIFICATE OF SERVICE**

On November 8, 2017, I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system which will send notice of electronic filing to all

persons registered for ECF.

By:    */s/ Suneel Jain*
           Suneel Jain

[PROPOSED] ORDER ON DISCOVERY DISPUTES