STEYER LOWENTHAL BOODROOKAS
    ALVAREZ & SMITH LLP
Allan Steyer (State Bar No. 100318)
Jill M. Manning (State Bar No. 178849)
D. Scott Macrae (State Bar No. 104663)
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
asteyer@steyerlaw.com
jmanning@steyerlaw.com
smacrae@bamlawlj.com

PEARSON, SIMON & WARSHAW, LLP
Bruce L. Simon (State Bar No. 96241)
Daniel L. Warshaw (State Bar No. 185365)
Alexander L. Simon (State Bar No. 305734)
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com
dwarshaw@pswlaw.com
asimon@pswlaw.com

[Additional counsel listed on signature page]

*Counsel for Plaintiffs and
Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 5:17-cv-00551-LHK-NC <br><br> **ORDER ON DISCOVERY DISPUTES** <br><br> Date:   November 8, 2017 <br> Time: 1:00 PM <br> Courtroom: 7 <br> Judge: Honorable Nathanael M. Cousins |

This matter comes before the Court on the Joint Letter Brief filed by the parties on November 3, 2017 (Dkt. No. 75). Upon consideration of the Joint Letter Brief and exhibits thereto and the argument of the parties at the November 8, 2017 hearing, and good cause appearing therefor, the Court HEREBY ORDERS the following:

(1) Defendant Apple shall design and implement a discovery plan to diligently and in good faith produce documents on a rolling basis. The discovery plan designed and implemented by Defendant Apple shall provide for the following interim deadlines:

   a. By November 10, 2017, Defendant Apple shall share with Plaintiffs all search term analysis conducted on any and all potential search terms in this action to-date. Further, for the duration of this action, Defendant Apple shall work cooperatively and in good faith with Plaintiffs in conducting and sharing with Plaintiffs additional search term analysis as appropriate;

   b. As soon as practicable, and in any event no later than January 5, 2018, Defendant Apple shall produce all responsive, non-privileged documents that can be located without search terms, and Defendant Apple shall also abide by the following deadlines:

      i. As soon as practicable, and in any event no later than December 1, 2017, Defendant Apple shall produce (a) documents sufficient to show payments made by Apple to Akamai; (b) documents sufficient to show the trade-in value of iPhone 4 and 4S devices during the Relevant Time Period; (c) a report showing the number of iPhone 4 and 4S users who upgraded to iOS 7 from September 1, 2013 to September 30, 2014, and (d) an iTunes transaction database report that shows the iOS version used by each Apple

iPhone 4 and/or iPhone 4S user as identified by serial number for each of April 15th, 16th, and 17th of 2014;

　　ii. As soon as practicable, and in any event no later than December 5, 2017, Defendant Apple shall produce customer care log data related to customer problems or complaints with respect to iOS 7 on iPhone 4 and 4S devices;

　　iii. As soon as practicable, and in any event no later than December 15, 2017, Defendant Apple shall produce: (a) customer care log data related to FaceTime complaints on and after April 16, 2014; (b) all relevant source code, including source code showing how Apple's servers handled certificates for FaceTime both before and after April 16, 2014, source code showing how iOS 6.1.6 worked to restore FaceTime functionality on iPod touch (4th generation), and source code showing any changes made to iMessage (including but not limited to the creation of a sub-certificate authority) to address certificate expiration; and (c) an iTunes transaction database report that shows the iOS version used by each Apple iPhone 4 and/or iPhone 4S user as identified by serial number at any time beginning on April 16, 2014 or any time thereafter.

c. As soon as practicable, and in any event no later than December 22, 2017, Defendant Apple shall complete its review of 50% of the total number of documents hit by search terms to be agreed upon by the parties (the "Search Terms"), and shall produce all responsive, non-privileged documents appearing in that initial 50% of documents hit by the Search Terms;

    d. As soon as practicable, and in any event no later than February 2, 2018, Defendant Apple shall review the remaining 50% of the total number of documents hit by the Search Terms, and shall produce all responsive, non-privileged documents appearing in that remaining 50% of documents hit by the Search Terms; and

    e. Fourteen (14) days after each production deadline set forth in Defendant Apple's discovery plan, Defendant Apple shall produce to Plaintiffs a privilege log reflecting every document withheld or redacted on the basis of attorney-client or attorney work product privilege to-date in this action.

(2) By no later than November 21, 2017, Defendant Apple shall serve amended responses and objections to Plaintiffs' First Request for Production of Documents that (i) state, for each objection, whether Apple is or will be withholding documents on the basis of such objection; and (ii) state, for each request for documents, whether Apple will produce documents—including electronically-stored information—in response to such request.

**IT IS SO ORDERED**.

Dated:   November 13, 2017



GRANTED
Judge Nathanael M. Cousins

| | |
|---|---|
| Submitted by: | |
| | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |
| | Allan Steyer (State Bar No. 100318) |
| | Jill M. Manning (State Bar No. 178849) |
| | D. Scott Macrae (State Bar No. 104663) |
| | One California Street, Suite 300 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 421-3400 |
| | asteyer@steyerlaw.com |
| | jmanning@steyerlaw.com |
| | smacrae@steyerlaw.com |
| | |
| | PEARSON, SIMON & WARSHAW, LLP |
| | Bruce L. Simon (State Bar No. 96241) |
| | Daniel L. Warshaw (State Bar No. 185365) |
| | Alexander L. Simon (State Bar No. 305734) |
| | 44 Montgomery Street, Suite 2450 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 433-9000 |
| | bsimon@pswlaw.com |
| | dwarshaw@pswlaw.com |
| | asimon@pswlaw.com |
| | |
| | FRIEDMAN OSTER & TEJTEL PLLC |
| | David F.E. Tejtel (*admitted pro hac vice*) |
| | 240 East 79th Street, Suite A |
| | New York, NY 10075 |
| | Telephone: (646) 661-5881 |
| | dtejtel@fotpllc.com |
| | |
| | CALDWELL CASSADY & CURRY |
| | Bradley W. Caldwell (*admitted pro hac vice*) |
| | Jason D. Cassady (*admitted pro hac vice*) |
| | John Austin Curry (*admitted pro hac vice*) |
| | 2101 Cedar Springs Road, Suite 1000 |
| | Dallas, TX 75201 |
| | Telephone: (214) 888-4848 |
| | bcaldwell@caldwellcc.com |
| | jcassady@caldwellcc.com |
| | acurry@caldwellcc.com |
| | |
| | *Counsel for Plaintiffs and Proposed Lead Counsel for the Class* |

**CERTIFICATE OF SERVICE**

On November 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all persons registered for ECF.

By: */s/ Suneel Jain*
    Suneel Jain