R. Alexander Pilmer (SBN 166196)
Tanya L. Greene (SBN 267975)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile (213) 680-8500
Email: alexander.pilmer@kirkland.com
       tanya.greene@kirkland.com

Joseph A. Loy (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joseph.loy@kirkland.com

Joshua H. Lerner (SBN 220755)
Sonal N. Mehta (SBN 222086)
Eugene Novikov (SBN 257849)
Stephen Elkind (admitted *pro hac vice*)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300
Email: jlerner@durietangri.com
       smehta@durietangri.com
       enovikov@durietangri.com
       selkind@durietangri.com

Attorneys for Defendant
*Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | CASE NO. 5:17-CV-00551-LHK (NC)<br><br>**DECLARATION OF ALEX PILMER IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY A NATIONWIDE CLASS**<br><br>Judge: Hon. Lucy H. Koh<br>Dept.: Courtroom 8—4th Floor<br>Date: August 2, 2018<br>Time: 1:30 p.m. |

PILMER DECL. ISO DEFENDANT APPLE INC'S OPPO. TO MOTION FOR CLASS CERT.

CASE NO. 5:17-CV-00551-LHK (NC)

I, R. Alexander Pilmer, declare:

1. I have been a licensed attorney in the State of California since 1993. I am also a member of the New York State Bar. I have been a partner at Kirkland & Ellis LLP since 2000. I am admitted to practice before all Federal District Courts within the State of California, and the Southern District of New York. I am also admitted to the Second, Seventh, Ninth and Tenth Circuit Courts of Appeal. I have been admitted *pro hac vice* to appear in several state and federal courts throughout the country. In 2012, I was appointed by the Chief Judge of the Central District of California to serve on that district's standing committee on attorney discipline. I served two two-year terms in that position.

2. I make this declaration based upon matters within my own personal knowledge, and if called as a witness, I could and would competently testify on the matters set forth herein.

3. A true and correct copy of excerpts from the April 20, 2018 Deposition Transcript of Gokul Thirumalai is attached hereto as **Exhibit 2**.

4. A true and correct copy of excerpts from the June 12, 2018 Deposition Transcript of designated Rule 30(b)(6) witness, Brian Plott, on behalf of Best Buy is attached hereto as **Exhibit 3**.

5. A true and correct copy of Kellermann Deposition Exhibit 6, Bates-numbered APL-GRACE_0000001956, is attached hereto as **Exhibit 4**. Exhibit 4 is a spreadsheet authenticated by Beth Kellerman, Apple's litigation support manager and designated Rule 30(b)(6) witness for topics related to records management and information governance. Pilmer Ex. 22 (Kellerman Dep. Tr. at 13:15-20, 16:9-16). Ms. Kellerman testified she was familiar with the spreadsheet, the team that created it, and the source of the underlying data. *Id.* at 133:14-25. Exhibit 4 "is an iTunes transaction-driven report showing the number of U.S. iPhone 4 and 4S users who upgraded to iOS 7 from September 2013 to April 2015." Pilmer Ex. 23 (Deft. Apple Inc.'s Third Supp. Resp. and Obj. to Pltfs' Interrogatories, Set One, at 7-8).

6. A true and correct copy of Hale Deposition Exhibit 43, Bates-numbered APL-GRACE_0000011, is attached hereto as **Exhibit 5**.

7. A true and correct copy of Hale Deposition Exhibit 51, Bates-numbered APL-GRACE_0000015, is attached hereto as **Exhibit 6**.

8. A true and correct copy of excerpts from the May 31, 2018 Deposition Transcript of designated Rule 30(b)(6) witness, Andy Zeinfeld, on behalf of Brightstar is attached hereto as **Exhibit 7**.

9. A true and correct copy of Hastings Deposition Exhibit 8, which is an excerpt of trade-in data provided by AT&T pursuant to subpoena, is attached hereto as **Exhibit 8**.

10. A true and correct copy of excerpts from the May 18, 2018 Deposition Transcript of Christina Grace is attached hereto as **Exhibit 9**.

11. A true and correct copy of excerpts from the May 30, 2018 Deposition Transcript of Ken Potter is attached hereto as **Exhibit 11**.

12. A true and correct copy of an email received from Jim Sevel of San Diego Digital Forensics on April 25, 2018 is attached hereto as **Exhibit 14**.

13. A true and correct copy of excerpts from the June 8, 2018 Deposition Transcript of Dr. Justine Hastings is attached hereto as **Exhibit 15**.

14. A true and correct copy of Plaintiffs' Responses to Apple's Third Set of Interrogatories is attached hereto as **Exhibit 16**.

15. A true and correct copy of excerpts from the June 12, 2018 Deposition Transcript of designated Rule 30(b)(6) witness, Christopher Hall, on behalf of AT&T is attached hereto as **Exhibit 17**.

16. A true and correct copy of excerpts from the April 18, 2018 Deposition Transcript of Dallas De Atley is attached hereto as **Exhibit 18**.

17. A true and correct copy of the Memorandum Opinion & Order (ECF No. 500), filed in *VirnetX Inc. v. Apple Inc.*, Case No. 12-cv-00855-RWS (E.D. Tex.), is attached hereto as **Exhibit 19**.

18. A true and correct copy of Kellermann Deposition Exhibit 6, Bates-numbered APL-GRACE_00001958, is attached hereto as **Exhibit 20**.  It is an excerpt from a spreadsheet authenticated by Beth Kellerman, Apple's litigation support manager and designated Rule 30(b)(6) witness for topics related to records management and information governance. Pilmer Ex. 22 (Kellerman Dep. Tr. at 13:15-20, 16:9-16). Ms. Kellerman testified she was familiar with the spreadsheet from which this Exhibit was extracted (*id.* at 127:11, 128:9-22), which "is an iTunes transaction-driven report that

shows the iOS version used by U.S. Apple iPhone 4 and/or 4S users as identified by serial number for each of April 15, 16th, and 17th of 2014." Pilmer Ex. 23 (Deft. Apple Inc.'s Third Supp. Resp. and Obj. to Pltfs' Interrogatories, Set One, at 7-8). The file from which the Exhibit was extracted shows the number of devices that were upgraded to iOS 7 on April 17, 2014.

19. A true and correct summary of Exhibit 4, Bates-numbered APL-GRACE_00001956, which aggregates the number of upgrades to iOS for each month from September 2013 through April 2015, is attached hereto as **Exhibit 21**. *See* FED. R. EVID. 1006.

20. A true and correct copy of excerpts from the February 14, 2018 Deposition Transcript of designated Rule 30(b)(6) witness Beth Kellermann is attached hereto as **Exhibit 22**.

21. A true and correct copy of excerpts from the May 22, 2018 deposition of David Hale on behalf of Akamai Technologies, Inc. is attached hereto as **Exhibit 24**.

22. A true and correct copy of Hale Deposition Exhibit 38, bates numbered APL-GRACE_00000022-30 is attached hereto as **Exhibit 25**.

23. A true and correct copy of Hale Deposition Exhibit 40, bates numbered AKAM-0025-28 is attached hereto as **Exhibit 26.**

24. A true and correct copy of the Hale Deposition Exhibit 45, bates numbered APL-GRACE_0000007-8 is attached hereto as **Exhibit 27**.

25. A true and correct copy of the Hale Deposition Exhibit 46, bates numbered AKAM-0016 is attached hereto as **Exhibit 28**.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on June 15, 2018 in Los Angeles, California.

                                              */s/ R. Alexander Pilmer*
                                              R. Alexander Pilmer