R. Alexander Pilmer (SBN 166196)
Tanya L. Greene (SBN 267975)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile (213) 680-8500
Email: alexander.pilmer@kirkland.com
        tanya.greene@kirkland.com

Joseph A. Loy (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joseph.loy@kirkland.com

Joshua H. Lerner (SBN 220755)
Sonal N. Mehta (SBN 222086)
Eugene Novikov (SBN 257849)
Stephen Elkind (admitted *pro hac vice*)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300
Email: jlerner@durietangri.com
        smehta@durietangri.com
        enovikov@durietangri.com
        selkind@durietangri.com

Attorneys for Defendant
*Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | CASE NO. 5:17-CV-00551-LHK (NC)<br><br>**DECLARATION OF AVI RUBIN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' CLASS CERTIFICATION MOTION** |

I, Aviel D. Rubin, declare as follows:

1.      I have been retained by counsel for Defendant Apple Inc. ("Apple") as an expert in connection with the above-captioned litigation.  I am filing this declaration in support of Apple's Opposition to Plaintiffs' Motion to Certify a Nationwide Class, and to provide the Court with technical background regarding the significance and relevance of certain evidence regarding Plaintiffs' iPhone 4 devices—namely, Plaintiff Grace's 16GB iPhone 4; Plaintiff Potter's 32 GB iPhone 4; and Plantiff Potter's 16 GB iPhone 4—in light of their allegations in this matter.

2.      I have knowledge of the matters stated in this declaration, and have collected and cited to relevant literature and evidence concerning the issues that arise in this litigation.  If called as a witness, I could and would competently testify on the matters set forth herein.

3.      Apple is compensating me at my regular hourly rate of $750 per hour. My compensation is in no way connected to the substance of my opinions or the outcome of this litigation.

4.      As part of my work, I reviewed the First Amended Complaint [Dkt. No. 36] (the "FAC"), and Plaintiffs' Notice of Motion and Motion to Certify a Nationwide Class [Dkt. No. 173-174] (the "Class Certification Motion"); the depositions of the plaintiffs and Apple engineers; Apple source code; and certain documents produced in the litigation.

**A.      Professional Background.**

5.      I possess the knowledge, skills, experience, training and the education to form an expert opinion and testimony in this matter. I have 27 years of experience in the field of computer science, and specifically in Internet and computer security. I received my Ph.D. in Computer Science and Engineering from the University of Michigan, Ann Arbor in 1994, with a specialty in computer security and cryptographic protocols. My thesis was entitled "Nonmonotonic Cryptographic Protocols" and concerned authentication in long-running networking operations.

6.      I will discuss my current position as a professor first, followed by a synopsis of my career and work from when I received my Ph.D. to the present.

7.      I am currently employed as Professor of Computer Science at Johns Hopkins University, where I perform research, teach graduate courses in computer science and related subjects, and supervise the research of Ph.D. candidates and other students. Courses I have taught include

Computer Network Fundamentals, Security and Privacy in Computing and Advanced Topics in Computer Security. I am also the Technical Director of the Johns Hopkins University Information Security Institute, the University's focal point for research and education in information security, assurance, and privacy. The University, through the Information Security Institute's leadership, has been designated as a Center of Academic Excellence in Information Assurance by the National Security Agency and leading experts in the field. The focus of my work over my career has been computer security, and my current research concentrates on systems and networking security, with special attention to software and network security.

8.      After receiving my Ph.D., I began working at Bellcore in its Cryptography and Network Security Research Group from 1994 to 1996. During this period, I focused my work on Internet and Computer Security. While at Bellcore, I published an article titled "Blocking Java Applets at the Firewall" (Martin, Ex. 1047) about the security challenges of dealing with JAVA applets and firewalls, and a system that we built to overcome those challenges.

9.      In 1997, I moved to AT&T Labs, Secure Systems Research Department, where I continued to focus on Internet and computer security. From 1995 through 1999, in addition to my work in industry, I served as Adjunct Professor at New York University, where I taught undergraduate classes on computer, network and Internet security issues.

10.     I stayed in my position at AT&T until 2003, when I left to accept a full-time academic position at Johns Hopkins University. The University promoted me to full professor with tenure in April 2004.

11.     I serve, or have served, on a number of technical and editorial advisory boards. For example, I served on the Editorial and Advisory Board for the International Journal of Information and Computer Security. I also served on the Editorial Board for the Journal of Privacy Technology. I have been Associate Editor of IEEE Security and Privacy Magazine, and served as Associate Editor of ACM Transactions on Internet Technology. I am currently an Associate Editor of the journal Communications of the ACM. I was an Advisory Board Member of Springer's Information Security and Cryptography Book Series. I have served in the past as a member of the DARPA Information Science and Technology Study Group, a member of the Government Infosec Science and Technology

Study Group of Malicious Code, a member of the AT&T Intellectual Property Review Team, Associate Editor of Electronic Commerce Research Journal, Co-editor of the Electronic Newsletter of the IEEE Technical Committee on Security and Privacy, a member of the board of directors of the USENIX Association, the leading academic computing systems society, and a member of the editorial board of the Bellcore Security Update Newsletter.

12.     I have spoken on information security and electronic privacy issues at more than 50 seminars and symposia. For example, I presented keynote addresses on the topics "Security of Electronic Voting" at Computer Security 2004 Mexico in Mexico City in May 2004; "Electronic Voting" to the Secure Trusted Systems Consortium 5th Annual Symposium in Washington, D.C. in December 2003; "Security Problems on the Web" to the AT&T EUA Customer conference in March, 2000; and "Security on the Internet" to the AT&T Security Workshop in June 1997. I also presented about hacking devices at the TEDx conference in October 2011 and gave another TEDx talk on the same topic in September 2015.

