# Exhibit 1

# Newsroom

**PRESS RELEASE**

JUNE 7, 2010

# Apple Presents iPhone 4

All-New Design with FaceTime Video Calling, Retina
Display, 5 Megapixel Camera & HD Video Recording

Thinnest Smartphone Ever

SAN FRANCISCO—June 7, 2010—Apple® today presented the new
iPhone® 4 featuring FaceTime, which makes the dream of video calling a
reality, and Apple's stunning new Retina display, the highest resolution
display ever built into a phone, resulting in super crisp text, images and
video. In addition, iPhone 4 features a 5 megapixel camera with LED flash,
HD video recording, Apple's A4 processor, a 3-axis gyro and up to 40
percent longer talk time—in a beautiful all-new design of glass and
stainless steel that is the thinnest smartphone in the world. iPhone 4
comes with iOS 4, the newest version of the world's most advanced
mobile operating system, which includes over 100 new features and 1500
new APIs for developers. iOS 4 features Multitasking, Folders, enhanced
Mail, deeper Enterprise support and Apple's new iAd mobile advertising
platform. iPhone 4 will be available in the US, UK, France, Germany and
Japan on June 24, starting in the US at just $199 for qualified buyers with
a two year contract.*

"iPhone 4 is the biggest leap since the original iPhone," said Steve Jobs,
Apple's CEO. "FaceTime video calling sets a new standard for mobile
communication, and our new Retina display is the highest resolution
display ever in a phone, with text looking like it does on a fine printed
page. We have been dreaming about both of these breakthroughs for
decades."

FaceTime is as mobile as your phone, so you can see your loved ones and
friends anywhere there is Wi-Fi. Using FaceTime is as easy as making a
regular voice call, with no set-up required, and you can instantly switch to
the rear camera to show others what you are seeing with just a tap.

Apple's stunning 3.5 inch Retina display has 960 x 640 pixels—four times
as many pixels as the iPhone 3GS and 78 percent of the pixels on an
iPad™. The resulting 326 pixels per inch is so dense that the human eye is
unable to distinguish individual pixels when the phone is held at a normal

Apple Presents iPhone 4 | Apple

distance, making text, images and video look sharper, smoother and more realistic than ever before on an electronic display.

iPhone 4 is the thinnest smartphone ever—9.3 millimeters—with an all-new design and build quality like no other mobile device. The front and back are made of aluminosilcate glass, chemically strengthened to be 30 times harder than plastic, more scratch resistant and more durable than ever. The front and back glass have an oil-resistant coating that helps keep it clean, and encircling iPhone 4 is a highly finished stainless steel band made of a custom alloy that is forged to be five times stronger than standard steel.

iPhone 4 features a new 5 megapixel autofocus camera with a 5x digital zoom, a backside illuminated sensor and built-in LED flash that allows you to take amazing pictures even in low light and dark environments. iPhone 4 lets you record and edit incredible HD video and the popular tap to focus feature now works while recording video. You can use the iPhone 4's LED flash for both still photography and video recording. The new iMovie® app for iPhone lets you combine movie clips, add dynamic transitions and themes and include photos and music, and users can buy it for just $4.99 through the App Store right on their phone.

iPhone 4 is the best mobile device ever for games and entertainment, with access to tens of thousands of games and entertainment apps on the revolutionary App Store. Every iPhone 4 has a built-in 3-axis gyro that when combined with the accelerometer provides 6-axis motion sensing such as up and down, side to side, forward and backward and pitch and roll, making it perfect for gaming. Developers can access the gyro using the new CoreMotion API to make games and other apps that go well beyond what other mobile devices offer.

iPhone 4 comes with iOS 4, the newest version of the world's most advanced mobile operating system. With over 100 new features, it includes Multitasking, Folders, enhanced Mail, deeper Enterprise support and Apple's new iAd mobile advertising platform. With Multitasking, users can now instantly switch between any of their apps while preserving battery life. With Folders, users can easily organize their apps into collections by simply dragging one app on top of another. A folder is automatically created and named based on the category of apps selected. Users can change the name of any folder at any time. In addition, users can now customize their lock and home screens with an array of supplied wallpapers or with any of the photos on their phone.

The new iBooks® app will be available for iPhone 4 as a free download from the App Store and includes Apple's new iBookstore, the best way to browse, buy and read books on a mobile product. The iBooks app will sync your current place in a book, along with any bookmarks, highlights and notes you have created, between copies of the same book on your iPad, iPhone or iPod touch®. iBooks users can also now read and store PDFs right in iBooks. There are now over 60,000 books available in the iBookstore, and users have downloaded over five million books in the first two months.

Apple Presents iPhone 4 | Apple

More than five billion apps have been downloaded from the revolutionary App Store and more than 225,000 apps are available to consumers in 90 countries. Almost 100 million iPhone and iPod touch users around the world can choose from an incredible range of apps in 20 categories, including games, business, news, sports, health, reference and travel.

iPhone 4 delivers an amazing seven hours of talk time on 3G networks, up to 10 hours of web browsing on Wi-Fi and up to six hours on 3G, and up to 10 hours of video playback and up to 40 hours of audio playback.** iPhone 4 is powered by Apple's new A4 processor that provides exceptional processor and graphic performance along with long battery life. iPhone 4 features a second microphone and advanced software to suppress unwanted background noise for improved call quality when in loud places. iPhone 4 also offers 802.11n Wi-Fi networking and adds quad-band HSUPA to provide 7.2Mbps downlink and 5.8Mbps uplink capability.***

**Pricing & Availability**

iPhone 4 comes in either black or white and will be available in the US for a suggested retail price of $199 (US) for the 16GB model and $299 (US) for the 32GB model in both Apple and AT&T's retail and online stores, Best Buy and Wal-Mart stores. iPhone 4 will be available in the US, France, Germany, Japan and the UK on June 24 and customers can pre-order their iPhone 4 beginning Tuesday, June 15 from the Apple Online Store or reserve an iPhone 4 to pick up at an Apple Retail Store. iMovie for iPhone will be available on the App Store for just $4.99 (US).

Also on June 24, a new iPhone 3GS 8GB model will be available for just $99 (US). iOS 4 software will be available on June 21 as a free software update via iTunes® 9.2 or later for iPhone and iPod touch customers.****

iPhone 4 will roll out worldwide to 88 countries by the end of September. iPhone 4 will be available by the end of July in Australia, Austria, Belgium, Canada, Denmark, Finland, Hong Kong, Ireland, Italy, Luxembourg, Netherlands, Norway, New Zealand, Singapore, South Korea, Spain, Sweden and Switzerland.

*Qualified customers only. Requires a new two year AT&T rate plan, sold separately.

**Battery life depends on device settings, usage and other factors. Actual results vary.

***Speed is dependent on cellular network capability.

****iOS 4 is compatible with iPhone 3G, iPhone 3GS, iPhone 4, second and third generation iPod touch (late 2009 models with 32GB or 64GB). Some features may not be available on all products. For example, Multitasking requires iPhone 3GS, iPhone 4 or third generation iPod touch (late 2009 models with 32GB or 64GB).

Apple ignited the personal computer revolution with the Apple II, then reinvented the personal computer with the Macintosh. Apple continues to lead the industry with its award-winning computers, OS X operating system, and iLife, iWork and professional applications. Apple leads the

digital music revolution with its iPods and iTunes online store, has reinvented the mobile phone with its revolutionary iPhone and App Store, and has recently introduced its magical iPad which is defining the future of mobile media and computing devices.

**Press Contacts:**

Natalie Harrison

Apple

harri@apple.com

(408) 862-0565

Teresa Brewer

Apple

tbrewer@apple.com

(408) 974-6851

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone, iPad, iMovie, iBooks, iPod touch and iTunes are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

The latest news for journalists.

Read more ›

Newsroom     Apple Presents iPhone 4

| Shop and Learn | Apple Store | For Education | Account | About Apple |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Newsroom |
| iPad | Genius Bar | Shop for College | Apple Store Account | Apple Leadership |
| iPhone | Today at Apple | | iCloud.com | Job Opportunities |
| Watch | Apple Camp | **For Business** | | Investors |
| TV | Field Trip | Apple and Business | **Apple Values** | Events |
| Music | Apple Store App | Shop for Business | Accessibility | Contact Apple |
| iTunes | Refurbished and Clearance | | Education | |
| HomePod | Financing | | Environment | |
| iPod touch | Apple GiveBack | | Inclusion and Diversity | |
| Accessories | Order Status | | Privacy | |
| Gift Cards | Shopping Help | | Supplier Responsibility | |

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                                    United States

# Exhibit 2

# Newsroom

Search Newsroom     Archive

**PRESS RELEASE**
OCTOBER 4, 2011

# Apple Launches iPhone 4S, iOS 5 & iCloud

iPhone 4S Features Dual-Core A5 Chip, All New Camera, Full 1080p HD Video Recording & Introduces Siri

CUPERTINO, California—October 4, 2011—Apple® today announced iPhone® 4S, the most amazing iPhone yet, packed with incredible new features including Apple's dual-core A5 chip for blazing fast performance and stunning graphics; an all new camera with advanced optics; full 1080p HD resolution video recording; and Siri™, an intelligent assistant that helps you get things done just by asking. With the launch of iPhone 4S also comes the launch of iOS 5, the world's most advanced mobile operating system with over 200 new features; and iCloud®, a breakthrough set of free cloud services that work with your iPhone, iPad®, iPod touch®, Mac® or PC to automatically and wirelessly store your content in iCloud and push it to all your devices.

"iPhone 4S plus iOS 5 plus iCloud is a breakthrough combination that makes the iPhone 4S the best iPhone ever," said Philip Schiller, Apple's senior vice president of Worldwide Product Marketing. "While our competitors try to imitate iPhone with a checklist of features, only iPhone can deliver these breakthrough innovations that work seamlessly together."

iPhone 4S comes with iOS 5, the world's most advanced mobile operating system, which includes over 200 new features including Notification Center, an innovative way to easily view and manage notifications in one place without interruption and iMessage™, a new messaging service that lets you easily send text messages, photos and videos between all iOS 5 users. iOS 5 will also be available as a free software update for iPhone 4 and iPhone 3GS customers allowing them to experience these amazing new features.*

iPhone 4S also introduces Siri, an intelligent assistant that helps you get things done just by asking. Siri understands context allowing you to speak naturally when you ask it questions, for example, if you ask "Will I need an umbrella this weekend?" it understands you are looking for a weather

forecast. Siri is also smart about using the personal information you allow it to access, for example, if you tell Siri "Remind me to call Mom when I get home" it can find "Mom" in your address book, or ask Siri "What's the traffic like around here?" and it can figure out where "here" is based on your current location. Siri helps you make calls, send text messages or email, schedule meetings and reminders, make notes, search the Internet, find local businesses, get directions and more. You can also get answers, find facts and even perform complex calculations just by asking.

iCloud is a breakthrough set of free cloud services, including iTunes® in the Cloud, Photo Stream and Documents in the Cloud, that work seamlessly with your iPhone, iPad, iPod touch, Mac or PC to automatically and wirelessly store your content in iCloud and push it to all your devices. When content changes on one device, all your other devices are updated automatically and wirelessly.

iPhone 4S includes an all new camera with the most advanced optics of any phone. The 8 megapixel sensor has 60 percent more pixels so you can take amazing high quality photos with more detail than ever. iPhone 4S includes a new custom lens, a larger f/2.4 aperture and an advanced hybrid IR filter that produce sharper, brighter and more accurate images. The Apple-designed image signal processor in the A5 dual-core chip is built for performance, and coupled with the features built into iOS 5, makes the camera one of the fastest on any phone. With iPhone 4S, the Camera app launches much faster and the shot to shot capability is twice as fast, so you'll never miss another shot.

New features in the Camera and Photos apps give you instant access to the camera right from the lock screen, and you can also use the volume-up button to quickly snap a photo. Optional grid lines help line up your shot and a simple tap locks focus and exposure on one subject; and the new Photos app lets you crop, rotate, enhance and remove red-eye, and organize your photos into albums right on your device to share them on the go. New iOS 5 features include built-in Twitter integration and iMessage, so you can instantly share your photos via Twitter directly from the Photos app and send photos via iMessage to individuals or groups. And with iCloud's innovative new Photo Stream service, a photo you take on your iPhone is sent to iCloud and automatically pushed to your iPad, iPod touch, Mac or PC. You can even view your Photo Stream album on your Apple TV®.

iPhone 4S can also now record video in full 1080p HD resolution and with the new video image stabilization feature, you can take richer, smoother videos. Other iPhone 4S video camera improvements include increased sensitivity, sharpness and an increased ability to capture video in low light conditions. With the new iMessage service in iOS 5, you can now instantly share videos with family and friends.

iPhone 4S has the same beautifully thin glass and stainless steel design that millions of customers around the world love, while being completely redesigned on the inside. Apple's dual-core A5 chip delivers up to twice the processing power and up to seven times faster graphics than iPhone

4, all while maintaining incredible battery life—now up to 8 hours of 3G talk time.

Improving on the innovative stainless steel external, dual-antenna design of iPhone 4, iPhone 4S is the first phone to intelligently switch between two antennas to send and receive. iPhone 4S now supports twice the download speed with HSDPA of up to 14.4 Mbps and iPhone 4S is a world phone, so both CDMA and GSM customers can now roam internationally on GSM networks.**

**Pricing & Availability**

iPhone 4S comes in either black or white and will be available in the US for a suggested retail price of $199 (US) for the 16GB model and $299 (US) for the 32GB model and $399 (US) for the new 64GB model.*** iPhone 4S will be available from the Apple Online Store, Apple's retail stores and through AT&T, Sprint, Verizon Wireless and select Apple Authorized Resellers. iPhone 4S will be available in the US, Australia, Canada, France, Germany, Japan and the UK on Friday, October 14 and customers can pre-order their iPhone 4S beginning Friday, October 7. iPhone 4 will also be available for just $99 (US) and iPhone 3GS will be available for free with a two year contract. Siri will be available in beta on iPhone 4S in English (localized for US, UK and Australia), French and German. iOS 5 software will be available on October 12 as a free software update via iTunes 10.5 for iPhone, iPad and iPod touch customers.

iPhone 4S will roll out worldwide to 22 more countries by the end of October including Austria, Belgium, Czech Republic, Denmark, Estonia, Finland, Hungary, Ireland, Italy, Latvia, Liechtenstein, Lithuania, Luxembourg, Mexico, Netherlands, Norway, Singapore, Slovakia, Slovenia, Spain, Sweden and Switzerland.

*Some features may not be available on all products.

**Carrier roaming policies apply. HSDPA availability and network speeds are dependent on carrier networks.

***Qualified customers only. Requires a new two year rate plan, sold separately.


Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary iPhone and App Store, and has recently introduced iPad 2 which is defining the future of mobile media and computing devices.


**Press Contacts:**
Natalie Harrison
Apple
harri@apple.com
(408) 862-0565

Teresa Brewer

Apple

tbrewer@apple.com

(408) 974-6851

Apple, the Apple logo, Mac, Mac OS, Macintosh, iPhone, Siri, iCloud, iPad, iPod touch, iMessage, iTunes and Apple TV are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

The latest news for journalists.

