**SDDF** SAN DIEGO DIGITAL FORENSICS

Grace v Apple
Item 6b - FaceTime Information
SDDF003_Grace_Phone01
Prepared By: RB Barnes
Date Prepared: 05/09/2018

| # | Country code | Network code | Network Name | Direction | Parties | Date | Time | Duration | Call Type | Video call | Source | Deleted | Tag Note | Source file information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 000 | 00 | | Incoming | | 3/11/2012 | 3/11/2012 11:31:35 AM(UTC-7) | 00:00:05 | Incoming | Yes | FaceTime | | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x358E (Table: call, Size: 19456 bytes) |
| 2 | | | | Outgoing | | | | 00:00:00 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x41C1 (Table: call, Size: 19456 bytes) |
| 3 | | | | Incoming | | | | 00:00:00 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x419C (Table: call, Size: 19456 bytes) |
| 3(1) | | | | Incoming | | | | 00:00:00 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x419C (Table: call, Size: 19456 bytes) |
| 4 | | | | Outgoing | | | | 00:00:00 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x4154 (Table: call, Size: 19456 bytes) |
| 5 | | | | Outgoing | | | | 00:00:00 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x40ED (Table: call, Size: 19456 bytes) |
| 5(1) | | | | Outgoing | | | | 00:00:00 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x40ED (Table: call, Size: 19456 bytes) |
| 6 | | | | Outgoing | | | | 00:00:00 | Outgoing | | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x40A3 (Table: call, Size: 19456 bytes) |
| 7 | | | | Outgoing | | | | 00:00:00 | Outgoing | | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x407F (Table: call, Size: 19456 bytes) |
| 8 | | | | Outgoing | | | | 00:00:00 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x34CB (Table: call, Size: 19456 bytes) |
| 9 | | | | Incoming | | | | 00:00:08 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x348C (Table: call, Size: 19456 bytes) |
| 10 | | | | Outgoing | | | | 00:00:41 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x346C (Table: call, Size: 19456 bytes) |
| 11 | | | | Incoming | | | | 00:00:55 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x3462 (Table: call, Size: 19456 bytes) |
| 12 | | | | Outgoing | | | | 00:01:51 | Outgoing | | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x312A (Table: call, Size: 19456 bytes) |
| 13 | | | | Outgoing | | | | 00:01:27 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x30E6 (Table: call, Size: 19456 bytes) |
| 14 | | | | Outgoing | | | | 00:01:34 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x30B5 (Table: call, Size: 19456 bytes) |
| 15 | | | | Outgoing | | | | 00:00:46 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x29B0 (Table: call, Size: 19456 bytes) |
| 16 | | | | Incoming | | | | 00:00:12 | Incoming | | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x298F (Table: call, Size: 19456 bytes) |
| 17 | | | | Incoming | | | | 00:01:15 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x296E (Table: call, Size: 19456 bytes) |
| 18 | | | | Outgoing | | | | 00:00:00 | Outgoing | | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x294D (Table: call, Size: 19456 bytes) |
| 18(1) | | | | Outgoing | | | | 00:00:00 | Outgoing | | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x294D (Table: call, Size: 19456 bytes) |
| 19 | | | | Incoming | | | | 00:00:00 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x290D (Table: call, Size: 19456 bytes) |

| # | Num | | Network | Direction | Name | | | Duration | Direction | | Type | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19(1) | | | | Incoming | | | | 00:00:00 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x290D (Table: call, Size: 19456 bytes) |
| 20 | | | | Outgoing | FAMILY MEMBER | | | 00:00:39 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x28DB (Table: call, Size: 19456 bytes) |
| 21 | | | | Outgoing | | | | 00:00:50 | Outgoing | | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xFDC (Table: call, Size: 19456 bytes) |
| 22 | | | | Incoming | | | | 00:01:52 | Incoming | | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xFBB (Table: call, Size: 19456 bytes) |
| 23 | | | | Incoming | | | | 00:01:57 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xF9A (Table: call, Size: 19456 bytes) |
| 24 | | | | Outgoing | | | | 00:01:57 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xF79 (Table: call, Size: 19456 bytes) |
| 25 | | | | Outgoing | | | | 00:00:00 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xF37 (Table: call, Size: 19456 bytes) |
| 25(1) | | | | Outgoing | | | | 00:00:00 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xF37 (Table: call, Size: 19456 bytes) |
| 25(2) | | | | Outgoing | | | | 00:00:00 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xF37 (Table: call, Size: 19456 bytes) |
| 26 | | | | Incoming | FAMILY MEMBER | | | 00:00:00 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xEB4 (Table: call, Size: 19456 bytes) |
| 27 | | | | Incoming | | | | 00:01:41 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xE53 (Table: call, Size: 19456 bytes) |
| 28 | | | | Incoming | | | | 00:00:00 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xDD6 (Table: call, Size: 19456 bytes) |
| 28(1) | | | | Incoming | | | | 00:00:00 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xDD6 (Table: call, Size: 19456 bytes) |
| 28(2) | | | | Incoming | | | | 00:00:00 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xDD6 (Table: call, Size: 19456 bytes) |
| 29 | | | | Outgoing | | | | 00:00:00 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xDB4 (Table: call, Size: 19456 bytes) |
| 29(1) | | | | Outgoing | | | | 00:00:00 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xDB4 (Table: call, Size: 19456 bytes) |
| 30 | | | | Incoming | | | | 00:01:09 | Incoming | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0xCDB (Table: call, Size: 19456 bytes) |
| 31 | 415 | | Unknown network (Lebanon) | Outgoing | | | | 00:00:13 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x4071 (Table: call, Size: 19456 bytes) |
| 32 | 769 | | | Outgoing | | | | 00:00:19 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x3109 (Table: call, Size: 19456 bytes) |
| 33 | 002 | | | Outgoing | | | | 00:00:13 | Outgoing | Yes | FaceTime | Yes | | Data (Apple : HFS [+])/Data/wireless/Library/CallHistory/call_history.db : 0x30D7 (Table: call, Size: 19456 bytes) |