UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE, INC.,<br><br>   Defendant. | Case No. 17-CV-00551-LHK<br><br>**ORDER RE CLASS COUNSEL** |

To ensure efficiency, the Court adopts the following protocols. No firms other than those approved as class counsel, ECF No. 269, shall work on this class action without prior approval of the Court.

The Court further orders that any billers who will seek fees in this case, including staff, consultants, and experts, shall maintain contemporaneous billing records of all time spent litigating this case. By "contemporaneous," the Court means that an individual's time spent on a particular activity should be recorded no later than seven days after that activity occurred. Ms. Manning shall review and approve attorney's fees and costs each month and strike any duplicative or unreasonable fees and costs.

**IT IS SO ORDERED.**

1

Case No. 17-CV-00551-LHK
ORDER RE CLASS COUNSEL

1
2  Dated: September 18, 2018
3                                              _____
4                                              LUCY H. KOH
                                               United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 17-CV-00551-LHK
ORDER RE CLASS COUNSEL