# EXHIBIT 5

```
                                                               Page 1
                                       VOLUME 1
                                       PAGES 1-242
                                       EXHIBITS: 183-192

             UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA

      CONTAINS CONFIDENTIAL BUSINESS INFORMATION
           SUBJECT TO A PROTECTIVE ORDER
                ATTORNEYS' EYES ONLY

 ------------------------------
 CHRISTINA GRACE and KEN
 POTTER, Individually and
 On Behalf of All Others
 Similarly Situated
           Plaintiffs             Case No.
 vs.                              5:17-cv-00551-LHK-NC
 APPLE INC.
           Defendant
 ------------------------------




 VIDEOTAPED DEPOSITION OF JUSTINE S. HASTINGS, Ph.D.
       Thursday, September 20, 2018, 8:33 a.m.
          Courtyard Marriott Providence Downtown
                 32 Exchange Terrace
              Providence, Rhode Island
```


CERTIFIED TRANSCRIPT

```
 ---Reporter:  Joan M. Cassidy, CSR, RPR, RMR, CRR---
               HG Litigation Services
         2777 N. Stemmons Freeway, Suite 1025
                 Dallas, Texas 75207
       Telephone 888-656-3376  Fax 888-656-3275
```

Page 2

```
 1   APPEARANCES:

 2   Present for Plaintiff:
         Friedman Oster & Tejtel
 3       David F.E. Tejtel, Esq.
         240 East 79th Street, Suite A
 4       New York, New York 10075
         646-661-5881
 5       dtejtel@fotpllc.com
             -and-
 6       Caldwell Cassady & Curry, P.C.
         Daniel R. Pearson, Esq.
 7       2101 Cedar Springs Road, Suite 1000
         Dallas, Texas 75201
 8       214-888-4848  Fax: 214-888-4849
         dpearson@caldwellcc.com
 9

10   Present for Defendant:
         Durie Tangri LLP
11       Josh H. Lerner, Esq.
         Laura E. Miller, Esq.
12       217 Leidesdorff Street
         San Francisco, California 94111
13       415-362-6666  Fax: 415-236-6300
         jlerner@durietangri.com
14       lmiller@durietangri.com

15
     ALSO PRESENT:   Gabe Zeldin, Esq. (via telephone)
16                   Dr. Malhotra (via telephone)
                     Steven Baty, Videographer
17

18

19

20

21

22

23

24

25
```



Page 3

1              I N D E X
2
3              EXAMINATIONS
4  Justine S. Hastings, Ph.D.
5        BY MR. LERNER                              7
6
7              EXHIBITS MARKED
8
9  Exhibit 183, Witness's merits report        87
10
11 Exhibit 184, Apple iPhone Buyer Survey      95
12 for third quarter of 2012, APL-GRACE_
13 00043021-159
14
15 Exhibit 185, Article by C. Rampell         103
16 entitled "Cracking the Apple Trap,"
17 New York Times, October 29, 2013
18
19 Exhibit 186, Article by S. Costello        108
20 entitled "Should You Upgrade Your
21 iPhone 4 to iOS7?" Lifewire, updated
22 August 9, 2016
23
24 Exhibit 187, Apple discussion re "Does     111
25 iOS 7 Slow Down an iPhone 4?"



Page 4

| # | Description | Page |
|---|---|---|
| 1-2 | Exhibit 188, Table entitled "Trade-In Promotions" | 233 |
| 4-6 | Exhibit 189, Email with error log from T. Cheng to innsbruck-reports@group.apple.com, APL-GRACE_5636-37 | 235 |
| 8-12 | Exhibit 190, Email from T. Akinwande to innsbruck-reports@group.apple.com dated 6/21/13 re Innsbruck11A403 performance results, APL-GRACE_ 00002142-45 | 235 |
| 14-18 | Exhibit 191, Email from F. Li to innsbruck-reports@group.apple.com dated 7/27/13 re Innsbruck11A403 performance results, APL-GRACE_ 00002160 | 236 |
| 20-24 | Exhibit 192, Email from F. Li to innsbruck-reports@group.apple.com dated 6/14/13 re Innsbruck11A403 performance results, APL-GRACE_ 00005860-65 | 237 |



