# EXHIBIT 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others, Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No. 5:17-cv-00551-LHK |

Expert Report of Professor Justine S. Hastings, Ph.D.

**<u>HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY</u>**

I understand from the document that the customer ultimately decided not to upgrade his or her iPhone 4 device to iOS 7 and instead purchased a new device. [37]

III.   COMMON IMPACT

23.   A central premise in economic theory is that people act to maximize their expected utility.[38] Standard economic theory of consumer choice states that individuals prefer products that work fully to those that do not, all else equal. Similarly, consumers prefer products with higher residual value or resale value, all else equal. Using these fundamental economic principles and basic industry facts about FaceTime and demand and supply for smart phones, an economist would expect market prices for used smart phones to adjust to reflect any impact on consumer willingness to pay for affected iPhone models. Loss in the market value of the asset they own – namely their iPhone – as a result of the Break is a way in which Class Members would commonly experience harm.[39]

IV.   DAMAGES MODEL AND RESULTS

24.   I use data on the market value of used phones from the competitive market for used phone sales and multivariate regression analysis to measure the diminution in value to iPhone 4 and iPhone 4S devices caused by the Break. I use this diminution in value along with the market

---

[37] APL-GRACE-CCLOG00028286.

[38] *See, e.g.*, Bernheim, B. and Whinston, M. (2008), *Microeconomics*, New York, NY: McGraw-Hill Irwin, chapters 4 and 5.

[39] Harm would also accrue from the loss of valued services and/or functionality, and/or the lost option value for use of valued service and/or feature. Calculating damages from diminution in value is conservative as it focuses on one, common, source of harm incurred – the loss in market value of an asset – which is measureable using facts, evidence, and methodologies common to the class and of the type typically relied upon by economists for estimating damages.

value of iPhone 4 and iPhone 4S devices right before the break to calculate class-wide damages caused by the Break.



I declare that the foregoing is true and correct to the best of my knowledge. Executed on this 28th day of August, 2018.

_____
Justine S. Hastings