# EXHIBIT 8

|   |   |
|---|---|
| 1 | STEYER LOWENTHAL BOODROOKAS |
|   |   ALVAREZ & SMITH LLP |
| 2 | Allan Steyer (State Bar No. 100318) |
|   | Jill M. Manning (State Bar No. 178849) |
| 3 | D. Scott Macrae (State Bar No. 104663) |
|   | One California Street, Suite 300 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 421-3400 |
| 5 | Facsimile:   (415) 421-2234 |
|   | asteyer@steyerlaw.com |
| 6 | jmanning@steyerlaw.com |
|   | smacrae@steyerlaw.com |
| 7 |   |
|   | PEARSON, SIMON & WARSHAW, LLP |
| 8 | Bruce L. Simon (State Bar No. 96241) |
|   | Daniel L. Warshaw (State Bar No. 185365) |
| 9 | Alexander L. Simon (State Bar No. 305734) |
|   | 44 Montgomery Street, Suite 2450 |
| 10 | San Francisco, CA 94104 |
|   | Telephone: (415) 433-9000 |
| 11 | Facsimile: (415) 433-9008 |
|   | bsimon@pswlaw.com |
| 12 | dwarshaw@pswlaw.com |
|   | asimon@pswlaw.com |
| 13 |   |
| 14 | [Additional counsel listed on signature page] |
| 15 | *Attorneys for Plaintiffs* |
|   | *Christina Grace and Ken Potter* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 5:17-cv-00551-LHK <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANT'S SECOND SET OF REQUESTS FOR ADMISSION** |

**PROPOUNDING PARTY: DEFENDANT Apple Inc.**

**RESPONDING PARTY: PLAINTIFFS**

**SET NUMBER: TWO**

Pursuant to Federal Rule of Procedure 36, Plaintiffs Christina Grace and Ken Potter (collectively "Plaintiffs") respond to Defendant Apple, Inc.'s (hereinafter "Defendant") second set of requests for admission as follows:

## PRELIMINARY STATEMENT

1. Plaintiffs' investigation and development of all facts and circumstances related to this action is ongoing. These responses and objections are made without prejudice to, and are not a waiver of, Plaintiffs' right to rely on other facts and evidence at trial.

2. Plaintiffs make the responses and objections herein without in any way implying that they consider the information requested by Defendant to be relevant to Plaintiffs' claims or Defendant's defenses.

3. Plaintiffs expressly reserve the right to supplement, clarify, revise and/or correct any or all of the responses herein, and to assert additional objections or privileges, in one or more subsequent supplemental response(s).

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 9:**

Admit that in order to use Your iPhone (including FaceTime), you agreed to an Apple iOS Software License Agreement.

**RESPONSE TO DOCUMENT REQUEST NO. 9:**

Plaintiffs object to the term "agreed" on the ground that it calls for a legal conclusion. Plaintiffs further object to the term "agreed" as vague and ambiguous to the extent that the iOS Software License Agreements may be unenforceable, unconscionable, or unenforceable or unconscionable in part. Plaintiffs object to the phrase "Your iPhone (including FaceTime)" as overly broad. Plaintiffs also object to the phrase "an Apple iOS Software License Agreement" as

vague and ambiguous because it fails to define the specific agreement or agreements Apple is referencing herein.

Subject to and without waiver of the foregoing objections and responses, Plaintiffs admit that they clicked "agree" in order to be able to use their iPhone 4 devices at issue in this lawsuit. Plaintiffs deny that they agreed to every term of the iOS agreements.

**REQUEST FOR ADMISSION NO. 10:**

Admit that you suffered only economic losses as a result of the alleged "FaceTime Break" You describe in paragraph 11 of Your Amended Complaint.

**RESPONSE TO DOCUMENT REQUEST NO. 10:**

Plaintiffs deny this request for admission.

DATED:  August 13, 2018         STEYER LOWENTHAL BOODROOKAS
                                  ALVAREZ & SMITH LLP

                                By: /s/ Jill M. Manning
                                    Jill M. Manning

                                Allan Steyer (State Bar No. 100318)
                                Jill M. Manning (State Bar No. 178849)
                                D. Scott Macrae (State Bar No. 104663)
                                One California Street, Suite 300
                                San Francisco, CA 94111
                                Telephone: (415) 421-3400
                                Facsimile: (415) 421-2234
                                asteyer@steyerlaw.com
                                jmanning@steyerlaw.com
                                smacrae@steyerlaw.com

                                PEARSON, SIMON & WARSHAW, LLP
                                Bruce L. Simon (State Bar No. 96241)
                                Daniel L. Warshaw (State Bar No. 185365)
                                Alexander L. Simon (State Bar No. 305734)
                                44 Montgomery Street, Suite 2450
                                San Francisco, CA 94104
                                Telephone: (415) 433-9000
                                bsimon@pswlaw.com
                                dwarshaw@pswlaw.com
                                asimon@pswlaw.com

                                FRIEDMAN OSTER & TEJTEL PLLC
                                David F.E. Tejtel (*admitted pro hac vice*)
                                240 East 79th Street, Suite A
                                New York, NY 10075
                                Telephone: (646) 661-5881

-2-
PLAINTIFFS' RESPONSE TO DEFENDANT'S SECOND SET OF REQUESTS FOR ADMISSION
Case No. 5:17-cv-00551-LHK

1 | dtejtel@fotpllc.com

CALDWELL CASSADY & CURRY
Bradley W. Caldwell (*admitted pro hac vice*)
Jason D. Cassady (*admitted pro hac vice*)
John Austin Curry (*admitted pro hac vice*)
2101 Cedar Springs Road, Suite 1000
Dallas, TX 75201
Telephone: (214) 888-4848
bcaldwell@caldwellcc.com
jcassady@caldwellcc.com
acurry@caldwellcc.com

*Attorneys for Plaintiffs*
*Christina Grace and Ken Potter*