1

2

3

**UNITED STATES DISTRICT COURT**

4
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

5

6   CHRISTINA GRACE and KEN POTTER,              Case No.  5:17-cv-00551-LHK-NC
Individually  and on Behalf  of All  Others
Similarly  Situated,

7

8                          Plaintiffs,                      **EXPERT REPORT**
**DR. MARK T. JONES**

9            v.

10   APPLE, INC.                                           **Highly Confidential  – Source Code**

11                          Defendant.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

released both major and minor updates to the iOS software. Apple typically introduces one major iOS update (e.g., iOS 4.0, iOS 5.0, iOS 6.0, etc.) each year. Apple also introduces minor updates to iOS in the form of "dot" releases (e.g., iOS 4.0.1) in between its major iOS updates. The following chart indicates the major releases of iOS software over time, beginning with the original iPhone in 2007:

| iOS Version[5] | Date |
|---|---|
| iPhone 1.0 | June 29, 2007 |
| iPhone 2.0 | July 11, 2008 |
| iOS 3 | June 17, 2009 |
| iOS 4 | June 21, 2010 |
| iOS 5 | Oct. 11, 2011 |
| iOS 6 | Sept. 19, 2012 |
| iOS 7 | Sept. 18, 2013 |
| iOS 8 | Sept. 17, 2014 |
| iOS 9 | Sept. 16, 2015 |
| iOS 10 | Sept. 13, 2016 |
| iOS 11 | Sept. 19, 2017 |

The following chart indicates the minor releases of iOS software updates associated with iOS 6 and iOS 7, and certain of the Apple iOS devices to which these updates were offered:

| Date[6] | iOS Version | iPhone 3GS | iPhone 4 | iPhone 4S | iPhone 5 | iPod Touch (4th Gen.) |
|---|---|---|---|---|---|---|
| 9/19/12 | 6.0 | • | • | • | • | • |
| 10/12/12 | 6.0.1 | • | • | • | • | • |
| 12/18/12 | 6.0.2 | | | | • | |
| 1/28/13 | 6.1 | • | • | • | • | • |
| 2/11/13 | 6.1.1 | | | • | | |
| 2/19/13 | 6.1.2 | • | • | • | • | • |
| 3/19/13 | 6.1.3 | • | • | • | • | • |
| 5/2/13 | 6.1.4 | | | | • | |
| 10/14/13 | 6.1.5 | | | | | • |
| 2/21/14 | 6.1.6 | • | | | | • |

[5] https://support.apple.com/en-us/HT1263; https://support.apple.com/en-us/HT4218; https://support.apple.com/en-us/HT5165; https://support.apple.com/en-us/HT204611; https://support.apple.com/en-us/HT205759; https://support.apple.com/en-us/HT205762; https://support.apple.com/en-us/HT201222.
[6] *See id.*; *see also* https://support.apple.com/kb/DL1621?viewlocale=en_US&locale=en_US; https://support.apple.com/kb/DL1631?viewlocale=en_US&locale=en_US; https://support.apple.com/kb/DL1639?viewlocale=en_US&locale=en_US; https://support.apple.com/kb/DL1652?viewlocale=en_US&locale=en_US; https://support.apple.com/kb/DL1722?viewlocale=en_US&locale=en_US.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/18/13 | 7.0 | | • | • | • | |
| 9/20/13 | 7.0.1 | | | | | |
| 9/26/13 | 7.0.2 | | • | • | • | |
| 10/23/13 | 7.0.3 | | • | • | • | |
| 11/14/13 | 7.0.4 | | • | • | • | |
| 1/29/14 | 7.0.5 | | | | | |
| 2/21/14 | 7.0.6 | | • | • | • | • |
| 3/10/14 | 7.1 | | • | • | • | |
| 4/22/14 | 7.1.1 | | • | • | • | |
| 6/30/14 | 7.1.2 | | • | • | • | |

