ALLAN STEYER (Bar No. 100318)
JILL M. MANNING (State Bar No. 178849)
D. SCOTT MACRAE (State Bar No. 104663)
STEYER LOWENTHAL BOODROOKAS
   ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 424-3400
Facsimile: (415) 421-2234
asteyer@steyerlaw.com
jmanning@steyerlaw.com
smacrae@steyerlaw.com

BRUCE L. SIMON (Bar No. 96241)
DANIEL L. WARSHAW (Bar No. 185365)
ALEXANDER L. SIMON (Bar No. 305734)
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:   (415) 433-9008
bsimon@pswlaw.com
dwarshaw@pswlaw.com
asimon@pswlaw.com

*Counsel for Plaintiffs and for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE, INC.,<br><br>Defendant. | CASE NO. 5:17-cv-00551-LHK-NC<br><br>**DECLARATION OF JILL M. MANNING IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 15, 2018<br>Time: 1:30 p.m.<br>Court: 8 – 4th Floor<br>Judge: Honorable Lucy H. Koh |

I, JILL M. MANNING, declare as follows:

1. I am a partner of Steyer Lowenthal Boodrookas Alvarez & Smith. LLP, co-counsel for Plaintiffs in this class action against Defendant Apple, Inc. I am admitted to practice before this Court, and I am a member in good standing of the bar of the State of California.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendant Apple's Motion for Summary Judgment. The following statements are based on my personal knowledge and review of the files in this case and, if called as a witness, I could and would testify competently thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of a document produced by Apple in this matter bearing the bates label APL-GRACE_000000939.

4. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_000000940.

5. Attached hereto as Exhibit 3 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_000000941.

6. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_000000942.

7. Attached hereto as Exhibit 5 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_000000943.

8. Attached hereto as Exhibit 6 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00102595 – 102602.

9. Attached hereto as Exhibit 7 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00050788 - 50791.

10. Attached hereto as Exhibit 8 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00000022 - 30.

DECLARATION OF JILL M. MANNING IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE'S MOTION FOR SUMMARY JUDGMENT

11. Attached hereto as Exhibit 9 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00099793 - 99795.

12. Attached hereto as Exhibit 10 is a true and correct copy of the March 6, 2014 Redacted Order in *VirnetX Inc. v. Apple Inc.*, Case No. 6:13-CV-211, Dkt. 53 (E.D. Texas).

13. Attached hereto as Exhibit 11 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00148220 - 148222.

14. Attached hereto as Exhibit 12 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00000009 - 10.

15. Attached hereto as Exhibit 13 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00010198 - 10199.

16. Attached hereto as Exhibit 14 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00051571 - 51573.

17. Attached hereto as Exhibit 15 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00042431 - 42432.

18. Attached hereto as Exhibit 16 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00001004 - 1011.

19. Attached hereto as Exhibit 17 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00017136 - 1743.

20. Attached hereto as Exhibit 18 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00099786 - 99787.

21. Attached hereto as Exhibit 19 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00176067- 176077.

22. Attached hereto as Exhibit 20 is a true and correct copy of the Expert Report of Dr. Mark T. Jones filed August 28, 2018.

23. Attached hereto as Exhibit 21 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00005636 - 5637.

24. Attached hereto as Exhibit 22 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00002142 - 2145.

25. Attached hereto as Exhibit 23 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00002160 - 2164.

26. Attached hereto as Exhibit 24 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00005860 - 5865.

27. Attached hereto as Exhibit 25 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00056772 - 56786.

28. Attached hereto as Exhibit 26 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00056875 - 56889.

29. Attached hereto as Exhibit 27 is a true and correct copy of the Deposition Transcript of the September 26, 2018 Videotaped Deposition of Aviel Rubin.

30. Attached hereto as Exhibit 28 is a true and correct copy of the Expert Report of Aviel Rubin filed on September 18, 2018.

31. Attached hereto as Exhibit 29 is a true and correct copy of the Deposition Transcript of the September 24, 2018 Videotaped Deposition of Dr. Mark T. Jones

32. Attached hereto as Exhibit 30 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00004973 - 5090.

33. Attached hereto as Exhibit 31 is a true and correct copy of the Deposition Transcript of the July 18, 2018 Videotaped Deposition of Gigi Choy Wang.

