# iPhone 4

## Nothing else is an iPhone.



**FaceTime**
See friends while you talk to them. FaceTime video calling works over Wi-Fi on iPhone, iPad 2, iPod touch, and the Mac.[1]



**Retina display**
With the sharpest, highest-resolution phone screen, everything you see and do on iPhone 4 looks amazing.



**Apple A4 chip**
Apple engineers designed the A4 chip to be incredibly powerful yet energy efficient. With it, iPhone 4 performs complex tasks easily.



**Long battery life**
iPhone gives you truly long battery life. Unlike other phones, you don't have to limit your use just to conserve power.



**iOS 5**
The world's most advanced mobile operating system has over 200 new features, including Notification Center, Reminders, and Twitter integration.



**iCloud**
iCloud stores your content and wirelessly pushes it to all your devices. Automatic, effortless, and seamless—it just works.[2]



**App Store**
Choose from over 500,000 apps for just about anything: social networking, travel, business, news, weather, sports, and more.[3]



**It's simply smarter**
iPhone is so easy to use, you don't need a manual. You can pick up an iPhone and start using it right away.

[1] Requires a FaceTime-enabled Mac with an Internet connection or a FaceTime-enabled iOS device with a Wi-Fi connection. Not available in all areas. [2] iCloud requires iOS 5 on iPhone 3GS or later, iPod touch (3rd and 4th generation), iPad, or iPad 2; a Mac computer with OS X Lion; or a PC with Windows Vista or Windows 7. Some features require a Wi-Fi connection. Some features are not available in all countries. Access to some services is limited to 10 devices. [3] App count refers to the total number of apps worldwide. TM and © 2011 Apple Inc. All rights reserved.

| | |
|---|---|
| File Name | iPhone4_APR_TBL-SGN-A3-Back_Generic_297x420_WW_CMYK_v2.indd |
| Job Number | CHA-12-5490 |
| Description | Channel | iPhone 4 | Apple Premium Reseller | Table Sign A3 Back | WW Generic |
| Production | Ana Todd |

Apple Inc. 1 Infinite Loop, Cupertino, CA 95014

Millimeters Full Size Specs — Trim 297mm x 420mm, Live N/A, Margins 6mm Top, 6mm Bottom, 6mm Sides, Bleed 3mm

Inches Full Size Specs — Trim 11.6929" x 16.5354", Live N/A, Margins .25" Top, .25" Bottom, .25" Sides, Bleed .125"

Date 11/16/2011 - 12:03 PM
Version 2
Geo WW

PROOF REVIEW SIGN OFF — Producer, XF Hardware, XF Screens, Editor, Writer / Content Prod, Print Prod, Art Director, Implement Dsgnr, Studio Manager

Inks: 5/0 CMYK PANTONE 429 C  Proof at: 100%  Mechanical Built at: 1:1  PRINT AT: 100%

CONFIDENTIAL                                                                 APL-GRACE_00000939