

Introducing FaceTime video calling. Smile.

 iPhone 4

© 2010 Apple Inc. All rights reserved. 1-800-MY-APPLE or www.apple.com. Wireless service plan required. FaceTime requires iPhone 4 and Wi-Fi.

CONFIDENTIAL                                                                                                                                           APL-GRACE_00000941