| | |
|---:|:---|
| **Subject:** | Re: Triton relay usage |
| **From:** | "Gokul Thirumalai" <gthirumalai@apple.com> |
| **Received(Date):** | Thu, 19 Jun 2014 05:05:25 +0000 |
| **To:** | "Patrick Gates" <pgates@apple.com> |
| **Cc:** | "Lionel Gentil" <lgentil@apple.com>,"Amol Pattekar" <pattekar@apple.com>,"Artie Nathan III" <anathan@apple.com> |
| **Date:** | Thu, 19 Jun 2014 05:05:25 +0000 |

I'm not following why the relay bandwidth utilization would recover.

iOS6 was the biggest user of relay bandwidth. iOS7 uses a lot less. We broke all iOS6, and the only way to get FaceTime working again is to upgrade to iOS7 - which uses very little relay since it drops back down as soon as it can.

iReporter charts

> On Jun 18, 2014, at 8:24 PM, Amol Pattekar <pattekar@apple.com> wrote:
>
>
> +Artie, who I believe is out until Monday.
>
> I would have expected the traffic to recover as some of these customers upgraded to newer builds. Not sure why it didn't recover. I do not recall any other change in April that would have reduced relay usage.
>
> I have also not heard any recent reports of customers complaining about FaceTime not working.
>
> Thanks,
> -Amol
>
> Sent from my iPhone
>
>> On Jun 18, 2014, at 8:01 PM, Patrick Gates <pgates@apple.com> wrote:
>>
>>
>> But it seems like it never recovered. Is FaceTime still broken for a large number of people? Like half?
>>
>> - Patrick
>>
>>
>>> On Jun 18, 2014, at 19:58, Amol Pattekar <pattekar@apple.com> wrote:>>>
>>>
>>> There was a cert that expired and several client builds were enforcing the expiry, so

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00099786

FaceTime broke in all iOS except BrightonMaps, InnsbruckTaos and Sochi. It also broke in all major releases of OSX but all the SUs had a fix. This happened on April 15th. This substantially reduced relay utilization.
>>>
>>> For next year, we need to factor in additional relay usage for phone continuity. We will use more relay IPs. Bandwidth usage will likely not increase much.
>>>
>>> Thanks,
>>> -Amol
>>>
>>> Sent from my iPhone
>>>
>>>> On Jun 18, 2014, at 7:45 PM, Patrick Gates <pgates@apple.com> wrote:
>>>>
>>>>
>>>> Hey guys -
>>>>
>>>> I'm looking at the Akamai contract for the next year. I understand we did something in April around iOS 6 to reduce relay utilization. Does this ring a bell for any of you? Got details?
>>>>
>>>> Thanks,
>>>>
>>>> Patrick
>>>>
>>>>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY