*

# Video & RTC Update

March 8, 2013

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              APL-GRACE_00176067

# Agenda

Feature Updates

FaceTime Relay P2P Upgrade

HEVC

GameCenter: █████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Feature Updates

| Feature | Notes | DRI | Next Milestone | Feature Complete |
|---|---|---|---|---|
| ███ | ███ | Chris | ███ | 4/15 |
| ███ | ███ | Steve | | Done |
| ███ | ███ | Joe | | Done |
| ███ | ███ | Thomas | | Done |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                        APL-GRACE_00176069

# FaceTime Relay P2P Upgrade

Motivation

All FaceTime calls are forced to use relay

Problem: Apple pays for all the relay bandwidth

Goal: Reduce FaceTime relay usage as much as possible

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                APL-GRACE_00176070

# FaceTime Relay P2P Upgrade

Solution: Use the relay channel to restore a P2P connection

Restore all previous P2P calls before Forced Relay

Relay usage is greatly reduced

    WiFi: 100% -> 16%

    Cell: 100% -> 28%

All work has been submitted to Innsbruck and Cab

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APL-GRACE_00176071

# HEVC Development Goals

FaceTime over Cellular (Innsbruck+1)

    FToC █████████████████

█████████████████████████████████

iTunes movie store encodings

    ████████ bandwidth savings for download and streaming (Demo)

Apple HEVC hardware encoder design

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APL-GRACE_00176072

# HEVC FaceTime Status

8-bit decoder and low-delay encoder functionality

Next step: Migration to the final standard spec

Challenge: encoder performance and power

    Fast mode decision algorithms and low-level optimization

    Hardware acceleration

    Power/Thermal aware adaptation

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APL-GRACE_00176073

# 10-bit HEVC

Demo

Eliminates banding artifacts

Provides additional bit savings

Working with SEG for 10-bit HEVC hardware decoding support

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   APL-GRACE_00176074

# 4K HEVC

- 4K content is available
- Closer viewing distance exposes artifacts
- Content delivery:

### Bit Rates: 10-bit 24 fps

|  | 1080p | 4K |
|---|---|---|
| H.264 | 5.5 Mbps * | 20 Mbps |
| HEVC | 3-3.5 Mbps | 12-14 Mbps |

* Current 8-bit Movie Download

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    APL-GRACE_00176075



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-GRACE_00176076

Thank You!

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLYAPL-GRACE_00176077