1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

CHRISTINA GRACE and KEN POTTER,
Individually and on Behalf of All Others
Similarly Situated,

        Plaintiffs,

   v.

APPLE, INC.

        Defendant.

Case No. 5:17-cv-00551-LHK-NC

**EXPERT REPORT**
**DR. MARK T. JONES**

**Highly Confidential – Source Code**



root certificate to be the Apple Root CA Certificate,

The

---

1172. I note that these versions of the Security Framework correspond to versions of iOS going back to before iOS 4.1. *See, e.g.*, APL-GRACE-CODE00000291-2; APL-GRACE-CODE00000293-4 (e.g., lines 50 and 55); APL-GRACE-CODE00000295-6 (e.g., line 70); APL-GRACE-CODE00000297-8 (e.g., line 68); APL-GRACE-CODE00000299-300 (e.g., line 56). *See also* https://developer.apple.com/documentation/security/secpadding/ksecpaddingoaep?language=objc; https://developer.apple.com/documentation/security/secpadding/ksecpaddingpkcs1sha224?language=objc.

[137] APL-GRACE_00000953; APL-GRACE_00000957; APL-GRACE_00002818; APL-GRACE_00001893; APL-GRACE_00101577.

[138] *See* APL_GRACE-CODE00000154 at lines 332-335 _____. Similar code can be found in the MobileLockdown-588.14 codebase at APL_GRACE-CODE00000162, _____ codebase at APL_GRACE-CODE00000170, _____ codebase at APL_GRACE-CODE00000176, and _____ codebase at APL_GRACE-CODE00000183.

[139] Although Apple has not provided to me a listing of which versions of each codebase are used in which versions of iOS, there are reasonable conclusions that can be drawn based on version numbers of the codebases referenced in various Apple documents. *See, e.g.*, APL-GRACE_00046382; APL-GRACE_00046936.   My conclusions in this case do not rest upon these inferences or the date of January 2013. I note that Apple was asked for this information but did not provide it. *See* De Atley Deposition Tr. at 132:18-133:16; *id.* at 192:18-194:7. This information is readily available to Apple because of the way

A more general overview of using trust objects is given here[149]:

# Overview

Evaluating trust is a two-step process. First, the system examines the certificate's digital signature. The Certificate Authority (CA) that issues the certificate creates the signature using its own identity (private key plus certificate) and embeds this byte stream in the leaf certificate (the one under evaluation). If the signature checks out, and as long as the CA's own certificate is valid, then the leaf certificate must also be valid. The CA's certificate is in turn signed by another issuer, whose certificate is signed by another, and so on. This chain of certificates ends with the anchor certificate, which is typically one of the inherently trusted root certificates embedded in the operating system. For example, your app can rely on any of the root certificates embedded in iOS or macOS. Alternatively, you can supply your own.

The second step in trust evaluation is testing the certificate against a trust policy. The policy indicates how particular fields or extensions of a certificate affect whether it should be trusted for a particular use. For example, the policy may state that a certificate must not be expired or must be marked as valid for encryption, code signing, or some other specific purpose.

All of this activity is facilitated by an instance of the `SecTrustRef` object that you prepare with one or more certificates and a policy objects.

**4.    APPLE DEVICE PERFORMANCE**

I have also been asked to consider whether, and if so how, upgrading an iPhone 4 or iPhone 4s from iOS 6.1 to iOS 7.0 or iOS 7.1 affected the performance of the phone.

I considered performance-related statements and documents made or cited in the filings from this case, including the Complaints, the Answer, the Motion to Certify a Nationwide Class, the Opposition to the Motion, and the Reply to the Motion. I also considered performance-related statements and documents made or cited in Dr. Rubin's Declaration in support of Apple's Opposition, his deposition, and his Corrected Declaration. I have also conducted my own investigation and analysis of publicly available materials as well as documents and information

---

[149] *See* https://developer.apple.com/documentation/security/certificate_key_and_trust_services/trust/creating_a_trust_object?language=objc.

produced by Apple, including Apple's discovery responses related to performance issues. I requested data and documents on performance testing that was conducted by Apple. My understanding is that Plaintiffs requested this type of information from Apple. I understand that Apple has produced some documents and data in response to the Plaintiffs' requests.[150]

## 4.1    Hardware

The putative class members' phones, the iPhone 4 and 4s, were respectively about two and three years old when iOS 7 was first released with the iPhone 5c and 5s. The hardware for the iPhone 5c and 5s was more advanced than that of the iPhone 4 and 4s. iOS 7 was primarily designed for more advanced hardware than that featured in the iPhone 4 and 4s.[151] Apple did not publicly announce details about the specifications of its devices' processors or RAM.[152] However, third parties have conducted testing and investigations to attempt to determine the iPhone's processor speeds and RAM. Below is an excerpted and annotated table comparing reported hardware specifications across various iPhone models[153]:

---

[150] I understand that Dr. Rubin also testified that he reviewed and analyzed performance data but was not sure if it was produced in this case. *See* Rubin Dep. Tr. at 197:1-200:21, 198:21-23. To the extent that Dr. Rubin reviewed data that was not produced, I reserve the right to supplement and amend my report after the production of such data.

[151] *See, e.g.*, https://www.apple.com/newsroom/2013/09/10Apple-Announces-iPhone-5s-The-Most-Forward-Thinking-Smartphone-in-the-World/ ("iPhone 5s comes with iOS 7, the most significant iOS update since the original iPhone, *engineered for 64-bit technology* and featuring hundreds of great new features, including Control Center, Notification Center, improved Multitasking, AirDrop®, enhanced Photos, Safari®, Siri® and iTunes Radio™.") (emphasis added); *id.* ("Apple also engineered iOS 7 and all the built-in apps to maximize the performance of the A7 chip.").

[152] *See, e.g.*, https://support.apple.com/kb/sp587?locale=en_US (iPhone 4 specifications); https://www.apple.com/newsroom/2010/06/07Apple-Presents-iPhone-4/ (iPhone 4 press release); https://support.apple.com/kb/sp643?locale=en_US (iPhone 4s specifications); https://www.apple.com/newsroom/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud/ (iPhone 4s press release); https://support.apple.com/kb/sp684?locale=en_US (iPhone 5c specifications); https://www.apple.com/newsroom/2013/09/10Apple-Introduces-iPhone-5c-The-Most-Colorful-iPhone-Yet/ (iPhone 5c press release); https://support.apple.com/kb/sp685?locale=en_US (iPhone 5s specifications); https://www.apple.com/newsroom/2013/09/10Apple-Announces-iPhone-5s-The-Most-Forward-Thinking-Smartphone-in-the-World/ (iPhone 5s press release).

