Page 1

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION
4  - - - - - - - - - - - - - - - - - x
5  CHRISTINA GRACE AND KEN POTTER,   :
   Individually and on Behalf Of
6  All Others Similarly Situated,    :
7            Plaintiffs,             : Case No.
8       vs.                          : 5:17-CV-00551-LHK (NC)
9  APPLE INC.,                       :
10           Defendant.              :
11 - - - - - - - - - - - - - - - - - x
12
13     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14            DEPOSITION OF AVIEL D. RUBIN
15               Towson, Maryland
16          Wednesday, September 26, 2018
17
18
19
20
21
22
23                                        
24 Reported by:
   Misty Klapper, CRR, RMR
25 Job No.: 307547

Page 102

1   expiration date?
2   A.   X.509 certificates do.
3   Q.   Do all non-X.509 digital certificates
4   have an expiration date?
5        MR. NOVIKOV:  Foundation.
6        THE WITNESS:  I would imagine that
7   there are people that have homegrown digital
8   certificate systems that did not implement
9   things correctly and did not put expiration
10  dates on them.  I can't comment about every
11  digital certificate in the world.
12       BY MR. McCARTY:
13  Q.   What is an X.509 digital certificate?
14  A.   X.509 is a standard put out by a body
15  called the ITU, and it is a particular format
16  and set of rules for how to express
17  certificates and how to use them.
18  Q.   You said the ITU.  What is the ITU?
19  A.   It stands for international trade, and
20  I'm not sure what the U is.  I don't think it's
21  union, but I don't remember what it is.
22       The I -- the IETF also has a lot of
23  standards around X.509, including RFCs, which
24  are requests for comment, but actually
25  represent the standard document.  RFC --



Page 104

```
 1            BY MR. McCARTY:
 2       Q.   What is the difference between an X.509
 3   digital certificate and a digital certificate
 4   that is not an X.509 digital certificate?
 5       A.   Compliance with a standard.
 6       Q.   If you turn to page 11 --
 7       A.   I'm there.
 8       Q.   -- you state that, There are several
 9   reasons why X.509 certificates have expiration
10   dates, and why they are preferably enforced as
11   part of the validation process.
12            Do you see that?
13       A.   No, I haven't been able to find where
14   you are.
15       Q.   Sorry.
16       A.   Oh, the top of the page?
17       Q.   Page 11, yes.
18       A.   Yeah, okay.
19       Q.   It is the last sentence of
20   paragraph 41.  Would you please read that
21   sentence and let me know when you're done?
22       A.   Yes.
23       Q.   Why do you say that it is preferable to
24   enforce X.509 certificate expiration dates?
25       A.   Well, the expiration dates are there to
```



Page 105

1   limit the exposure of the keys.  And so it is
2   preferable to check the expiration, and that
3   way you wouldn't be using a key beyond the
4   amount of time that it's supposed to be used.
5       Q.    What do you mean when you say the
6   expiration dates of X.509 certificates are
7   there to limit the exposure of the keys?
8       A.    Well, when -- in -- in a system, when
9   one entity sends its X.509 certificate, it's
10  doing that because it's going to be using the
11  private key that corresponds to the public key
12  that's in the certificate.
13          The expiration date in the certificate
14  is intended for the recipient not to -- not to
15  honor the use of the private key beyond a
16  certain date.  And the concern is that keys can
17  get compromised over time, and so the private
18  key -- by having an expiration in the
19  certificate of the public key that matches that
20  private key means the private key can only be
21  used up until a certain time.
22      Q.    Can -- well, strike that.
23          Can a system use X.509 certificates and
24  not enforce the validity periods of those X.509
25  certificates?



Page 110

1  that.
2      Is that a reason for why X.509
3  certificates have expiration dates?
4      MR. NOVIKOV:  Objection to form.
5      THE WITNESS:  X.509 certificates have
6  expiration dates because of the security
7  implications of not having expiration dates.
8  And the fact that CRLs no longer maintain
9  expired certificates is more of a consequence
10 of that than the cause.
11     BY MR. McCARTY:
12  Q.   Do X.509 certificates have expiration
13 dates so that the certificates are replaced?
14  A.   I -- again, I think I would phrase it
15 differently.  I would say that the certificates
16 are replaced because they have expiration
17 dates.
18  Q.   Is one of the reasons why certificates
19 in X.509 have expiration dates is to encourage
20 replacing certificates?
21  A.   Replacing or revalidating, I would say
22 yes.
23  Q.   And why is it important to replace or
24 revalidate digital certificates periodically?
25  A.   Because the keys are at risk of



