*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:17-cv-00551-LHK<br><br>**EXPERT REPORT OF DR. AVIEL D. RUBIN** |

process and enforce expiry.[48]  Android presents developers with a warning concerning the consequences of expiry for their applications.[49]

### D.  Certificate Expiration Policies and Procedures in FaceTime.

70.  Based on my discussions with Dallas De Atley, my review of the source code, and my review of the deposition testimony of Dallas De Atley, Jacques Vidrine, and Justin Wood, it appears that when Apple implemented the X.509 framework into FaceTime, the engineers performing this task chose ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌[50]  Apple describes "SecPolicyCreateBasicX509()" as a routine that "[r]eturns a policy object for the default X.509 policy" for use in implementing the X.509 framework as originally coded by Apple for use within its systems generally.[51]  Apple's documentation explains that "[u]sually you use a standard, predefined policy, such as the basic X509 policy or the SSL policy."[52]  When the X.509 standard and certificate chain were coded ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ the engineers did exactly that, choosing to use the default X.509 policy object rather than a custom policy.[53]  Dr. Jones in fact agrees that the "SecPolicyCreateBasicX509()" routine defines a "standard security polic[y]."[54]  The "SecPolicyCreateBasicX509()" routine returned a trust object defining a policy that checked certificate expiration as part of the validation process.  As discussed above, it is not surprising to me that the default option for performing certificate validation would have checked certificate expiration:  doing so is widely

---

[48] https://eid.eesti.ee/index.php/A_Short_Introduction_to_eID; https://www.juniper.net/documentation/en_US/junos-space17.2/platform/topics/concept/junos-space-certificate-management-overview.html#jd0e43.

[49] https://stackoverflow.com/questions/8770310/extending-the-android-application-certificate-past-its-expiration.

[50] Wood Tr. 26:5-10; Vidrine Tr. 130:3-11.

[51] https://developer.apple.com/documentation/security/1397202-secpolicycreatebasicx509.

[52] https://developer.apple.com/documentation/security/certificate_key_and_trust_services/policies.

[53] APL-GRACE_00013995 at APL-GRACE_00013996 ("FaceTime ▌▌▌▌ code does check vert expiry, using generic x509 policy[.]").

[54] Jones Report at 61.

considered an industry best practice.  It is also not surprising to me that the engineers implementing the X.509 framework in FaceTime chose to use the default trust policy.

71.     As discussed above, each iPhone's device certificate expired three years after the iPhone was activated.  Furthermore, the certificate belonging to the iPhone Device Sub-CA that signed each iPhone's device certificate would itself expire seven years after it was issued:  on April 16, 2014.  Because Apple's engineers used "SecPolicyCreateBasixX509()" to perform certificate validation in FaceTime, and because an iPhone's device certificate needed to be validated in order to place a FaceTime call, this meant that FaceTime calls would start failing for individual users three years after they activated their iPhones.  And because the iPhone Device Sub-CA certificate needed to be valid in order for validation of its child Device Certificate to be successful, unless something was done, all FaceTime calls would begin to fail on April 16, 2014.

72.     I understand from Mr. Wood's deposition, Mr. De Atley's deposition, and my conversation with Mr. De Atley that the engineers who implemented the X.509 certificates in FaceTime did not expressly contemplate issues that would result from expiration.[55]  In particular, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  This is called "hard-coding" the certificates.  There are good reasons to structure the validation framework this way, including reduced latency and the possibility to use the certificates while offline.[57]  However, because the certificates being validated resided client-side, and not server-side, renewing them required replacing them client-side, in the iOS code for the iPhone

---

[55] Wood Tr. at 102:7–105:4; De Atley Tr. at 90:23–93:16.

[56] APL-GRACE-CODE00000054-55.

[57] Dr. Jones says that "Apple could have chosen to move away from the hard-coding of certificates in the source code," and instead could have implemented a mechanism to "retrieve the certificates from either an internal store (e.g., files on the device) or over the Internet." Jones Report at 58.  But as Dr. Jones acknowledges, such a change would have had drawbacks, like increased latency and reduced security.  *See id*.  In any case, I would expect that implementing such a redesign would have required significant engineering resources and an iOS update.

1   check the validity period of the iPhone Device Sub-CA certificate when iOS walked the digital certificate
2   chain during the initiation of a FaceTime connection. ██████████
3   ██████████
4   ██████████
5   ██████████
6   ██████████ Apple incorporated this source-
7   code change into the GameKitServices codebase of iOS 6.1.5 and 7.0.4.

8       89.     According to information provided by Mr. De Atley,
9   ██████████
10  ██████████ The
11  SecPolicyCreateiPhoneDeviceCertificate() function returns a trust policy object that includes the
12  requirement that the chain must contain exactly four certificates, of which the topmost certificate is the
13  Apple root CA and the first intermediate certificate is the Apple iPhone Device CA.[80]

14      90.     As discussed above, checking digital certificate expiration is a best practice, and I would
15  not advise ignoring it in the regular course.  However, given the need to quickly remedy the certificate
16  expiration, and the fact that in the 2013–2014 timeframe Apple had more experience in administering its
17  public key infrastructure and was being more active in that administration, it was reasonable for Apple to
18  swap out the policy for one that did not enforce expiration at the validation stage.

19      **D.  Apple Investigated Alternative Fixes But Found Them Wanting**

20      91.     Dr. Jones states that "Apple's engineers discussed non-software update options for
21  restoring FaceTime on iOS 6 and earlier devices,"[81] though he does not actually offer the opinion that
22  any of those options were feasible or advisable.  My discussions with Mr. De Atley, my review of his,
23  Mr. Vidrine's, and Mr. Wood's deposition testimony (including the portions of the latter cited by Dr.
24  Jones), and my review of relevant documents indicate to me that the only alternatives under discussion
25  would have involved making use of a security exploit to alter iOS code either via an app delivered to the

---

[80] https://opensource.apple.com/source/Security/Security-55471/sec/Security/SecPolicy.h.auto.html.

[81] Jones Report at 38.