Page 1

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                   SAN JOSE DIVISION

 3    _____

 4    CHRISTINA GRACE and KEN POTTER,
      Individually and on Behalf of
 5    All Others Similarly Situated,        CERTIFIED TRANSCRIPT

 6              Plaintiffs,

 7
         -vs-                              No. 5:17-cv-00551-LHK-NC
 8

 9    APPLE INC,

10              Defendant.
      _____
11

12        ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

13           VIDEO DEPOSITION OF DR. MARK T. JONES

14                  8:32 a.m. to 5:32 p.m.

15                   September 24, 2018

16                   Blacksburg, Virginia

17

18

19

20

21

22

23

24    Job No. 37982/307500

25           REPORTED BY:  Rhonda D. Tuck, RPR, CRR
```



Page 58

1    A.    At a simple level, Apple considered it
2  important.
3    Q.    Okay.  Do you think that the use of
4  digital certificates for authentication in FaceTime
5  advanced that goal?
6    A.    Yes.
7    Q.    You're familiar obviously with what the
8  X.509 standard or protocol is?
9    A.    Yes.
10   Q.    What term do you prefer for X.509?  Is it
11 a standard?  Is it a protocol?
12   A.    Standard is fine.
13   Q.    Is it a typical standard to use for this
14 purpose?
15   A.    It's a typical standard to use for
16 certificates.  Yes.
17   Q.    So it's a reasonable choice if you're
18 going to pick a standard?
19   A.    Yes.
20   Q.    Are there alternatives that you're aware
21 of?
22   A.    I'm not aware of one that's in use for
23 similar purposes.  No.
24   Q.    Do you agree that validity periods for
25 certificates are part of the X.509 standard?



Page 63

1 **they want to apply, right?  It specifically**
2 **contemplates that certificates aren't going to last**
3 **forever in most cases, right?**
4     A.    I don't -- what do you mean by -- I guess
5  I don't know what you mean by "last forever."
6     **Q.    That they will at some point no longer be**
7  **valid.**
8     A.    That is typically what -- I mean, they're
9  not valid because their date has expired or hasn't
10 begun.
11    **Q.    Right.  My point is, why do you think**
12 **that the X.509 standard contemplates that**
13 **certificates are going to expire at some point?**
14    A.    So that an organization can set that as a
15 policy.
16    **Q.    Why would an organization want to do**
17 **that?**
18    A.    Multiple reasons.  One example that is
19 sometimes discussed is they may be using key links
20 that they believe will be susceptible to effectively
21 breaking the encryption or falsifying a certificate
22 at some point in time, that the -- one computation
23 you see is that with projected increases in
24 computing power, it becomes easier to attack the
25 key.



Page 226

1  COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

2         I, Rhonda D. Tuck, RPR, CRR, Notary Public in and

3  for the Commonwealth of Virginia at Large, and whose

4  commission expires on May 31, 2020, do certify that the

5  aforementioned appeared before me, was sworn by me, and

6  was thereupon examined by counsel; and that the foregoing

7  is a true, correct, and full transcript of the testimony

8  adduced.

9         I further certify that I am neither related to nor

10 associated with any counsel or party to this proceeding,

11 nor otherwise interested in the event thereof.

12        Given under my hand and notarial seal at

13 Charlottesville, Virginia, this 27th day of September,

14 2018.



18 _____

19        Rhonda D. Tuck, RPR, CRR

20     Notary Public Registration No. 224847

21        Commonwealth of Virginia at Large
              DALLAS 69

25 Job No. 37982/307500