13.     I was founder and President of Independent Security Evaluators (ISE), a computer security consulting firm, from 2005-2011. In that capacity, I guided ISE through the qualification as an independent testing lab for Consumer Union, which produces Consumer Reports magazine. As an independent testing lab for Consumer Union, I managed an annual project where we tested all of the popular anti-virus products. Our results were published in Consumer Reports each year for three consecutive years. I am currently the founder and managing partner of Harbor Labs, a software and networking consulting firm.

14.     As is apparent from the above description, virtually my entire professional career has been dedicated to issues relating to information and network security. Moreover, through my consulting work and my work at AT&T and Bellcore, I am familiar with the practical aspects of designing, analyzing, and deploying security applications in network environments.

15.     I am a named inventor on 10 U.S. patents, all in the information security area. The patent numbers and titles as well as my co-inventors are listed on the attached curriculum vitae. Ex. 16.

16.     In March 2004, I was asked by the Federal Trade Commission to submit a report commenting on the viability and usefulness of a national do not e-mail registry. I submitted my report entitled "A Report to the Federal Trade Commission on Responses to Their Request for Information on Establishing a National Do Not E-mail Registry" on May 10, 2004.

17.     I have also testified before Congress regarding the security issues with electronic voting machines and in the United States Senate on the issue of censorship. I also testified in Congress on November 19, 2013, about security issues related to the government's Healthcare.gov web site.

18.     I am author or co-author of five books regarding information security issues: *Brave New Ballot*, Random House, 2006; *Firewalls and Internet Security* (second edition), Addison Wesley, 2003; *White-Hat Security Arsenal*, Addison Wesley, 2001; *Peer-to-Peer*, O'Reilly, 2001; and *Web Security Sourcebook*, John Wiley & Sons, 1997. I am also the author of numerous journal and conference publications.

19.     Additional details of my education and employment history, recent professional service, patents, publications, and other testimony are set forth in my current curriculum vitae, attached to this declaration as Ex.16.

**B.     iPhone 4 And iPhone 4S.**

20.     The iPhone 4 and iPhone 4S devices that Plaintiffs seek to include in the nationwide class are different physical devices with different technical specifications.

21.     Apple announced the iPhone 4 on June 7, 2010, and began selling it in the United States on June 24, 2010.  Apple initially shipped the iPhone 4 with iOS 4, which Apple at the time touted as "the newest version of the world's most advanced mobile operating system. With over 100 new features, it includes Multitasking, Folders, enhanced Mail, deeper Enterprise support and Apple's new iAd mobile advertising platform. With Multitasking, users can now instantly switch between any of their apps while preserving battery life. With Folders, users can easily organize their apps into collections by simply dragging one app on top of another. A folder is automatically created and named based on the category of apps selected. Users can change the name of any folder at any time. In addition, users can now customize their lock and home screens with an array of supplied wallpapers

or with any of the photos on their phone."[1]

22.     Apple announced the iPhone 4S over 1 year later on October 4, 2011, and began selling the iPhone 4S in the United States on October 14, 2011.  iPhone 4S initially shipped with iOS 5, which Apple at the time touted as "the world's most advanced mobile operating system, which includes over 200 new features including Notification Center, an innovative way to easily view and manage notifications in one place without interruption and iMessage™, a new messaging service that lets you easily send text messages, photos and videos between all iOS 5 users. iOS 5 will also be available as a free software update for iPhone 4 and iPhone 3GS customers allowing them to experience these amazing new features."[2]  iPhone 4S also introduced Siri, Apple's "intelligent assistant."  *Id.*

23.     One of the most notable differences between the iPhone 4 and iPhone 4S was the change from a single-core (iPhone 4) to a dual-core (iPhone 4S) processor.  The following comparison chart illustrates some of the other differences between the iPhone 4 and iPhone 4S:[3]

---

[1]  *See* https://www.apple.com/newsroom/2010/06/07Apple-Presents-iPhone-4/, attached as Ex. 1.

[2]  *See* https://www.apple.com/newsroom/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud/, attached as Ex. 2.

[3]  https://www.cnet.com/news/iphone-4-vs-iphone-4s-comparison-chart/.

| | **iPhone 4** | **iPhone 4S** |
|---|---|---|
| Dimensions | 4.5 inches tall by 2.3 inches wide by 0.37 inch thick; 4.8 ounces | 4.5 inches tall by 2.3 inches wide by 0.37 inch thick; 4.9 ounces |
| Display | 3.5-inch, 960x640-pixel Retina display | 3.5-inch, 960x640-pixel Retina display |
| Camera | 5-megapixel camera with LED flash, 720p HD video recording at 30fps; front-facing VGA camera | 8-megapixel camera with LED flash, 1080p HD video recording at 30fps, auto focus, face detection; front-facing VGA camera |
| Connectivity | Bluetooth 2.1; Wi-Fi (802.11b/g/n); GSM/UMTS/HSDPA/HSUPA; CDMA/EV-DO Rev. A | Bluetooth 4.0; Wi-Fi (802.11b/g/n); dual-mode world phone; GSM/UMTS /HSDPA/HSUPA; HSPA+; CDMA/EV-DO Rev. A |
| Processor | 1GHz ARM Cortex-A8 | Dual-core 1GHz A5 processor with dual-core graphics |
| Capacity | 8GB, 16GB, 32GB | 16GB, 32GB, 64GB |
| Location | Assisted GPS, digital compass, Wi-Fi, cellular | Assisted GPS, digital compass, Wi-Fi, cellular |
| Sensors | Three-axis gyro, accelerometer, proximity sensor, ambient light sensor | Three-axis gyro, accelerometer, proximity sensor, ambient light sensor |
| Battery life | 7 hours of talk time on 3G, 12.5 days of standby time; 40 hours audio playback; 10 hours video playback; 6 hours (3G)/10 hours (Wi-Fi) Internet use | 8 hours of talk time over 3G, 14 hours over 2G, 40 hours audio playback, 10 hours video playback, 6 hours (3G)/9 hours (Wi-Fi) |
| Carrier | AT&T, Verizon | AT&T, Verizon, Sprint |
| Pricing | $99 for 8GB, $199.99 for 16GB, $299.99 for 32GB | $199 for 16GB, $299 for 32GB, $399 for 32GB |
| Colors | Black, white | Black, white |