Read more ›

Newsroom  Apple Launches iPhone 4S, iOS 5 & iCloud

**Shop and Learn**

Mac

iPad

iPhone

Watch

TV

Music

iTunes

HomePod

iPod touch

Accessories

Gift Cards

**Apple Store**

Find a Store

Genius Bar

Today at Apple

Apple Camp

Field Trip

Apple Store App

Refurbished and Clearance

Financing

Apple GiveBack

Order Status

Shopping Help

**For Education**

Apple and Education

Shop for College

**For Business**

Apple and Business

Shop for Business

**Account**

Manage Your Apple ID

Apple Store Account

iCloud.com

**Apple Values**

Accessibility

Education

Environment

Inclusion and Diversity

Privacy

Supplier Responsibility

**About Apple**

Newsroom

Apple Leadership

Job Opportunities

Investors

Events

Contact Apple

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                United States

Exhibit 3

Batteries

# Maximizing Battery Life and Lifespan

"Battery life" is the amount of time your device runs before it needs to be recharged. "Battery lifespan" is the amount of time your battery lasts until it needs to be replaced. Maximize both and you'll get the most out of your Apple devices, no matter which ones you own.

General Tips　　　Tips for iOS Devices　　　Tips for Apple Watch　　　Tips for iPod　　　Tips for MacBook

# General Performance Tips

## Update to the latest software.

Apple software updates often include advanced energy-saving technologies, so always make sure your device is using the latest version of iOS, macOS, or watchOS.

How to update iOS ›　　How to update macOS ›　　How to update watchOS ›

## Avoid extreme ambient temperatures.

Your device is designed to perform well in a wide range of ambient temperatures, with 62° to 72° F (16° to 22° C) as the ideal comfort zone. It's especially important to avoid exposing your device to ambient temperatures higher than 95° F (35° C), which can permanently damage battery capacity. That is, your battery won't power your device as long on a given charge. Charging the device in high ambient temperatures can damage it further. Software may limit charging above 80% when the recommended battery temperatures are exceeded. Even storing a battery in a hot environment can damage it irreversibly. When using your device in a very cold environment, you may notice a decrease in battery life, but this condition is temporary. Once the battery's temperature returns to its normal operating range, its performance will return to normal as well.

### iPhone, iPad, iPod, and Apple Watch Comfort Zone

32° F　　　　　　　　　95° F

Too Cold　　　Room Temperature　　　Too Hot

iPhone, iPad, iPod, and Apple Watch work best at 32° to 95° F (0° to 35° C)
ambient temperatures. Storage temperature: -4° to 113° F (-20° to 45° C).

### MacBook Comfort Zone

50° F　　　　　　　　　95° F

Too Cold　　　Room Temperature　　　Too Hot

MacBook works best at 50° to 95° F (10° to 35° C) ambient temperatures.
Storage temperature: -4° to 113° F (-20° to 45° C).

## Remove certain cases during charging.

Charging your device when it's inside certain styles of cases may generate excess heat, which can affect battery capacity. If you notice that your device gets hot when you

charge it, take it out of its case first. For Apple Watch Edition models, make sure the cover of the magnetic charging case is off.

# Store it half-charged when you store it long term.

If you want to store your device long term, two key factors will affect the overall health of your battery: the environmental temperature and the percentage of charge on the battery when it's powered down for storage. Therefore, we recommend the following:

- Do not fully charge or fully discharge your device's battery — charge it to around 50%. If you store a device when its battery is fully discharged, the battery could fall into a deep discharge state, which renders it incapable of holding a charge. Conversely, if you store it fully charged for an extended period of time, the battery may lose some capacity, leading to shorter battery life.

- Power down the device to avoid additional battery use.

- Place your device in a cool, moisture-free environment that's less than 90° F (32° C).

- If you plan to store your device for longer than six months, charge it to 50% every six months.

Depending on how long you store your device, it may be in a low-battery state when you remove it from long-term storage. After it's removed from storage, it may require 20 minutes of charging with the original adapter before you can use it.

# Tips for iPhone, iPad, and iPod touch

# Update to the latest software.

Always make sure your device is using the latest version of iOS.

- If you are using iOS 5 or later, see if you need an update. Go to Settings > General > Software Update.

- If an update is available, you can plug your device into a power source and update wirelessly or plug it into your computer and update with the latest version of iTunes.

Learn more about updating iOS ›

# Optimize your settings.

There are two simple ways you can preserve battery life — no matter how you use your device: adjust your screen brightness and use Wi-Fi.

Dim the screen or turn on Auto-Brightness to extend battery life.

- To dim, swipe up from the bottom of any screen to open Control Center and drag the Brightness slider to the left.

- Auto-Brightness adjusts your screen to lighting conditions automatically. To activate it, go to Settings > Display & Brightness and set Auto-Brightness to On.

When you use your device to access data, a Wi-Fi connection uses less power than a cellular network — so keep Wi-Fi on at all times. There are two ways to turn on Wi-Fi:

- Swipe up to open Control Center, tap the Wi-Fi icon, and log in to a Wi-Fi network.

- Go to Settings > Wi-Fi to access a Wi-Fi network.

# Enable Low Power Mode.

Introduced with iOS 9, Low Power Mode is an easy way to extend the battery life of your iPhone when it starts to get low. Your iPhone lets you know when your battery level goes down to 20%, and again at 10%, and lets you turn on Low Power Mode with one tap. Or you can enable it by going to Settings > Battery. Low Power Mode reduces display brightness, optimizes device performance, and minimizes system animations. Apps including Mail will not download content in the background, and features like AirDrop, iCloud sync, and Continuity will be disabled. You can still use key functions like making and receiving phone calls, email, and messages, accessing the Internet, and more. And when your phone charges up again, Low Power Mode automatically switches off.

# View Battery Usage information

With iOS, you can easily manage your device's battery life, because you can see the proportion of your battery used by each app (unless the device is charging). To view your usage, go to Settings > Battery.

Here are the messages you may see listed below the apps you've been using:

**Background Activity.** This indicates that the battery was used by the app while it was in the background — that is, while you were using another app.

- To improve battery life, you can turn off the feature that allows apps to refresh in the background. Go to Settings > General > Background App Refresh and set the switch to Off.

- If the Mail app lists Background Activity, you can choose to fetch data manually or increase the fetch interval. Go to Settings > Mail, Contacts, Calendars > Fetch New Data.

**Location and Background Location.** This indicates that the app is using location services.

- You can optimize your battery life by turning off Location Services for the app. Turn off in Settings > Privacy > Location Services.

- In Location Services, you can see each app listed with its permission setting. Apps that recently used location services have an indicator next to the on/off switch.

**Home & Lock Screen.** This indicates that the Home screen or Lock screen was displayed on your device. For example, the display was awakened by pressing the Home button or by a notification.

- If an app frequently wakes your display with notifications, you can turn off push notifications for the app in Settings > Notifications. Tap App and set Allow Notifications to Off.

**No Cell Coverage and Low Signal.** This indicates that either you are in a poor cell coverage area and your iOS device is searching for a better signal or that you've used your device in low-signal conditions, which has affected your battery life.

- You can optimize your battery life by turning on Airplane mode. Swipe up to open Control Center and tap the Airplane mode icon. Note that you cannot make or receive calls while in Airplane mode.

# Plug in and power on your computer to charge your device.

Make sure your computer is plugged in and powered on when you're using it to charge your iOS device via USB. If your device is connected to a computer that's turned off or is in sleep or standby mode, your device's battery may drain. Note that iPhone 3G and

iPhone 3GS cannot be charged with a FireWire power adapter or FireWire-based car charger.

# Tips for Apple Watch

## Update to the latest software.

Always make sure your Apple Watch is using the latest version of watchOS.

- To see if you need an update, open the Apple Watch app on your iPhone and go to My Watch > General > Software Update.

- If an update is available, connect your iPhone to Wi-Fi, attach the charger to your Apple Watch (make sure it has at least 50% charge), and update wirelessly.

Learn more about updating watchOS ›

## Adjust your settings.

There are a few ways you can preserve battery life on your Apple Watch:

- During running and walking workouts, turn on Power Saving Mode to disable the heart rate sensor. To do this, open the Apple Watch app on iPhone, go to My Watch > Workout, and turn on Power Saving Mode. Note that when the heart rate sensor is off, calorie burn calculations may not be as accurate.

- For longer workouts, you can choose to use a Bluetooth chest strap instead of the built-in heart rate sensor. To pair the Bluetooth chest strap with your watch, make sure the strap is in pairing mode, then open Settings on Apple Watch, select Bluetooth, and choose from the list of Health Devices.

- If you're very active with your hands and your watch display turns on more than you think it should, you can prevent the display from turning on every time you raise your wrist. Open Settings on Apple Watch, select General, select Wake Screen,

and turn Wake Screen on Wrist Raise off. When you want to turn on the display, just tap it or press the Digital Crown.

- Disabling Bluetooth on your iPhone increases the battery drain on your Apple Watch. For more power-efficient communication between the devices, keep Bluetooth enabled on iPhone.

# View Battery Usage information

To view your usage and standby information, open the Apple Watch app on iPhone and go to My Watch > General > Usage.

# Plug in and power on your computer to charge your Apple Watch.

If you want to charge from your computer, make sure it is plugged in and powered on when you're using it to charge your Apple Watch via USB. If your Apple Watch is connected to a computer that's turned off or is in sleep or standby mode, the Apple Watch battery may drain.

If your Apple Watch battery needs service, use Apple or an authorized service provider.

# Tips for iPod shuffle, iPod nano, and iPod classic

## Update to the latest software.

Always make sure your iPod is using the latest version of Apple software. Put your iPod in its dock or plug it into your computer, and iTunes will notify you of available updates.

## Optimize your settings.

**Hold and pause.** Set the Hold switch when you're not using your iPod. This will prevent iPod from accidentally waking up and using unnecessary power. If you're not listening to your iPod, pause it, or turn it off by pressing the Play button for two seconds.

**Equalizer (EQ).** Adding EQ to playback increases use of your iPod processor, since EQ isn't encoded in the song. Turn EQ off if you don't use it. If, however, you've added EQ to tracks in iTunes, you'll need to set EQ to "flat" in order to have the effect of "off," because iPod keeps your iTunes settings intact.

**Backlight.** Setting the backlight to "always on" will significantly reduce your battery life. Use the backlight only when necessary.

## Plug in and power on your computer to charge your iPod.

Make sure your computer is plugged in and powered on when you're using it to charge your iPod via USB. If your iPod is connected to a computer that's turned off or is in sleep or standby mode, the iPod battery may drain.

## Tips for MacBook Air and MacBook Pro.

## Update to the latest software.

Case 5:17-cv-00551-LHK    Document 201-5    Filed 06/15/18    Page 21 of 85

Always make sure your MacBook is using the latest version of macOS. If you're connected to the Internet, macOS automatically checks for software updates every week, but you still control when the updates are installed. To confirm that you're using the latest software, go to the Apple menu and choose Software Update.

Learn more about updating macOS ›

## Optimize your settings.

**Energy.** The Energy Saver preference pane includes several settings that determine power levels for your MacBook. Your MacBook knows when it's plugged in and runs accordingly. When using battery power, it dims the screen and uses other components sparingly. If you change this setting to maximize performance, your battery will drain more quickly.

**Brightness.** Dim the screen to the lowest comfortable level to achieve maximum battery life. For instance, when watching a video on an airplane, you may not need full brightness if the cabin lights are off.

**Wi-Fi.** Wi-Fi consumes power, even if you are not using it to connect to a network. You can turn it off in the Wi-Fi status menu in the menu bar or in Network preferences.

**Applications and peripherals.** Disconnect peripherals and quit applications not in use. Eject an SD card if you're not currently accessing it.

## Plug in and power on your MacBook to charge other devices.

Make sure your MacBook is plugged in and powered on when you're using it to charge other devices via USB. Otherwise those devices may drain the battery in your MacBook faster than normal. If another device is connected to your MacBook when it's turned off or in sleep or standby mode, the device's battery may drain.

| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Newsroom |
|-----|--------------|---------------------|----------------------|----------|
| iPad | Genius Bar | Shop for College | Apple Store Account | Apple Leadership |
| iPhone | Today at Apple | | iCloud.com | Job Opportunities |
| Watch | Apple Camp | | | Investors |
| TV | Field Trip | Apple and Business | | Events |
| Music | Apple Store App | Shop for Business | | Contact Apple |
| iTunes | Refurbished and Clearance | | Accessibility | |
| HomePod | Financing | | Education | |
| iPod touch | Apple GiveBack | | Environment | |
| | | | Inclusion and Diversity | |
| | | | Privacy | |

Case 5:17-cv-00551-LHK   Document 201-5   Filed 06/15/18   Page 22 of 85

Accessories                          Order Status

Gift Cards                           Shopping Help                          Supplier Responsibility

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.        Privacy Policy   |   Terms of Use   |   Sales and Refunds   |   Legal   |   Site Map                                                                    United States

Exhibit 4

 iOS 7

Languages  English ▾

This update features a beautiful new design and also contains hundreds of new features, including the following:

- New design
  - Redesigned interface updates the entire system and every built-in app
  - Subtle motion and animation; layers and translucency provide depth
  - Elegant new color palette and refined typography
  - Updated system sounds and ringtones

- Control Center
  - Quick access to commonly used controls and apps with a swipe up from the bottom of the screen
  - Turn on & off Airplane Mode, Wi-Fi, Bluetooth, Do Not Disturb; adjust screen brightness; access media controls; turn on AirPlay and AirDrop
  - Quickly access flashlight, timer, calculator, camera and music controls

- Notification Center improvements
  - New Today view gives you an overview of your day, including weather, calendar, and stocks
  - Notifications dismissed on one device dismisses across all your devices

- Multitasking improvements
  - Preview screens of open apps when you switch between them
  - Permits any app to keep content up to date in the background

- Camera improvements
  - Swipe through different camera modes – video, still photo, square aspect, and panorama
  - Real-time photo filters with iPhone 4S or later, and iPod touch (5th generation)

- Photos improvements
  - Automatically organizes your photos and videos based on time and location into Moments
  - iCloud Photo Sharing supports multiple contributors and videos, plus a new Activity view
  - Add photo filter effects
  - Flickr and Vimeo support

- AirDrop
  - Quickly and easily share content with people nearby
  - Securely encrypted transfers with no network or setup required
  - Supported on iPhone 5, iPad (4th generation), iPad mini, and iPod touch (5th generation) and requires an iCloud account

- Safari improvements
  - New iPhone tab view that lets you easily switch between open web pages
  - Unified smart search field for both search terms and web addresses
  - Shared Links shows web pages shared by people you follow on Twitter

- iTunes Radio
  - Streaming radio service
  - Pick from over 250 featured and genre-focused stations
  - Start your own station from your favorite artist or song

- Siri improvements
  - New, more natural sounding male and female voices for US English, French and German
  - Integrated Wikipedia, Twitter search, and Bing web search results
  - Change settings including Wi-Fi, Bluetooth, and brightness

- Supported on iPhone 4S, iPhone 5, iPad with Retina display, iPad mini, and iPod touch (5th generation)

  - **App Store improvements**

    - See apps relevant to your current location with Popular Near Me
    - Discover age-appropriate apps in the Kids category
    - Keep your apps up to date automatically

  - **Find My iPhone Activation Lock**

    - Turning off Find My iPhone, erasing your device, reactivation, and signing out of iCloud requires your Apple ID password
    - A custom message can be displayed on your device even after a remote erase