1  question more simply.  When do you think the common
2  impact took place?
3       A.  So the impact could have started at the
4  point when the break occurred and can be measured in
5  data on resale phone values that occur after the
6  break occurred.
7       Q.  And forgive me for the commonsense
8  questions, but I assume the common impact could not
9  have started before April 16, 2014?
10      A.  Yes, that's correct.
11      Q.  Okay.  And so your testimony is that the
12 common impact starts on April 16, 2014.  When does
13 it end?
14      A.  Well, the impact is the diminished value of
15 the phone that they own, and that diminished value,
16 using standard economic theory, is a diminished
17 value that is now a characteristic of the phone, and
18 at some point that is fully realized in the market
19 for used phones, so that diminished value could be
20 estimated using prices for used phones for periods
21 after the break.
22      Q.  And when is the diminished value -- was the
23 diminished value fully realized here?
24           MR. TEJTEL:  Object to form.
25      A.  What do you mean by "fully realized"?



Page 138

1  assignment I decided to calculate on my own some
2  other thing that I believe, based on your question,
3  has to do with people who don't own phones or class
4  members before they owned a phone.  Is that what
5  you're asking me?
6     Q.  Correct.  And I just want to make sure
7  we're on the same page about this so I get what your
8  opinions are on.  Are you offering an opinion on
9  what class members would have paid for their iPhone
10 4 or 4S's had they known that 4 and 4S's with iOS 6
11 or earlier operating systems could stop working on
12 April 16, 2014?
13    A.  So are you asking, am I offering an opinion
14 on benefit-of-the-bargain damages --
15    Q.  Yes.
16    A.  -- which might be what people would refer
17 to that as?
18    Q.  That's a fair question.
19    A.  I am offering an opinion on aggregate
20 class-wide damages measured by diminution in value.
21 I am not offering an opinion on benefit-of-the-
22 bargain damages.
23    Q.  Okay, thank you.  And again, I apologize
24 for the commonsense stuff, but I just want to make
25 sure I've got this figured out.  So you're not, for



```
 1   example, trying to quantify overpayment at the time
 2   of purchase?
 3                MR. TEJTEL:  Object to form.
 4        A.  I am not offering an opinion on benefit-of-
 5   the-bargain damages, which is what I understood your
 6   question to be.  I am offering an opinion in this
 7   case on aggregate class-wide damages measured by
 8   diminution in value of the proposed class members'
 9   iPhone 4 and 4S devices caused by the break.
10        Q.  Okay.  A couple questions just about who's
11   included in what you measured.  If there's someone
12   who had an iPhone 4 running on iOS 6 on April 16,
13   2014, that person would be a member of the class,
14   right?
15                MR. TEJTEL:  Object to form.
16        A.  I don't know, because, you know, there's an
17   order that was issued, so I would just stick to --
18   when I wrote this report, I understand that the
19   proposed class in this case was defined as all
20   owners of Apple iPhone 4 or Apple iPhone 4S devices
21   in the United States who on April 16, 2014, had iOS
22   6 or earlier operating systems on their iPhone 4 or
23   iPhone 4S devices.  That is my understanding of the
24   proposed class at the time of submitting this
25   report.
```



Page 241

1             CERTIFICATE OF COURT REPORTER

2         I, Joan M. Cassidy, Registered

3 Professional Reporter and Certified Realtime

4 Reporter, do certify that the deposition of Justine

5 S. Hastings, Ph.D., in the matter of C. Grace & K.

6 Potter, Individually & On Behalf of All Others

7 Similarly Situated v. Apple Inc., on September 20,

8 2018, was stenographically recorded by me; that the

9 transcript produced by me is a true and accurate

10 record of the proceedings to the best of my ability;

11 that I am neither counsel for, related to, nor

12 employed by any of the parties to the above action;

13 and further that I am not a relative or employee of

14 any attorney or counsel employed by the parties

15 thereto, nor financially or otherwise interested in

16 the outcome of the action.

17

18 

19 _____
Joan M. Cassidy, RPR, CRR
Commissioner in the State of Rhode
20 Island and Providence Plantations
Commission expires May 31, 2022
21   DALLAS 69

22

23

24

hglitigation.com