Apple devices running iOS, like the Apple iPhone, come with iOS pre-installed on the device. Over time, users of those devices may update their software by installing more recent iOS versions offered by Apple. The options available to Apple device owners wishing to update their devices has changed over time. Early iOS versions required a wired connection to update iOS devices. In this scenario, an iOS device owner wishing to update the device's software was required to perform a manual update whereby the device was connected to a computer and synced with Apple's iTunes software. Today, Apple still offers iOS device owners the option to perform software updates in this way but has also introduced a wireless software update process whereby iOS devices are wirelessly updated when connected to the Internet with Wi-Fi.[7]

In addition to offering iOS on iPhones, Apple also installs iOS on other mobile devices, including iPod Touches and iPads.

### 1.5.2   iOS Security

Apple designed iOS to include certain security features. One such feature is encryption and the use of cryptographic keys and digital certificates.[8] When data is being transmitted through an untrusted or unsecure channel, one way to protect that data is to encrypt it such that only the holder of a decryption key may decipher it.[9] Apple's Cryptographic Services Guide offers the

---

[7] https://support.apple.com/en-us/HT204204.
[8] APL-GRACE_00004973 (Security Procedures Apple iOS, October 2012).
[9] https://developer.apple.com/library/archive/documentation/Security/Conceptual/CertKeyTrustProgGuide

the iPhone Device CA. The iPhone CA, issued by the self-signed Apple Root CA, in turn issues the iPhone Device CA. The iPhone Device CA in turn issues device certificates, including the iPhone Device Certificate. These individual device certificates are used by the iOS software to verify the identity of iPhones[21]:



In general, only after the iOS software receives a key delivered by a certificate issued from a trusted source can it begin the necessary cryptographic processes and operations required by the particular functionality being executed.[22]

During the original design of this system in 2007, this chain of trust was described by Apple engineer Dallas De Atley as follows[23]:

> AppleRootCA: This is our root certificate.
> iPhoneCA: This is the child of the root certificate.
> iPhoneDeviceCA: This is the certificate that issues the individual
> device certificates.

Thus, Apple's iOS chain of trust can be represented by the following diagram:

---

[21] *See* APL-GRACE_00056973 (March 23, 2007 iPhone Sub-CA Questionnaire).
[22] https://developer.apple.com/library/archive/documentation/Security/Conceptual/CertKeyTrustProgGuide/index.html#//apple_ref/doc/uid/TP40001358-CH218-SW1.
[23] APL-GRACE_00173241 (May 8, 2007 email, "Re: Final certificates for iPhone").



During Apple's original design process of this system in 2007, the certificate profiles for each certificate in this chain of trust above required approval by the Apple Policy Authority group before they were issued.[24]

The certificates at issue in this case adhere to the X.509 standard.[25] The X.509 standard describes the format of digital certificates that contain public keys, including the certificate authority that signs the certificate (if not self-signed).[26] Apple's iOS includes code to make use of X.509 certificates, including code also meant for use by app developers.[27] The X.509 standard is in use throughout the Internet, including being used in the SSL/TLS connections.

**1.5.3   FaceTime**

Apple released FaceTime in 2010.[28] FaceTime is Apple's video and audio calling service. Apple offers FaceTime in connection with Apple devices running both iOS and OS X operating systems. On iOS, the following devices can be used with FaceTime: iPhone 4 or later; iPod Touch

---

[24] *See* APL-GRACE_00173236 (April 10, 2007 email, "Re: Issuing certificates from iPhone Sub-CA"); APL-GRACE_00173238 (same).
[25] This standard was originally established by the ITU-T in 1988.
[26] *See, e.g.*, https://developer.apple.com/documentation/security/certificate_key_and_trust_services/certificates.
[27] *See, e.g.*, https://developer.apple.com/documentation/security/certificate_key_and_trust_services/policies.
[28] *See* APL-GRACE_00001023 (June 7, 2010 Press Release, "Apple Presents iPhone 4"); APL-GRACE_00053108 (2010 Worldwide Developers Conference Presentation); https://www.apple.com/newsroom/2010/06/07Apple-Presents-iPhone-4/.

connect via the direct peer-to-peer method and avoid utilizing relay servers altogether.