34. Attached hereto as Exhibit 32 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00005807 - 5812.

35. Attached hereto as Exhibit 33 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00005801.

36. Attached hereto as Exhibit 34 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00005804 - 5806.

37. Attached hereto as Exhibit 35 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00044231 - 44233.

38. Attached hereto as Exhibit 36 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00007274 - 7277.

39. Attached hereto as Exhibit 37 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00025224.

40. Attached hereto as Exhibit 38 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_0024933 - 24938.

41. Attached hereto as Exhibit 39 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00175152 - 175155.

42. Attached hereto as Exhibit 40 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00008120 - 8121.

43. Attached hereto as Exhibit 41 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00025227.

44. Attached hereto as Exhibit 42 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00017420 - 17421.

45. Attached hereto as Exhibit 43 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00044254 - 44269.

46. Attached hereto as Exhibit 44 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00008039 - 8042.

**1**     47.     Attached hereto as Exhibit 45 is a true and correct copy of a document produced by

**2** Apple, Inc. in this matter bearing the bates label APL-GRACE_00054991 - 54992.

**3**     48.     Attached hereto as Exhibit 46 is a true and correct copy of a document produced by

**4**
**5** Apple, Inc. in this matter bearing the bates label APL-GRACE_00010314 - 10323.

**6**     49.     Attached hereto as Exhibit 47 is a true and correct copy of a document produced by

**7** Apple, Inc. in this matter bearing the bates label APL-GRACE_00034276 - 34279.

**8**     50.     Attached hereto as Exhibit 48 is a true and correct copy of a document produced by

**9** Apple, Inc. in this matter bearing the bates label APL-GRACE_00099488 – 99493.

**10**     51.     Attached hereto as Exhibit 49 is a true and correct copy of a document produced by

**11** Apple, Inc. in this matter bearing the bates label APL-GRACE_00164166 - 164170.

**12**
**13**     52.     Attached hereto as Exhibit 50 is a true and correct copy of a document produced by

**14** Apple, Inc. in this matter bearing the bates label APL-GRACE_00002942 - 2958.

**15**     53.     Attached hereto as Exhibit 51 is a true and correct copy of a document produced by

**16** Apple, Inc. in this matter bearing the bates label APL-GRACE_00000988 - 993.

**17**     54.     Attached hereto as Exhibit 52 is a true and correct copy of a document produced by

**18** Apple, Inc. in this matter bearing the bates label APL-GRACE_00000994.

**19**     55.     Attached hereto as Exhibit 53 is a true and correct copy of a document produced by

**20**
**21** Apple, Inc. in this matter bearing the bates label APL-GRACE_00003737 - 3739.

**22**     56.     Attached hereto as Exhibit 54 is a true and correct copy of a document produced by

**23** Apple, Inc. in this matter bearing the bates label APL-GRACE-CCLOG00531466 - 531471.

**24**     57.     Attached hereto as Exhibit 55 is a true and correct copy of a document produced by

**25** Apple, Inc. in this matter bearing the bates label APL-GRACE-CCLOG00341391 - 341395.

**26**     58.     Attached hereto as Exhibit 56 is a true and correct copy of the Deposition

**27** Transcript of the April 18, 2018 Videotaped Deposition of Dallas De Atley.
**28**

DECLARATION OF JILL M. MANNING IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE'S MOTION FOR SUMMARY JUDGMENT

**1**  59. Attached hereto as Exhibit 57 is a true and correct copy of a document produced by

**2**  Apple, Inc. in this matter bearing the bates label APL-GRACE_00003930 - 3947.

**3**  60. Attached hereto as Exhibit 67 is a true and correct copy of a document produced by

**4**

**5**  Apple, Inc. in this matter bearing the bates label APL-GRACE_00014721 - 14722.

**6**  61. Attached hereto as Exhibit 59 is a true and correct copy of a document produced by

**7**  Apple, Inc. in this matter bearing the bates label APL-GRACE_00052811.

**8**  62. Attached hereto as Exhibit 60 is a true and correct copy of a document produced by

**9**  Apple, Inc. in this matter bearing the bates label APL-GRACE_00099304 - 99306.

**10**  63. Attached hereto as Exhibit 61 is a true and correct copy of a document produced by

**11**  Apple, Inc. in this matter bearing the bates label APL-GRACE_00015517 - 15519.

**12**

**13**  64. Attached hereto as Exhibit 62 is a true and correct copy of a document produced by

**14**  Apple, Inc. in this matter bearing the bates label APL-GRACE_00052567 - 52569.

**15**  65. Attached hereto as Exhibit 63 is a true and correct copy of a document produced by

**16**  Apple, Inc. in this matter bearing the bates label APL-GRACE_00000018 - 19.

**17**  66. Attached hereto as Exhibit 64 is a true and correct copy of a document produced by

**18**  Apple, Inc. in this matter bearing the bates label APL-GRACE_00000015 - 16.

**19**  67. Attached hereto as Exhibit 65 is a true and correct copy of a document produced by

**20**

**21**  Akamai, Inc. in this matter bearing the bates label AKAM-0020 - 21.

**22**  68. Attached hereto as Exhibit 66 is a true and correct copy of a document produced by

**23**  Akamai, Inc. in this matter bearing the bates label AKAM-0216 - 220.

**24**  69. Attached hereto as Exhibit 67 is a true and correct copy of a document produced by

**25**  Apple, Inc. in this matter bearing the bates label APL-GRACE_00012808 - 12828.

**26**  70. Attached hereto as Exhibit 68 is a true and correct copy of a document produced by

**27**  Akamai, Inc. in this matter bearing the bates label AKAM-0214 - 215.

**28**

DECLARATION OF JILL M. MANNING IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE'S MOTION FOR SUMMARY JUDGMENT

71. Attached hereto as Exhibit 69 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00001002 - 1003.

72. Attached hereto as Exhibit 70 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00013938 - 13943.

73. Attached hereto as Exhibit 71 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00013995 - 13998.

74. Attached hereto as Exhibit 42 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00002786.

75. Attached hereto as Exhibit 73 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00049097 - 49103.

76. Attached hereto as Exhibit 74 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00035672 - 35675.

77. Attached hereto as Exhibit 75 is a true and correct copy of a document produced by Apple, Inc. in this matter bearing the bates label APL-GRACE_00022187 - 22194.

78. Attached hereto as Exhibit 76 is a true and correct copy of the Expert Report of Dr. Justine Hastings executed on August 28, 2018.

79. Attached hereto as Exhibit 77 is a true and correct copy of the Deposition Transcript of the September 20, 2018, Videotaped Deposition of Dr. Tasneem Chipty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 18th day of October, in Tomales, California.

By: */s/ Jill M. Manning*
Jill M. Manning