[153] *See* https://www.theverge.com/circuitbreaker/2017/6/28/15885636/iphone-10th-anniversary-hardware-specifications-comparison-apple-ios (scrollable table excerpted and annotated); *see also* https://support.apple.com/en-us/HT201296. Other third-party sources reported substantially similar

| Specification | iPhone | iPhone 3G | iPhone 3GS | iPhone 4 | iPhone 4S | iPhone 5 | iPhone 5S | iPhone 5C |
|---|---|---|---|---|---|---|---|---|
| Display | 3.5 inches | 3.5 inches | 3.5 inches | 3.5 inches | 3.5 inches | 4 inches | 4 inches | 4 inches |
| Resolution | 320 x 480 | 320 x 480 | 320 x 480 | 960 × 640 | 960 × 640 | 1136 × 640 | 1136 × 640 | 1136 × 640 |
| Processor | APL0098 (412 MHz) | APL0098 (412 MHz) | APL0298 (533 MHz) | Apple A4 (800 MHz) | Apple A5 (800 MHz, dual-core) | Apple A6 (1.3 GHz, dual-core) | Apple A7 (1.3 GHz, dual-core) | Apple A6 (1.3 GHz, dual-core) |
| RAM | 128MB | 128MB | 256MB | 512MB | 512MB | 1GB | 1GB | 1GB |
| Storage | 4GB, 8GB, 16GB | 8GB, 16GB | 8GB, 16GB, 32GB | 8GB, 16GB, 32GB | 8GB, 16GB, 32GB, 64GB | 16GB, 32GB, 64GB | 16GB, 32GB, 64GB | 8GB, 16GB, 32GB |
| Rear camera | 2 megapixel | 2 megapixel | 3 megapixel | 5 megapixel | 8 megapixel | 8 megapixel | 8 megapixel | 8 megapixel |
| Front camera | N/A | N/A | N/A | 0.3 megapixel | 0.3 megapixel | 1.2 megapixel | 1.2 megapixel | 1.2 megapixel |
| Battery | 1,400mAh | 1,150mAh | 1,220 mAh | 1,420mAh | 1,432mAh | 1,440mAh | 1,560 mAh | 1,510 mAh |
| Weight | 0.30 pounds | 0.29 pounds | 0.30 pounds | 0.30 pounds | 0.31 pounds | 0.25 pounds | 0.25 pounds | 0.29 poounds |
| Dimensions (in.) | 4.5 x 2.4 x 0.46 | 4.55 x 2.44 x 0.48 | 4.55 x 2.44 x 0.48 | 4.54 x 2.31 x 0.37 | 4.54 x 2.31 x 0.37 | 4.87 x 2.31 x 0.30 | 4.87 x 2.31 x 0.30 | 4.90 x 2.33 x 0.35 |
| Connector | 30-pin | 30-pin | 30-pin | 30-pin | 30-pin | Lightning | Lightning | Lightning |
| Cellular support | 2.5G networks | 3G networks | 3G networks | 3G networks | 3G networks | 3G and LTE | 3G and LTE | 3G and LTE |

As shown in the highlighted cells in the table above, the iPhone 5c and 5s had double the amount of RAM in the iPhone 4 and 4s (512 MB v. 1 GB). The iPhone 5c and 5s processors were a little over one-and-a-half times faster than the processors in the iPhone 4 and 4s (800 MHz v. 1.3 GHz). Moreover, the iPhone 4's processor was a single-core processor while the other phones had dual-core processors. The batteries in the iPhone 5c and 5s also had slightly larger capacity than the batteries in the iPhone 4 and 4s.

**4.2    Release of iOS 7 – Performance Regression**

iOS 7 was released September 18, 2013 with the release of the iPhone 5c and 5s. There

---

specifications. *See, e.g.*, https://everymac.com/systems/apple/iphone/iphone-faq/iphone-processor-types.html; https://www.gsmarena.com/apple_iphone_4-3275.php; https://www.gsmarena.com/apple_iphone_4s-4212.php; https://www.gsmarena.com/apple_iphone_5c-5690.php; https://www.gsmarena.com/apple_iphone_5s-5685.php; *see also* Rubin Decl. at ¶ 23, n.3 (citing CNET article regarding similarly reported hardware specifications). As noted in some of these sources, while the iPhone 4 and 4s processors were rated as 1 GHz processors, they were "downclocked" to about 800 MHz. *See, e.g.*, https://everymac.com/systems/apple/iphone/iphone-faq/iphone-processor-types.html.

were subsequent releases on November 14, 2013 (iOS 7.0.4) and February 21, 2014 (iOS 7.0.6). Among other things, the iOS 7 user interface ("UI") was significantly changed from iOS 6 and included substantially more animations.[154]  iPhone 4 and 4s users updating to iOS 7 experienced significant performance degradation and regressions on their devices.   The performance regressions were measurable and substantial.   Ars Technica, a technology-oriented online publication, performed timed application launch tests on an iPhone 4 running iOS 6.1.3 and an iPhone 4 running iOS 7.0 and reported the results depicted in the table below[155]:

| APPLICATION | IOS 6.1.3 | IOS 7.0 GM |
|---|---|---|
| Safari | 1.13 seconds | 2.05 seconds |
| Camera | 1.9 seconds | 2.63 seconds |
| Settings | 1.31 seconds | 1.88 seconds |
| Mail | 1.0 seconds | 1.50 seconds |
| Messages | 1.57 seconds | 2.80 seconds |
| Calendar | 1.23 seconds | 1.78 seconds |
| Phone | 0.67 seconds | 2.37 seconds |
| Cold boot to lock screen | 31.14 seconds | 45.13 seconds |

This is how Ars Technica described the process for the tests and measurements[156]:

> As we did last year, we also launched a number of the built-in apps in both iOS 6 and iOS 7 and timed them to see whether there were any regressions. The numbers below measure the time between when the app icon is tapped and when the app becomes ready for user input, and each app's launch time was measured three times and averaged. The apps were force-quit using the iOS multitasking interface between runs. We also measured the time it took for the phone to cold boot to the lock screen.