Page 153

```
 1   are going to expire and you do it every
 2   36 months, you could set a particular month.
 3   You could say okay, we need to do that every
 4   April and every three years or every third
 5   April -- or whatever the three years goes by;
 6   whereas, if it's 39, then it's always going to
 7   shift back three months and it would be harder
 8   to keep track of that.
 9      Q.   Is it important to keep track of the
10   expiration dates of digital certificates for
11   the purposes of reissuing them?
12      A.   It is helpful in the administration of
13   these things.
14      Q.   Have you read the CA/Browser Forum
15   documents that you cite in the bottom of
16   page 18?
17      A.   I'm sure that I read them at some
18   point.
19      Q.   Why didn't you cite to the CA/Browser
20   Forum documents in your original declaration in
21   this case?
22      A.   I don't know.
23      Q.   Is it because you just learned of the
24   CA/Browser Forum after July 3rd?
25      A.   I don't know if I already had heard of
```



Page 175

1   Q.   How can you be sure that companies do
2  check expiration dates of certificates, but be
3  unsure whether companies don't check expiration
4  for some certificates?
5   A.   I don't know if it's common for
6  companies to have different policies for
7  different services or if they check for all of
8  them or don't check.  In fact, a lot of the
9  companies that I deal with in my consulting
10 business are small and they only have one major
11 service, and so I -- you know, they couldn't
12 possibly be in a situation where they check for
13 some and not for others because they only have
14 one.
15  Q.   Is it generally understood by people in
16 your field that when the validity period of a
17 certificate expires, any services relying upon
18 that certificate or that checks a certificate
19 that is issued by that certificate authority
20 that expired will fail?
21  A.   Not at all.  So remember I gave you the
22 example of Johns Hopkins.  And, in fact, that's
23 the case where they check -- another example
24 where they check certificate validity in the
25 services that we use.  And two things are going



Page 176

1  to happen.  Either the certificates are going
2  to get renewed or they won't, the service will
3  fail and people will complain and then services
4  will be fixed by issuing certificates.
5      Q.    So you don't think it's generally
6  understood by people in your field that
7  basically when a certificate expires, anything
8  that relies upon that certificate will cease to
9  work?
10     A.    I have to add to that if they don't
11 renew their certificate.  Many of the services,
12 there's the expectation that they will renew
13 the certificate and then the service won't
14 fail.
15     Q.    Yeah.  So taking out the qualifier of
16 whether or not an IT administrator knows to
17 recertify, do you or do you not think it's
18 generally understood by people in your field
19 that when a certificate expires, any software
20 that checks that certificate expiration will
21 fail?
22     A.    Well, you have to also -- I mean,
23 you're being very broad here, because there may
24 be something that checks the certificate and
25 then has some other action besides failing.



Page 187

1  certificate was expired and it didn't work,
2  well, then something was done, they issued a
3  new certificate and it worked.
4          So without any changes to the system or
5  to the certificates, the FaceTime calls were
6  going to start failing then.
7     Q.   That's how the system was originally
8  designed?
9          MR. NOVIKOV:  Objection, form.
10         THE WITNESS:  I -- I wouldn't say it
11 was designed with the purpose of the calls
12 failing.  I would say that in the initial
13 design there was reliance on a PKI that had
14 this expiration.
15         And so if Apple didn't do something
16 like issuing certificates, then calls would
17 fail.  But that's -- that's really standard in
18 the industry, because anytime you have
19 expirations, the idea is that you want to issue
20 new certificates or new keys in order to
21 continue using the system.
22         So it's not that uncommon to have
23 certificates that expire and then to renew them
24 before something goes wrong.
25



Page 212

```
 1   your question, so --
 2      Q.    Isn't the goal of adopting a policy
 3   which honors certificate expirations -- isn't
 4   the goal of adopting that policy to issue new
 5   certificates periodically or frequently?
 6      A.    I think I understand why I'm having
 7   confusion with your question.  The goal is to
 8   provide security.  So if you're going to issue
 9   certificates that have expirations, your goal
10   is security.
11            Now, how do you continue using a system
12   that requires you to have a valid certificate?
13   Well, one way is to renew the certificates
14   before they expire.
15      Q.    Bleeding over onto page 29, you discuss
16   a routine called
17   SecPolicyCreateiPhoneDeviceCertificate.
18            Do you see that?
19      A.    Yes.
20      Q.    What is
21   SecPolicyCreateiPhoneDeviceCertificate?
22      A.    That is a function that returns a trust
23   object for a policy.
24      Q.    And in paragraph 89 you call it a
25   custom policy.  Why is it a custom policy?
```



hglitigation.com