24.     In evaluating Plaintiffs' claims that the iPhone 4 and iPhone 4S devices, the technical specifications of the specific devices would be expected to produce different results. Notably, neither Plaintiff Grace nor Plaintiff Potter owned iPhone 4S devices and, to my knowledge, no iPhone 4S device has been produced by Plaintiffs for me to evaluate.

**C.     iOS Releases.**

25.     Software companies typically use major and minor version numbering in product releases.  Apple is similar in this regard.  A major release typically includes a substantial set of new features.  Minor releases, also known as point releases or dot releases, typically contain fewer major feature upgrades and more commonly contain stability, performance and security improvements. Apple typically includes new features only in major releases and it includes bug fixes and addresses known security issues in minor releases.

26. Apple released free of charge to its customers the following major and minor iOS version releases on the following dates:

- iOS 4 (June 21, 2010) with the release of the iPhone 4;

- iOS 5 (October 12, 2011) with the release of the iPhone 4S;

- iOS 6 (September 19, 2012) with the release of the iPhone 5;

- iOS 6.1.2 (February 19, 2013);

- iOS 6.1.3 (March 19, 2013);

- iOS 7 (September 18, 2013) with the release of the iPhone 5C and 5S;

- iOS 6.1.6 (February 21, 2014) for iPod Touch (4th generation);

- iOS 7.0.4 (November 14, 2014);

- iOS 7.0.6 (February 21, 2014);

- iOS 7.1 (March 10, 2014);

- iOS 7.1.1 (April 22, 2014);

- iOS 7.1.2 (June 30, 2014).

27. When a new version of Apple's iOS software has been released for any particular iOS device, such as iOS 7 for the iPhone 4, the software may notify the user of the available update. Users may also navigate to the settings icon within iOS, or use iTunes, to determine whether software updates are then available from Apple for the device.

**D.    Apple Recommends That Customers Upgrade To the Latest iOS Version.**

28. Apple recommends that users upgrade to the latest version of the iOS supported by the hardware.[4] This position makes sense for a number of reasons. First, Apple wants its customers to have safe user experiences and upgrading to the latest supported iOS ensures that Apple's consumers have the latest security patches. Second, software development is an iterative process with continued improvements and bug fixes. Accordingly, Apple's customers benefit from upgrading to the latest software when that software includes optimization. Third, Apple often releases new software features

---

[4]    https://www.apple.com/batteries/maximizing-performance/, attached hereto as Ex. 3 ("Apple software updates often include advanced energy-saving technologies, so always make sure your device is using the latest version of iOS….").

that were unavailable on earlier versions of the iOS.  Apple's customers benefit from the ability to use the newest feature set that Apple offers on its operating system.

29.     Indeed, it is apparent from the software release notes from the iOS versions at issue in this litigation that each of these benefits was at play in one or more versions of available free upgrades. For example, iOS 7 had certain bug fixes, a new design, multitasking improvements, camera improvements, photo improvements, Siri improvements, FaceTime audio calling, AirDrop, iTunes Radio, WiFi HotSpot 2.0 support, new ringtones and many more enhancements.[5] Importantly, iOS 7.0.4 included "[b]ug fixes and improvements, including a fix for an issue that causes FaceTime calls to fail for some users."[6] Thus, iPhone 4 devices running iOS 7.0.4 or later would not encounter issues making or receiving FaceTime calls.[7]

30.     iOS 7.0.6 also included data security improvements that addressed a vulnerability where "[a]n attacker with a privileged network position may capture or modify data in sessions protected by SSL/TLS" because "Secure Transport failed to validate the authenticity of the connection. This issue was addressed by restoring missing validation steps."[8]

31.     Similarly, iOS 7.1, released on March 10, 2014, fixed a bug that could occasionally cause a home screen crash, fixed display of Mail unread badge and provided continued user interface improvements, among other things. Importantly, iOS 7.1 also improved performance issues reported on iPhone 4.[9] And iOS 7.1.2 (the iOS version Plaintiff Potter's 16 GB iPhone runs) contained "bug fixes and security updates, including: • Improves iBeacon connectivity and stability • Fixes a bug with data transfer for some 3rd party accessories, including bar code scanners • Corrects an issue

---

[5]   https://support.apple.com/kb/dl1682?locale=en_US, attached hereto as Ex. 4.

[6]   https://support.apple.com/kb/dl1701?locale=en_US, attached hereto as Ex. 5; https://web.archive.org/web /20140425185401/http://support.apple.com/kb/TS5419, attached as Ex. 6 (Apple notifying customers experiecing issues making or receiving FaceTime calls after April 16, 2014 to update devices to the latest software available for their devices).