  - **iTunes Store improvements**

    - Preview and buy songs you've heard on iTunes Radio while inside the iTunes Store
    - Add to, and shop from, your iTunes Wish List
    - Scan code with camera to redeem iTunes Gift Cards

  - **Music improvements**

    - Play music purchases from iCloud
    - Rotate your iPhone or iPod touch to browse your music with the Album Wall

  - **Videos improvements**

    - Play movie and TV show purchases from iCloud
    - View similar movies and TV shows from Related

  - **Maps improvements**

    - Turn-by-turn walking directions
    - Automatic night mode
    - Bookmarks shared across devices via iCloud

  - **Mail improvements**

    - New Smart Mailboxes, including Unread, Attachments, All Drafts and To or CC
    - Improved search
    - View PDF annotations

- **FaceTime audio calling**
- **Block unwanted Phone, Messages and FaceTime callers**
- **Support for sending long MMS messages**
- **Pull down on any Home Screen to reveal Spotlight search**
- **Scan to acquire Passbook passes**
- **New ringtones, alarms, alerts and system sounds**
- **Definitions of a selected word for additional languages: Italian, Korean, and Dutch**
- **Inclinometer in the Compass app**
- **Wi-Fi HotSpot 2.0 support**
- **Accessibility features**

  - Individuals with limited physical motor skills can now control their device using Switch Control
  - Customize closed caption style
  - Handwriting input support in VoiceOver
  - Math output support using Nemeth Braille in VoiceOver
  - Select from multiple premium voices for speak selection and VoiceOver
  - Support for Made for iPhone Hearing Aids and stereo audio for iPhone 5 and iPod touch (5th generation)

  - **Enterprise features**

    - Manage which apps and accounts are used to open documents and attachments
    - Per App VPN
    - App Store license management
    - Enterprise single sign-on
    - Remote configuration of managed apps
    - Automatic data protection for third-party apps
    - Exchange Notes syncing
    - Install custom fonts
    - New management queries and restrictions

  - **Education features**

    - Mobile device management for Apple TV
    - Request AirPlay Mirroring from a student device to Apple TV

- Pre-configure AirPlay destinations and AirPrint printers
- Streamlined MDM enrollment
- Ability to restrict changes to accounts
- Web content filtering
- Authorized apps can initiate single app mode
- Configure accessibility settings for single app mode

- Features for China

  - Tencent Weibo integration
  - Chinese-English bilingual dictionary
  - Improved handwriting input with improved accuracy, stroke order independence and support for simultaneous multiple character input

- Bug fixes

Some features may not be available for all countries or all areas.

For information on the security content of this update, please visit this website:

http://support.apple.com/kb/HT1222

Available via iTunes

Post Date: Sep 18, 2013

System Requirements

Supported Languages

Support

More ways to shop: Visit an **Apple Store**, call 1-800-MY-APPLE, or **find a reseller.**

Copyright © 2018 Apple Inc. All rights reserved.   Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map  |  Contact Apple

Exhibit 5

 iOS 7.0.4

Languages [English ▼]

Bug fixes and improvements, including a fix for an issue that causes FaceTime calls to fail for some users.

For information on the security content of this update, please visit this website: http://support.apple.com/kb/HT1222
For more information, see iOS: How to update your iPhone, iPad, or iPod touch.

Available via iTunes and wirelessly.

Post Date: Nov 14, 2013

**System Requirements**

**Supported Languages**

Support

More ways to shop: Visit an **Apple Store**, call 1-800-MY-APPLE, or **find a reseller**.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Site Map | Contact Apple

Exhibit 6

http://support.apple.com/kb/TS5419    Go

42 captures
25 Apr 2014 - 2 Oct 2017

MAR **APR** MAY
◀ **25** ▶
2013 **2014** **2015**

About this capture

# Unable to make or receive FaceTime calls after April 16, 2014

### Symptoms

If you started to have issues making or receiving FaceTime calls after April 16, 2014, your device or your friend's device may have encountered a bug resulting from a device certificate that expired on that date. Updating both devices to the latest software will resolve this issue.

If you're using iOS 7.0.4 or later or iOS 6.1.6, this issue doesn't affect you.

If you're using these versions of OS X or FaceTime for Mac, this issue doesn't affect you:

- OS X Mavericks v10.9.2 or later
- OS X Mountain Lion v10.8 with the latest security updates
- OS X Lion v10.7 with the latest security updates
- FaceTime for Mac version 1.0.5 or later for Mac OS X v10.6

### Resolution

Update both devices (your device and your friend's device) to the latest version of iOS, OS X, or FaceTime for Mac. FaceTime calls will still fail if the iOS device or Mac that you're trying to connect to isn't up to date.

iOS automatically presents the most recent compatible update for your device. If you're using an iOS 7 compatible device and you're still on an earlier version of iOS, you should update to iOS 7.1 or later. If you're using a device that isn't iOS 7 compatible, you should update to iOS 6.1.6.

If you're using OS X Mavericks v10.9, update to OS X Mavericks v10.9.2 or later. If you're using OS X Mountain Lion v10.8 or OS X Lion v10.7, install the latest security updates or update to OS X Mavericks v10.9. If you're using Mac OS X v10.6, you should get the latest version of FaceTime for Mac in the Mac App Store.

Learn what to do if you still can't make or receive FaceTime calls and you've made sure both devices are up to date.

Last Modified: Apr 24, 2014

---

Helpful?    Yes    No

---

## Additional Product Support Information

 iPhone       OS X Mavericks       iPad

 OS X Mountain Lion       iPod touch       Mac OS X 10.6

 OS X Lion

---

Start a Discussion

Submit my question to the community

See all questions on this article     See all questions I have asked

Exhibit 7

6/14/2018
About the security content of iOS 7.1.1 - Apple Support
Case 5:17-cv-00551-LHK   Document 201-5   Filed 06/15/18   Page 33 of 85

# About the security content of iOS 7.1.1

This document describes the security content of iOS 7.1.1.

For the protection of our customers, Apple does not disclose, discuss, or confirm security issues until a full investigation has occurred and any necessary patches or releases are available. To learn more about Apple Product Security, see the Apple Product Security website.

For information about the Apple Product Security PGP Key, see "How to use the Apple Product Security PGP Key."

Where possible, CVE IDs are used to reference the vulnerabilities for further information.

To learn about other Security Updates, see "Apple Security Updates."

## iOS 7.1.1

- **CFNetwork HTTPProtocol**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: An attacker in a privileged network position can obtain web site credentials

  Description: Set-Cookie HTTP headers would be processed even if the connection closed before the header line was complete. An attacker could strip security settings from the cookie by forcing the connection to close before the security settings were sent, and then obtain the value of the unprotected cookie. This issue was addressed by ignoring incomplete HTTP header lines.

  CVE-ID

  CVE-2014-1296 : Antoine Delignat-Lavaud of Prosecco at Inria Paris

- **IOKit Kernel**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A local user can read kernel pointers, which can be used to bypass kernel address space layout randomization

  Description: A set of kernel pointers stored in an IOKit object could be retrieved from userland. This issue was addressed through removing the pointers from the object.

  CVE-ID

  CVE-2014-1320 : Ian Beer of Google Project Zero working with HP's Zero Day Initiative

- **Security - Secure Transport**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: An attacker with a privileged network position may capture data or change the operations performed in sessions protected by SSL

  Description: In a 'triple handshake' attack, it was possible for an attacker to establish two connections which had the same encryption keys and handshake, insert the attacker's data in one connection, and

renegotiate so that the connections may be forwarded to each other. To prevent attacks based on this scenario, Secure Transport was changed so that, by default, a renegotiation must present the same server certificate as was presented in the original connection.

CVE-ID

CVE-2014-1295 : Antoine Delignat-Lavaud, Karthikeyan Bhargavan and Alfredo Pironti of Prosecco at Inria Paris

- **WebKit**

Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

Impact: Visiting a maliciously crafted website may lead to an unexpected application termination or arbitrary code execution

Description: Multiple memory corruption issues existed in WebKit. These issues were addressed through improved memory handling.

CVE-ID

CVE-2013-2871 : miaubiz

CVE-2014-1298 : Google Chrome Security Team

CVE-2014-1299 : Google Chrome Security Team, Apple, Renata Hodovan of University of Szeged / Samsung Electronics

CVE-2014-1300 : Ian Beer of Google Project Zero working with HP's Zero Day Initiative

CVE-2014-1302 : Google Chrome Security Team, Apple

CVE-2014-1303 : KeenTeam working with HP's Zero Day Initiative

CVE-2014-1304 : Apple

CVE-2014-1305 : Apple

CVE-2014-1307 : Google Chrome Security Team

CVE-2014-1308 : Google Chrome Security Team

CVE-2014-1309 : cloudfuzzer

CVE-2014-1310 : Google Chrome Security Team

CVE-2014-1311 : Google Chrome Security Team

CVE-2014-1312 : Google Chrome Security Team

CVE-2014-1313 : Google Chrome Security Team

CVE-2014-1713 : VUPEN working with HP's Zero Day Initiative

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products. Apple makes no representations regarding third-party website accuracy or reliability. Risks are inherent in the use of the Internet. Contact the vendor for additional information. Other company and product names may be trademarks of their respective owners.

Published Date:February 24, 2017

Helpful?     [ Yes ]     [ No ]                                              92% of people found this helpful.

# Start a Discussion
in Apple Support Communities

Ask other users about this article

Submit my question to the community

See all questions on this article ›    See all questions I have asked ›

## Contact Apple Support

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›



Support        About the security content of iOS 7.1.1

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.        Privacy Policy    Terms of Use    Sales and Refunds    Site Map    Contact Apple                                        United States

Exhibit 8

# About the security content of iOS 7.0.6

This document describes the security content of iOS 7.0.6.

For the protection of our customers, Apple does not disclose, discuss, or confirm security issues until a full investigation has occurred and any necessary patches or releases are available. To learn more about Apple Product Security, see the Apple Product Security website.

For information about the Apple Product Security PGP Key, see "How to use the Apple Product Security PGP Key."

Where possible, CVE IDs are used to reference the vulnerabilities for further information.

To learn about other Security Updates, see "Apple Security Updates".

## iOS 7.0.6

- **Data Security**

  Available for: iPhone 4 and later, iPod touch (5th generation), iPad 2 and later

  Impact: An attacker with a privileged network position may capture or modify data in sessions protected by SSL/TLS

  Description: Secure Transport failed to validate the authenticity of the connection. This issue was addressed by restoring missing validation steps.

  CVE-ID

  CVE-2014-1266

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products. Apple makes no representations regarding third-party website accuracy or reliability. Risks are inherent in the use of the Internet. Contact the vendor for additional information. Other company and product names may be trademarks of their respective owners.

Published Date:February 24, 2017

---

Helpful?     Yes     No                                    46% of people found this helpful.

---

## Start a Discussion
in Apple Support Communities

Ask other users about this article

Submit my question to the community

See all questions on this article ›     See all questions I have asked ›

Case 5:17-cv-00551-LHK    Document 201-5    Filed 06/15/18    Page 38 of 85

# Contact Apple Support

Need more help? Save time by starting your support
request online and we'll connect you to an expert.

Get started ›



Support     About the security content of iOS 7.0.6

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map  |  Contact Apple      United States

Exhibit 9



iOS 7.0.6

Languages [ English ▼ ]

This security update provides a fix for SSL connection verification.

For information on the security content of this update, please visit this
website: http://support.apple.com/kb/HT1222

Available via iTunes.

Post Date: Feb 21, 2014

System Requirements

Supported Languages

Support

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Site Map | Contact Apple

Exhibit 10

# About the security content of iOS 7.1

This document describes the security content of iOS 7.1.

For the protection of our customers, Apple does not disclose, discuss, or confirm security issues until a full investigation has occurred and any necessary patches or releases are available. To learn more about Apple Product Security, see the Apple Product Security website.

For information about the Apple Product Security PGP Key, see "How to use the Apple Product Security PGP Key."

Where possible, CVE IDs are used to reference the vulnerabilities for further information.

To learn about other Security Updates, see "Apple Security Updates."

## iOS 7.1

- **Backup**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A maliciously crafted backup can alter the filesystem

  Description: A symbolic link in a backup would be restored, allowing subsequent operations during the restore to write to the rest of the filesystem. This issue was addressed by checking for symbolic links during the restore process.

  CVE-ID

  CVE-2013-5133 : evad3rs

- **Certificate Trust Policy**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Root certificates have been updated

  Description: Several certificates were added to or removed from the list of system roots.

- **Configuration Profiles**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Profile expiration dates were not honored

  Description: Expiration dates of mobile configuration profiles were not evaluated correctly. The issue was resolved through improved handling of configuration profiles.

  CVE-ID

  CVE-2014-1267

- **CoreCapture**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A malicious application can cause an unexpected system termination

Description: A reachable assertion issue existed in CoreCapture's handling of IOKit API calls. The issue was addressed through additional validation of input from IOKit.

CVE-ID

CVE-2014-1271 : Filippo Bigarella

- **Crash Reporting**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A local user may be able to change permissions on arbitrary files

  Description: CrashHouseKeeping followed symbolic links while changing permissions on files. This issue was addressed by not following symbolic links when changing permissions on files.

  CVE-ID

  CVE-2014-1272 : evad3rs

- **dyld**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Code signing requirements may be bypassed

  Description: Text relocation instructions in dynamic libraries may be loaded by dyld without code signature validation. This issue was addressed by ignoring text relocation instructions.

  CVE-ID

  CVE-2014-1273 : evad3rs

- **FaceTime**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A person with physical access to the device may be able to access FaceTime contacts from the lock screen

  Description: FaceTime contacts on a locked device could be exposed by making a failed FaceTime call from the lock screen. This issue was addressed through improved handling of FaceTime calls.

  CVE-ID

  CVE-2014-1274

- **ImageIO**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Viewing a maliciously crafted PDF file may lead to an unexpected application termination or arbitrary code execution

  Description: A buffer overflow existed in the handling of JPEG2000 images in PDF files. This issue was addressed through improved bounds checking.

  CVE-ID

  CVE-2014-1275 : Felix Groebert of the Google Security Team

- **ImageIO**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

Impact: Viewing a maliciously crafted TIFF file may lead to an unexpected application termination or arbitrary code execution

Description: A buffer overflow existed in libtiff's handling of TIFF images. This issue was addressed through additional validation of TIFF images.

CVE-ID

CVE-2012-2088

- **ImageIO**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Viewing a maliciously crafted JPEG file may lead to the disclosure of memory contents

  Description: An uninitialized memory access issue existed in libjpeg's handling of JPEG markers, resulting in the disclosure of memory contents. This issue was addressed through additional validation of JPEG files.

  CVE-ID

  CVE-2013-6629 : Michal Zalewski

- **IOKit HID Event**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A malicious application may monitor on user actions in other apps

  Description: An interface in IOKit framework allowed malicious apps to monitor on user actions in other apps. This issue was addressed through improved access control policies in the framework.

  CVE-ID

  CVE-2014-1276 : Min Zheng, Hui Xue, and Dr. Tao (Lenx) Wei of FireEye

- **iTunes Store**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A man-in-the-middle attacker may entice a user into downloading a malicious app via Enterprise App Download

  Description: An attacker with a privileged network position could spoof network communications to entice a user into downloading a malicious app. This issue was mitigated by using SSL and prompting the user during URL redirects.