I understand that the above changes applied only to iOS devices that were upgraded to iOS 7 or later; iOS devices running pre-iOS 7 software at this time still connected through the 100% relay server method, even after September 18, 2013.[49]

## 2. TIMELINE OF APPLE'S TECHNICAL DECISIONS

### 2.1 Apple Set Certificate Expiration Dates and Released iOS in 2007

During development of the original iOS in 2007, Apple set expiration dates for certificates used in the system, including the iPhone CA Certificate, the iPhone Device CA Certificate, and iPhone Device Certificates. The certificate expiration dates are stored as data in the certificates themselves. Internal Apple documentation from this time period in 2007 indicates that Apple originally planned for the following expiration dates to the iPhone CA Certificate (also referred to as the iPhone Sub-CA), the iPhone Device CA Certificate (also referred to as the Device CA), and the iPhone Device Certificate[50]:



Under this framework, as described by Apple engineers on March 22, 2007, the iPhone CA Certificate would have expired after 15 years, the iPhone Device CA Certificate after 14.5 years, and the iPhone Device Certificate after 14 years. A revision to these expiration dates in APL-GRACE_00056772, that occurred four days later on March 26, 2007, demonstrates that Apple

---

[49] 4/20/18 Thirumalai Deposition Tr. at 113:18-25 ("As the change was made, iOS 6 devices that already shipped wouldn't use the – wouldn't know the difference between the two."); *id.* at 139:12-17 ("iOS 6 devices through this time would continue to use the relay servers for all the calls, yes."); *id.* at 139:18-22,
[50] APL-GRACE_00056772 (March 22, 2007 iPhone Sub-CA Questionnaire) at 56778.

should not outlive their parents[56]:

```
1      Q.  However, instead of 30, 15, seven and
2   three, you all could have complied with that
3   convention by doing -- by having expiration periods
4   of 30, 29, 28 and 27 years, correct?
5      A.  We could have done that, but we didn't.
```

Indeed, the original validity periods proposed by Apple in March 2007 would have satisfied the criteria that child certificates should not outlive their parents.

## 2.2   In 2010 Apple Designed FaceTime to Check Certificate Expirations

In 2010, Apple released the FaceTime feature. Apple designed FaceTime to utilize an X.509 security framework, including utilization of the iPhone Device Certificate.[57] FaceTime utilized the Device Certificate as part of the protocol for validating that the device on the other end of a FaceTime call was in fact another Apple product[58]:

```
8      Q.  And you were also involved in implementing
9   the X509 code into FaceTime which would use device
10  certificates that would validate against the iPhone
11  device Sub-CA, correct?
12     A.  I was involved in FaceTime's adoption of
13  the device certificate as part of their protocol
14  for validating that they were talking to another
15  Apple product.
16     Q.  Right.
17         And you knew that the device certificates
18  would be validating against the iPhone device
19  Sub-CA as part of that work, right?
20     A.  In general, I knew that validation process
21  for the iPhone device certificate would involve
22  walking a chain up to the Apple root.
23     Q.  And that chain includes the iPhone device
24  Sub-CA, correct?
25     A.  Yes.
```

This validation process involved "walking the chain," which as described above, includes

---

[56] *Id.* at 163:1-5.
[57] *Id.* at 74:1-78:13.
[58] *Id.* at 141:8-25.

validating the iPhone Device Certificate against the iPhone Device CA Certificate.[59]  In addition to designing FaceTime's security protocol to walk the chain, Apple also designed FaceTime to check the expiration dates of the certificates along this chain as part of the FaceTime validation process.[60]  Specifically, Apple designed FaceTime to run the routine "SecPolicyCreateBasicX509," which enforces certificate expirations as part of validating those certificates[61]:

```
 6        Q.  Sorry for the interruption, Mr. De Atley.
 7   Does the SecPolicyCreateBasicX509 routine enforce
 8   expiration policy?
 9        A.  If I remember correctly, it does enforce
10   expiration as part of validating a generic
11   certificate, but I'd want to double-check.
```

Internal Apple documentation demonstrates that the FaceTime framework was intended to, and did, check certificate expiration dates during FaceTime call validation and setup[62]:



---

[59] *Id.*

[60] *Id.* at 141:8-15; *id.* at 71:6-11.