These types of performance regressions on iPhone 4 and iPhone 4s devices that were updated to iOS 7 were widely reported.[157]   The performance regressions were, in part, due to the

---

[154] *See, e.g.*, https://www.engadget.com/2013/12/10/ios-6-vs-ios-7-icons-a-visual-comparison/; http://osxdaily.com/2013/06/11/ios-7-vs-ios-6-visual-comparison/.
[155] *See* https://arstechnica.com/gadgets/2013/09/new-lease-on-life-or-death-sentence-ios-7-on-the-iphone-4/.
[156] *See id.*
[157] *See, e.g.*, https://readwrite.com/2013/10/15/ios-7-fixes-iphone-4-4S/;

significant changes made to the UI.[158] █████████████████████████

██████████████████████████████████████████████████████████

█████████████████████████████████████  █████████████████████

██████████████████████████████████████████████████████████

████████████





    Problematically for some users, however, once a user updated to iOS 7 from iOS 6, the user was unable to uninstall iOS 7 and return to iOS 6 even if the user experienced significant performance regressions on his or her device.[161]   As a technical matter, Apple could allow users

---

[161] *See* https://www.lifewire.com/can-you-uninstall-ios-7-1999199; https://readwrite.com/2013/09/24/apple-ios-7-no-downgrade/.

to downgrade, but it appears that as a matter of policy, Apple chooses not to allow iOS downgrades.[162]

User complaints about iOS 7 on Apple's discussion forums did not go unnoticed by Apple. In fact, after iOS 7 was released, Apple tracked threads on its discussion forums, categorized the threads by issue, noted the status of the thread, and noted the number of replies. Email reports called "███████████" reports were delivered to Apple personnel, including Patrick Gates and Dallas De Atley, with users' complaints and feedback regarding iOS 7's performance.[163] The issues in these reports were "arranged by their level of activity and perceived urgency."[164] The types of categories included issues such as the following: battery life issues, delayed keyboard input, UI bugs, slow or unresponsive performance, not being able to send messages, unresponsiveness after entering passcode, user discomfort, wallpaper not being full screen, devices intermittently not responding, low ringtone volume, background issues, device warming, messages

---

[162] For example, in January 2018, Apple's servers briefly provided older versions of iOS, all the way down to versions of iOS 6, allowing users to downgrade. *See, e.g.*, https://appleinsider.com/articles/18/01/11/apple-servers-briefly-enabled-signing-of-older-ios-firmwares-allowing-users-to-downgrade-to-earlier-versions; https://wccftech.com/apple-starts-signing-firmware-way-back-ios-6-downgrade-now-want-jailbreak/; https://www.reddit.com/r/jailbreak/comments/7qe81d/question_why_is_ios_613_for_4s_still_being_signed/; http://www.iclarified.com/64117/apple-is-currently-signing-various-ios-6-to-ios-10-firmware-versions-downgrades-possible; http://wololo.net/2018/01/12/apples-big-signing-screw-allowed-users-downgrade-versions-ios-old-ios-6/; https://9to5mac.com/2018/01/10/users-able-downgrade-from-ios-11/; https://www.macrumors.com/2018/01/11/apple-accidentally-signed-old-ios-versions/; https://forums.macrumors.com/threads/ios-6-1-3-still-signed-by-apple.2100595/.

[163] *See, e.g.*, APL-GRACE_00006769; APL-GRACE_00006779; APL-GRACE_00006789; APL-GRACE_00006799; APL-GRACE_00006811; APL-GRACE_00006822; APL-GRACE_00006909; APL-GRACE_00006920; APL-GRACE_00006950; APL-GRACE_00007019; APL-GRACE_00007034; APL-GRACE_00007065; APL-GRACE_00007080; APL-GRACE_00007105; APL-GRACE_00007121; APL-GRACE_00007139; APL-GRACE_00007155; APL-GRACE_00007226; APL-GRACE_00007243; APL-GRACE_00008284; APL-GRACE_00011764; APL-GRACE_00011774; APL-GRACE_00011784; APL-GRACE_00011794; APL-GRACE_00011836; APL-GRACE_00011890; APL-GRACE_00011933; APL-GRACE_00011945; APL-GRACE_00011960; APL-GRACE_00012026; APL-GRACE_00012068; APL-GRACE_00012151; APL-GRACE_00013393; APL-GRACE_00165087; APL-GRACE_00165105; APL-GRACE_00165145.

[164] *See, e.g.*, APL-GRACE_00007105.

and FaceTime not being available, and control center swipe not responding.[165]   Apple also tracked

threads that related to downgrade discussions.[166]

Also, Apple documents produced in this case suggest that Apple was anticipating, or at

least was not surprised by, the performance regressions and degradations experienced by iPhone

4 and 4s users upgrading to iOS 7. ███████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████[170]

---

[165] *See, e.g.*, *id.*

[166] *See, e.g.*, *id.* at -7109 ████████████████████████████████████████████.

[167] *See, e.g.*, APL-GRACE_00044282; APL-GRACE_00044300; APL-GRACE_00044310; APL-GRACE_00044320; APL-GRACE_00047274; APL-GRACE_00047285; APL-GRACE_00047334; APL-GRACE_00047344; APL-GRACE_00047356; APL-GRACE_00048080; APL-GRACE_00048090; APL-GRACE_00048102; APL-GRACE_00048112; APL-GRACE_00051599; APL-GRACE_00051613; APL-GRACE_00051623; APL-GRACE_00051634; APL-GRACE_00054471; APL-GRACE_00054540; APL-GRACE_00054550; APL-GRACE_00054560; APL-GRACE_00148005; APL-GRACE_00148016; APL-GRACE_00148075; APL-GRACE_00148085; APL-GRACE_00148152; APL-GRACE_00148162; APL-GRACE_00148190; APL-GRACE_00148200.

[168] *See, e.g.*, APL-GRACE_00048080 ████████████████████████████████████████████

[169] *See, e.g.*, APL-GRACE_00002142; APL-GRACE_00005860; APL-GRACE_00005885; APL-GRACE_00005893; APL-GRACE_00005983; APL-GRACE_00010805; APL-GRACE_00015463; APL-GRACE_00032224; APL-GRACE_00032233; APL-GRACE_00032679; APL-GRACE_00044361; APL-GRACE_00048123; APL-GRACE_00048152; APL-GRACE_00048166; APL-GRACE_00048827; APL-GRACE_00048836; APL-GRACE_00051694; APL-GRACE_00054702; APL-GRACE_00148397; APL-GRACE_00148558; APL-GRACE_00148567.