[7]   *See* Ex. 4; https://support.apple.com/en-us/HT202965, attached hereto as Ex. 7.

[8]   *See* https://support.apple.com/en-us/HT202934, attached hereto as Ex. 8; https://support.apple.com/kb/dl1723?locale=en_US, attached hereto as Ex. 9.

[9]   *See* https://support.apple.com/en-us/HT202935, attached hereto as Ex. 10; https://support.apple.com/kb/dl1732?locale=en_US, attached hereto as Ex. 11.

with data protection class of Mail attachments."[10]

**E.     FaceTime.**

32.     FaceTime is Apple's proprietary video conferencing application that runs on Apple's operating systems. Apple introduced FaceTime for iOS with the iPhone 4 in June 2010. As originally released, FaceTime permitted users to make free video calls over WiFi connections. Later releases of FaceTime also included the ability to make FaceTime calls over cellular networks.

**F.     FaceTime Relied On Digital Certificates For Authentication.**

33.     FaceTime relied on digital certificates to validate the signatures of push tokens from FaceTime users' devices.  In order to change a certificate's expiration date (*i.e.*, extend the expiration date into the future), a new certificate containing the updated expiration date must be issued.

34.     The certificate expiration date is data stored in the certificate and a particular certificate is immutable due to its cryptographic signature.  Certificate expiration dates are crucial to public key infrastructure, and certificates should expire on a regular basis.

35.     There are several reasons for this.  First, a certificate is issued by a certificate authority ("CA") only after the CA has verified the identity of the owner of the certificate.  That is, if a certificate is issued for "website.com" by the CA "CASign" then CASign will first check that thecertificate signing request ("CSR") submitted by website.com corresponds to website.com and that the certificate was submitted by the true operators of the website.

36.     Second, as computational power and cryptanalysis techniques increase in strength, it is important to ensure that certificates use modern cryptographic algorithms.

37.     Thus, certificates need to be set to expire so that new keys are issued on a periodic basis so that compromised keys become unusable after a period of time.

38.     Finally, CAs maintain a certificate revocation list ("CRL") of cetificates that have been revoked, typically because their corresponding private keys have been compromised.  Once a certificate has expired, a CA is no longer required nor expected to include the certificate in the CRL.  Thus, there is no way to know if a private key corresponding to a certificate has been compromised

---

[10] *See* https://support.apple.com/en-us/HT203014, attached hereto as Ex. 12; https://support.apple.com/kb/dl1750?locale=en_US, attached hereto as Ex. 13.

after the certificate has expired.

█████        ████████████████████████████████████████████████
█████        ████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████     *See* Dkt. No. 174 at Ex. 27
(APL-GRACE_00056875 at 881) (██████████████████████████████
████████████████████████████████████████████████████████████
█████████████████████████████████████████████.  ECF No. 174, Ex. 29 at
27:7-11.

    40.   ████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████

    41.   I have reviewed ██████████████████████████████
██████████ and I have read testimony from ██████████████ in order to inform my understanding of
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████
██████        ████████████████████████████████████████████████

43.     Plaintiffs cite to Apple internal emails that state that Apple "broke iOS 6, and that the only way to get FaceTime working again is to upgrade to iOS 7."  Dkt. No. 36 at ¶ 17; APL-GRACE_00003930.   Read in context, from the perspective of a software engineer, and having analyzed Apple's source code and other documents and testimony related to this issue, I do not understand Mr. Thirumalai to be suggesting that Apple intentionally caused FaceTime to stop working on certain iPhone devices.  To the contrary, all of the evidence that I have reviewed suggests that the temporary disruption of FaceTime for certain iPhone users ███████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ██████.[11]   Indeed, it is common for software engineers to use the verb "break" to refer to the behavior of a software bug or anything that unexpectedly affects the functionality of software.

**H.     Apple Released Multiple Fixes That Permitted FaceTime Users to Regain Access to FaceTime.**

44.     As Plaintiffs acknowledge, prior to the April 16, 2014 digital certificate expiration, Apple released fixes in iOS 7 (as well as in an iOS 6 dot release that for FaceTime capable devices that did not support iOS 7, namely the iPod Touch (4th generation)) that permitted FaceTime users to regain access to FaceTime.

45.     Specifically, Apple released iOS 7.0.4 on November 14, 2013, to address the digital certificate expiration issue expected for April 16, 2014, which included "[b]ug fixes and

---

[11]   *See* Pilmer Ex. 18 at 138:9-145:6.

improvements, including a fix for an issue that causes FaceTime calls to fail for some users."[12]

## I.    Jailbreaking iOS.

46.    "Jailbreaking" an iPhone involves circumventing Apple's controls on the operating system and allows a user to escalate its priviliges in order to gain root access to iOS.  Once an iPhone has been jailbroken, a user may download and install otherwise uapproved applications and software (including modifications to pre-installed software) that Apple does not endorse. Jailbreaking an iPhone comes with significant sercurity and performance risks.

47.    As Apple has stated, "iOS is designed to be reliable and secure from the moment you turn on your device. Built-in security features protect against malware and viruses and help to secure access to personal information and corporate data. Unauthorized modifications to iOS (also known as 'jailbreaking') bypass security features and can cause numerous issues to the hacked iPhone, iPad, or iPod touch, including:

- **Security vulnerabilities:** Jailbreaking your device eliminates security layers designed to protect your personal information and your iOS device. With this security removed from your iOS device, hackers may steal your personal information, damage your device, attack your network, or introduce malware, spyware, or viruses.