  CVE-ID

  CVE-2013-3948 : Stefan Esser

- **Kernel**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A local user may be able to cause an unexpected system termination or arbitrary code execution in the kernel

  Description: An out of bounds memory access issue existed in the ARM ptmx_get_ioctl function. This issue was addressed through improved bounds checking.

  CVE-ID

  CVE-2014-1278 : evad3rs

- **Office Viewer**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Opening a maliciously crafted Microsoft Word document may lead to an unexpected application termination or arbitrary code execution

  Description: A double free issue existed in the handling of Microsoft Word documents. This issue was addressed through improved memory management.

  CVE-ID

  CVE-2014-1252 : Felix Groebert of the Google Security Team

- **Photos Backend**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Deleted images may still appear in the Photos app underneath transparent images

  Description: Deleting an image from the asset library did not delete cached versions of the image. This issue was addressed through improved cache management.

  CVE-ID

  CVE-2014-1281 : Walter Hoelblinger of Hoelblinger.com, Morgan Adams, Tom Pennington

- **Profiles**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A configuration profile may be hidden from the user

  Description: A configuration profile with a long name could be loaded onto the device but was not displayed in the profile UI. The issue was addressed through improved handling of profile names.

  CVE-ID

  CVE-2014-1282 : Assaf Hefetz, Yair Amit and Adi Sharabani of Skycure

- **Safari**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: User credentials may be disclosed to an unexpected site via autofill

  Description: Safari may have autofilled user names and passwords into a subframe from a different domain than the main frame. This issue was addressed through improved origin tracking.

  CVE-ID

  CVE-2013-5227 : Niklas Malmgren of Klarna AB

- **Settings - Accounts**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A person with physical access to the device may be able to disable Find My iPhone without entering an iCloud password

  Description: A state management issue existed in the handling of the Find My iPhone state. This issue was addressed through improved handling of Find My iPhone state.

  CVE-ID

  CVE-2014-2019

- **Springboard**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A person with physical access to the device may be able to see the home screen of the device even if the device has not been activated

  Description: An unexpected application termination during activation could cause the phone to show the home screen. The issue was addressed through improved error handling during activation.

  CVE-ID

  CVE-2014-1285 : Roboboi99

- **SpringBoard Lock Screen**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A remote attacker may be able to cause the lock screen to become unresponsive

  Description: A state management issue existed in the lock screen. This issue was addressed through improved state management.

  CVE-ID

  CVE-2014-1286 : Bogdan Alecu of M-sec.net

- **TelephonyUI Framework**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A webpage could trigger a FaceTime audio call without user interaction

  Description: Safari did not consult the user before launching facetime-audio:// URLs. This issue was addressed with the addition of a confirmation prompt.

  CVE-ID

  CVE-2013-6835 : Guillaume Ross

- **USB Host**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A person with physical access to the device may be able to cause arbitrary code execution in kernel mode

  Description: A memory corruption issue existed in the handling of USB messages. This issue was addressed through additional validation of USB messages.

  CVE-ID

  CVE-2014-1287 : Andy Davis of NCC Group

- **Video Driver**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Playing a maliciously crafted video could lead to the device becoming unresponsive

  Description: A null dereference issue existed in the handling of MPEG-4 encoded files. This issue was addressed through improved memory handling.

  CVE-ID

  CVE-2014-1280 : rg0rd

- **WebKit**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Visiting a maliciously crafted website may lead to an unexpected application termination or arbitrary code execution

  Description: Multiple memory corruption issues existed in WebKit. These issues were addressed through improved memory handling.

  CVE-ID

  CVE-2013-2909 : Atte Kettunen of OUSPG

  CVE-2013-2926 : cloudfuzzer

  CVE-2013-2928 : Google Chrome Security Team

  CVE-2013-5196 : Google Chrome Security Team

  CVE-2013-5197 : Google Chrome Security Team

  CVE-2013-5198 : Apple

  CVE-2013-5199 : Apple

  CVE-2013-5225 : Google Chrome Security Team

  CVE-2013-5228 : Keen Team (@K33nTeam) working with HP's Zero Day Initiative

  CVE-2013-6625 : cloudfuzzer

  CVE-2013-6635 : cloudfuzzer

  CVE-2014-1269 : Apple

  CVE-2014-1270 : Apple

  CVE-2014-1289 : Apple

  CVE-2014-1290 : ant4g0nist (SegFault) working with HP's Zero Day Initiative, Google Chrome Security Team, Lee Wang Hao working with S.P.T. Krishnan of Infocomm Security Department, Institute for Infocomm Research

  CVE-2014-1291 : Google Chrome Security Team

  CVE-2014-1292 : Google Chrome Security Team

  CVE-2014-1293 : Google Chrome Security Team

  CVE-2014-1294 : Google Chrome Security Team

FaceTime is not available in all countries or regions.

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products. Apple makes no representations regarding third-party website accuracy or reliability. Risks are inherent in the use of the Internet. Contact the vendor for additional information. Other company and product names may be trademarks of their respective owners.

Published Date: February 24, 2017

Helpful?    [ Yes ]   [ No ]                                   84% of people found this helpful.

6/14/2018
Case 5:17-cv-00551-LHK   Document 201-5   Filed 06/15/18   Page 48 of 85
About the security content of iOS 7.1 - Apple Support

# Start a Discussion
## in Apple Support Communities

Ask other users about this article

Submit my question to the community

See all questions on this article ›   See all questions I have asked ›

## Contact Apple Support

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›



Support   About the security content of iOS 7.1

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.
Copyright © 2018 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Site Map | Contact Apple                                    United States

Exhibit 11

 iOS 7.1

Languages [English ▼]

This update contains improvements and bug fixes, including:

- CarPlay
  - iOS experience designed for the car
  - Simply connect your iPhone to a CarPlay enabled vehicle
  - Supports Phone, Music, Maps, Messages, and 3rd-party audio apps
  - Control with Siri and the car's touchscreen, knobs, and buttons

- Siri
  - Manually control when Siri listens by holding down the home button while you speak and releasing it when you're done as an alternative to letting Siri automatically notice when you stop talking
  - New, more natural sounding male and female voices for Mandarin Chinese, UK English, Australian English, and Japanese

- iTunes Radio
  - Search field above Featured Stations to easily create stations based on your favorite artist or song
  - Buy albums with the tap of a button from Now Playing
  - Subscribe to iTunes Match on your iPhone, iPad, or iPod touch to enjoy iTunes Radio ad-free

- Calendar
  - Option to display events in month view
  - Country specific holidays automatically added for many countries

- Accessibility
  - Bold font option now includes the keyboard, calculator, and many icon glyphs
  - Reduce Motion option now includes Weather, Messages, and multitasking UI animations
  - New options to display button shapes, darken app colors, and reduce white point

- New Camera setting to automatically enable HDR for iPhone 5s
- iCloud Keychain support in additional countries
- FaceTime call notifications are automatically cleared when you answer a call on another device
- Fixes a bug that could occasionally cause a home screen crash
- Improves Touch ID fingerprint recognition
- Improved performance for iPhone 4
- Fixes display of Mail unread badge for numbers greater than 10,000
- Continued user interface refinements

For information on the security content of this update, please visit this website:http://support.apple.com/kb/HT1222

Available via iTunes or OTA

Post Date: Mar 10, 2014

System Requirements

Supported Languages

Support

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy   Terms of Use   Sales and Refunds   Site Map   Contact Apple

Exhibit 12

Case 5:17-cv-00551-LHK   Document 201-5   Filed 06/15/18   Page 53 of 85

# About the security content of iOS 7.1.2

This document describes the security content of iOS 7.1.2.

For the protection of our customers, Apple does not disclose, discuss, or confirm security issues until a full investigation has occurred and any necessary patches or releases are available. To learn more about Apple Product Security, see the Apple Product Security website.

For information about the Apple Product Security PGP Key, see How to use the Apple Product Security PGP Key.

Where possible, CVE IDs are used to reference the vulnerabilities for further information.

To learn about other Security Updates, see Apple Security Updates.

## iOS 7.1.2

- **Certificate Trust Policy**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Update to the certificate trust policy

  Description: The certificate trust policy was updated. The complete list of certificates may be viewed at http://support.apple.com/kb/HT5012.

- **CoreGraphics**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Viewing a maliciously crafted XBM file may lead to an unexpected application termination or arbitrary code execution

  Description: An unbounded stack allocation issue existed in the handling of XBM files. This issue was addressed through improved bounds checking.

  CVE-ID

  CVE-2014-1354 : Dima Kovalenko of codedigging.com

- **Kernel**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: An application could cause the device to unexpectedly restart

  Description: A null pointer dereference existed in the handling of IOKit API arguments. This issue was addressed through additional validation of IOKit API arguments.

  CVE-ID

  CVE-2014-1355 : cunzhang from Adlab of Venustech

- **launchd**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

Impact: A malicious application may be able to execute arbitrary code with system privileges

Description: A heap buffer overflow existed in launchd's handling of IPC messages. This issue was addressed through improved bounds checking.

CVE-ID

CVE-2014-1356 : Ian Beer of Google Project Zero

- **launchd**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A malicious application may be able to execute arbitrary code with system privileges

  Description: A heap buffer overflow existed in launchd's handling of log messages. This issue was addressed through improved bounds checking.

  CVE-ID

  CVE-2014-1357 : Ian Beer of Google Project Zero

- **launchd**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A malicious application may be able to execute arbitrary code with system privileges

  Description: An integer overflow existed in launchd. This issue was addressed through improved bounds checking.

  CVE-ID

  CVE-2014-1358 : Ian Beer of Google Project Zero

- **launchd**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A malicious application may be able to execute arbitrary code with system privileges

  Description: An integer underflow existed in launchd. This issue was addressed through improved bounds checking.

  CVE-ID

  CVE-2014-1359 : Ian Beer of Google Project Zero

- **Lockdown**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: An attacker possessing an iOS device could potentially bypass Activation Lock

  Description: Devices were performing incomplete checks during device activation, which made it possible for malicious individuals to partially bypass Activation Lock. This issue was addressed through additional client-side verification of data received from activation servers.

  CVE-ID

  CVE-2014-1360

- **Lock Screen**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

Case 5:17-cv-00551-LHK   Document 201-5   Filed 06/15/18   Page 55 of 85

Impact: An attacker in possession of a device may exceed the maximum number of failed passcode attempts

Description: In some circumstances, the failed passcode attempt limit was not enforced. This issue was addressed through additional enforcement of this limit.

CVE-ID

CVE-2014-1352 : mblsec

- **Lock Screen**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A person with physical access to a locked device may be able to access the application that was in the foreground prior to locking

  Description: A state management issue existed in the handling of the telephony state while in Airplane Mode. This issue was addressed through improved state management while in Airplane Mode.

  CVE-ID

  CVE-2014-1353

- **Mail**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Mail attachments can be extracted from an iPhone 4

  Description: Data protection was not enabled for mail attachments, allowing them to be read by an attacker with physical access to the device. This issue was addressed by changing the encryption class of mail attachments.

  CVE-ID

  CVE-2014-1348 : Andreas Kurtz of NESO Security Labs

- **Safari**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Visiting a maliciously crafted website may lead to an unexpected application termination or arbitrary code execution

  Description: A use after free issue existed in Safari's handling of invalid URLs. This issue was addressed through improved memory handling.

  CVE-ID

  CVE-2014-1349 : Reno Robert and Dhanesh Kizhakkinan

- **Settings**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A person with physical access to the device may be able to disable Find My iPhone without entering an iCloud password

  Description: A state management issue existed in the handling of the Find My iPhone state. This issue was addressed through improved handling of Find My iPhone state.

  CVE-ID

  CVE-2014-1350

- **Secure Transport**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Two bytes of uninitialized memory could be disclosed to a remote attacker

  Description: An uninitialized memory access issue existed in the handling of DTLS messages in a TLS connection. This issue was addressed by only accepting DTLS messages in a DTLS connection.

  CVE-ID

  CVE-2014-1361 : Thijs Alkemade of The Adium Project

- **Siri**

  Available for: iPhone 4S and later, iPod touch (5th generation) and later, iPad (3rd generation) and later

  Impact: A person with physical access to the phone may be able to view all contacts

  Description: If a Siri request might refer to one of several contacts, Siri displays a list of possible choices and the option 'More...' for a complete contact list. When used at the lock screen, Siri did not require the passcode before viewing the complete contact list. This issue was addressed by requiring the passcode.

  CVE-ID

  CVE-2014-1351 : Sherif Hashim

- **WebKit**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: Visiting a maliciously crafted website may lead to an unexpected application termination or arbitrary code execution

  Description: Multiple memory corruption issues existed in WebKit. These issues were addressed through improved memory handling.

  CVE-ID

  CVE-2013-2875 : miaubiz

  CVE-2013-2927 : cloudfuzzer

  CVE-2014-1323 : banty

  CVE-2014-1325 : Apple

  CVE-2014-1326 : Apple

  CVE-2014-1327 : Google Chrome Security Team, Apple

  CVE-2014-1329 : Google Chrome Security Team

  CVE-2014-1330 : Google Chrome Security Team

  CVE-2014-1331 : cloudfuzzer

  CVE-2014-1333 : Google Chrome Security Team

  CVE-2014-1334 : Apple

  CVE-2014-1335 : Google Chrome Security Team

  CVE-2014-1336 : Apple

CVE-2014-1337 : Apple

CVE-2014-1338 : Google Chrome Security Team

CVE-2014-1339 : Atte Kettunen of OUSPG

CVE-2014-1341 : Google Chrome Security Team

CVE-2014-1342 : Apple

CVE-2014-1343 : Google Chrome Security Team

CVE-2014-1362 : Apple, miaubiz

CVE-2014-1363 : Apple

CVE-2014-1364 : Apple

CVE-2014-1365 : Apple, Google Chrome Security Team

CVE-2014-1366 : Apple

CVE-2014-1367 : Apple

CVE-2014-1368 : Wushi of Keen Team (Research Team of Keen Cloud Tech)

CVE-2014-1382 : Renata Hodovan of University of Szeged / Samsung Electronics

CVE-2014-1731 : an anonymous member of the Blink development community

- **WebKit**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A malicious site can send messages to a connected frame or window in a way that might circumvent the receiver's origin check

  Description: An encoding issue existed in the handling of unicode characters in URLs. A maliciously crafted URL could have led to sending an incorrect postMessage origin. This issue was addressed through improved encoding/decoding.

  CVE-ID

  CVE-2014-1346 : Erling Ellingsen of Facebook

- **WebKit**

  Available for: iPhone 4 and later, iPod touch (5th generation) and later, iPad 2 and later

  Impact: A maliciously crafted website may be able to spoof its domain name in the address bar

  Description: A spoofing issue existed in the handling of URLs. This issue was addressed through improved encoding of URLs.

  CVE-ID

  CVE-2014-1345 : Erling Ellingsen of Facebook

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products. Apple makes no representations regarding third-party website accuracy or reliability. Risks are inherent in the use of the Internet. **Contact the vendor** for additional information. Other company and product names may be trademarks of their respective owners.

Published Date:February 24, 2017

Helpful?    [ Yes ]    [ No ]

82% of people found this helpful.