[61] *Id.*

[62] APL-GRACE_00007274 (October 2013 email, A. Vyrros); APL-GRACE_00035164 (October 2013 email, J. Vidrine); APL-GRACE_00025224 (October 2013 email, J. Vidrine).



That appears to be evaluated using the basic X509 policy, which means to check for expiration. So whatever that is, it's going to stop working on New Year's Day unless we do something about it.

Cheers,

--

Jacques

Apple's decision to have FaceTime check certificate expiration dates was a design choice; FaceTime was designed to fail when any of the certificates along the chain were expired.

A bug, in computer science, is:

> Bug: An error in a program or system. The word is usually used to mean a localized implementation error rather than, say, an error introduced at the requirements or system-design stage.[63]

> Bug: A programming error that causes a program or a computer system to perform erratically, produce incorrect results, or crash.[64]

> Bug: An error in coding or logic that causes a program to malfunction or to produce incorrect results.[65]

---

[63] A Dictionary of Computer Science (Oxford Quick Reference) 7th Edition.
[64] Webster's New World Computer Dictionary, 10th Edition.
[65] Microsoft Computer Dictionary, Fifth Edition (Cpg-Other) 5th Edition.

These definitions reasonably reflect the meaning of bug, as would be understood and used by people in computer science.

I note that while the certificates in this chain were created in the 2007 timeframe to have certain validity periods, *see* above, Apple could have created certificates with the same hierarchy of authorities with updated expiration dates when developing the FaceTime feature in the 2009 and 2010 timeframe. Further, Apple could have designed FaceTime so as not to check expiration dates of the certificates in the chain.

**2.3    Apple's Decision to Temporarily Relay 100% of FaceTime Calls**

After Apple's FaceTime feature was found to infringe upon patents owned by VirnetX, Inc. in November 2012, rather than take a license to VirnetX's patents, Apple chose to implement a non-infringing alternative whereby 100% of FaceTime calls used the relayed method rather than the infringing peer-to-peer method, as described above[66]:

```
11      Q.    In April 2013 when Apple changed FaceTime to
12   go a hundred percent relay, does that also mean that
13   FaceTime no longer would set up those direct
14   peer-to-peer FaceTime calls?
15      A.    I believe so.
16      Q.    Do you know the reason why Apple made the
17   change in April 2013 to go a hundred percent relay
18   on FaceTime?
19      A.    Yes.
20      Q.    What was that reason?
21      A.    I understand it had something to do with the
22   VirnetX lawsuit.
```

This change required an increase in relay server capacity[67]:

---

[66] 4/20/18 Thirumalai Deposition Tr. at 84:11-22.
[67] *Id.* at 88:23-89:4.

```
23      Q.   Do you understand that there was a
24   corresponding increase in the amount of money that
25   Apple had to pay Akamai for this sort of increase in
```

```
                                        Page 89
1   usage on Akamai's relay servers for FaceTime?
2      A.   At the time, no.
3      Q.   Do you understand that to be the case now?
4      A.   Yes.
```

[68] AKAM-0052.