[170] *See, e.g.*, APL-GRACE_00005885 ████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

### 4.3    Release of iOS 7.1 – Some Improvement, But Performance Still a Problem

iOS 7.1 was first released on March 10, 2014, with subsequent updates on April 22, 2014 (iOS 7.1.1) and June 30, 2014 (iOS 7.1.2).  In developing iOS 7.1 ("Sochi"), Apple targeted performance improvements, particularly for older devices like the iPhone 4 and 4s.[171]  However, even after the release of iOS 7.1, iPhone 4 and iPhone 4s users still experienced performance regressions as compared to iOS 6.1.  After the release of iOS 7.1, Ars Technica again measured application launch times for an iPhone 4 running iOS 6.1.3 and an iPhone 4 running iOS 7.1 and reported the results depicted in the table below[172]:

| APPLICATION | IOS 6.1.3 | IOS 7.0 | IOS 7.1 GM |
|---|---|---|---|
| Safari | 1.13 seconds | 2.05 seconds | 1.8 seconds |
| Camera | 1.9 seconds | 2.63 seconds | 2.2 seconds |
| Settings | 1.31 seconds | 1.88 seconds | 1.37 seconds |
| Mail | 1.0 seconds | 1.50 seconds | 1.35 seconds |
| Messages | 1.57 seconds | 2.80 seconds | 1.5 seconds |
| Calendar | 1.23 seconds | 1.78 seconds | 1.37 seconds |
| Phone | 0.67 seconds | 2.37 seconds | 1.83 seconds |
| Cold boot to lock screen | 31.14 seconds | 45.13 seconds | 43.1 seconds |

The results were measured using the same method described above for iOS 7.0.[173]  As the table shows, while the performance for iOS 7.1 improved as compared to iOS 7.0, for seven of the eight tests, the performance of iOS 7.1 was still worse than that of iOS 6.1.3.[174]  As with the release of iOS 7.0, the performance regressions affecting iPhone 4 and 4s users were widely reported.[175]

---

[171] *See, e.g.*, https://support.apple.com/kb/dl1732?locale=en_US  ("Improved performance for iPhone 4"); APL-GRACE_00035270 (email report tracking attempted fixes for performance regressions in iOS 7.1 development builds and comparing performance against iOS 6.1); APL-GRACE_00035928 (same); APL-GRACE_00169822 (same); *see also* APL-GRACE_00054711 (email titled "Sochi Performance Exec Review" from Ms. Ulrich on 09/05/2013 regarding specific performance regressions in iOS 7.0 that were targeted to be fixed in iOS 7.1); Rubin Decl. at ¶ 31.

[172] *See* https://arstechnica.com/gadgets/2014/03/ios-7-1-on-the-iphone-4-as-good-as-its-going-to-get/; *see also* https://mashable.com/2014/03/11/ios-7-1-iphone-4/#yn27Xw2kwiqG  (reporting on Ars Technica testing); https://www.macrumors.com/2014/03/10/ios71-makes-iphone4-snappier/  (reporting on Ars Technica testing).

[173] *See* https://arstechnica.com/gadgets/2014/03/ios-7-1-on-the-iphone-4-as-good-as-its-going-to-get/.

[174] *See id.*

[175] *See, e.g.*, https://forums.imore.com/general-apple-news-discussion/325826-iphone-4-ios-7-1-2-very-

Furthermore, iPhone 4 and 4s users complained and sought help and advice about iOS 7.1's performance regressions on their devices on Apple's own discussions forums.[176]   Additionally, some customers sent complaints directly to Apple about iOS 7's widely-reported performance regressions.[177]

### 4.4    Importance of Performance

From the perspective of interactive software design and implementation on mobile devices, software applications should be responsive to user interaction (without substantial delay) and use system resources (including the battery) efficiently so that they do not adversely affect their own performance as well as the performance of other applications or the device itself.   These are the types of principles that I teach my students in my courses.   Apple also acknowledges the importance of performance.   In its annual WWDC conferences for iOS app developers, Apple engineers regularly emphasize the importance of performance and its effects on user devices and user experiences.

For example, in a 2011 panel about improving iOS app responsiveness and performance, an Apple engineer state the following[178]:

First, we're going to talk about first launch.   It's that most critical

---

slow-keep-rebooting.html;  https://www.quora.com/Ive-an-iPhone-4-which-runs-on-iOS-7-1-2-It-lags-while-scrolling-down-in-certain-apps-like-Safari-Quora-Facebook-etc-Is-there-any-way-to-fix-this-lag; https://forum.unity.com/threads/ios-7-1-2-very-slow.368379/;  https://community.spotify.com/t5/iOS-iPhone-iPad/iPhone-4-version-7-1-2-PAINFULLY-slow-with-Spotify-APP-Help/td-p/1190050;  *see also* https://forum.unity.com/threads/ios-7-1-iphone-4-incredibly-slow-startup-affects-games-in-store-and-development.232914/ (noting that "the iPhone 4 is still a very active device for the apps I've put out").
[176] *See, e.g.*, https://discussions.apple.com/thread/6464105 (iOS 7.1.2 on iPhone 4); https://discussions.apple.com/thread/7020232 (iOS 7.1.2 on iPhone 4); https://discussions.apple.com/thread/5987697 (iOS 7.1 on iPhone 4); https://discussions.apple.com/thread/6073451 (iOS 7.1 on iPhone 4s); https://discussions.apple.com/thread/6622377 (iOS 7.1.2 on iPhone 4); https://discussions.apple.com/thread/6480063 (iOS 7.1.x on iPhone 4); https://discussions.apple.com/thread/6368399 (iOS 7.1.1 on iPhone 4); https://discussions.apple.com/thread/6652694 (asking whether to update to iOS 7.1.2 on iPhone 4).
[177] *See, e.g.*, APL-GRACE_00000996 (customer complaining to investor relations about the FaceTime break and that an upgrade to iOS 7 on her iPhone 4 was not an option because of performance issues).
[178] *See* https://developer.apple.com/videos/play/wwdc2011/105/.

time of your application.   It's your application's first dance with your user. It's going to color her experience with your application for the rest of the time that she uses your app. It's also going to affect her estimation of your skills as an application developer. Next, we're going to talk about workflow. Workflow is what happens during that 10 to 15 critical seconds where the user has removed the device from his or her pocket, launched your app, and begun to complete a task. From there, we're going to move in to a discussion about responsiveness applications, especially on the iOS platform or any embedded platform, need to stay responsive. It's critically important especially on a mobile device and especially on iOS. And finally, we're going to discuss something which is often overlooked by people, but you have to sweat the small stuff.  You have to consider the details.  The details are a collection of principles, thoughts, and ideas that, correctly addressed by the application developer, will take your application from being something that people merely use to something that they love, something that they want to tell their friends about, something that they'll want to tweet about, something that they'll want to rate with 5 stars on the App Store.