- **Instability:** Frequent and unexpected crashes of the device, crashes, and freezes of built-in apps and third-party apps, and loss of data.

- **Shortened battery life:** The hacked software has caused an accelerated battery drain that shortens the operation of an iPhone, iPad, or iPod touch on a single battery charge.

- **Unreliable voice and data:** Dropped calls, slow, or unreliable data connections, and delayed or inaccurate location data.

- **Disruption of services:** Services such as iCloud, iMessage, FaceTime, Apple Pay, Visual Voicemail, Weather, and Stocks, have been disrupted or no longer work on the device. Additionally, third-party apps that use the Apple Push Notification Service have had difficulty receiving notifications or received notifications that were intended for a different hacked device. Other push-based services such as iCloud and Exchange have experienced problems synchronizing data with their respective servers.

- **Inability to apply future software updates:** Some unauthorized modifications have caused damage to iOS that is not repairable. This can result in the hacked iPhone, iPad, or iPod touch becoming permanently inoperable when a future Apple-supplied iOS update is installed.

---

[12]  *See* Rubin Ex. 6.

Apple strongly cautions against installing any software that hacks iOS. It is also important to note that unauthorized modification of iOS is a violation of the iOS end-user software license agreement and because of this, Apple may deny service for an iPhone, iPad, or iPod touch that has installed any unauthorized software."[13]

### J.  Plaintiffs' Performance Allegations.

48.    Plaintiffs have made a number of assertions about the alleged negative performance of their devices and the functionality of their applications.  Plaintiffs have not specified what they mean by "negative performance."

49.    Plaintiffs have cited an Ars Technica article to show that iOS 7 performance was unacceptable on the iPhone 4 and iPhone 4S at the time of release. FAC at ¶ 76.  Althought this is not necessarily a trustworthy source, the author goes on to describe how in their opinion performance of iOS 7.1 improved and was acceptable for the iPhone 4 (among others): "There's a measurable improvement over iOS 7.0 across all of these apps, some more noticeable than others. In a few instances, iOS 7.1 very nearly catches up with iOS 6.1.3, which is impressive given the gap between the two operating systems in some of these apps."[14]

50.    Determining issues of theoretical performance overhead between two operating system releases would typically require the examination and comparison of run-time characteristics between two pristine devices—that is, without any externally-installed software—one running each version of the operating system.  This would provide a baseline as to theoretical performance overhead caused by the new features in the new operating system.

51.    In addition to theoretical performance overhead due to additional operating system features, configuration differences on two given devices can lead to wildly different performance profiles.  In brief, the way that a user may have customized a device, such as through software installation or device modifications, has a substantial impact on performance.  For example, there have been numerous reports of the Facebook application substantially affecting battery life on devices

---

[13]  https://support.apple.com/en-us/HT201954, attached as Ex. 14.

[14]  *Id.*

running iOS.[15]  A phone with the Facebook application installed would exhibit different performance characteristics than one without the app.

52.     There may also be numerous configuration-specific causes for degraded system performance.  Installed software, and in particular software that runs in the background, is often a factor in such performance degradation.

53.     Other examples include "jailbreaking," which is accomplished by exploiting a privilege escalation security vulnerability in order to modify the phone to allow a user to gain persistent elevated access to the phone storage and memory.  Once a user has acquired these elevated privileges, he or she can then tamper with the phone's software configuration at a much deeper level than what is otherwise made available on an untampered phone.  The software used to perform these modifications often patch or modify system files, which may "break" pre-installed software such as FaceTime in the process.  Historically, some modifications have, in fact, affected FaceTime.[16]

54.     In addition to intentional modifications, iOS, like all operating systems, is susceptible to malware.  Malware is insidious because it can enter a phone through a variety of paths that normal users may not associate with security risks.

55.     Physical factors such as temperature and moisture may also impact device performance.  Heat can damage a CPU over time.  As a protection mechanism, devices are designed to lower the CPU clock speed in order to reduce heat production if certain temperature thresholds are met for certain periods of time.  In order to effectively move heat away from a CPU, device contain heatsinks, which are conductive metals placed on top of the CPU and that are designed to move heat away from the CPU.  But some users are not aware of the impact of temperature on electronic devices so may subject them to greater exposure than would be recommended.

56.     Similarly, WiFi antennas may shift or become dislodged.  If this occurs then the

---

[15] https://www.theguardian.com/technology/2016/feb/08/uninstalling-facebook-app-saves-iphone-battery-life; https://www.forbes.com/sites/anthonykarcz/2015/10/15/facebook-ios9-battery-issue/#2c4ae5e97bac.

[16] The following links are merely examples of various ways in which FaceTime has been tampered with on a jailbroken device.  There are numerous others:
https://www.fastcompany.com/1677115/reason-jailbreak-your-iphone-use-facetime-video-chat-anywhere-you-want; https://ioshacker.com/news/facepane-tweak-lets-facetime-part-ios

affected device will have substantially worse WiFi connectivity than when it was new. A physical examination of the device internals is able to reveal whether any of these sorts of issues has occurred.