## Start a Discussion
in Apple Support Communities

[ Ask other users about this article                                    ]

[ Submit my question to the community ]

See all questions on this article ›     See all questions I have asked ›

## Contact Apple Support

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›



Support     About the security content of iOS 7.1.2

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.     Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map  |  Contact Apple                                    United States

Exhibit 13

 iOS 7.1.2

Languages [ English ▼ ]

This update contains bug fixes and security updates, including:

• Improves iBeacon connectivity and stability
• Fixes a bug with data transfer for some 3rd party accessories, including bar code scanners
• Corrects an issue with data protection class of Mail attachments

For information on the security content of this update, please visit this website: http://support.apple.com/kb/HT1222
Available via iTunes or OTA

Post Date: Jun 30, 2014

**System Requirements**

**Supported Languages**

Support

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Site Map | Contact Apple

Exhibit 14

6/14/2018    Unauthorized modification of iOS can cause security vulnerabilities, instability, shortened battery life, and other issues - Apple Support

Case 5:17-cv-00551-LHK   Document 201-5   Filed 06/15/18   Page 62 of 85

# Unauthorized modification of iOS can cause security vulnerabilities, instability, shortened battery life, and other issues

This article is about adverse issues experienced by customers who have made unauthorized modifications to iOS (this hacking process is often called "jailbreaking").

iOS is designed to be reliable and secure from the moment you turn on your device. Built-in security features protect against malware and viruses and help to secure access to personal information and corporate data. Unauthorized modifications to iOS (also known as "jailbreaking") bypass security features and can cause numerous issues to the hacked iPhone, iPad, or iPod touch, including:

- **Security vulnerabilities:** Jailbreaking your device eliminates security layers designed to protect your personal information and your iOS device. With this security removed from your iOS device, hackers may steal your personal information, damage your device, attack your network, or introduce malware, spyware, or viruses.
- **Instability:** Frequent and unexpected crashes of the device, crashes, and freezes of built-in apps and third-party apps, and loss of data.
- **Shortened battery life:** The hacked software has caused an accelerated battery drain that shortens the operation of an iPhone, iPad, or iPod touch on a single battery charge.
- **Unreliable voice and data:** Dropped calls, slow, or unreliable data connections, and delayed or inaccurate location data.
- **Disruption of services:** Services such as iCloud, iMessage, FaceTime, Apple Pay, Visual Voicemail, Weather, and Stocks, have been disrupted or no longer work on the device. Additionally, third-party apps that use the Apple Push Notification Service have had difficulty receiving notifications or received notifications that were intended for a different hacked device. Other push-based services such as iCloud and Exchange have experienced problems synchronizing data with their respective servers.
- **Inability to apply future software updates:** Some unauthorized modifications have caused damage to iOS that is not repairable. This can result in the hacked iPhone, iPad, or iPod touch becoming permanently inoperable when a future Apple-supplied iOS update is installed.

Apple strongly cautions against installing any software that hacks iOS. It is also important to note that unauthorized modification of iOS is a violation of the iOS end-user software license agreement and because of this, Apple may deny service for an iPhone, iPad, or iPod touch that has installed any unauthorized software.

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products. Apple makes no representations regarding third-party website accuracy or reliability. Risks are inherent in the use of the Internet. **Contact the vendor** for additional information. Other company and product names may be trademarks of their respective owners.

Published Date:September 13, 2016

Helpful?    Yes    No                                                    66% of people found this helpful.

Case 5:17-cv-00551-LHK Document 201-5 Filed 06/15/18 Page 63 of 85

# Start a Discussion
## in Apple Support Communities

Ask other users about this article

Submit my question to the community

See all questions on this article ›    See all questions I have asked ›

---

## Contact Apple Support

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›



Support    Unauthorized modification of iOS can cause security vulnerabilities, instability, shortened battery life, and other issues

---

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map  |  Contact Apple     United States

Exhibit 15

Case 5:17-cv-00551-LHK Document 201-5 Filed 06/15/18 Page 65 of 85

# Potential sources of Wi-Fi and Bluetooth interference

Learn how to minimize wireless interference that can cause slower performance or disconnection from your Wi-Fi network and Bluetooth devices.

If you see one of the following, check for wireless interference:

- Low signal strength in the Wi-Fi menu
- A slower connection to the Internet when using your Wi-Fi connection
- Slower file transfers between computers over Wi-Fi
- Inability to pair a bluetooth device like a Magic Mouse, Magic Trackpad or Apple Wireless Keyboard
- Erratic or "jumpy" pointer movement when using a Magic Mouse or Magic Trackpad
- Intermittent "connection lost" messages when using a bluetooth device

## Sources of interference

These things can cause interference with Wi-Fi networks and Bluetooth devices if they are nearby.

### Microwave ovens

Using your microwave oven near your computer, Bluetooth device, or Wi-Fi base station might cause interference.

### Direct Satellite Service (DSS)

The coax cable and connectors used with some types of satellite dishes can cause interference. Check the cabling for damage that could cause radio frequency interference (RF leakage). Try replacement cables if you suspect interference.

### Power sources

Certain external electrical sources like power lines, electrical railroad tracks, and power stations can cause interference. Avoid locating your AirPort Base Station, AirPort Time Capsule, or Wi-Fi router near power lines in a wall, or near a breaker box.

### 2.4 GHz or 5 GHz phones

A cordless telephone that operates in the 2.4 GHz or 5 GHz range can cause interference with wireless devices or networks while taking calls.

### Wireless RF video

### Wireless speakers

Wireless audio that operates in the 2.4 GHz or 5 GHz bandwidth can cause interference with other wireless devices or networks.

### Certain external monitors and LCD displays

Certain displays can emit harmonic interference, especially in the 2.4GHz band between channels 11 and 14. This interference might be stronger if you're using a notebook computer with the lid closed and have an external monitor connected. Try changing your access point to use 5 GHz or a lower 2.4 GHz channel.

### Poorly shielded cabling

External hard drives or other devices with poorly shielded cabling can interfere with your wireless devices. If disconnecting or turning off the device appears to help, try replacing the cable that connects the device to your computer.

### Other wireless devices

Other wireless devices that operate in the 2.4 GHz or 5 GHz bandwidth (microwave transmitters, wireless cameras, baby monitors, a

Wireless video transmitters that operate in the 2.4 GHz or 5 GHz bandwidth can cause interference with wireless devices or networks.

neighbor's Wi-Fi device) can cause interference with Wi-Fi or bluetooth connections.

Some devices might not specifically state that they operate in the 2.4 GHz or 5 GHz band. The product's documentation should indicate the bands the device uses to operate. These might be referred to as "Dual Band" or "Wi-Fi" or "Wireless" devices.

## Wireless barriers

A device's location and building construction materials can affect Wi-Fi and Bluetooth performance. If possible, avoid barriers or change the placement of your Wi-Fi or Bluetooth devices for a clearer signal path.

Examples:

- Your computer is underneath a metal desk and you try to use a wireless (Bluetooth) mouse on top of the desk. The metal in the desk might act as a shield between the mouse and your computer. You might not be able to pair the device to your computer, or the pointer might move erratically.

- Your AirPort Base Station is downstairs and your computer is upstairs. The material between the two floors is concrete with metal reinforcement. The floor might lower or block the Wi-Fi signal from your base station to your computer. You might see slower network speeds, lower signal strength, or might not be able to connect to your Wi-Fi network at all.

Radio Frequency (RF) reflective and absorbing obstructions include the following:

| Type of Barrier | Interference Potential |
| --- | --- |
| Wood | Low |
| Synthetic material | Low |
| Glass | Low |
| Water | Medium |
| Bricks | Medium |
| Marble | Medium |
| Plaster | High |
| Concrete | High |
| Bulletproof glass | High |
| Metal | Very high |

## Reduce effects of interference from other wireless devices

If there are many wireless devices connected to your computer or nearby, you might need to adjust the channels used by your Wi-Fi devices.

To minimize interference between your Wi-Fi and Bluetooth devices, try the following:

1. Change channels on your wireless network. For AirPort Base Stations or AirPort Time Capsule, reset the base station and it will attempt to use the 2.4 and 5 GHz channels with the least interference when it

starts up.

2. Connect to a 5 GHz wireless network (if possible).

3. Move your computer and Wi-Fi router (like your AirPort Base Station) closer to each other.

4. Minimize the number of active Bluetooth wireless devices you have connected to your computer or nearby.

**Wireless Diagnostics** can also help you evaluate your Wi-Fi environment.

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products. Apple makes no representations regarding third-party website accuracy or reliability. Risks are inherent in the use of the Internet. **Contact the vendor** for additional information. Other company and product names may be trademarks of their respective owners.

Published Date:December 11, 2017

---

Helpful? [ Yes ] [ No ]                                                    56% of people found this helpful.

---

## Start a Discussion
in Apple Support Communities

[ Ask other users about this article ]

[ **Submit my question to the community** ]

See all questions on this article ›    See all questions I have asked ›

---

## Contact Apple Support

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›



Support    Potential sources of Wi-Fi and Bluetooth interference

---

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Site Map | Contact Apple                United States

Exhibit 16

Home   **Vita**   Teaching   Blog   Contact

# Avi Rubin's Vita



## Academic Degrees
- 1994, Ph.D., Computer Science and Engineering, University of Michigan, Ann Arbor
- 1991, M.S.E., Computer Science and Engineering, University of Michigan, Ann Arbor
- 1989, B.S., Computer Science (Honors), University of Michigan, Ann Arbor

## Academic Appointments
- April, 2004 - present
  **Professor**, Johns Hopkins University

- August, 2010 - July, 2011
  **Visiting Research Professor**, Fulbright Scholar, Tel Aviv University, Israel

- January, 2003 - April, 2004
  **Associate Professor**, Johns Hopkins University

- January, 2003 - present
  **Technical Director**, Johns Hopkins University Information Security Institute

- 2006 - 2010
  **Director and Principal Investigator (PI)**, National Science Foundation's ACCURATE Center

- 1995 - 1999
  **Adjunct Professor**, <u>New York University</u>
  - *Internet and Web Security* Spring, 1999 (with Dave Kormann)
  - *Privacy in Networks: Attacks and Defenses* Spring, 1998 (with Dave Kormann and Mike Reiter)
  - *Design and Analysis of Cryptographic Protocols* Fall, 1996 & Spring, 1997 (with Matt Franklin)
  - *Cryptography and Computer Security* Fall, 1995 & Spring, 1996

- Summer, 1999
  **Visiting Professor**, <u>École Normale Supérieure</u>, Paris, France

- 1988 - 1993
  **Teaching Assistant**, <u>University of Michigan</u>
  - 1993 *Intro. to Cryptography*
  - 1992 *Assembler Language Programming*
  - 1991 *Software Engineering*
  - 1990 *IVHS Seminar*
  - 1989-1990 **Head TA**, *Intro. to Computer Science*
  - 1988-1989 *Intro. to Computer Science*

- **Doctoral Committees**
  - **Doctoral Thesis Advisor:** Gabe Kaptchuk, JHU
  - **Doctoral Thesis Advisor:** David Russell, JHU
  - **Doctoral Thesis Advisor:** Paul Martin, JHU (February, 2016)
  - **Doctoral Thesis Advisor:** Michael Rushanan, JHU (May, 2016)
  - **Doctoral Thesis Advisor:** Ayo Akinyele, JHU (December, 2013)
  - **Doctoral Thesis Advisor:** Matthew Pagano, JHU (August, 2013)
  - **Doctoral Thesis Advisor:** Ryan Gardner, JHU (August, 2009)
  - **Doctoral Thesis Advisor:** Sam Small, JHU (May, 2009)
  - **Doctoral Thesis Advisor:** Sujata Doshi, JHU (May, 2009)
  - **Doctoral Thesis Advisor:** Joshua Mason, JHU (June, 2009)
  - **Dissertation Committee:** J. Alex Halderman, Princeton University (May, 2009)
  - **Dissertation Committee:** Sophie Qiu (May, 2007).
  - **Doctoral Thesis Advisor:** Adam Stubblefield (April, 2005).
  - **Dissertation Committee:** Kevin FU, MIT (February, 2005).
  - **Dissertation Committee:** Robert Fischer, Harvard University (June, 2003).
  - **Dissertation Committee:** Marc Waldman, New York University, (April, 2003).
  - **Dissertation Committee:** Patrick McDaniel, University of Michigan (September, 2001).
  - **Doctoral Thesis Advisor:** Fabian Monrose, New York University (April, 1999).
  - **Dissertation Committee:** Mike Just, Carleton University (November, 1998).
  - **Dissertation Committee:** Trent Jaeger, University of Michigan (October, 1996).

# Industry Experience

- 2011 - present
  <u>**Harbor Labs**</u>, Managing Member
- 2005 - 2011
  <u>**Independent Security Evaulators**</u>, Founder & President

- 1997 - 2002
 **AT&T Labs - Research**, Secure Systems Research Department
- 1994 - 1996
 **Bellcore**, Cryptography and Network Security Research Group
- Summer, 1990
 **Great Lakes Software Co.**, *Programmer*, Howell, MI
- Summer, 1989
 **IBM**, *Programmer*, Meyers Corners Lab, Poughkeepsie, NY

# Books

- Aviel D. Rubin, <u>*Brave New Ballot*</u>, Random House, (September, 2006).
- William R. Cheswick, Steven M. Bellovin and Aviel D. Rubin, <u>*Firewalls and Internet*</u> <u>*Security: Repelling the Wily Hacker (2e)*</u>, <u>Addison Wesley Publishing Company, Inc.</u>, (February, 2003).
- **Chapter 4**, *Communications Policy and Information Technology: Promises, Problems, Prospects*, MIT Press, Lorrie Faith Cranor and Shane Mitchell Greenstein, eds., (2002).
- Aviel D. Rubin, <u>*White-hat Security Arsenal*</u>, <u>Addison Wesley Publishing Company, Inc.</u>, (June, 2001).
- **Chapter 8**, *Publius* and **Chapter 14**, *Trust in Distributed Systems*, Marc Waldman, Lorrie Faith Cranor, and Aviel D. Rubin, <u>*Peer-to-Peer*</u>, <u>O'Reilly & Associates, Inc.</u>, (February, 2001).
- Aviel D. Rubin, Daniel Geer, Marcus J. Ranum, <u>*Web Security Sourcebook*</u>, <u>John Wiley & Sons, Inc</u>, (June, 1997).
- **Ph.D. dissertation:** *Nonmonotonic Cryptographic Protocols* (<u>ps.gz</u>, <u>pdf</u>), University of Michigan, Ann Arbor (April, 1994).

# Refereed Journal Publications

- David Kotz, Kevin Fu, Carl Gunter, Avi Rubin, *Security for Mobile and Cloud Frontiers in Healthcare,* Communications of the ACM (July, 2015).
- Ayo Akinyele, Christina Garman, Matthew D. Green, Ian Miers, Matthew Pagano, Aviel D. Rubin, Michael Rushanan, *Charm: A Framework for Rapidly Prototyping Cryptosystems,* Journal of Cryptographic Engineering (JCEN), (January, 2013).
- Ryan Gardner, Sujata Garera, and Aviel D. Rubin, *Detecting Code Alteration by Creating a Temporary Memory Bottleneck*, IEEE Transactions on Information Forensics and Security: Special Issue on Electronic Voting, (December, 2009).
- Matt Blaze, John Ioannidis, Angelos D. Keromytis, Tal Malkin, Avi Rubin, *Anonymity in Wireless Broadcast Networks*, International Journal of Network Security (IJNS), (January, 2008).
- Stephen Bono, Aviel Rubin, Adam Stubblefield, and Matthew Green, *Security Through Legality*, Communications of the ACM (June, 2006).
- Adam Stubblefield, Dan S. Wallach, and Aviel D. Rubin, *Managing the Performance Impact of Web Security*, Electronic Commerce Research Journal, February, 2005.
- David Jefferson, Aviel D. Rubin, Barbara Simons, David Wagner, *Analyzing Internet Voting Security*, Communications of the ACM (October, 2004).
- Simon Byers, Aviel D. Rubin, and David Kormann, *Defending Against an Internet-based Attack on the Physical World*, ACM Transactions on Internet Technology (TOIT), August, 2004.