28



**2.4     Apple's Decision to Reduce Relay Usage in iOS 7**

During the time that Apple was transitioning all FaceTime calls to be through Akamai's relay servers, its engineers were simultaneously working on ways to reduce FaceTime relay usage in Apple's upcoming major software release, iOS 7. Internal Apple documentation demonstrates that, as of January 2013, an effort was underway to identify and implement software changes in iOS 7 that would cause FaceTime to no longer relay all calls and, as a result, reduce relay usage.[72]

---

[69] AKAM-0001 (April 10, 2010 Akamai IP Application Accelerator Order Form).
[70] AKAM-0010 (January 15, 2013 Akamai IP Application Accelerator Order Form).
[71] *See* AKAM-0014 (April 1, 2013 Akamai IP Application Accelerator Order Form).
[72] *See* Apple engineer emails at APL-GRACE_00001004; APL-GRACE_00010314; APL-GRACE_00010324; APL-GRACE_00010335; APL-GRACE_00010343; APL-GRACE_00010351; APL-GRACE_00010358; APL-GRACE_00010366; APL-GRACE_00010373; APL-GRACE_00010381; APL-GRACE_00010390; APL-GRACE_00010397; APL-GRACE_00010403; APL-GRACE_00010408; APL-GRACE_00017093; APL-GRACE_00017104; APL-GRACE_00017111; APL-GRACE_00017121; APL-GRACE_00017128; APL-GRACE_00017136; APL-GRACE_00017144; APL-GRACE_00017152; APL-GRACE_00029528; APL-GRACE_00029538; APL-GRACE_00029548; APL-GRACE_00029555; APL-GRACE_00029562; APL-GRACE_00029570; APL-GRACE_00029578; APL-GRACE_00029585; APL-GRACE_00029593; APL-GRACE_00029600; APL-GRACE_00029608; APL-GRACE_00029617; APL-GRACE_00029626; APL-GRACE_00029632; APL-GRACE_00029638; APL-GRACE_00029643; APL-GRACE_00029648; APL-GRACE_00029654; APL-GRACE_00171924. *See also* 4/20/18

While investigating the three-year iPhone Device Certificate expiration's impact on FaceTime, Apple also undertook steps to address the impending expiration of the seven-year iPhone Device CA Certificate. As described in Apple internal emails during this time, "all FaceTime calls everywhere will no longer work on all iOS devices as of mid-April 2014"[94]:



The software changes required to avoid the FaceTime failures associated with the April 2014 iPhone Device CA Certificate expiration were simpler and more easily made than those required to address the three-year iPhone Device Certificate issue.

Apple's solution to the impending iPhone Device CA Certificate expiration was to replace one software routine with another.

---

[94] *Id.*

[95] APL-GRACE_00000953 (<radr://problem/15237461>); APL-GRACE_00000957 (<radr://problem/15237513>); APL-GRACE_00035672 (October 2013 email thread regarding testing for <radr://problem/15237513>); APL-GRACE_00015390 (October 2013 email thread listing milestones for

1   ███████

2   **2.8    Apple's iPhone Device CA Fix Was the Same for iOS 6 (for N81) as in iOS 7**

3       Apple implemented the above-described routine change in iOS 7.0.4. This change was not

4   implemented only in iOS 7; Apple also made this same change to iOS 6 as well. ███████

5

6   ████      ████      ██      ████████      ████      ██

7   ███████████████████████████████████████████

8   ███████████████████████████████████████████

9   ███████████████████████████████████████████

10  ████████

11

12

13

14  ███████████████████████████████████████████

15

16

17

18

19

20

21

22

23

24

25

26

27  ─────────────────

28  implementing the iOS 6.1.5 and 7.0.4).
    [96] *See* APL-GRACE_00000953 and APL-GRACE_00000957.

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2018, I served foregoing EXPERT REPORT OF DR.

MARK T. JONES on Apple's counsel by email as set forth below:

R. Alexander Pilmer
Tanya L. Greene
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile (213) 680-8500
Email: alexander.pilmer@kirkland.com
tanya.greene@kirkland.com

Joseph A. Loy
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4980
Facsimile: (212) 446-6460
joseph.loy@kirkland.com

Joshua H. Lerner
Sonal N. Mehta
Eugene Novikov
Stephen Elkind
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300
jlerner@durietangri.com
smehta@durietangri.com
enovikov@durietangri.com
selkind@durietangri.com

_____
            */s/ Suneel Jain*
            Suneel Jain