***

So, first launch, as I already said, it's the most critical time. It's your first interaction with your user. So, you have to really make it count. And the first thing that the user is going to see after your beautifully rendered application icon is the launch image. You can see here on the left we have the launch image for the maps application. You'll notice that there is a segmented control at the bottom as well as two buttons. What you won't see here is you won't see text because this resource is not localized. You won't see a splash screen, even though it would be nice to call attention out to your company or to yourself. If you've done everything right and your application loads quickly, the users only going to see the splash screen or the launch image for just mere seconds. What the launch screen is there for is to provide something for us to progressively build your user interface into what keeps her from being a jarring transition from that first launch and springboard to when your app is up running, responsive, and ready for input.

***

So, to illustrate this point, I developed an application, my nib tester, and it uses one giant NIB. Let's watch it launch. Wait, wait, it's coming. Oh, there it is. And finally, it's responsive. You see it took a while. It took a while to become responsive and ready for user input. This isn't good. I have one giant nib in here with a UI tab controller and three UI controllers embedded into it. When I took this application and refactored it into 3 nibs with their associated view controllers, I was able to realize a forty four percent savings in CPU use cycles required to load my app. Now, not only does this translate into wall clock savings for you. It also translates into energy savings for your user. And that's really important on a

73

device, which is mobile, like the iPhone or the iPad. And when you consider it like this: Why should the user have to pay the energy cost and the time costs to load your entire application when they may only be using a small slice of it to complete her workflow?

*\*\**

So, your app is up, you've loaded your UI, and we're going to talk about workflow. Consider that most of your users may be at the soccer field watching their son or daughter play soccer, and they might just have a couple of minutes to pull out their phone and check their Twitter feed before a big play happens, or they're in the grocery line, and they're about to check out. They generally have between 10 to 15 seconds to accomplish whatever goal they set out to accomplish when they started your app. So, workflow and a consideration of workflow is very important to creating a responsive and performant iOS app.

*\*\**

Moving on, we're going to chat about responsiveness. It's difficult to maintain a good workflow if your application is not responsive. If it hangs, if it sort of jutters when you scroll, these are all things, which you want to avoid. And the reason why you want to avoid them is not only for the reason of being in service of workflow. You want to preserve the illusion that goes with an iOS app. iOS apps have been, and iOS itself and the iPhone, have been described, and not just by Apple, as magical devices, and they are magical because there is this illusion to the user that she is working directly with elements inside of your application. She's not interfacing with software; she's not interfacing with the device; they're interfacing directly with items. And when your app is unresponsive, when it doesn't load quickly, when it throws up an alert, you degrade this illusion to the point that it may not exist anymore.

Relatedly to the point about responsiveness creating an illusion of direct interaction, Apple's Human Interface Guidelines describe direct manipulation of onscreen content[179]:

---

[179] *See* https://developer.apple.com/design/human-interface-guidelines/ios/overview/themes/.

> ## Direct Manipulation
>
> The direct manipulation of onscreen content engages people and facilitates understanding. Users experience direct manipulation when they rotate the device or use gestures to affect onscreen content. Through direct manipulation, they can see the immediate, visible results of their actions.

As another example of Apple engineers emphasizing the importance of performance, in 2015 on a panel about performance, an Apple engineer stated the following[180]:

> So why should you think about performance? The easiest way to sum it up is that performance is a feature. It's a core and central element of giving your users a great experience in your app. It's not an extra or a bonus or something you can get to at the end if you have time. It's actually something that should be on your mind all the time while you are writing your app. There's a couple of reasons for that. If your app is really responsive, if it always responds to user input right away, that actually builds the trust of your users. That lets them know that if they quickly need to access a piece of information or service some interaction in your app, it's not going to keep them waiting, and that makes them really happy and keeps them coming back.
>
> ***
>
> Apps that are architected to be efficient with system resources, like CPU or memory, don't just feel great when you are using them; they actually save battery power and let your user get through their day, and they really appreciate that.
>
> ***
>
> So wrapping up, performance is a feature. It's an essential aspect of giving your users a great experience in your apps. And it should be on your mind from day one when you are building your apps. Efficient apps feel great when you are using them, they build your users' trust, and they save battery power.

As another example, in 2016, in a panel on optimizing application inputs and outputs ("I/O"), an Apple engineer stated the following about the importance of efficiency as the data being handled by devices becomes richer and larger: "Now to manage this data explosion, apps

---

[180] *See* https://developer.apple.com/videos/play/wwdc2015/230/.

need to be really efficient in their system resource usage, and the main system resources are CPU, memory, and I/O."[181] At a different panel in 2016 on optimizing application startup times, an Apple engineer stated the following: "We've all had that experience where we pull our phone out of our pocket, press the home button, and then tap on an application we want to run. And then tap, and tap, and tap again on some button because it's not responding. When that happens to me, it's really frustrating, and I want to delete the app."[182]

At yet another panel in 2016 on using profiling instruments to measure performance, an Apple engineer stated the following[183]:

> And then we're going to show an example of making an application go faster and do less. And then finally, ensuring we have really great user responses in our application. But before we do that, let's talk about why we want to do this. And the reason we're doing this is because we want to provide a great user experience. We want our users to love using our applications. We want them to love our user applications because they're fast. Cheetah fast. So it saves them time and they can get more done. We want to make sure our users have all-day battery life. So that they're able to use their devices throughout the day. And you don't want to be that application that's at the top of the battery usage chart. And finally, we want to make sure we have smooth scrolling, and a really responsive UI in our applications, so users love using it.

As another example, in 2018, in a panel on practical approaches for having great application performance, Apple engineers stated the following[184]:

> Now, you may also experience something like this, where we are showing a lot of placeholders, and that's really not great. Maybe you're soft scrolling, you'll be lost in this gray area, the [images] would start to load, but then you'll keep scrolling and then you'll experience some frame drops because the views are being updated. Well, our goal is to not show views like this.
>
> ***
>
> Now, when you work on an app, you want to make sure that it's responsive, and usable at once. You also want to make sure that the

---

[181] *See* https://developer.apple.com/videos/play/wwdc2016/719.
[182] *See* https://developer.apple.com/videos/play/wwdc2016/406.
[183] *See* https://developer.apple.com/videos/play/wwdc2016/418/.
[184] *See* https://developer.apple.com/videos/play/wwdc2018/407.

animations are smooth. And these two attributes are really crucial to providing a great user experience.