57. Finally, interference from other sources, such as microwave ovens, direct satellite services, wireless speakers, 2.4 GHz or 5 GHz phones, and other devices could be causing issues.[17]

58. To determine if Plaintiffs' iPhone 4 devices actually experienced degraded performance—and then if so, why—it is necessary to consider the phone's configuration in its totality. This includes, among other things: (1) examining the devices for malware or malicious content causing application instability; (2) identifying all potential sources of such content, including text messages, emails, images, and web history; (3) assessing the size and type of files stored on the devices; (4) reviewing the applications that have been downloaded to the devices; (5) a physical examination of the devices for any evidence of drops or spills; and (6) an examination of potential sources of interference at the time the experienced the alleged issue. In this case, however, I have not yet been given the level of access to the devices necessary to perform a full forensic analysis, nor to perform any runtime anylisis, nor to perform any physical review of the internals of the device. Instead, I was only given a list of files on each volume of each device, along with the timestamps representing when these files were created, updated, modified, and accessed. I also received certain information extracted from WiFi and call logs and other associated information related to WiFi and FaceTime. Finally, I received screenshots of the settings for both of Plaintiff Potter's iPhones.

59. I reviewed this information in order to determine the validity of these claims. Although my results could be augmented with greater access, I was able to draw many conclusions from the information that I did have available. My findings for each of the three devices at issue are below. In sum, none of these individuals or devices appear representative for numerous reasons.

**K.     Plaintiff Grace's 16 GB iPhone 4 (Running iOS 5).**

60. Plaintiff Grace's phone with serial number ███████████ is an iPhone 4, ████████

███████████████████████████████████████████████████████. We

know this because ████████████████████████████████████████

---

[17]  *See* https://support.apple.com/en-us/HT201542, attached as Ex. 15.

1    ███████████[18]███████████████████████████████████

2    ████████████████████████████████████████████████████

3    ████████████████.   Consistent with her testimony, ██████████

4    █████████████████████████

5          61.     There is no evidence that Plaintiff Grace ████████████████

6          62.     ████████████████████████████████████

7    ████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████

11   ████████████████.[20]

12         63.     This is consistent with my analysis of the directory tree of the device.

13         64.     ████████████████████████████████████

14   ████████████████████████████████████████████████████

15   ███████████████████████████████████████

16   ███   ████████████████████████████████████████

17   ████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████

20   █████████████████████████████

21   ███   ████████████████████████████████████

22   ████████████████████████████████████████████████████

23   ██████████████████████████████

24         67.     Plaintiff Grace's iPhone usage patterns are also not typical of proposed class members.

[18]  http://www.hardreset.info/devices/apple/apple-iphone-4s/firmware-download/.

[19]  *See* Pilmer Ex. 9 at 136:7-10.

[20]  *See Declaration of Alex Pilmer in Support of Apple Inc.'s Opposition to Plaintiffs' Motion to Certify a Nationwide Class* ("Pilmer Ex."), Pilmer Ex. 9 at 44:15-24.

During her deposition, Plaintiff Grace testified that ███████████████████████████

████████████████████████████████████████████████████████████████████████████

███████████████████████████ [21]  I have not heard this particular concern before with respect to iPhone

updates, and Apple data indicates that many users upgrade their phones as soon as or shortly after an

upgrade becomes available because iOS automatically prompts them to install the update.  Indeed,

when Apple introduced iOS 7 in September 2013, that same month over ██████████ iPhone 4 users

upgraded their devices to iOS 7; and over ██████████ iPhone 4S users upgraded to iOS 7.  APL-

GRACE_000001956.  By the April 16, 2014 certificate expiration, over ██████████ iPhone 4 and

iPhone 4S users had already upgraded their devices to a version of iOS 7.  *Id.*

68.     I would not recommend an update pattern similar to Plaintiff Grace's to an iPhone user

for security reasons.  While Apple sometimes releases security-specific iOS updates, Apple also

commonly releases compound updates which contain new features, bug fixes and security fixes.  By

not installing these updates, users will be missing out on critical security patches.

████   ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

**L.     Plaintiff Potter's ██████████ 32GB iPhone 4 (Running iOS 4.3.3).**

70.     Plaintiff Potter's phone with serial number ██████████ is a refurbished iPhone 4,

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

---

[21]  *See* Pilmer Ex. 9 at 57:6-58:11; Plaintiff Grace also testified that she upgraded her software on an
iPhone 6 to obtain new emojis. *See* Pilmer Ex. 9 at 68:5-69:14.

1   ███████████████████████████████████████████). *See also* K. Potter Dep. Tr. at p. 135 ("██

2   ███████████████████████████████████"). Thus, evidence shows that plaintiff Potter never

3   upgraded this iPhone to any version of iOS 7 at all.

4         71.    Plaintiff Potter readily admitted ██████████████████████████████████████

5   ██████████████████████████████████████████████████████████████████████████████████████

6   ████████

7         ███████████████████████████████████████

8   

9         ███████████████████████████████████████████████████████

10  ████████████

11  ████████████████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████

13  ███████████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████

15  ███████████████████████████████████████████████

16  ████████████████

17  ██████

18  ████████████████████████████████████████████████████████████████

19  ████████████████████████████████

20  Pilmer Ex. 11 at 214:20-215:25.

21        72.    Indeed, Plaintiff Potter ████████████████████████████████████████████████

22  ████████████████████████████████████████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████████████████████████████████████████

25  ──────────────────

26  [22]  *See* Pilmer Ex. 11 at 214:20-22.

27  [23]  *Id.* at 214:20-215:25.

28  [24]  http://www.idownloadblog.com/2010/08/11/face-time-mod-improves-quality-of-facetime-video-
          calls/.

1   ████████████████████████████████████████████████████████████████

2   ████████████████████████████████. It is unclear to what extent this would affect

3   performance as it would be dependent upon the actual algorithm used to set the FPS for the FaceTime

4   session.