- Adam Stubblefield, John Ioannidis, and Aviel D. Rubin, *A Key Recovery Attack on the 802.11b Wired Equivalent Privacy Protocol (WEP)* (pdf), ACM Transactions on Information and System Security, May, 2004.
- Aviel D. Rubin, *Security Considerations for Remote Electronic Voting*, Communications of the ACM (December, 2002).
- Marc Waldman, Aviel D. Rubin, and Lorrie F. Cranor, *The Architecture of Robust Publishing Systems*, ACM Transactions on Internet Technology (TOIT), (November, 2001).
- David P. Kormann and Aviel D. Rubin, *Risks of the Passport Single Signon Protocol*, Computer Networks, (July, 2000).
- Christian Gilmore, David P. Kormann, and Aviel D. Rubin, *Secure Remote Access to an Internal Web Server*, IEEE Network, (November, 1999).
- Fabian Monrose and Aviel D. Rubin, *Keystroke Dynamics as a Biometric for Authentication*, (pdf) Future Generation Computer Systems, (March, 2000).
- Michael K. Reiter and Aviel D. Rubin, *Anonymity Loves Company: Anonymous Web Transactions with Crowds* (ps.gz, pdf) Communications of the ACM (February, 1999).
- Aviel D. Rubin and Daniel E. Geer, Jr., *Mobile Code Security* (ps.gz, pdf), IEEE Internet Computing (November/December, 1998).
- Aviel D. Rubin and Daniel E. Geer, Jr., *A Survey of Web Security*, IEEE Computer, (September, 1998).
- Michael K. Reiter and Aviel D. Rubin, *Crowds: Anonymity for Web Transactions* (ps.gz, pdf), ACM Transactions on Information and System Security, (June, 1998).
- Aviel D. Rubin, *An Experience Teaching a Graduate Course in Cryptography* (ps, pdf), Cryptologia (April, 1997).
- Aviel D. Rubin, *Extending NCP for public Key Protocols*, Mobile Networks and Applications (ACM/Balzer), 2(3) (April, 1997).
- Aviel D. Rubin, *Independent One-Time Passwords*, (ps.gz, pdf) USENIX Journal of Computer Systems (February, 1996).
- Aviel D. Rubin, *Secure Distribution of Documents in a Hostile Environment*, Computer Communications (June, 1995).

## Refereed Conference Publications

- Lanier Watkins, Juan Ramon, Gaetano Snow, Jessica Vallejo, William H. Robinson, Aviel D. Rubin, Joshua Ciocco, Felix Jedrzejewski, Jinglun Liu, Chengyu Li, *Exploiting Multi-Vendor Vulnerabilities as Back-Doors to Counter the Threat of Rogue Small Unmanned Aerial Systems* , ACM Workshop on Mobile IoT Sensing, Security, and Privacy (Mobile IoT SSP '18), (June, 2018).
- Paul D. Martin, David Russel, Malek Ben Salem, Stephen Checkoway, Aviel D. Rubin, S*entinel: Secure Mode Profiling and Enforcement for Embedded Systems*, Proc. ACM/IEEE International Conference on Internet-of-Things Design and Implementation, (April, 2018).
- Gabriel Kaptchuk, Matthew D. Green and Aviel D. Rubin, *Outsourcing Medical Dataset Analysis: A Possible Solution*, Financial Cryptography Conference, (April, 2017).
- Michael Rushanan, David Russell and Aviel D. Rubin, *MalloryWorker: Stealthy Computation and Covert Channels using Web Workers,* Proceedings of the 12th International Workshop on Security and Trust Management, (September, 2016).
- Paul Martin, Michael Rushanan, Thomas Tantillo, Christoph Lehmann and Aviel Rubin, *Applications of Secure Location Sensing in Healthcare,* Proceedings of the 7th ACM

Conference on Bioinformatics, Computational Biology, and Health Informatics, (October, 2016).

- Gabriel Kaptchuk and Aviel D. Rubin, *A Practical Implementation of a Multi-Device Split Application for Protecting Online Poker* , Proceedings of the 15th Annual Security Conference, (March, 2016).

- Aviel D. Rubin, *Taking Two-Factor to the Next Level: Protecting Online Poker, Banking, Healthcare and Other Applications*, Proceedings of the 2014 Annual Computer Security Applications Conference, Invited Keynote Essay, (December, 2014).

- Michael Rushanan, Aviel D. Rubin, Denis Foo Kune, Colleen M. Swanson, *Security and Privacy in Implantable Medical Devices and Body Area Networks*, IEEE Symposium on Security and Privacy - SoK Track (May, 2014).

- Christina Garman, Matthew Green, Ian Miers, Aviel D. Rubin, *Rational Zero: Economic Security for Zerocoin with Everlasting Anonymity,* 1st Workshop on Bitcoin Research (March, 2014).

- Paul Martin, Avi Rubin and Rafae Bhatti, *Enforcing Minimum Necessary Access in Healthcare Through Integrated Audit and Access Control,* Health Informatics Symposium at the ACM Conference on Bioinformatics, Computational Biology, and Biomedical Informatics, (September, 2013).

- Ian M. Miers, Christina Garman, Matthew D. Green, Aviel D. Rubin, *Zerocoin: Anonymous Distributed e-Cash from Bitcoin*, Proc. IEEE Symposium on Security and Privacy (May, 2013).

- Ian M. Miers, Matthew D. Green, Christoph U. Lehmann, Aviel D. Rubin, *Vis-à-Vis Cryptography: Private and Trustworthy In-Person Certifications*, In Proceedings of the 3rd USENIX/HealthSec Workshop, (August, 2012).

- Joseph A. Akinyele, Matthew W. Pagano, Matthew D. Green, Christoph U. Lehmann, Zachary N. J. Peterson and Aviel D. Rubin, *Securing Electronic Medical Records Using Attribute-Based Encryption On Mobile Devices*, ACM CCS Workshop on Security and Privacy in Smartphones and Mobile Devices, (October, 2011).

- Matthew D. Green, Aviel D. Rubin, *A Research Roadmap for Healthcare IT Security inspired by the PCAST Health Information Technology Report - 4 page Extended Abstract*, In Proceedings of the 2nd USENIX/HealthSec Workshop, (August, 2011).

- Ryan Gardner, Sujata Garera, Aviel D. Rubin, *Designing for Audit: A Voting Machine with a Tiny TCB*, Financial Cryptography Conference, (January , 2010).

- Ryan Gardner, Sujata Garera, Matthew W. Pagano, Matthew D. Green, Aviel D. Rubin, *Securing Medical Records on Smart Phones, Workshop on Security and Privacy in Medical and Home-Care Systems*, (November, 2009).

- Ryan Gardner, Sujata Garera, Aviel D. Rubin, *Coercion Resistant End-to-end Voting*, Financial Cryptography Conference, (February, 2009).

- Ryan Gardner, Sujata Garera, Anand Rajan, Carols Rozas, Aviel D. Rubin, Manoj Sastry, *Protecting Patient Records from Unwarranted Access*, Future of Trust in Computing, (July, 2008).

- Sujata Garera, Niels Provos, Monica Chew and Aviel D. Rubin, *A Framework for Detection and Measurement of Phishing Attacks*, 5th ACM Workshop on Recurring Malcode (WORM 2007), (November, 2007).

- Sujata Garera and Aviel D. Rubin, *An Independent Audit Framework for Software Dependent Voting Systems*, 14th ACM Conference on Computer and Communications Security, (November, 2007).

- Ryan Gardner, Sujata Garera, and Aviel D. Rubin, <u>*On the Difficulty of Validating Voting Machine Software with Software*</u>, In Proceedings of the 2nd USENIX/ACCURATE

Electronic Voting Technology Workshop (EVT '07), (August, 2007).

- Sujata Doshi, Fabian Monrose, and Aviel D. Rubin, *Efficient Memory Bound Puzzles using Pattern Databases*, <u>4th International Conference on Applied Cryptography and Network Security (ACNS'06)</u>, (June, 2006).

- Sophie Qiu, Patrick McDaniel, Fabian Monrose, and Avi Rubin, *Characterizing Address Use Structure and Stability of Origin Advertisement in Interdomain Routing*, 11th IEEE Symposium on Computers and Communications, (June 2006).

- Zachary Peterson, Randal Burns, Joseph Herring, Adam Stubblefield, and Aviel D. Rubin, *Secure Deletion for a Versioning Filesystem* , Proc. USENIX Conference on File and Storage Technologies (FAST '05), (December, 2005).

- Stephen C. Bono, Matthew Green, Adam Stubblefield, Ari Juels, Aviel D. Rubin, Michael Szydlo, <u>*Security Analysis of a Cryptographically-Enabled RFID Device*</u> 14th USENIX Security Symposium, (August, 2005).

- Tadayoshi Kohno, Adam Stubblefield, Aviel D. Rubin, and Dan S. Wallach, <u>*Analysis of an Electronic Voting System*</u>, Proc. IEEE Symposium on Security and Privacy (May, 2004).

- Nathanael Paul, David Evans, Aviel D. Rubin and Dan Wallach, *Authentication for Remote Voting*, ACM Workshop on Human-Computer Interaction and Security Systems (April, 2003).

- Matt Blaze, John Ioannidis, Angelos D. Keromytis, Tal Malkin, and Aviel Rubin, *Protocols for Anonymity in Wireless Networks,* Proc. 11th International Workshop on Security Protocols (April, 2003).

- Geoffrey Goodell, William Aiello, Timothy Griffin, John Ioannidis, Patrick McDaniel, Aviel Rubin, *Working Around BGP: An Incremental Approach to Improving Security and Accuracy of Interdomain Routing* , Proc. ISOC Symposium on Network and Distributed System Security (February, 2003).

- Simon Byers, Aviel D. Rubin, David Kormann, *Defending Against an Internet-based Attack on the Physical World* (<u>pdf</u>), ACM Workshop on Privacy in the Electronic Society (November, 2002).

- Adam Stubblefield, John Ioannidis, and Aviel D. Rubin, *Using the Fluhrer, Mantin, and Shamir Attack to Break WEP*, Proc. ISOC Symposium on Network and Distributed System Security (February, 2002).

- Aviel D. Rubin, <u>*Security Considerations for Remote Electronic Voting*</u>, <u>29th Research Conference on Communication, Information and Internet Policy (TPRC2001)</u>, (October, 2001).

- Aviel D. Rubin and Rebecca N. Wright, *Off-line generation of limited-use credit card numbers*, (<u>ps.gz</u>, <u>pdf</u>) <u>Financial Cryptography Conference</u>, (February, 2001).

- Marc Waldman, Aviel D. Rubin, and Lorrie F. Cranor, <u>*Publius*</u>, *A robust, tamper-evident and censorship-resistant web publishing system*, 9th USENIX Security Symposium, (August, 2000).

- David P. Kormann and Aviel D. Rubin, <u>*Risks of the Passport Single Signon Protocol*</u>, <u>9th International World Wide Web Conference</u>, (May, 2000).

- Patrick McDaniel and Aviel D. Rubin, *A Response to "Can we Eliminate Certificate Revocation Lists?"*, (<u>ps.gz</u>, <u>pdf</u>), Financial Cryptography Conference, (February, 2000).

- William A. Aiello, Aviel D. Rubin, and Martin J. Strauss, *Using smartcards to secure a personalized gambling device* (<u>ps.gz</u>, <u>pdf</u>), 6th ACM Conference on Computer and Communications Security, (November, 1999).

- Ian Jermyn, Alain Mayer, Fabian Monrose, Michael K. Reiter, and Aviel D. Rubin, *The Design and Analysis of Graphical Passwords* (<u>ps.gz</u>, <u>pdf</u>) 8th USENIX Security Symposium, (August, 1999).

- Christian Gilmore, David Kormann, and Aviel D. Rubin, *Secure Remote Access to an Internal Web Server*, (ps.gz, pdf), Proc. ISOC Symposium on Network and Distributed System Security (February, 1999).
- Fabian Monrose, Peter Wykoff, and Aviel D. Rubin, *Distributed Execution with Remote Audit* (ps.gz, pdf), Proc. ISOC Symposium on Network and Distributed System Security (February, 1999).
- Dahlia Malkhi, Michael K. Reiter and Aviel D. Rubin, *Secure Execution of Java Applets using a Remote Playground* (ps, pdf) Proc. IEEE Symposium on Security and Privacy (May, 1998).
- Aviel D. Rubin, Dan Boneh, and Kevin Fu, *Revocation of Unread E-mail in an Untrusted Network* (ps.gz, pdf), Second Australasian Conference on Information Security and Privacy (July, 1997).
- Fabian Monrose and Aviel D. Rubin, *Authentication via Keystroke Dynamics* (ps, pdf), 4th ACM Conference on Computer and Communications Security (April, 1997).
- David M. Martin, Siviramakrishnan Rajagopalan, and Aviel D. Rubin, *Blocking Java Applets at the Firewall* (ps, pdf), Proc. ISOC Symposium on Network and Distributed System Security (February, 1997).
- Trent Jaeger, Aviel D. Rubin and Atul Prakash, *A System Architecture for Flexible Control of Downloaded Executable Content*, 5th International Workshop on Object-Orientation in Operating Systems (October, 1996).
- Trent Jaeger, Aviel D. Rubin and Atul Prakash, *Building Systems that Flexibly Control Downloaded Executable Content*, Proc. 6th USENIX Security Symposium (July, 1996).
- Victor Shoup and Aviel D. Rubin, *Session Key Distribution Using Smart Cards*, (ps, pdf), Proc. of Eurocrypt '96 (May, 1996).
- Trent Jaeger & Aviel D. Rubin, *Preserving Integrity in Remote File Location and Retrieval*, Proc. ISOC Symposium on Network and Distributed System Security (February, 1996).
- Aviel D. Rubin, *Extending NCP for Public Key Protocols*, Proc. IEEE 4th International Conference on Computer Communications and Networks (September, 1995).
- Aviel D. Rubin, *Pseudo-Random Functions for One-Time Passwords*, Proc. 5th USENIX UNIX Security Symposium (June, 1995).
- Aviel D. Rubin, *Trusted Distribution of Software Over the Internet*, Proc. ISOC Symposium on Network and Distributed System Security (February, 1995).
- Aviel D. Rubin & Peter Honeyman, *Nonmonotonic Cryptographic Protocols*, Proc. IEEE Computer Security Foundations Workshop VII (June, 1994).
- Aviel D. Rubin & Peter Honeyman, *Long Running Jobs in an Authenticated Environment*, Proc. 4th USENIX UNIX Security Symposium (October, 1993).