***

Lastly, you should always think about performance. At Photos, we care deeply about it, and this is really part of our daily job.

At that 2018 panel, the Apple engineer showed the slide below as an example of a scenario that the Photos team strives to avoid showing users[185]:



The Apple engineer also showed the slide below to describe Apple's goals when the Photos app launched to the Moments screen, noting that they tried to achieve an instant startup with no spinners or placeholders[186]:

---

[185] *See* https://devstreaming-cdn.apple.com/videos/wwdc/2018/407akll3nbwls9yn4qt/407/407_practical_approaches_to_great_app_performance.pdf?dl=1 at slide 26.

[186] *See* https://devstreaming-cdn.apple.com/videos/wwdc/2018/407akll3nbwls9yn4qt/407/407_practical_approaches_to_great_app_performance.pdf?dl=1 at slide 43.

Furthermore, Apple acknowledges the importance of software being well-designed to operate on all supported devices, including the slowest devices or the devices with the oldest hardware. In a 2016 WWDC panel, an Apple engineer stated the following: "Finally, it's very important to test on your slowest supported device. So those timers are constant values across all supported devices on our platforms. So, if you hit 400 milliseconds on a iPhone 6S that you're using for testing right now, you're probably just barely hitting it, you're probably not going to hit it on a iPhone 5."[187]  Similarly, in a 2015 WWDC panel, an Apple engineer stated the following: "So your goal for any responsiveness scenario should be 100 milliseconds. By the way, you want to think about reaching these performance goals on the oldest hardware you intend to support. If you are targeting iOS 9, that might be the original iPad mini, the iPhone 4s, or even the iPad 2. If you've already got one of those -- or rather, if you've still got one of those -- please keep it, continue to use it, continue testing on it."[188]  In that same 2015 panel, the slide below was shown regarding performance on older devices[189]:

---

[187] *See* https://developer.apple.com/videos/play/wwdc2016/406.
[188] *See* https://developer.apple.com/videos/play/wwdc2015/230/.
[189] *See* https://devstreaming-cdn.apple.com/videos/wwdc/2015/230wt8hs0wt8/230/230_performance_on_ios_and_watchos.pdf?dl=1 at slide 49.

Similar to the Apple engineers' guidance at WWDC, Apple's App Store Review Guidelines also instruct developers to design efficiently performing applications[190]:

> **2.4.2** Design your app to use power efficiently. Apps should not rapidly drain battery, generate excessive heat, or put unnecessary strain on device resources. Apps, including any third party advertisements displayed within them, may not run unrelated background processes, such as cryptocurrency mining.

Apple's Human Interface Guidelines also acknowledge that frozen apps, or the perception of frozen apps, can cause confusion and frustration[191]:

> ## Loading
> When content is loading, a blank or static screen can make it seem like your app is frozen, resulting in confusion and frustration, and potentially causing people to leave your app.

These performance considerations have a heightened significance when it comes to Apple's iOS software. Third-party apps can be deleted if they become too buggy. iOS is the entire operating system platform on which the device runs. Additionally, Apple's native iOS apps (some of which are not removable) include key and primary functions and features marketed by Apple.

---

[190] *See* https://developer.apple.com/app-store/review/guidelines/.

[191] *See* https://developer.apple.com/design/human-interface-guidelines/ios/app-architecture/loading/.

As Apple tells iOS app developers, software developers, engineers, and architects, they must "[a]lways think about performance"[192]:



Apple recognizes that small changes in performance can be perceptible to users, affect their experience, and influence their behavior, and accordingly, that software must perform well and respond quickly to users. For example, an Apple engineer has told iOS app developers that as a good rule of thumb 400 ms is a good launch time because that lets the app launch time hide in the launch animations from the home screen to the application:

> So, let's discuss the goals, how fast we want to launch. Well, the launch time for various platforms are different. But, a good, a good rule of thumb, is 400 milliseconds is a good launch time. Now, the reason for that is that we have launch animations on the phone to give a sense of continuity between the home screen and your application, when you see it execute. And those animations take time, and those animations, give you a chance to hide your launch times.[193]

Another Apple engineer has stated that the lowest recommendation for apps is a launch between 500 ms and 600 ms, which is about the same time as the zoom animation from the home screen:

> Now, what do we mean by instant? Well, the time it takes to launch

---
[192] *See* https://devstreaming-cdn.apple.com/videos/wwdc/2018/407akll3nbwls9yn4qt/407/407_practical_approaches_to_great_app_performance.pdf?dl=1 at slide 141.
[193] *See* https://developer.apple.com/videos/play/wwdc2016/406.

should be the same time as the zoom animation from the home screen. That is usually between 500 and 600 milliseconds, and that way, the transition from the home screen to the application is seamless for the user, and the user can start interacting with it, as soon as the animation is done. And by the way, this is the lowest recommendation, not something just for photos, so it's valid for any apps.[194]

Yet another Apple engineer has also noted that a one-second response time feels long to users: "A second is actually a really long time. Your user is really going to feel it if something in your app takes a second."[195]  In fact, Apple recommends that apps respond to user input within 100 ms (or 0.1 seconds) so that a user does not feel the delay:

We are going to spend a lot of time today on responsiveness. Responsiveness is all about, again, how you react to user input. And we've found that if it takes too much longer than a hundred milliseconds, your user starts to feel it. So your goal for any responsiveness scenario should be 100 milliseconds.[196]

Moreover, as described above, Apple's internal documents produced in this case shows how Apple engineers working on the development of iOS 7.1 were tracking small, individual performance regressions and seeking and adopting software changes that resulted in small, individual performance improvements. [197] ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[194] See https://developer.apple.com/videos/play/wwdc2018/407.   I note that the recommendation for less than 400 ms was in 2016 while the recommendation for less than 500-600 ms was in 2018. It is possible that the iOS versions being discussed in 2018 had longer animations from the home screen to app launch than did the iOS versions being discussed in 2016.  See, e.g., https://arstechnica.com/gadgets/2014/03/ios-7-1-on-the-iphone-4-as-good-as-its-going-to-get/  ("The worst speed-sapping problem that afflicted iOS 7 was its flashy, overlong UI animations, which were sometimes used to cover up application load times but more often added unnecessary seconds to the amount of time it took to do anything.") (noting the longer launch animations in iOS 7 over iOS 6).