5       73.    Similarly, Plaintiff Potter ████████████████████████████████

6   ████████████████████████████████████████████████████████████████

7   ████ This feature could have been unsupported for a number of reasons. First, FaceTime calls over

8   3G will heavily make use of the 3G connection, which requires significantly more battery than WiFi.

9   Second, FaceTime over 3G would use a significant amount of bandwidth for a 3G connection and, as

10  such, would likely only work well in areas with strong 3G coverage. Finally, if a lot of users used the

11  feature, ellular providers might have found it difficult to keep up with the increased load. ████████

12  ████████████████████████████████████████████████████████████████

13  ████████████████████████

14      74.    ████████████████████████████████████████████

15  ████████████████████████████████████████████████████████████████

16  ████████████████████████████████████.

17      75.    Plaintiff Potter ████████████████████████████████

18  ████████████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████████████

20  ████████████████████████████ ██████████████████████████████████

21  ████████████████████████████████████████████████████████████████

22  ████████████████████████ ████████████████████████████████████████

23  ████████████████████████.

24      76.    Plaintiff Potter also ████████████████████████████████

25  ████████████████████████████████████████████████████████████████

─────────────

27  25 ████████████████████████████

28  26 ████████████████████████████████████████████████████████████████████



77.    Plaintiff Potter also

78. ███████████████████████████████████████████ █████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████

79. ████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████

80. █████████████████████████████████████████████

81. ████████████████████████████████████████████████

─────────────────────────

29 ████████████████████████████████

82. ██████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████

83. ██████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████

84. ██████████████████████████████████████ █
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████

85.     On all UNIX-based systems including the iPhone, there is an administrator account with total access to all facets of the system called root.  On a normal iPhone, this account is disabled and thus cannot be used by a device owner.  On some ███████ devices, this root account is enabled but without a default password.  There are cases of malware infecting a user's iPhone by logging into a user's device as root without a password.  The malware then can control all aspects of the system.

86. ██████████████████████████████████████████
████████████████████████████████ █████████████████████

---

30 ████████████████████████████████████████

31 ████████████████████████████████████████████████

1 ████████████████████████████████████████████e.

2 ██ ████████████████████████████████████

3 ██ ████████████████████████████████████

4 ████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████

7 88.     In general, it is dangerous to install pirated and/or cracked software (that is software

8 that has been modified to run without a license) as such software is also infected by malware.

9 89.     ████████████████████████████████████

10 ████████████████████████████████████████████.

11 90.     Furthermore, Plaintiff Potter ██████████████████████████

12 ████████████████████████████████████████████

13 ██████

14 91.     There were also ████████████████████████████████

15 ████████████████████████████████████████████

16 ████████████████████████████████████████████

17 ████████████████████████████████████████████

18 ██████████████████████████████

19 92.     For all of the reasons explained above, Plaintiff Potter's ████████████ likely

20 had a significant and measurable impact on device performance.

21 93.     ████████████████████████████████

22 ████████████████████████████████████████████

23 ████████████████████████████████████████████

24 ██████████████████████████████

25 **N.     Plaintiff Potter's 16GB iPhone 4 (Running iOS 7.1.2).**

26 94.     Plaintiff Potter's phone with serial number ████████████ is a 16GB iPhone 4, which

27 ████████████████████████████████████████████

28

1 ███████████████████████████████████████████████

2 ███████████████████████████████████████████████

3 ████ ██████ ██ ███ ██████ █ ████████████ ███ █ ██ ██ ██

4 ████████████████████████████████████. It is therefore the

5 case that Plaintiff Potter's phone with serial number ██████████ was upgraded to iOS7.1.2.

6    95.    Plaintiff Potter ████████████████████████████████

7 █████ APL-GRACE_00172113 - APL-GRACE_00172118 at 2116 ████████████

8 ██████████████████████). Plaintiff Potter nevertheless ███████████████

9 ███████████████████████████████████████████████

10 ██████████████████████████████████████.[33]

11    96.    ████████████████████████████████████████

12 ███████████████████████████████████████████████

13 ███████████████████████████████████████████████

14 ███████████████████████████████████████████████

15 ███████████████████████████████████████████████

16 ███████████████████████████████████████████████

17 ███████████████████████

18    ███ ████████████████████████████████████████

19 ███████████████████████████████████████████████

20 █████████████████████████████

21    98.    As a device such as an iPhone is used over time, memory pages are moved from RAM

22 to the phone's internal storage.  Retrieval of pages from internal storage is slow, so the phone will

23 typically only write out its least-used memory pages.  As the phone's RAM begins to fill to its capacity,

24 more frequently used memory pages must be written to disk to allow new programs to store contents

25

26 [32]  *See* Pilmer Ex. 11 at 135:7 ████████████████████████████

27 [33]  *See id.* at 152:20-21 ████████████████████████████████████

28 ███████████████████████████████████

in RAM.  Over time, this process will degrade a device's performance, until the device has been rebooted and the process starts over again.

99.    Over time, one would expect to see an increase in the number of times an iPhone registers a low memory condition if phone usage levels were exactly equal at all times. ███████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████ This is unsurprising, as a stock iPhone without any external applications installed only comes with Apple-designed applications preinstalled.  These applications are likely designed to function as well as possible across a wide model of iPhones.