## Patents

- Aviel D. Rubin, "Broadband Certified Mail", **US Patent Numbers 6,990,581**, (January 24, 2006) and **9,876,769**, (January 23, 2018).
- Aviel D. Rubin, Utilization of multiple devices to secure online transactions, **US Patent Number 9,064,376**, (June 23, 2015).
- Steven M. Bellovin, Thomas J. Killian, Bruce LaRose, Aviel D. Rubin, Norman L. Schryer, Method and apparatus for connection to virtual private networks for secure transactions, **US Patent Numbers 8,239,531**, (August 7, 2012) and **8,676,916** (March 18, 2014).

- Christian A. Gilmore, David P. Kormann, and Aviel D. Rubin, Method and apparatus for secure remote access to an internal web server, **US Patent Number 7,334,126**, (February 19, 2008).
- Aviel D. Rubin, "Method for secure remote backup", **US Patent Number 7,222,233**, (May 22, 2007).
- Frederick Douglis, Michael Rabinovich, Aviel D. Rubin, and Oliver Spatscheck, "Method for content distribution in a network supporting a security protocol", **US Patent Number 7,149,803**, (December 12, 2006).
- William A. Aiello, Steven M. Bellovin, Charles Robert Kalmanek, Jr., William T Marshal, and Aviel D. Rubin, "Method and apparatus for enhanced security in a broadband telephony network", **US Patent Number 7,035,410**, (April 25, 2006).
- William A. Aiello, Aviel D. Rubin, and Martin J. Strauss, "Using smartcards to enable probabilistic transaction on an untrusted device", **US Patent Number 6,496,808**, (December 17, 2002).
- Aviel D. Rubin and Victor J. Shoup, "Session Key Distribution Using Smart Cards", **US Patent Number 5,809,140**, (September 15, 1998).
- Aviel D. Rubin, "Method for the Secure Distribution of Electronic Files in a Distributed Environment", **US Patent Number 5,638,446**, (June 10, 1997).

# Professional Activities

- **Board of Directors**
    - Director, Maryland Israel Development Center (MIDC), (2013 - present).
    - Director, USENIX Organization, elected by popular vote (2000 - 2004).

- **Editorial and Committees**
    - **Associate Editor:** IEEE Transactions on Information Forensics and Security (2009-2011).
    - **Associate Editor**: Communications of the ACM (CACM), 2009 - present.
    - **Guest Co-Editor:** IEEE Transactions on Information Forensics and Security: *Special Issue on Electronic Voting*, December 1, 2009.
    - **Guest Co-Editor:** IEEE Security & Privacy Magazine, *Special Issue on Electronic Voting*, October/November, 2007.
    - **Associate Editor:** IEEE Transactions on Software Engineering (2005-2006).
    - **Editorial and Advisory Board:** International Journal of Information and Computer Security (IJICS) (2004-2006).
    - **Guest Co-Editor:** IEEE Computer Networks, *Special Issue on Web Security*, January, 2005.
    - **Editorial Board:** Journal of Privacy Technology (2004-2006).
    - **Guest Co-Editor:** IEEE Security & Privacy Magazine, *Special Issue on Electronic Voting Security*, January/February, 2004.
    - **Member:** Security Peer Review Group (SPRG) of the Federal Voting Assistance Program's (FVAP) Secure Electronic Registration and Voting Experiment (SERVE) Project, 2003-2004.
    - **Member:** DARPA Information Science And Technology Study Group (2003-2006).
    - **Associate Editor:** IEEE Security & Privacy Magazine (2003-present).
    - **Guest Editor:** Communications of the ACM, *Special Issue on Wireless Networking Security*, May, 2003.
    - **Associate Editor:** ACM Transactions on Internet Technology (2002-2005).

- **Executive Committee Member:** DIMACS Workshop Series with Special Focus on Network Security (2002-2004).
- **Advisory Board Member:** Information Security and Cryptography Book Series, Springer, 2001-2006.
- **Member:** Steering Group, ISOC Symposium on Network and Distributed System Security, 2001-2004.
- **Member:** Government Infosec Science and Technology Study Group on malicious code, 1999 - 2000.
- **Member:** *AT&T Internet Intellectual Property Review Team*, 1999 - 2001.
- **Associate Editor:** *Electronic Commerce Research Journal*, Baltzer Science Publishers, 1999 - 2002.
- **Co-Editor:** Electronic Newsletter of the IEEE Technical Committee on Security & Privacy, with Paul Syverson, 1998.
- **Editorial Board:** Bellcore Security Update Newsletter, 1995-1996.

- **Conference Committees**
  - Program Committee member: Financial Cryptography '15 Barbados, February, 2015.
  - Program Committee member: USENIX HealthTech Workshop on Health Information Technologies (HealthTech '15), August 11, 2015.
  - **Program Co-chair:** (w/Eugene Vasserman) USENIX HealthTech Workshop on Health Information Technologies (HealthTech '14), August 19, 2014.
  - Program Committee member: 2nd USENIX Workshop on Health Security and Privacy (HealthSec '11), August 9, 2011.
  - **Program Co-chair:** (w/Kevin Fu & Yoshi Kohno), 1st USENIX Workshop on Health Security and Privacy (HealthSec '10), August 10, 2010.
  - Program Committee member: First Security and Privacy in Medical and Home-Care Systems Workshop (SPIMACS), Chicago, IL, November 13, 2009.
  - Invited Talks Co-Coordinator: 17th USENIX Security Symposium, San Jose, CA, July 28 - August 1, 2008.
  - **Program Co-chair:** (w/Patrick McDaniel): IEEE Symposium on Security and Privacy, Oakland, California, May 18-22, 2008.
  - **Program Co-chair:** (w/Giovani Di Crescenzo): Financial Cryptography '06 Anguilla BWI, February, 2006.
  - Program Committee member: IEEE Symposium on Security and Privacy, Oakland, California, May 9-12, 2004.
  - Program Committee member: Financial Cryptography '04 Key West, Florida, February 9-12, 2004.
  - Program Committee member: 2nd ACM SIGSAC Workshop on Privacy in the Electronic Society Washington D.C., October 30, 2003.
  - Program Committee member: 10th ACM Conference on Computer and Communications Security, Washington D.C., October 27-30, 2003.
  - Program Committee member: 8th European Symposium on Research in Computer Science (ESORICS), Norway, October 13-15, 2002.
  - **Program Vice Chair:** Security and Privacy Track, The Twelfth International World Wide Web Conference, Budapest, Hungary, May 20-24, 2003.
  - Program Committee member: IEEE Symposium on Security and Privacy, Oakland, California, May 11-14, 2003.
  - Program Committee member: Workshop on Security and Assurance in Ad hoc Networks, Orlando, FL, January 28, 2003.

- Program Committee member: <u>4th International Conference on Information and Communications Security (ICICS)</u>, Kent Ridge Digital Labs (KRDL), Singapore December 9-12, 2002.
- Program Committee member: ACM SIGSAC <u>Workshop on Privacy in the Electronic Society</u> Washington D.C., November 21, 2002.
- Program Committee member: <u>9th ACM Conference on Computer and Communications Security,</u> Washington D.C., November 17-21, 2002.
- Program Committee member: 5th International Conference on Electronic Commerce Research (ICECR-5), Montreal, Canada, October 23-27, 2002.
- Program Committee member: 2nd Symposium on Requirements Engineering for Information Security (SREIS), Raleigh, North Carolina, Oct 14-15, 2002.
- Program Committee member: 7th European Symposium on Research in Computer Science (ESORICS), Zurich, Switzerland, October 14-16, 2002.
- Program Committee member: <u>11th USENIX Security Symposium</u>, San Francisco, Ca, August 5-9, 2002.
- Program Committee member: <u>International Workshop on Global and Peer-to-Peer Computing</u> at IEEE International Symposium on Cluster Computing and the Grid (CCGrid'2002), Berlin, Germany, May 21-24, 2002.
- Program Committee member: <u>11th International World Wide Web Conference</u> Honolulu, Hawaii, May 7-11, 2002.
- Program Committee member: <u>2nd Workshop on Privacy Enhancing Technologies</u> San Francisco, CA, April 14-15, 2002.
- Program Committee member: <u>The 1st International Workshop on Peer-to-Peer Systems (IPTPS'02)</u> MIT Faculty Club, Cambridge, MA, March 7-8, 2002.
- Program Committee member: The 4th International Conference on Telecommunications and Electronic Commerce Dallas, TX, November, 2001.
- Program Committee member: <u>10th USENIX Security Symposium</u>, Washington D.C., August 13-17, 2001.
- Program Committee member: <u>Financial Cryptography '01</u> Grand Cayman, Cayman Islands, BWI, February, 2001.
- **Program Co-chair:** (w/Paul Van Oorschot): <u>ISOC Symposium on Network and Distributed System Security</u>, San Diego, CA, February 7-9, 2001.
- Program Committee member: <u>The 3rd International Conference on Telecommunications and Electronic Commerce</u> Dallas, TX, November 16-19, 2000.
- Program Committee member: <u>9th USENIX Security Symposium</u>, Denver, Colorado, August 14-17, 2000.
- Program Committee member: <u>Workshop on Design Issues in Anonymity and Unobservability</u> Berkeley, California, July 25-26, 2000.
- Program Committee member: <u>Performance and Architecture of Web Servers (PAWS)</u>, Santa Clara, CA, June 18, 2000.
- **Program Co-chair:** (w/Gene Tsudik): <u>ISOC Symposium on Network and Distributed System Security</u>, San Diego, CA, February 2-4, 2000.
- Program Committee member: <u>1999 International Information Security Workshop (ISW'99)</u>, Kuala Lumpur, Malaysia, November 6-7, 1999.
- Program Committee member: <u>2nd Int'l. Conference on Telecommunications and Electronic Commerce</u>, Nashville, TN, October 6-8, 1999.
- Invited Talks coordinator: <u>8th USENIX Security Symposium</u>, Washington D.C., August, 1999.

- **Program Chair:** <u>24th USENIX Annual Technical Conference</u>, Monterey, CA, June 7-11, 1999.
- Program Committee member: <u>8th International World Wide Web Conference</u>, Toronto, Canada, May 11-14, 1999.
- Program Committee member: <u>3rd USENIX workshop on Electronic Commerce</u>, Boston, MA, August 31 - September 3, 1998.
- Program Committee member: 5th ACM Conference on Computer and Communications Security, San Francisco, CA, November 3-5, 1998.
- **Program Chair:** <u>7th USENIX Security Symposium</u>, San Antonio, TX, Jan. 26-29, 1998.
- Program Committee member: 4th ACM Conference on Computer and Communications Security, Zurich, Switzerland, April 2-4, 1997.
- Program Committee member: 6th USENIX Security Symposium, San Jose, CA, July 22-25, 1996.
- Program Committee member: ISOC Symposium on Network and Distributed System Security, San Diego, CA, February 22-23, 1996.

- **Panels**
    - **Panelist:** Washington Post panel: Hacking Health, Washington DC (June 14, 2016).
    - **Panelist:** Financial Cryptography Conference, Security & Privacy, Barbados (February 24, 2016).
    - **Panelist:** RSA Conference, Social Networks Security Panel, San Francisco, CA (April 21, 2015).
    - **Panelist:** Expert Witness in Mock Trial: FTC Data Security, 63rd American Bar Association Section of Antitrust Law Spring Meeting Washington DC, (April 15, 2015).
    - **Panelist:** Security in Electronic Medical Records Databases, Medicine 2.0 Workshop,  Haifa, Israel, (April 7, 2011).
    - **Panelist:** Security in the Cloud, Workshop on Cloud Security, Israeli Defense Ministry, Tel Aviv, Israel, (February 15, 2011).
    - **Panelist:** Securing Information Technology in Healthcare (SITH), Security and Usability of Electronic Health Records, Dartmouth College, NH, (May 17, 2010).
    - **Panelist:** First Security and Privacy in Medical and Home-Care Systems Workshop (SPIMACS), Authentication in iHealthcare, Chicago, IL, (November 13, 2009).
    - **Panelist:** Computers, Freedom, and Privacy Conference, Internet Voting for Overseas Americans, Washington DC, (June 4, 2009).
    - **Panelist:** Workshop on Electronic Voting, Electronic Voting: Future Aspirations, Tel Aviv, Israel (May 18, 2009).
    - **Panelist:** RSA Conference, Exploiting Online Games, San Francisco, CA (April 23, 2009).
    - **Panelist:** American Association for the Advancement of Science, *Revisiting the U.S. Voting System: A Research Inventory, Technology, Usability, and Security panel*, Washington DC, (November 27, 2006).
    - **Panelist:** California Secretary of State's Voting System Testing Summit, *Security Panel*, Sacramento, CA, (November 28-29, 2005).
    - **Panelist:** NIST Symposium on Voting System Threats, *Configuration and Usability Threats*, Gaithersburg, MD, (October 7, 2005).
    - **Panelist:** Conference of State Supreme Court Chief Justices, *Voting Technologies*, Charleston, SC (August 1, 2005).

- **Panelist:** *Workshop on observation of automated elections*, The Carter Center, Atlanta, GA (March 18, 2005).
- **Panelist:** The Carter Center Venezuela Virtual Panel, (November, 2004).
- **Panelist:** Workshop on Voting, *Vote Capture and Vote Counting*, Harvard Kennedy School of Government, The Technologies of Voting, Cambridge, MA (June 1, 2004).
- **Panelist:** Computer Science and Telecommunications Board of The National Academy of Science *Workshop on Dependable Software Systems*, Case Study: Electronic Voting Washington D.C. (April 20, 2004).
- **Panelist:** USENIX Security 2003, <u>*Electronic Voting*</u>, Washington D.C. (August 6, 2003).
- **Panelist:** Democracy Now, 2003, <u>*Voter-Verifiable Elections: How Do We Get There?*</u>, Washington D.C. (November 23, 2003).
- **Panelist:** USENIX Security 2003, <u>*Electronic Voting*</u>, Washington D.C. (August 6, 2003).
- **Panelist:** <u>IEEE Infocom 2002</u>, *Securing Wireless and Mobile Networks - Is It Possible?*, New York City (June 25, 2002).
- **Participant:** 2002 Security Visionary Roundtable: *A Roadmap for a Safer Wireless World*, Washington D.C., (May 5-7,2002).
- **Panelist:** <u>Computers Freedom and Privacy 2002</u>, *Who Goes There? Privacy in Identity and Location Services*, San Francisco (April 18, 2002).
- **Panel moderator:** <u>Conference on Democracy and the Internet in an Enlarging Europe</u> *Overview of On-Line Voting: Systems and Issues*, New York, NY (March, 2001).
- **Panelist:** <u>Financial Cryptography 2001</u>, *The Business of Electronic Voting*, Grand Cayman (February, 2001).
- **Panelist:** National Science Foundation <u>*E-voting workshop*</u>, Washington, D.C., (October, 2000).
- **Panelist:** 5th ACM Conference on Computer and Communications Security, Anonymity on the Internet, San Francisco, CA, (November 1998).
- **Panelist:** Open Systems Security and ISSA Annual Conference, *Securing the Web*, Orlando, FL (March, 1998).
- **Panel organizer and moderator:** *Implementation Issues for Electronic Commerce: What Every Developer Should Know*. <u>ISOC Symposium on Network and Distributed System Security</u>, (March, 1998).
- **Panel organizer and moderator:** *Downloadable Executable Content - Past, Present and Future*. <u>ISOC Symposium on Network and Distributed System Security</u> (February, 1997).
- **Panelist:** DIMACS Workshop on Network Threats, Web/Java Security Issues, New Brunswick, NJ (December 5, 1996).