[195] See https://developer.apple.com/videos/play/wwdc2015/230/.

[196] See https://developer.apple.com/videos/play/wwdc2015/230/.

[197] See, e.g., APL-GRACE_00035270; APL-GRACE_00035928; APL-GRACE_00169822.

1  ████████████████████████████████████████████████

2  ████████████████████████████████████████████████

3  ████████████████████████████████████████████████

4  ████████████████████████████████████████████████

5  ████████████████████████████████████████████████

6  ████████████████████████████████████████████████

7  █████████

8    Moreover, consistent with Apple's recommendations and awareness that small

9  performance regressions may be perceptible to users, I am aware that other large technology

10  companies are cognizant that small delays or performance regressions can be noticed by users and

11  also influence users' behaviors.  For example, Google conducted experiments on web search

12  latency.[198]  Google found that latency between 00-400 ms reduced the number of daily searches

13  per user between 0.2% and 0.6%.[199]  Moreover, Google observed that even after the delay is

14  removed, the daily searches per user persisted at about 0.2% lower.[200]  Google also conducted

15  other studies where it increased the number of results per page at users' requests.[201]  The increase

16  in number of results caused the search results page to load about 0.5 seconds slower.[202]  Google

17  observed that the 0.5 second delay in loading the page resulted in a 20% drop in traffic.[203]

18  Similarly, Amazon conducted studies by delaying page loading in 100 ms increments and found

19  that "even very small delays would result in substantial and costly drops in revenue."[204]

---

[198] See http://services.google.com/fh/files/blogs/google_delayexp.pdf.
[199] See id.
[200] See id.
[201] See http://glinden.blogspot.com/2006/11/marissa-mayer-at-web-20.html;  see also https://blog.gigaspaces.com/amazon-found-every-100ms-of-latency-cost-them-1-in-sales/.
[202] See id.
[203] See id.
[204] See http://glinden.blogspot.com/2006/11/marissa-mayer-at-web-20.html;  see also https://blog.gigaspaces.com/amazon-found-every-100ms-of-latency-cost-them-1-in-sales/; https://www.fastcompany.com/1825005/how-one-second-could-cost-amazon-16-billion-sales.

This is consistent with my experience as well. Small, incremental regressions and improvements in software design are important and should be considered because during normal use, these incremental changes accumulate and either improve or degrade the user experience.[205]

## 4.5    Apple's Produced Performance Data

I understand that the Plaintiffs served Apple an interrogatory requesting all iOS 7-related performance testing information.[206] I understand that Apple's most recent response cites to the documents APL-GRACE_00169901 to APL-GRACE_00169913.[207] I have reviewed the interrogatory, Apple's response, and the cited documents. Apple's response did not provide any narrative explanation of the documents or their contents. I refer to these documents in this section as "Apple's Performance Data."

The Apple Performance Data features eleven columns and appears to provide measurements of various benchmark tests for five iOS versions on the iPhone 4 ("N90") and the same five iOS versions on the iPhone 4s ("N94"). The five iOS versions appear to be iOS 6.1.3, three iOS 7.0.x releases, and iOS 7.1.1. Because Apple did not provide a narrative explanation of the Apple Performance Data, there is a variety of information about it that I do not know, including the following: what apps were on the devices tested; who conducted the tests; what was the methodology, tool, instrument, or program to conduct the test and take the measurements; where the data was stored after it was initially measured; how the data was extracted from wherever it was initially stored; what exactly the benchmarks are testing (aside from educated deductions

---

[205] *See also* https://developer.apple.com/videos/play/wwdc2018/407  ("It's not every day that you're going to go into the trace, and find something so obvious and easy to fix, that is responsible for 50% of the sample. Right? In fact, there is not going to be any other huge lead sitting there waiting for me. Instead, what I'm going to need to do is go through that whole sample, with those course filters applied, so I'm only looking at operations that take about 1% of the time or more, and I'm going to look for every single thing that I see that I think I can come up with some mechanism for making a little bit faster.").

[206] *See* Plaintiff's Interrogatory No. 14.

[207] *See* Apple's Second Supplemental Response to Plaintiffs' Second Set of Interrogatories as to Interrogatory No. 14 (dated 05/31/2018).

based on the test names, my experience, some of Apple's public statements, and some of Apple's other produced documents); what significance Apple places on various benchmarks (aside from educated deductions based on my experience, some of Apple's public statements, and some of Apple's other produced documents); the condition of each device tested; whether a single device (e.g., one N90) had multiple iOS versions loaded or whether different devices (e.g., five N90s) had the different iOS versions loaded; or what storage capacities were on the devices tested. This is not an exhaustive list of missing information. I also have not been provided with the actual devices to further inspect, analyze, or test. I also have not been provided with what I assume was Apple's internal database or internal testing platform. I note that the spreadsheet contained almost 50,000 rows for different benchmark tests. I note that there were over 1,250 benchmark tests with names that related to FaceTime, but that no measurements of FaceTime-related tests were included for iOS 6.1.3 on either the iPhone 4 or iPhone 4s. If Apple provides any of this information or access later, I reserve the right to supplement and amend my Report.

### 4.6     Analysis of the Apple Performance Data

I analyzed the Apple Performance Data. This data further confirms the performance regressions and degradations experienced by iPhone 4 and 4s users that upgraded to iOS 7 and iOS 7.1 as compared to iOS 6.1. These performance regressions and degradations spanned a variety of performance metrics (e.g., time-based performance, size/memory-based performance, app launches, app exits, number of system calls, number of messages sent, number of page faults, CPU usage, etc.).[208] I provide some additional detail below. However, because iOS 7.1 was released at the time of the FaceTime Break in April 2014, iPhone 4 and 4s users, who had not already upgraded to iOS 7, would have only been able to upgrade to iOS 7.1. In other words, the choice

---

[208] *See generally* APL-GRACE_00169903 (comparing BrightonMaps to Innsbruck, InnsbruckTaos, and Sochi performance for N90 and N94).

presented to putative class members was whether to upgrade from iOS 6 or earlier to iOS 7.1. Thus, the additional detail provided focuses on iOS 6.1.3 and iOS 7.1.1.