100.    Furthermore, I can see that ████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████.

101.    Along these same lines, multicore processors have exploded in popularity since 2006 (on the desktop) and in late 2011 (since the release of the iPhone 4S, which contained a dual-core CPU).  At the time of release, applications were primarily optimized for single-threaded workloads as multi-core systems were not in widely use.  This means that applications were generally designed to process instructions in serial.  With the advent of multi-core computing, applications were optimized for parallel workloads.  To the extent Plaintiff Potter was running applications optimized for a dual-core processor, his 16 GB iPhone 4 performance would have decreased as a result.

102.    Based on my analysis of the volume and type of crash logs, Plaintiff Potter's 16GB iPhone was likely functioning well with respect to RAM usage, an important indicator of performance, immediately after factory reset—in the default state that Apple configured the devices. ████████

██████████████████████████████████████████████████████

███████████████████ and I can conclude that the issues around this time could be perceived as device sluggishness as caused by an increase in latency due to RAM exhaustion.  I am not able to determine anything about CPU usage from the information that Plaintiffs provided, as such conclusions would require empirical runtime analysis.

103.    I note that ████████████████████████████████████████

1 ████████████████████████████████████████████

2 ████████████████████████████████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████████

7 ██████████████

8      104.    ████████████████████████████████████

9 ████████████████████████████████████████████

10 ████████████████████████████████████████████

11 ████████████████████████████████████████████

12 ████  Thus, it is not possible for anyone to study or conclude how the device may have performed

13 prior to this date.  For this reason alone, this device is not a good representative of the devices in the

14 proposed class, as the issues in this case relate to there being alleged performance problems with iOS

15 7 at the time that FaceTime stopped working for iPhone 4 and iPhone 4S users running iOS 6 or earlier

16 on April 16, 2014.  Plaintiff Potter's phone was not running the iOS 7 version that was available as of

17 April 16, 2014—iOS 7.1.  Rather, Plaintiff Potter's iPhone was running iOS 7.1.2 and, because of the

18 ████████, was missing a year and a half's worth of data that would allow me to investigate

19 Plaintiffs' allegations regarding performance issues one way or another.

20      105.    Plaintiff Potter also described experiencing issues with WiFi connectivity on his iOS

21 7.1.2 device.[34]  I am not able to make determinations on this issue one way or the other without the

22 ability to physically test the device as the list of files on the device alone is not enough to instruct me

23 on this matter.  However, wireless issues are not only dependent on the client device and thus there

24 could be multiple explanations for the issue.  For example, 802.11 is divided into broadcast channels.

25 In the United States there are 11 possible broadcast channels that can be used for  2.4GHz 802.11b, g,

26 or n.  These channels are a fixed width.  If there are numerous devices broadcasting on the same

27

28 [34]  *See* Dkt. No. 36 at ¶ 28.

channel, this can cause interference, which will substantially lower the performance of all devices on that channel.  Operating Systems are designed to drop a WiFi connection if they have an extremely poor or unreliable signal, which is determined by not seeing a beacon signal for a certain amount of time.  On a crowded channel, there can be reliability issues with devices connecting to WiFi.  In a densely populated residential area, it is often the case that 2.4GHz channels are crowded.  2.4GHz WiFi performance will be suboptimal on any channel in this situation and clients will experience connection drops.

**O.    Plaintiffs' iPhone 4 Devices Cannot Be Attributed To Putative Class Members With iPhone 4S Devices.**

106.    As noted above, the iPhone 4 and iPhone 4S are different hardware devices with significantly different processors.  The iPhone 4 contained a single-core 1GHz ARM Cortex-A8 processor whereas the iPhone 4S contained a dual-core 1 GHz processor with dual-core graphics.  A dual-core processor is literally two physical CPUs placed onto a single chip, whereas a single core processor is only one CPU.  The performance impact of a dual-core upgrade cannot be overstated.  A dual-core phone theoretically has up to twice the processing power of a single core phone, though actual performance is dependent on the parallelizability of the workload.  The advantages of a multi-core architecture become apparent when considering two operating system concepts: processes and threads.  Applications are executed inside of their own context, separate from all other application contexts.  These application contexts are called processes.  Processes can run on one or more threads.  A thread is a processing task.  Some applications may only have one thread, which means that they perform all of their processing tasks in serial.  Most applications, however, perform tasks in parallel.  To do this, the application will spawn multiple threads, which will execute at the same time.

107.    In the case of a general-purpose operating system such as iOS, background processes can be scheduled on one core while the foreground process runs on a second core, creating a smoother experience.  A particularly processor-intensive application will often run multiple threads, each of which can be scheduled across different cores.  Thus, the more cores that a device has, the more threads that it can run simultaneously.  A dual core CPU will have increased performance, responsiveness, and processing power.

108.     An upgrade from a single core to a dual core CPU will affect the feel of a device, unless the device is significantly bottlenecked in some other area.  The iPhone 4S brought with it other improvements as well.  It brought faster data speeds for cellular networks, an upgrade to Bluetooth 4.0, increased battery life, a camera upgrade, and Siri support.

109.     In my opinion, there is no way to state that the performance of an iPhone 4 is equivalent to or representative of the performance of an iPhone 4S.  iOS 7 on an iPhone 4S will perform differently than iOS 7 on an iPhone 4, though performance on both will be acceptable.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Las Vegas, Nevada, on this day, June 15, 2018.

Avi Rubin

1

**CERTIFICATE OF SERVICE**

2

On June 15, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court

3

by using the CM/ECF system which will send a notice of electronic filing to all persons registered for

4

ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been

5

so served.

6

7

*/s/R. Alexander Pilmer*
R. Alexander Pilmer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28