- **Tutorials Taught**
  - The Mathematics of Information Technology and Complex Systems Network (<u>MITACS</u>), *Network Security*, (May 8, 2003).
  - IEEE Infocom 2002, *End to End Web Security and E-commerce*, (June 23, 2002).
  - 2002 USENIX Annual Technical Conference, *Introduction to Computer Security*, (June 10, 2002).
  - LISA 2001, 15th Systems Administration Conference, *Introduction to Computer Security*, (December, 2001).

- 8th & 9th USENIX Security Symposia, *Cryptography - From the Basics Through PKI in 23,400 Seconds*, (August, 2000) & (August 1999), with Dan Geer.
- 9th International World Wide Web Conference, *Security on the World Wide Web*, (May, 2000).
- ISOC Symposium on Network and Distributed System Security, *Cryptography 101*, (February, 2000).

# Testimony

**Before Government Bodies**
- United States Pentagon, High Level Security Briefing on the Security of Embedded Devices (January 15, 2014).
- United Stated House Committee on Science, Space, and Technology, *Full Committee Hearing - Is My Data on Healthcare.gov Secure?*, Washington, D.C., (November 19, 2013).
- United Stated House Committee on Oversight and Government Reform, *hearing on electronic voting*, Washington, D.C., (April 18, 2007).
- United Stated House Committee on Appropriations, *hearing on ensuring the integrity of elections*, Washington, D.C., (March 7, 2007).
- Maryland Senate Committee on Education, Health, and Environmental Affairs, <u>Expert Testimony</u>, *Hearing on Senate Bill 392 for Voter-Verified Records in Voting Systems*, Annapolis, MD, (February 22, 2007).
- Maryland House Ways and Means Committee, Expert Testimony, *Hearing on House Bill 18 for improving voting systems in Maryland*, Annapolis, MD, (February 1, 2007).
- Maryland House Ways and Means Committee, <u>Expert Testimony</u>, *Hearing on House Bill 244 requiring a voter verified paper record for voting machines in Maryland*, Annapolis, MD, (February 1, 2006).
- United States Election Assistance Commission, *Hearing on Voluntary Voting Systems Guidelines*, <u>Expert Testimony</u>, Panel on Voter Verified Paper Audit Trail, Washington D.C. (June 30, 2005).
- Senate hearing: *Voting in 2004: A Report to the Nation on America's Election Process*, <u>Expert Testimony</u>, Absentee Ballot Panel, Dirksen Senate Office Building, Washington, DC (December 7, 2004).
- United States Election Assistance Commission, Technical Guidelines Development Committee, Technology Panel, <u>Expert Testimony</u>, *Public Hearings on Computer Security and Transparency*, National Institute of Standards and Technology, Gaithersburg, MD, (September 20, 2004).
- United States House Subcommittee on Technology, Information Policy, Intergovernmental Relations and the Census, <u>Expert Testimony</u>, *Hearing on Electronic Voting*, Washington, D.C. (July 20, 2004).
- United States House Committee on House Administration, <u>Expert Testimony</u>, *Hearing on Security of Electronic Voting*, Washington, D.C. (July 7, 2004).
- United States Federal Trade Commission, <u>Written Expert Testimony</u>, on a proposed Do Not Email Repository, (May 10, 2004).
- United States Election Assistance Commission, <u>Expert Testimony</u>, *Hearing on Electronic Voting Security*, Technology Panel, Washington D.C. (May 5, 2004).

**As an Expert in Litigation**
- Finjan vs. **Juniper Networks**, Case # 3:17-cv-05659-WHA , Irell and Manella, United States District Court, Northern District of California. (*patent non-infringement*)

-Expert Testimony at deposition, Baltimore, MD (June 12, 2018).
- **F5 Networks, Inc.** vs. Radware, LTD., IPR 2017-00124, Perkins Coie, US Patent Trial and Appeal Board. (*patent Invalidity*)
    -Expert Testimony at deposition, Baltimore, MD (January 24, 2018).
- **Amazon.com Inc., Hulu, LLC, and Netflix, Inc,** vs. Uniloc Luxembourg S.A., IPR 2017-00948, Perkins Coie, US Patent Trial and Appeal Board. (*patent Invalidity*)
    -Expert Testimony at deposition, Baltimore, MD (October 9, 2017).
- Phishme, Inc. vs. **Wombat Technologies, Inc**, Case # 16-403-LPS-CJB, K&L Gates, United States District Court, Delaware. (*patent claim construction*)
    -Expert Testimony at deposition, Washington DC, (October 5, 2017).
- Finjan vs. **Symantec Corporation.**, Case # 14-cv-02998-HSG, Quinn Emanuel, United States District Court, Northern District of California. (*patent invalidity and non-infringement*)
    -Expert Testimony at deposition, Baltimore, MD (September 14-15, 2017).
- **Kudelski SA, Nagra USA, Inc., Nagravision SA, and OpenTV, Inc.** vs. Comcast Corporation, Case # 2:16-cv-1362-JRG, Covington, United States District Court, Eastern District of Texas. (*patent claim construction*).
    -Expert Testimony at deposition, Baltimore, MD (September 1, 2017).
- **F5 Networks, Inc.** vs. Radware, LTD., IPR 2017-00124, Perkins Coie, US Patent Trial and Appeal Board. (*patent Invalidity*)
    -Expert Testimony at deposition, Baltimore, MD (August 10, 2017).
- Intellectual Ventures vs. **JP Morgan Chase & Co.**, Case # 1:13-cv-03777, Kirkland & Ellis, United States District Court, Southern District of New York. (*Patent non-infringement*).
    -Expert Testimony at deposition, Baltimore, MD (June 1, 2017).
- Nader Asghari-Kamrani and Kamran Asghari-Kamrani vs. **United Services Automobile Association**. Case # 2:15-CV-478, Fish & Richardson, United States District Court, Eastern District of Virginia. (*Patent Written Description Support related to Inequitable Conduct*).
    -Expert Testimony at trial, Norfolk, VA (April 21, 2017).
    -Expert Testimony at deposition, Baltimore, MD (March 21, 2017).
- **Sabre GLBL Inc,** vs. HP Enterprise Services LLC. Case # 1310022761, JAMS Binding Arbitration Hearing, Dallas, TX (*Contract dispute*).
    -Expert Testimony at arbitration hearing, Dallas, TX (April 5, 2017).
- **Al Cioffi et. al.** vs. Google, Case # 2:13-cv-103-JRG-RSP, Vasquez, Benisek & Lindgren, United States District Court, Eastern District of Texas. (*patent Infringement*).
    -Expert Testimony at trial, Marshall, TX (February 7, 2016).
    -Expert Testimony at deposition, Baltimore, MD (September 26, 2016).
- **Palo Alto Networks** vs. Finjan, IPR 2015-01979, Cooley, US Patent Trial and Appeal Board. (*patent Invalidity*)
    -Expert Testimony at deposition, Baltimore, MD (November 14, 2016).
- **Palo Alto Networks** vs. Finjan, IPR 2016-00151, Morrison & Foerster, US Patent Trial and Appeal Board. (*patent Invalidity*)
    -Expert Testimony at deposition, Baltimore, MD (August 19, 2016).
- **Palo Alto Networks** vs. Finjan, IPR 2015-01974, Cooley, US Patent Trial and Appeal Board. (*patent Invalidity*)
    -Expert Testimony at deposition, Baltimore, MD (August 2, 2016).
- **Palo Alto Networks** vs. Finjan, IPR 2015-02001 & IPR 2016-00157, Cooley, US Patent Trial and Appeal Board. (*patent Invalidity*)
    -Expert Testimony at deposition, Baltimore, MD (July 26 & 27, 2016).

- **Amazon.com, Inc** vs. Zitovault, LLC, IPR 2016-00021, Perkins Coie, US Patent Trial and Appeal Board. (*patent Invalidity*)
  - Expert Testimony at deposition, Baltimore, MD (July 22, 2016).
- **Palo Alto Networks** vs. Finjan, IPR 2015-01979, Cooley, US Patent Trial and Appeal Board. (*patent Invalidity*)
  - Expert Testimony at deposition, Baltimore, MD (May 20, 2016).
- Vir2us Inc. v. **Invincea, Inc. and Invincea Labs, LLC**, Case # 2:15cvl62; Cooley, United States District Court, Eastern District of Virginia. (*Patent Non-Infringement and Invalidity*)
  - Expert Testimony at deposition, Reston, VA (April 20, 2016).
- TVIIM. v. **McAfee Inc.**, Case # 3:13-cv-04545-VC; Wilmer Hale, United States District Court, District of N. California. (*Patent Non-Infringement and Invalidity*)
  - Expert Testimony at trial, San Francisco, CA (July, 2015).
  - Expert Testimony at deposition, Baltimore, MD (February, 2015).
- Intellectual Ventures vs. **Symantec**, Case # 1:10-cv-01067-LPS; Latham & Watkins, United States District Court, District of Delaware. (*Patent Invalidity*)
  - Expert Testimony at trial, Wilmington, DE (February, 2015).
  - Expert Testimony at deposition, Baltimore, MD (May, 2013).
- **Rovi Solutions & Veracode** vs. Appthority, Case # 12-10487-DPW; Goodwin Procter, United States District Court, District of Massachusetts. (*Patent Infringement and Validity*)
  - Expert Testimony at trial, Boston, MA (August 11, 2014).
  - Expert Testimony at deposition, Baltimore, MD (April 4, 2014).
- **Juniper** vs. Palo Alto Networks, Case # 1:11-CV-01258-SLR; Irell & Manella, United States District Court, District of Delaware. (*Patent Infringement*)
  - Expert Testimony at trial, Wilmington, DE (February, 2014).
  - Expert Testimony in court hearing, Wilmington, DE (November 14, 2013).
  - Expert Testimony at deposition, Baltimore, MD (June, 2013).
- Prism Technologies. v. **Adobe Systems Inc**., Case # 8:10-cv-00220-LES-TDT; DLA Piper, United States District Court, District of Nebraska. (*Patent Invalidity*)
  - Expert Testimony at deposition, Baltimore, MD (August, 2012).
- Finjan Inc. vs. **McAfee, Inc**., Case # 10-593 (GSM), Kirkland & Ellis, United States District Court, District of Delaware. (*Patent Non-Infringement*)
  - Expert Testimony at deposition, Washington, DC (June, 2012).
- Avaya Inc. vs. **Telecom Labs Inc,. TeamTLI.com Corp., and Continuant Technologies**, Case # 3:06-cv-02490 (GEB); K&L Gates, United States District Court, District of New Jersey. (*Contract Dispute*)
  - Expert Testimony at deposition, Newark, NJ (August, 2011).
- **Lear Automotive** vs. Johnson Controls Inc (JCI), Case # 04-CV-73461; Flachsbart & Greenspoon, United States District Court, Eastern District of Michigan. (*Patent Infringement and Validity*)
  - Expert Testimony at trial, Detroit, MI (February, 2011).
  - Expert Testimony at deposition, Baltimore, MD (December, 2005).
- **TecSec Inc** vs. International Business Machines Corporation, Case # 1:10-CV 115 LMB/TCB; Hunton & Williams, United States District Court, Eastern District of Virginia. (*Patent Infringement*)
  - Expert Testimony at deposition, Newark, NJ (November, 2010).
- **Echostar Satellite Corporation** vs. NDS Group, Case # SA CV 03-950   DOC(JTL); T. Wade Welch & Associates, United States District Court, Central District of California. (*Copyright and DMCA*)
  - Expert Testimony at trial, Santa Ana, CA (April, 2008).

- Expert Testimony at deposition, Santa Ana, CA (April, 2008).
- Expert Testimony at deposition, Baltimore, MD (October, 2007).
- **Web.com Inc** vs. The Go Daddy Group Inc., Case # CV07-01552-PHX-MHM; Graves Law Office, United States District Court, Arizona. (*Patent Infringement*)
    - Expert Testimony at Markman hearing, Phoenix, Az (July, 2008).
    - Expert Testimony at deposition, Baltimore, MD (May, 2008).
- z4 Technologies vs. **Microsoft & Autodesk**, Case # 2:04-CV-00335-LED; Fish & Richardson, United States District Court, Eastern District of Texas. (*Patent Non-Infringement and Invalidity*)
    - Expert Testimony at trial, Tyler, TX, (April, 2006).
    - Expert Testimony at deposition, Washington DC (January, 2006).
- **Linda Schade** vs. Linda Lamone et. al., *Trial on the Legality of Paperless Voting Machines in Maryland*. (*Adequacy of Voting Equipment*)
    - Expert Testimony at trial, Annapolis, MD (August 25, 2004).

# Awards

- **Fulbright Scholar** in Israel at Tel Aviv University, academic year 2010-2011.
- 2009, **Google Research Award**, *Securing Medical Records on Smartphones*.
- Chosen as one of **54 favorite people, places and things in Jewish Baltimore**, Baltimore Jewish Times, February 22, 2008.
- 2007 Award for Outstanding Research in Privacy Enhancing Technologies, for *Security Analysis of a Cryptographically-Enabled RFID Device* (with Stephen C. Bono, Matthew Green, Ari Juels, Adam Stubblefield, Michael Szydlo).
- 2005 **Best Student Paper Award** at the 14th USENIX Security Symposium, *Security Analysis of a Cryptographically-Enabled RFID Device* (with Stephen C. Bono, Matthew Green, Ari Juels, Adam Stubblefield, Michael Szydlo).
- 2004 **Electronic Frontiers Foundation** *Pioneer Award*.
- **Baltimorean of the Year**, Baltimore Magazine, January, 2004.
- 2001 **Index on Censorship** *Freedom of Expression Award* for the Best Circumvention of Censorship for the Publius project.
- 2000 **Best Paper Award** at the 9th USENIX Security Symposium, *A robust, tamper-evident and censorship-resistant web publishing system* (with Marc Waldman and Lorrie Cranor).
- 1999 **Best Paper Award & Best Student Paper Award** at the 8th USENIX Security Symposium, *The Design and Analysis of Graphical Passwords* (with Ian Jermyn, Alain Mayer, Fabian Monrose, and Michael K. Reiter).
- 1996 Co-author of **Best Student Paper**, *Building Systems that Flexibly Control Downloaded Executable Content*, at the 6th USENIX UNIX Security Symposium. Student: Trent Jaeger.
- 1992 National Science Foundation Fellowship - Summer Institute in Japan
- 1986 Branstrom Prize, University of Michigan

# Technical Advisory Boards

**Current Positions**
- Fast Orientation
    - Reason and respond to enterprise events
- ZeroFox

- Provide security for social networking
- Snag-A-Slip
    - Online boat slip bookings


**Past Successful Technical Advisory Board Positions**
- Arbor Networks
    - Acquired by Danaher, August, 2010.
- Authentica
    - Acquired by EMC Corporation, March, 2006.
- Fortify Software
    - Acquired by Hewlett Packard, September 2010.
- Gilian Technologies
    - Acquired by Breach Security, Inc, July, 2004.
- Hx Technologies
    - Acquired by MEDecision, May, 2009.
- Indigo Security
    - Acquired by Tablus, February, 2005.
- NeoPath Networks
    - Acquired by Cisco, April, 2007.
- Netscaler
    - Acquired Citrix Systems, August, 2005.
- SiteAdvisor
    - Acquired by McAfee, April, 2006.
- Tablus
    - Acquired by EMC Corporation, August, 2007.