I prepared Excel spreadsheets and pdfs based on the data in APL-GRACE_00169903 to provide my additional detail. I have attached these spreadsheets and pdfs as exhibits to my report.[209] To generate the first two spreadsheets, I started with APL-GRACE_00169903. In one spreadsheet, I included the data related to the iPhone 4 / N90 for iOS versions BrightonMaps / iOS 6.1.3 and Sochi / iOS 7.1 (Exhibit 2). In the other spreadsheet, I included the data related to the iPhone 4s / N94 for iOS versions BrightonMaps / iOS 6.1.3 and Sochi / iOS 7.1 (Exhibit 3). For any given benchmark test (i.e., row) that did not have a value in either the BrightonMaps or Sochi columns, I deleted that row because there was no basis to compare the two versions. Because the BrightonMaps and Sochi columns included both numeric values and units, I split those into two columns, one for value and one for units. With one exception, I deleted any rows in which the units did not match because there would be no basis for comparison; the exception to this rule was when the units were different units of time (e.g., minutes and seconds), in which case, I retained the row and converted to units of seconds.

For each row in the spreadsheet, I created a column of the difference between the Sochi result and the BrightonMaps result. I also created a column of the percentage change from the BrightonMaps result to Sochi result relative to the BrightonMaps result; in this column, if both results were 0, I left the relative change at 0, but if only the BrightonMaps result was 0, I noted this with "change from zero."

The resulting spreadsheets have entries from many different benchmark tests. Many of

---

[209] Exhibit 2 is an Excel file for the iPhone 4 / N90. Exhibit 3 is an Excel file for the iPhone 4s / N94. Exhibit 4 is an Excel file for page load times for the iPhone 4 / N90 and iPhonne 4s / N94. Exhibit 2-1 is a pdf file of tabs from the Exhibit 2 Excel file. Exhibit 3-1 is a pdf file of tabs from the Exhibit 3 Excel file. Exhibit 4-1 is a pdf file of tabs from the Exhibit 4 Excel file.

these tests report measurements in different units, including CPU time, bytes, system calls, number of active processes, and page faults.  As noted above, the spreadsheet data provides no explanation of the nature of the test.  I have included all of this data in the spreadsheet to allow for additional computations if sufficient information regarding these benchmark tests is made available.  This sheet is the first tabbed sheet in each of the two Excel files.  Considering the percentage increase or decrease, to represent a performance regression or improvement, is consistent with the approach taken by Apple engineers, as reflected in internal Apple documentation.[210]  For example, this approach is reflected in this matrix appearing in Apple's documentation[211]:



---

[210] *See, e.g.*, APL-GRACE_00048080; APL-GRACE_00005885.
[211] *See, e.g.*, APL-GRACE_00048080 (noting that "N90 launch times relative to Brighton GM and a build from last week.").

Based on information I have seen in documents produced by Apple, I was able to identify certain benchmark test results that I believe are similar to data and tests discussed in these Apple documents. For each of these categories of results, I created an additional sheet in the Excel file. I discuss each of those results below.

The first category is boot time. In this tabbed sheet titled "BootTime," I included a single row from the first tabbed sheet, where I believe that row represents the time required to boot the phone. This result is consistent with the value reported in the Ars Technica article, discussed elsewhere, for the iPhone 4. I note that the boot time for the iPhone 4 was significantly slower in Sochi than in BrightonMaps. For the iPhone 4s, the boot time was slightly faster in Sochi than in BrightonMaps.

The next category is the time associated with various transitions in an App's state, where the particular App of interest is what Apple calls a "Null" app.[212] In the tabbed sheet titled "Null", I included rows from the first tabbed sheet that are associated with this App (I excluded other rows that appeared to be duplicative of these rows). This App is of interest to Apple because it is the simplest UI application possible, so it would represent the base time for application launch times and related operations. In this sheet, I included several summary statistics. ███████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████

The last category is warm and cold launch times for various Apps. Apple has described cold launches versus warm launches versus hot launches or resumes.[213] In the tabbed sheets titled

---

[212] *See, e.g.*, APL-GRACE_00035270.

[213] *See, e.g.*, https://developer.apple.com/videos/play/wwdc2016/406 ("So, let's move on, one more thing I want to talk about, warm versus cold launches. So when you launch an app, we talk about warm and

"WarmLaunch" and "ColdLaunch," I included rows from the first tabbed sheet that are associated warm and cold launch measurements (I excluded other rows that appeared to be duplicative of these rows). I note that these launch times appear to be consistent with both Apple documents[214] as well as the previously discussed Ars Technica article. In this sheet, I included several summary statistics computed across the various apps. ██████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████

I constructed an additional spreadsheet to focus on benchmarks related to page load times (Exhibit 4). An additional spreadsheet was constructed because the names of the benchmark tests related to page load times (or "PLT") appear to have changed after BrightonMaps. Page load times

cold launches. And a warm launch is an app where the application is already in memory, either because it's been launched and quit previously, and it's still sitting in the discache in the kernel, or because you just copied it over. A cold launch is a launch where it's not in the discache. And a cold launch is generally the more important to measure. The reason a cold launch is more important to measure is that's when your user is launching an app after rebooting the phone, or for the first time in a long time, that's when you really want it to be instant. In order to measure those, you really need to reboot between measurements. Having said that, if you're working on improving your warm launches, your cold launches will tend to improve also."); https://developer.apple.com/videos/play/wwdc2018/407 ("There are three kinds of launches. The first and more expensive one is the find referred as [cold], and it depends the first time you are going to relaunch your app after it reboots. So basically, nothing has been cached yet, and it might require some bug run processes or some libraries to load. Now, it also happens when the system goes under memory pressure and starts reclaiming some memory. Now, if you kill an app, it might not trigger a [cold] launch, because the system decides when the resources should be paged out. And when you kill an app, and you relaunch it a few second later, it's almost guaranteed that you'll hit a warm launch. And we call it warm, because the resources or the dependents are still in the cache, so it's faster to launch. Now, the last type is-- we call it hot, and it's basically a resume, because it's when your app is already running and is being brought back to the foreground. So when you start measuring launch, you should start by measuring the warm launch. And the time it takes to launch during this warm is less variable than the cold launch, and the test iteration is much faster as you don't need to reboot your device. Now, the way we measure launch is by evaluating the time it takes from the moment you hit the application icon, and until you can start interacting with the app. And what I mean by interacting is that it's really using and not interacting with a spinner.").

[214] See, e.g., APL-GRACE_00035270-87, APL-GRACE_00035928-43, APL-GRACE_00169822-840.