

**Security Procedures**
# Apple iOS

NATIONAL TECHNICAL AUTHORITY
FOR INFORMATION ASSURANCE

**UNCLASSIFIED**

# Security Procedures

# Apple® iOS[1]

Issue No: 1.0
October 2012

This document is for the purposes of issuing advice to UK Government, public sector organisations and/or related organisations. The copying and use of this document for any other purpose, such as for training purposes, is not permitted without the prior approval of CESG.

The copyright of this document is reserved and vested in the Crown.

# Amendment History

| Version | Date | Description |
|---------|--------------|-------------|
| 1.0 | October 2012 | First issue |

---

[1] iOS is a trademark or registered trademark  of Cisco in the U.S. and other countries and is used by Apple Inc. under license.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004974



# Apple iOS

## Intended Readership

This document is intended for System Designers, Risk Managers, Administrators, Accreditors and those involved in the production of Security Operating Procedures in UK Public Sector organisations which are intending to use iOS devices to exchange information with the corporate network.

## Executive Summary

CESG have produced this document to assist organisations in understanding the risks associated with deploying iOS devices in their networks, and to help explain the mitigations which can be applied to help manage these risks. If followed, this guidance enables iOS to be used for sensitive enterprise mobile working.

iOS is **not** a CESG-certified platform or solution. There are many ways in which this product can be used, and, even when following the guidance in this document, there exist a number of residual risks which could lead to information being compromised. Risk owners should therefore carefully consider the residual risks for iOS described in Chapter 11.

However, it is CESG's opinion (provided that the **technical and procedural** guidance contained within these Security Procedures is carefully followed, and sufficient user education and training is in-place) that, in most cases, iOS provides sufficient security to protect the contents of RESTRICTED **emails** and **attachments**.

> Significant Risk Warnings are surrounded by a red border, as shown in this paragraph. These warnings are explained in more detail at the end of Chapter 11.

## Aims and Purpose

This document sets out the current best practice and CESG guidance which enable a UK Public Sector organisation to make a risk-managed decision around the deployment of iOS devices. It provides information on key risks, and corresponding controls, which must be carefully considered before use of iOS is permitted on a UK Government system.

This document has been produced following a detailed technical assessment of iOS 6.0 by CESG, the UK National Technical Authority for Information Assurance. It is not a replacement for tailored technical or legal advice on specific systems or issues. GCHQ/CESG and its advisors accept no liability whatsoever for any expense, liability, loss, claim or proceedings arising from reliance placed on this guidance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APL-GRACE_00004975



THIS PAGE IS INTENTIONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-GRACE_00004976

# Apple iOS

## Contents

**Chapter 1 – Introduction** ..................7

Introduction .................................. ...7
Risk Management .........................7

**Chapter 2 – Scope of Assessment 11**

Introduction ................................. .11
iOS Software .............................. 12
Mobile Device Management .......13

**Chapter   3   –   Summary   of Recommended Actions** .................15

Recommended Actions .............15

**Chapter 4 – Platform Technical Overview** ...................................... .........17

Introduction .................................. .17
Device Encryption ...................... 18
Network Security ...................... 19
Device              Provisioning, Synchronisation and Mobile Device Management................................. 21
Third-party Applications .............22
Custom In-house Applications ....22
Privacy Settings ..........................23
Apple Services.............................23
Device Updates and Recovery ...24

**Chapter 5 – Deployment Process ..27**

Recommended Actions .............27

**Chapter   6   –   Recommended Architecture** ................................. ....29

Introduction .................................29
Recommended Architecture .......29
Implementation Notes .................32
Private APN .................................33
VPN Configuration ...................... 34
Certificates   and   Certificate Authorities...................................34
Provisioning Terminal .................35
Mobile Device Management (MDM) ..................................... ...................35

Management   of   the   Departmental Components ............................... 36
Reverse Proxy ........................... 36
Mail Server.................................. 36
Internet Browsing Gateway ........ 37
Apple Network Traffic ............... 37

**Chapter 7 – Provisioning and Mobile Device Management** ...................... 39

Key Principles ............................ 39
Introduction ................................ 39
Apple Configurator .................... 39
MDM Server Considerations ...... 40
MDM Provisioning...................... 41
Profiles................................. ...... 41
Self Service................................. 42
Restrictions ................................ 43

**Chapter 8 – Profile Settings** .......... 45

VPN Profile ................................ 45
Passcode ................................... 45
Applications ............................... 46
Mail Settings .............................. 47
Browser .................................. .... 47
Multimedia .................................. . 48
GPS ...................................... ...... 48
Camera ...................................... 48
Account Control ........................ 49

**Chapter 9 – Procedural Controls ..** 51

Introduction ................................ 51
Wi-Fi ...................................... ......... 51
Bluetooth .................................... 52
SIM Card ................................. .... 52
Dock Connector ........................ 52
Profile Files ................................ 52

**Chapter 10 – System Management and Maintenance** ............................ 55

Asset   Management   for   iOS Devices ................................. ...... 55

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                APL-GRACE_00004977



Responding to Mobile Device Loss, Theft, or Suspected Compromise ............................................... 56
Remote Lock/Wipe ...................... 56
Helpdesk Authentication ............. 57
Disposal or Reassignment of iOS Devices.......................................... 57
Maintenance of iOS Devices ...... 57
Responding to Forgotten Passcodes ................................... 57
User Training and Education ...... 57
Software Patching ...................... 57
Physical Security ........................ 58

**Chapter 11 – Risk Treatment and Residual Risks ................................ 59**

Introduction ................................ 59
Risk Warning .............................. 60
Risk Warnings ............................ 76
iCloud ......................................... 76
Wi-Fi ........................................... 76
Profiles........................................ 77
Remote Management Policy ...... 77

**Appendix A – Profile Configuration Settings ...................................... 79**

Introduction ................................ 79

**Appendix B – Auditing ................... 85**

Introduction ................................ 85
Device details ............................. 85
Security........................................ 85
Restrictions ................................. 86
Extended MDM auditing ............. 86

**Appendix C – Example User Guidance ...................................... 89**

User Responsibilities ................. 89
General Guidance ...................... 90
Mobile Working .......................... 90
Passwords .................................. 91
Email and Calendar ................... 92
Telephony ................................... 92
Mobile Data................................. 92
Applications ................................ 93
Overseas Use ............................ 93
Other........................................... 93
Incident Response ..................... 94

**Appendix D – Wi-Fi ........................ 97**

Supplementary Guidance for Wi-Fi ............................................. 97
Risks ........................................... 97
Best Practice Guidance ............. 98
Network Architecture ................. 100
Other Considerations ............... 103

**Appendix E – Third-Party Applications ................................. 105**

Introduction ............................... 105
Risks .......................................... 105
Strategies................................... 106
Mitigations ................................. 108
Mitigations for Custom-Developed Applications ............................... 108

**References ................................. 111**

**Customer Feedback .................... 115**

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                APL-GRACE_00004978



## Apple iOS

# Chapter 1 – Introduction

### Key Principles

CESG has carried out a risk assessment of the iOS 6.0 platform

An enterprise deployment of iOS consists of recommended network architecture, including carrier components, as well as recommended provisioning, configuration and management of iOS devices

### Introduction

1. CESG have undertaken a range of assurance work on the iOS platform, and have achieved a level of confidence commensurate with a foundation grade CPA assessment in the built-in data-at-rest and VPN components. When configured and used according to this guidance as part of a wider network architecture for remote working, iOS can be used to protect sensitive emails and attachments.

2. Although the VPN and data-at-rest functionality have been assessed by CESG, the nature of iOS means there is a heavy reliance on users to correctly use the security features provided, and for enterprises to extend their network management, monitoring and security services to their iO S deployments. Failure of any of these controls could compromise information security on a device.

3. This document supersedes previously issued guidance on iOS 4 and associated Security Procedures (reference [a]) produced from 2011.

### Risk Management

4. Risk owners must read and understand t his guidance and associated risks in order to make an informed decision about the risks to their information assets before an iOS deployment is used to handle protectively marked information.

5. Risk owners and accreditors must also be content that the level of assurance which CESG is able to provide in iOS is appropriate for their information assets.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004979

UNCLASSIFIED



6.  Any data other than email data stored in the default email app must not be protectively marked. This in cludes calendar, contacts, SMS/MMS messages, media files, photographs, third -party application data[2] and voice calls.

7.  CESG has identified a number of risks that  need to be treated to secure an enterprise deployment of iOS. CESG has assessed the ability of the iOS platform to treat these risks when deployed  in line with good-practice guidance. The outcome of the assessment has been used to inform the content of these Security Procedures.

8.  Application of the recommended technical and procedural controls provid e a level of assurance however,  significant residual risks will remain. The following points, which are discussed in more detail later in this document, highlight the key residual risks of an enterprise iOS deployment:

> The iOS platform lacks technical cont rols to mitigate several key risks, placing a strong reliance on procedural controls to manage the risk s

> Data stored locally under Class D encryption (see  Chapter 4) can be decrypted and accessed using commercial or freely avai lable forensics tools, even with all storage encryption features enabled and configured correctly

> Users control the enterprise VPN connection. If they choose to disable it or forget to enable it, the enterprise defence -in-depth mitigations will be circumvented

> The Wi-Fi interface cannot be disabled administratively and can therefore be used to circumvent defence-in-depth mitigations

> When a device is out of a user's control there is the potential for the device to be exploited via USB using freely available tools accessible to novice attackers, resulting in a potentially compromised d evice and data loss

> Due to the complex nature of the software exposed to the carrier network, new vulnerabilities will be discovered which an attacker could exploit

> There is a re liance on vulnerabilities being disclosed and patched promptly by the vendor

---

[2] Unless using Class A storage (see  Chapter 4)

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            APL-GRACE_00004980

UNCLASSIFIED

## Apple iOS

9.   It is important to understand that  such a deployment of iOS consists of more than just hardened mobile devices. This document describes the network architecture required to suppor t an enterprise deployment of iOS as well as recommendations on provisioning, configuration and management of the mobile devices.

10.  Technical controls  referenced in this document to provide security enforcement functionality may not be supported across all deployed configurations . It is the responsibility of the organisation to ensure products  deployed support the required technical controls.

11.  Implementers are reminded that additional  operational assurance activities, such as patching, effective network monitoring and the management of the risks posed by malicious code will be expected to be in place to support the initial assessment work CESG has conducted.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          APL-GRACE_00004981



THIS PAGE IS INTENTIONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004982

UNCLASSIFIED



# Apple iOS

# Chapter 2 – Scope of Assessment

## Key Principles

CESG has assessed iOS 6.0 on iPhone® 5, iPhone 4S, iPhone 4, iPad® 2, iPad 3, iPad 4 and iPad mini

CESG will continue to assess new versions of iOS and reissue advice as necessary

Organisations should determine whether technical controls remain supported and appropriate in newer versions of iOS

Organisations should consider the threats posed by new functionality in newer versions of iOS which may be released prior to updates to this document

## Introduction

12. This document enables organisational risk owners to make informed decisions on their business use of iOS based upon:

> The inherent risk in deploying iOS devices

> The rationale for specific risks

> Clear statements on the security capabilities and limitations of iOS

> An understanding of the business impact of deviating from these Security Procedures

> Highlighting of significant residual risk where technical controls cannot be applied

13. These Security Procedures are intentionally generic; CESG cannot anticipate every organisation's particular network topology, system interconnections, threat models or business risks. Experience has shown that a flexible and pragmatic approach is beneficial when interpreting the guidance for individual organisational use.

14. There are some areas of broader security policy where CESG can only provide generic advice (for example, details on how mobile devices should be acquired and wider procedural measures such as lost device handling). This document will discuss the extra guidance required, but it is the responsibility of each organisation to produce the appropriate document(s) and policies for their users.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004983

UNCLASSIFIED



15.  This document only applies where department -owned devices are used to connect to departmental infrastructure a s part of a managed deployment. CESG strongly recommend s personally-owned devices are not used as devices should be procured from trusted sources.

16.  If personally-owned devices are used, the user needs to be made aware that they will be handing over full management and control to the department and all existing data on the device will be wiped. After use, the device s hould be disposed of as described in Chapter 10 and not returned to the user.

17.  For a fuller discussion of Bring Your Own Device (BYOD), see CESG IA Notice 2012/07, Bring Your Own Device: The Risks from Personal Devices (see reference [b]).

## iOS Software

18.  CESG has assessed the iOS 6.0 implementation of the security featu res discussed in this document. As some of the security-enforcing functions of the platform are based in hardware, this document only applies to the following devices:

> iPhone 5, iPhone 4S, iPhone 4

> iPad 2

> Third-generation iPad (launched March 2012)

> Fourth-generation iPad and iPad mini (launched October 2012) [3]

19.  CESG will assess new ver sions of Apple products as necessary and update this document to ensure it remains relevant. However, CESG does not intend to publish updated Security Procedures for every subsequently released version of iOS[4].

20.  Mobile devices evolve rapidly. When newer versions of iOS are released, organisations should determi ne whether the technical controls from this document are still supported. If new versions include new features, departments

---

[3] As CESG strongly recommends Wi -Fi be disabled, only the 3G/4G iPads should be used in conjunction with this guidance.
[4] For clarity, CESG expects to revisit this document when major features that affect information security in iOS change or are updated, but will not make changes to it for every minor product update.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004984

## Apple iOS

should consider the potential risks associated with those new features, prior to this advice being updated.

21. CESG advises that newly released software updates from Apple within the same major version branch (i.e. 6.x. y) be applied promptly to ensure the benefits of security fixes are realised.

22. When new iOS versions are released, it will typically no longer be possible to provision or restore devices to the old version. Departments should consider the implications of forced updates when planning their deployment schedules.

### Mobile Device Management

23. Mobile Device Management (MDM) servers can provide a degree of control over mobile devices deployed in an enterprise from a central management console. Typically the server will send management commands to a mobile device, which are subsequently implemented by the client running on a mobile device.

24. Technical controls may not be supported across all iOS devices and MDM servers. It is the responsibility of the organisation to ensure that products procured support the required technical controls. The base requirements of a MDM server and further discussion around their usage is contained in Chapter 7.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004985

UNCLASSIFIED



THIS PAGE IS INTENTIONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information
legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004986



**Apple iOS**

# Chapter 3 – Summary of Recommended Actions

## Key Principles

Organisations must carry out several specific actions if they intend to use iOS devices to store and process classified information

HMG organisations handling, storing and processing protectively marked information must formally assess the risks to their corporate infrastructure from the enterprise deployment of iOS devices, and treat the risks by applying appropriate technical and non-technical controls from the Baseline Control Set contained in the HMG IA Standard No. 1 & 2 Supplement ( IS1 & 2 Supplement), Technical Risk Assessment and Risk Treatment (reference [c])

## Recommended Actions

25. Organisations should:

Read and understand the material presented in the Platform Technical Overview (Chapter 4), seeking further information where there are questions

Read and assess the specific residual risks (Chapter 11) and consider whether any of them make iOS inappropriate as a business solution in their situation

Ensure that the iOS system is installed, configured and managed in accordance with these Security Procedures. In particular, give early and careful consideration to the implementation of the network architecture guidance. For convenience, a list of installation actions is provided in Chapter 5

Review and update remote working or acceptable use policies as necessary to ensure any iOS deployment fits within these frameworks

Consider the impact of any deviation from these Security Procedures and factor this into their overall risk assessment for the deployment

Understand where specific technical controls cannot be fully hardened on the platform, and the ease with which certain controls can be disabled or bypassed by an end user. For more information on these, see Chapter 9

Ensure procedural controls are put in place where specific threats cannot be mitigated by technical mitigations alone

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-GRACE_00004987



Provide Security Operating Procedures and gain formal acceptance of these from their user community

Ensure that incident management plans and helpdesk facilities are available (see Chapter 10)

Contact CESG for further advice if necessary

26. HMG organisations handling, storing and processing protectively marked information must formally assess the risks to their corporate infrastructure from the enterprise deployment of iOS devices and treat the risks by applying appropriate technical and non-technical controls from the Baseline Control Set contained in the IS1 and 2 Supplement (reference [c]).

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004988



**Apple iOS**

# Chapter 4 – Platform Technical Overvi ew

## Key Principles

Implementers and accreditors should understand the security features of the iOS platform in order to make appropriate decisions about the ri sks presented in later Chapters

The features described in this section are only applicable to the  native security functions provided by the platform for  data-at-rest encryption and data -in-transit encryption, third-party components which provide these fu nctions have not been assessed

## Introduction

27.  This Chapter provides Administrators with a high-level overview of the platform, giving additional detail around security enforcing features or areas where particular care should be taken during deployment.

28.  The topics discussed here should be understood by implementers and accreditors so that the risks presen ted later in the document can be fully understood.

29.  Further technical information can be acquired directly from Apple, either from the iOS Developer Portal or at   http://www.apple.com/support/security/ . Much of the information given here is taken from the i OS Security overview document (reference [d]), published by Apple in May 2012. CESG recommend s that administrators and risk decision makers are familiar with this document.

30.  The information presented here may become outdated as the product is developed further. This Chapter is current as of iOS version 6.0 and for the devices listed in Chapter 2. All details presented here should b e confirmed before making assumptions about later versions of the product.

31.  The features described in this section are only applicable to the native security functions provided by the platform for data -at-rest encryption and data -in-transit encryption, third-party components which provide these functions have not been assessed.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004989

UNCLASSIFIED



## Device Encryption

32. iOS protects user data stored on a device through several classes of encryption provided by Apple's Data Protection technology. All assessed iOS devices have Data Protection enabled by default and it is not possible to disable or configure it.

33. There are four classes of protected data on an iOS device. These correspond to the keys used to encrypt the data and when (in terms of device state) the data is therefore available. Developers, including Apple, assign data within their application to one of the four classes and with it an associated protection profile.

34. The four classes are outlined in this table:[5]

| Protection Class | Data Availability | Example(s) |
|---|---|---|
| A | Only when unlocked | Email content, attachments, Safari passwords |
| B | Write-only when device is locked; read-write when unlocked | New email received since previous device lock |
| C | After first unlock | Wi-Fi, VPN and Exchange credentials |
| D | Always | Contacts, calendar |

35. Data in classes A, B and C is encrypted using a key that is cryptographically combined with the user's passcode. Without the passcode the data cannot be accessed, so strict policy must be set to ensure users keep passcodes secret.

---

[5] In Apple developer parlance, classes A-D are NSFileProtectionComplete, NSFileProtectionCompleteUnlessOpen, NSFileProtectionCompleteUntilFirstUserAuthentication and NSFileProtectionNone respectively for file data, and classes A,C and D are kSecAttrAccessibleWhenUnlocked, kSecAttrAccessibleAfterFirstUnlock and kSecAttrAccessibleAlways respectively for keychain data

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004990

UNCLASSIFIED

## Apple iOS

36. Data in class C can be accessed after the user has unlocked the device at least once. This is the equivalent level of protection provided by full disk encryption products on traditional desktop operating systems.

37. Data in class D is encrypted with a key that is always available and is not combined with the user's passcode, so can be decrypted and accessed at all times.

38. Data in all classes is additionally protected by a device-specific key held in hardware on the device. This makes it more difficult for an attacker to read or modify data on the device by performing low-level operations on the memory chips directly.

39. CESG has assessed that the level of cryptographic protection afforded to data in classes A and B and judge that it provides a Foundation Grade level of security when the device is locked and configured in accordance with this document. By default, the only pre-loaded application which stores all of its data in class A and B storage is the Apple Mail application.

### Network Security

40. iOS 6.0 introduced the Global Proxy feature, which forces all Application-layer traffic to be pushed through a HTTP proxy. As this is only a HTTP proxy, no cryptographic security is provided by this feature, though secure connections can be proxied using it. From a security point of view, this feature's best use is as a trigger for the VPN as discussed below.

41. As the Global Proxy is not a security feature, it is not hardened to attack. An adversary on the local network may be able to cause it to be bypassed, and a malicious app on the device may be able to avoid using it.

42. iOS supports both Transport Layer Security (TLS) and IPsec Virtual Private Networks (VPNs). CESG policy states that departments must use an **IPsec** VPN to encrypt protectively-marked data in transit and securely route all traffic back through the department in order to take advantage of corporate monitoring and filtering devices already in place.

43. Use of a VPN is an optional setting in iOS that can be configured on-device or by using administrative profiles deployed via USB or MDM. There is, however, no mechanism in iOS to ensure that the VPN remains active at all times. This

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004991

UNCLASSIFIED



means that there is some risk of data leakage outside the encrypted channel, even when the VPN is configured properly.

44. To minimise this risk, when certain VPN types are used, the VPN can be configured to be "on-demand" so that it automatically connects when certain triggers occur. These triggers are IP addresses or domain names which cause the VPN connection to be established whenever a connection is established to one of the listed domains.

45. This functionality was designed to be used to allow the device to access internal departmental services which require the VPN to be established in order to connect. By having the address of the Global Proxy in this field, the VPN can be triggered for every application-layer outbound connection the device attempts to make.

46. As this triggering happens at application layer of the OS, certain low level traffic will not trigger the VPN. This includes DNS and APNS traffic which may leave the device before the VPN is established. Once the VPN has connected, however, all new connections, including DNS and APNS traffic, will be routed via the VPN. Existing connections, including to APNS servers may remain connected outside the VPN. As such, there is a slight risk of data exfiltration via this channel.

47. Although the VPN settings themselves are a configuration profile and can be prevented from being removed, both the VPN and the on-demand setting can still be disabled by the user in the settings menu. This means that even though the administrator has configured the device in line with this document and best practice, the user can still trivially disable the VPN.

48. To mitigate this, CESG strongly recommends the provision of a carrier APN (see Chapter 6) and user education (see Appendix C) to mitigate data loss. Additionally, certain MDM products may provide features to detect that the VPN has been disabled and to provide administrative alerts if this has been detected. See Chapter 7 for further information on selecting a MDM server.

49. Even if an APN is used to augment traffic routing controls, the user could still disable the VPN, and use Wi-Fi to connect directly to the Internet and bypass any corporate monitoring and protections that are in place. No technical controls exist to disable Wi-Fi; users must be informed procedurally of corporate policy.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004992

**Apple iOS**

50. Note that some connections within the VPN (such as to an Exchange server) may additionally be encrypted under TLS. This encryption is controlled by the relevant application (such as the email application) and not at a system level, so enforcing the IPsec VPN is still necessary.

### Device Provisioning, Synchronisation and Mobile Device Management

51. With iOS 5.1, Apple released Apple Configurator (reference [e]) which can be used for provisioning devices. Apple Configurator provides additional options for hardening an iOS device, including putting the device into Supervised Mode.

52. In previous versions of iOS, the device would share cryptographic key material with any host connected via USB when unlocked allowing that host to fully manage and audit the device. Putting a device into Supervised Mode prevents this behaviour, thus limiting security associations to only the provisioning terminal used to put the device into this mode.

53. The Configurator can be used to apply configuration profiles to the device. These profiles include passcode policies, VPN configuration and disabling of certain features. One such profile that can be provisioned is an authentication certificate for a MDM server. This allows for an authenticated control mechanism to be established between the device and MDM server.

54. By then provisioning an over-the-air MDM profile, the device establishes a remote security association with the MDM server, allowing an administrator to remotely configure, monitor and lock the device. This security association allows the sharing of cryptographic material between the device and MDM server so that passcode resets can be performed, and so that all commands are authenticated.

55. Users can be prevented from removing profiles set by the Apple Configurator tool, with the exception of the MDM profile which can always be removed. Removing the MDM profile will remove any additional profiles pushed to the device through the MDM server, as well any data associated with those profiles. Therefore, careful choices should be made around which settings to apply via the Apple Configurator and which settings to apply through the MDM server. Procedural controls should also be used to mitigate the risk of weakened security configuration. These choices are discussed further in Chapter 7.

56. The iOS platform exposes an interface so that Mobile Device Management can be performed by third-party server software. Organisations can therefore elect to

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNCLASSIFIED



use either Apple's MDM server or a third-party server. CESG has not assessed the features or quality of any given MDM server, so selection of the most appropriate server is left as a decision for the organisation's risk assessment and accreditation process. Some considerations are provided in Chapter 7 and in CIAN 2012/09, Mobile Device Security Applications (reference [f]).

## Third-party Applications

57. Apple has a large ecosystem of first- and third-party applications which augment the functionality provided by the base operating system. The iOS platform is hardened against attack from these applications through a robust implementation of sandboxing and code signing.

58. Despite these security measures, applications still have access to a multitude of programming interfaces that allow access to various components and data stores on the iOS device. These include location sensors, contact information stored on-device, microphone and network services. Consequently, trust in these applications is a paramount consideration.

59. To provide enterprise control over applications installed on a user's device, Apple provides several ways of limiting application installation on-device to only applications provided by the enterprise. This mechanism functions outside of the App Store channel, meaning that the App Store can be disabled and approved third-party applications still used.

60. A full discussion around the acquisition and deployment of third-party applications, the use of mechanisms to control them, and residual risks is given in Appendix E.

## Custom In-house Applications

61. If an organisation joins Apple's iOS Developer Enterprise Program it has the opportunity to develop in-house applications and deploy them using their own infrastructure rather than the public App Store. A department can also set up an enterprise app catalogue or use one as part of a third-party MDM server.

62. Enterprise apps should be developed with due consideration to the security aspects of development. Apple produces considerable amounts of documentation on how to develop applications for iOS securely. This documentation is available on their developer portal http://developer.apple.com/.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004994

## Apple iOS

63. For more information on in-house app development and deployment, see Apple's App Developer Guide (reference [g]).

### Privacy Settings

64. With iOS 6.0, Apple introduced finer-grained user control over what personal data applications could access. This means that the user must explicitly give permission when an application wants to access the Calendar, Contacts, Camera, Reminders, Photos or Location, or wishes to use Facebook or Twitter credentials. Once a user has given permission to a particular application, the authorisation is stored in the Privacy menu.

65. The Privacy menu can then be used to see which applications have previously requested access to the personal data stores, and to change the initial decision at a later date.

66. The Restrictions menu on the device can be used to prevent changes to the items on the Privacy menu. This means that all applications can be prevented from getting personal data on the phone by disabling all accesses in the Privacy menu, then preventing changes in the Restrictions menu. If individual access are required for trusted applications (say, a custom-developed in-house application), then individual permissions can be set on that, before applying the restriction in the Restrictions menu.

67. Recommendations for which privacy settings to configure are given in Appendix A.

### Apple Services

68. Apple provides a number of online services by default such as iMessage, Siri and Maps. As with all services that require the exchange of data outside of departmental networks, the risks of using these services should be assessed before they are used. The recommended architecture and settings given later in this document put the system into a configuration where such risks are minimised.

69. For example, Siri is a voice-controlled assistant which allows the user to dictate text and issue commands. By default, Siri is enabled and accessible when locked. Because Siri can dictate messages for sending, it can read contacts and exchange voice data with Apple servers for processing. Siri can also remind you of meetings and therefore it can access calendar appointments. This means that, by default, an unauthenticated attacker can access calendar and contacts

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004995

UNCLASSIFIED



without unlocking the device. In addition, any spoken reply by Siri could be overheard by a bystander.

70. Even if access to these services is prevented when locked, the application still forwards much of its data to Apple for processing. Although this connection is encrypted in transit, there is no assurance of who has access to the data when it arrives at the remote server for processing, or if it is stored there.

### Device Updates and Recovery

71. As of iOS 5.0, iOS devices are able to receive device updates directly over-the-air. This means that no direct physical connection to a computer is necessary. Although the majority of updates are expected to be small, and they could reasonably be downloaded over a 3G connection, some updates (e.g. a new major version of the OS) may be substantially larger and may require that the device is brought back to the department for updating via USB.

72. iOS devices have a built-in recovery mode known as Device Firmware Upgrade (DFU) mode. This is a minimal pre-boot environment which allows the device memory to be completely overwritten with a new image of the operating system. This could be useful in restoring devices which have become corrupted or compromised, as it does not require the device to be in a bootable state to use it.

73. To put the device into DFU mode and perform a restore, follow the steps on page 4 of iOS Security (reference [d]). The device must then be connected to a provisioning terminal to reload the operating system software.

74. DFU mode restore operations can be used to completely reset a device to factory state and should be used when provisioning devices that have previously been used, or as a best-endeavour sanitisation before release.

75. CESG has not assessed the rigour of the secure erase functionality of the device, so risks of re-provisioning to different operating environments will need to be assessed and considered by the department in question.

76. Administrators should sanitise devices using a DFU mode restore in the following scenarios:

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004996

UNCLASSIFIED



# Apple iOS

When re-issuing a returned device

Before provisioning a privately owned device [6]

To break all device trust relationships with previously synchronised hosts

---

[6] See CIAN 2012/07  (reference [b]) for a more thorough discussion of Bring Your Own Device (BYOD) in the UK Public Sector.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004997

UNCLASSIFIED



THIS PAGE IS INTENTI ONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004998

UNCLASSIFIED



**Apple iOS**

# Chapter 5 – Deployment Process

## Recommended Actions

77. To provision an enterprise deployment of iOS devices appropriate for use in the UK Public Sector, Administrators should:

> Procure and provision an APN (Access Point Name) from a chosen cellular carrier, as per APN requirements in Chapter 6

> Obtain SIM cards from the carrier that are exclusively provisioned to use the procured APN for their cellular data connection

> Deploy OS X 10.7 Lion (or later), and install iTunes 10.7 (or later) and the Apple Configurator utility version 1.2 (or later) onto a dedicated provisioning terminal as described in Chapter 6

> Procure and set up a MDM Server which is compatible with iOS and fu lfils the requirements given in Chapter 7

> Deploy and configure the requisite network components as described in Chapter 6

> Create configuration profiles for the end -user devices in line with the guidance given in this document and apply these profiles to provisi oned devices using Apple Configurator

> Securely associate each provisioned device to the MDM server by following the manufacturers' instructions

> Use the MDM server to apply over -the-air configuration prof iles to the device as required

> Apply any additional h ardening required by using the Restrictions menu locally on the device

> Provide Security Operating Procedures, user education packages and training documents on the secure use of the devices

> Establish a helpdesk facility to respond to loss or theft of devic es by performing remote lock or wipe functions

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00004999



THIS PAGE IS INTENTIONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005000

UNCLASSIFIED



# Apple iOS

# Chapter 6 – Recommended Architecture

## Key Principles

The recommended network architecture is based on CES G Architectural Pattern 2: Walled Gardens for Remote Access  (reference [h]). It should be implemented to complement the technical controls discussed in this document

A carrier-provided and carrier-enforced APN is required to prevent data leakage

The native IPsec VPN component within iOS, in conjunction with an approved IPsec concentrator within the Walled Garden, along with the APN, provides Confidentiality and Integrity of data in transit between the device and departmental networks sufficient to protect sensitive data in transit

X.509 certificates are used for unique endpoint identification and authentication

Technical controls within the architecture  allow the device to access a limited subset of departmental services

Security profiles on devices are provisioned and maintained using the  Apple Configurator utility and an appropriate MDM server

## Introduction

78.  This section provides advice on how to securely connect iOS devices to an organisation's network in order to manage the risk to that network.

79.  For organisations bound by the  HMG Security Policy Framework (reference [i]), the risks presented to their corporate infrastructure by the deployment of  devices operating at RESTRICTED must  be formally assessed and treated by applying appropriate technical and non-technical security controls from the baseline control set in the IS1 and 2 Supplement (reference [c]). All HMG ICT systems that handle, store and process protectively-marked data must undergo a proportionate assessment process .

## Recommended Architecture

80.  The recommended architecture is based on the principles in CESG Architectural Pattern No.2 (reference  [h]). An APN is used to provide separation of departmental mobile data from the mobile operator's main data network.  Mobile devices connect through an IPsec tunnel over the APN to the department into a 'Walled Garden'. All data communications from the mobile device  travel through this route.  The communications between the device and the  departmental

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005001

UNCLASSIFIED



network are mediated by a Presentation Layer within the architecture. This mediated access exposes only a subset of services within the department, such as email and internal web applications.

81. A number of Apple services, namely to the Apple Push Notification Service (APNS) must be made available to iOS devices via the APN before the VPN is established. This means that limited Internet connectivity needs to be passed to the iOS devices inside the APN tunnel but not through the VPN gateway. See the table at the end of this Chapter for more information on this.



**Figure 1: Recommended architecture for an enterprise deployment of iOS**

82. Figure 1 provides a high-level recommended architecture. The definitions of the layers are those used within the Architectural Pattern. In practice the architecture may need to be tailored to individual scenarios but any deviations from the recommended architecture will need to be given careful consideration to assess the security implications.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005002

## Apple iOS

83. The function performed by each security-critical component of the architecture is explained below:

The **APN tunnel** serves two purposes:

o It isolates the mobile device from the remainder of the carrier network, limiting the publicly-exposed attack surface of the device

o It provides defence-in-depth for when the VPN is not active. The VPN could be inactive for various reasons including timeouts, user malice, misconfiguration, or during device boot when APNS connections are initially made

By terminating the APN tunnel inside the department, all mobile device traffic is routed via corporate monitoring and filtering systems to provide additional defence in depth

Any cryptographic parameters of the APN tunnel will generally be provided by the carrier and cannot be configured. Because of this, and because the APN can be bypassed by SIM change or enabling Wi-Fi, a VPN needs also to be used

**Internal Firewall** which sits between the APN tunnel and the VPN gateway provides controls against a network-level attack from the untrusted WAN

The **VPN Gateway** terminates the VPN from the mobile devices. It also authenticates the mobile device and the user. The VPN provides Confidentiality and Integrity for the data in transit between the device and the department. Specific security requirements for the VPN are listed below in paragraph 84

The purpose of the **Presentation Layer** is to present a subset of departmental services to the mobile devices. This reduces the risk a compromised mobile device presents to the core network. As a minimum the Presentation Layer is formed by the Internal Firewall, but CESG recommends that a **reverse proxy** be used to provide a layer of abstraction between the mobile device and the Core systems where possible. The Global Proxy setting in the device profile should be set to the address of the reverse proxy server

The **Mobile Device Management (MDM) server** allows configuration profiles to be established and maintained for the devices. MDM considerations are discussed in Chapter 7

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005003



The **Certificate Authority** is the root of trust for the certificates used within the architecture and is a critical part of the cryptographic security

The **Directory Service** provides authentication of users to services within the department

The **Internet Gateway** represents the existing infrastructure such as a proxy server, filtering, monitoring and auditing that may already exist within the department infrastructure for access to Internet resources. All Internet browsing from the mobile devices should be routed over the VPN and through this infrastructure to ensure equivalent protections are in place for browsing from the mobile devices as there are for the departmental desktop infrastructure

## Implementation Notes

84.  The following advice is intended to inform implementation decisions:

It is possible that the VPN Gateway may also provide the function of the External Firewall, in which case it is not necessary to have a separate physical device

CESG do not recommend that a third interface on the access layer's internal firewall be used to place the firewall in a DMZ if the firewall carries a lower level of assurance than the VPN Gateway. The rationale for this recommendation is given in the CESG Architectural Pattern No.2 (reference [h])

Departments may consider facing the VPN concentrator to the Internet and permitting an exception on APN traffic to reach the VPN. This means that if a device were to come from a different bearer than the APN, it would still be protected by the VPN. In this instance, VPN connection source IP addresses could be used to monitor compliance with Wi-Fi policy, for example

In an emergency, it may also be beneficial to have planned an option for allowing the MDM server to be temporarily reachable directly from the Internet without reconfiguring devices. This mechanism could then be used to increase the likelihood of, say, a device wipe message reaching the device while the VPN is not connected

CESG recommends that the Internal Firewall which sits between the VPN gateway and the APN tunnel is a separate firewall

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-GRACE_00005004

# Apple iOS

Both the device and the user are authenticated in the above architecture. Where possible it is advised that the mapping of devices to users be enforced. For example, users should be prevented from connecting on devices that were not issued to them by the department

There are no security reasons why the server components in the above architecture cannot be virtualised. However, unassured virtualisation should not be used to separate different security domains. For further recommendations on the usage of virtualisation please refer to CESG Good Practice Guide 12 (GPG 12), Use of Virtualisation Products for Data Separation: Managing the Security Risks (reference [j])

## Private APN

85.   CESG strongly recommends that organisations acquire and use a private Access Point Name (APN) to route all mobile traffic back to the department. This configuration would isolate the communication between the iOS device and the department over public cellular networks, and additionally protect the VPN endpoint from being exposed directly to the Internet.

86.   All traffic originating from devices should be captured by the APN and routed through the department (not just VPN traffic). This will ensure that traffic cannot be routed directly to the Internet before the VPN is established.

87.   The APN terminates at a department gateway which will then route traffic either, to the Internet Browsing Gateway (if it is APNS or other Apple Service traffic), or to the VPN gateway (for all other traffic). The routes for these services are given at the end of this Chapter.

88.   The APN tunnel could be configured to have multiple GGSN routes available to provide redundancy. This would provide network resilience for users should one of the GGSN's fail.

89.   SIM cards associated with the APN should not be allowed to connect to other APNs owned by the mobile operator and not controlled by the department. SIM cards not associated with the department should be blocked from connecting to the APN.

90.   SIM cards associated with the APN must not contain any third-party Java Applets as they could compromise the security of the devices or the APN. The

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005005

UNCLASSIFIED



organisation risk owner is responsible for discussing this with their mobile operator.

## VPN Configuration

91. The built-in VPN client within iOS has been assessed against the CPA Foundation Grade requirements for IPsec VPN for Remote Working – Software Clients (reference [k]).

92. The VPN must be configured to use X.509 certificates for mutual authentication. Each iOS device must be issued with a certificate from an appropriate Certificate Authority. The VPN Gateway is also provided with an X.509 certificate that can be authenticated by the devices.

93. The deployed VPN gateway should be a CESG-certified device, assured to at least Foundation Grade against the IPsec VPN Security Gateway Characteristic (reference [l]), and deployed in accordance with its published Security Procedures.

94. As iOS does not support configuration of key lifetime options it is necessary to rely on key lifetime parameters set by the VPN Gateway. Therefore it is important to ensure that these parameters are configured appropriately on the VPN Gateway.

95. Keep-alive mode should be configured as part of IKE to detect if the VPN has become disconnected and trigger a reconnection attempt.

## Certificates and Certificate Authorities

96. CESG recommends that organisations implement a self-signed root certificate authority, or a subordinate to an existing HMG CA, that issues certificates to the mobile devices and the VPN Gateway. The infrastructure should then be configured to only accept device certificates that are issued by the authority.

97. Given the expected lifetime of a mobile device in a department, user and device certificates should have a lifetime of no more than the lower of the expected lifetime of the device and 3 years. New certificates will need to be reissued if the device lifetime later exceeds this duration.

98. Incident management procedures should detail the process for revocation of certificates. During mobile device connection, departmental services must check whether the certificate of the connecting device has been revoked. Normally this

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005006

**Apple iOS**

check uses a Certificate Revocation List ( CRL) or the Online Certificate Status Protocol (OCSP). The exact method is not important provided that a mechanism exists for revoking a particular certificate and the access and identification it provides.

### Provisioning Terminal

99.  In order to take advantage specifically of the Supervised Mode feature of iOS, devices must first be configured using the Apple Configurator (reference [e]) on the Provisioning Terminal via USB. The Provisioning Terminal may be a member of the departmental network but should not be a general -purpose workstation.

100. The Provisioning Terminal will require limited access to the internet to allow the Apple Configurator to download the latest firmware images and to activate the iOS devices.

101. See Chapter 7 for further details of the provisioning process, and  Chapter 10 for further details on man agement and maintenance of the P rovisioning Terminal.

### Mobile Device Management  (MDM)

102. Mobile Device Management produc ts themselves are discussed in detail in Chapter 7. This section discusses their integration into the network.

103. The MDM server is located in the core network and contains  cryptographic material for each registered device which c an be used to remotely unlock the device. Consequently the MDM server must have the same physical protections as the Certificate Authority.

104. The MDM server will require certain network ports to be open between iOS devices and the MDM server in order  to operate correctly. The relevant MDM vendor's guidance should be followed to configure the n etwork to support their product. For example, devices may enrol using the Simple Certificate Enrolment Protocol (SCEP) using TCP port 1640.

105. Additional connections must also  be allowed from the MDM server to Apple servers to allow push notifications to be sent. These ports are discussed  from paragraph 115 onwards.

106. For disaster recovery or emergency usage it may be necessary to temporarily expose the MDM server to the Internet. This will allow connections between the MDM server and devices which for whatever reason are not connected to the

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005007

UNCLASSIFIED



APN and VPN (e.g. connected to the Internet via Wi-Fi with VPN disabled). To enable this in future, the MDM server must be configured with a public DNS record and IP address which is not ordinarily reachable from the Internet.

## Management of the Departmental Components

107. All server and hardware components should be hardened in line with good industry practice. Manufacturers' hardening guides should be followed where they exist.

108. The principle of least privilege should be applied to all accounts used within the system. Service accounts should have the minimal capability required to perform their function. Unnecessary privileges should be removed; this will reduce the impact of a compromise.

109. Consideration should be given to protecting the management interfaces of departmental components.

## Reverse Proxy

110. The reverse proxy brokers device access to internal services by allowing only certain network traffic to pass through it to the internal addresses.

## Mail Server

111. Whilst the provisioning of iOS into the department should not largely affect the configuration of the mail server, additional consideration must be given to filtering file types which can be harmful to iOS devices. File types which must be prevented from reaching the device are .mobileconfig, .mobileprovision and .plist (configuration files) and .ipa (iOS application files) as allowing these to reach the device could compromise its security.

112. Email messages delivered to the device should be delivered in plaintext format only, and should not contain any rich or active content.

113. Calendar, Contacts, Notes and other non-mail items which are synchronised with the mail server are not protected on devices in the same way as email and attachments are (see Chapter 4). Therefore CESG strongly recommends that these items are not delivered to iOS devices if they are sensitive. This restriction can be implemented in one of several ways:

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005008

# Apple iOS

Use IMAP with SSL (IMAPS) rather than ActiveSync. IMAP does not support synchronisation of anything other than e -mail with the mail server

Procedurally mandate that calendar appointments , contacts, tasks and notes may not contain sensitive data across all users of the system

Use an ActiveSync proxy to filter out any items other than mail which are protectively marked. This would also require all Exchange objects in the organisation to be tagged with their classification

Only configure the device to synchronise mail to the server, then use the local Restrictions options on the device to prevent alterations to the settings

## Internet Browsing Gateway

114. Content filtering services must be in place and must filter th e file types given in paragraph 111 to prevent them f rom reaching the device and altering its configuration.

## Apple Network Traffic

115. iOS devices connecting to Apple from within the corporate network (i.e. , on the VPN) need certain external addr esses to be reachable in order to activate and function correctly. A table of these required addresses is given below.

116. Note that any given *apple.com* sub domain will resolve to many IP addresses within the 17.0.0.0/8 address range which are subject to chang e at any time. Therefore, whitelisting should be by domain name rather than IP address.

117. For more information on these services, see

http://support.apple.com/kb/TS1379

http://support.apple.com/kb/TS1629

| Local Machine(s) | Remote Address(es) | Port(s) | Purpose |
|---|---|---|---|
| Provisioning Server, Device | ocsp.apple.com evsecure-ocsp.verisign.com evintl-ocsp.verisign.com | 443 | Online Certificate Status service for checking signing certificate validity. |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221441 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005009

UNCLASSIFIED



| Provisioning Server, Device | crl.apple.com | 443 | Certificate Revocation List server for periodic updates to cached c ertificate validity infor mation |
|---|---|---|---|
| MDM Server | gateway.push.apple.com feedback.push.apple.com | 2195, 2196 | MDM servers use these ports on both servers to send data to Apple Push Notification Service ser vers for forwarding to devices |
| Provisioning Server | phobos.apple.com itunes.apple.com ax.itunes.apple.com gs.apple.com albert.apple.com ax.init.itunes.apple.com | 443 | Device Activation |
| Device | init.ess.apple.com | 80 | Device Activation configuration |
| Device | gs-loc.apple.com | 443 | Google Services Server |
| Device | setup.icloud.com | 443 | iCloud Configuration Server |
| Device | *-courier.push.apple.com [7] | 5223, 443 | Apple Push Notificatio n Service to iOS device messages |
| Device | mesu.apple.com | 80 | Device Software Updates |
| Device | guzzoni.apple.com | 443 | Siri Server used at Device Activation |
| Device | service2.ess.apple.com | 443 | iMessage Server used at Device Activation |
| Device | static.ess.apple.co m | 80 | iMessage Server used at Device Activation |

---

[7] There are multiple cour ier.push.apple.com servers, named from 1 to 200 (e.g. 5 - courier.push.apple.com).

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005010

UNCLASSIFIED



**Apple iOS**

# Chapter 7 – Provisioning and Mobile Device Management

## Key Principles

Provisioning is the initial process of applying security controls to a device, including defining a Mobile Device Management (MDM) server

Mobile Device Management allows profiles and restrictions to be remotely applied to a device

Devices must be provisioned in a secure environment to enable remote management

## Introduction

118. The provisioning process for an iOS device requires it to be configured in three separate steps:

> Apple Configurator must be used to apply non-changeable security settings to the device, to place the device into Supervised Mode, and to prepare the device for being connected to a MDM server

> A MDM server must be used to apply any profiles for which it may be desired to remotely change them at a later date

> The Restrictions menu in device settings must then be used to apply further controls which the Apple Configurator and MDM servers cannot apply. These settings are locked using a four-digit PIN which should not be revealed to the device user

119. Actual recommended settings for the various areas of policy are listed in Appendix A, whereas the discussion around their impact is provided in this section.

120. A wider discussion on the use of mobile security products, including MDM, in the UK Public Sector is contained in CIAN 2012/09, Mobile Device Security Applications (reference [f]).

## Apple Configurator

121. One of the most important features of the Apple Configurator is the ability to place a device into Supervised Mode. As connectivity through the dock

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-GRACE_00005011



connector cannot be hardware-disabled, the Supervised Mode feature is required in order to associate the device to a single computer, preventing the device from syncing to other computers. This must be enabled from the provisioning terminal during the initial provisioning process.

122. Security profiles can then be installed on the device through the Apple Configurator. Profiles added in this way can be optionally locked in place so that they can only be removed by completely resetting the device. Policies and settings which will never need to be changed should be added at this stage of the provisioning process and locked.

123. The Apple Configurator must then be used to add a profile containing the signing certificate used by the MDM server during enrolment in order to build a trusted relationship and validate future management messages.

124. As this provisioning involves transferring certificates in plaintext, the process must occur over a USB cable from a dedicated provisioning terminal.

### MDM Server Considerations

125. In order to manage devices securely the network administrator must deploy a MDM server to manage profile settings on the devices, and configure them to trust and obey commands received from the MDM server.

126. iOS devices use a proprietary MDM protocol which is supported both by Apple's MDM server and by a range of third-party providers. As such, not all MDM servers provide the same range of functionality. It is vital to select one which supports the requirements listed below as a minimum:

   Passcode complexity and enforcement rules

   Remote device wipe

   Email account creation and configuration

   Device audits

   Access point management

   Uses the Apple MDM API

127. The MDM server should be installed in a network location which associated devices can reach via the VPN. The MDM server will also require direct Internet connectivity to send Apple Push Notification Service (APNS) messages via

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-GRACE_00005012

# Apple iOS

Apple owned servers to trigger certain behaviours on the device.  See Chapter 6 for more information around r ecommended network architectures, and Apple: Deploying iPhone and IPad Mobile Device Management  (reference [m]) for details of the Apple MDM server .

128. Whilst this document assumes that the MDM server will be hosted on -premises, the use of a managed third -party service hosted on appropriately secured infrastructure is not precluded. Administrators and Accredi tors should consider the benefits and security implications before deciding where to host their MDM service. Whichever approach is taken, the hosting service must be accredited to handle the data in question.

## MDM Provisioning

129. To associate a device with a MDM server it must be enrolled. In order for this to happen securely all MDM communications , specifically including during enrolment, must be digitally signed so that the device can verify the profile using a certificate placed on the device during the i nitial provisioning stage with the Apple Configurator.  In the case of the Apple Server MDM this will be the Trust Profile.

130. MDM servers can also push control messages to a device. These messages can be remote commands (e.g. wipe), requests for audit infor mation, or can apply new configuration settings to the d evice or range of devices.

## Profiles

131. Profiles are configuration files controlling one or more settings  that can be pushed to devices via a MDM server. These can contain blank fields, enabling user-specific details (e.g. email credentials) to  be entered at installation time.

132. Profile settings implemented through the MDM service can complement or augment those set through the Apple Configurator, but not override them. If there is a contradiction in securi ty settings then the most secure option s take precedence.

133. Profile signing is important as profiles could be overwritten by alternatives identified by the same Unique Identifier (UID).  To protect against such attacks the MDM server must be configured to si gn all profiles when they are delivered.

134. Devices will recognise profiles which are sent via a MDM server, email or a web browser.  As users cannot be relied upon to distinguish emails containing

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005013



legitimate corporate profiles from malicious ones sent by a third-party they must be instructed to ignore all profiles unless they are sent through the MDM server. Email and web filtering should be used to block .mobileconfig and .mobileprovision file attachments.

135. Profiles added through the MDM server can be optionally locked against user removal, as with profiles added using the Apple Configurator. However, the profile containing the MDM enrolment information cannot be locked and therefore can be removed by the user. Such a removal will also remove any profiles added by that MDM server as well as any information linked to that. For example, if an email account is set up by a profile pushed through the MDM server and then the MDM profile is removed then all email data will also be removed.

136. If a user removes the Device Management profile from a device, it will lose any profiles added remotely through the MDM server and any data associated with that profile. Auditing the device will no longer be possible and the profile removal might not be detected. Users must be advised against removing the MDM profile, and administrators should carefully decide which security settings should be enforced through the Apple Configurator and which are trusted to the MDM server.

*Risk Warning: See Chapter 11 for details.*

## Self Service

137. Some MDM products may allow users to self-administer certain areas of their device configuration, or to remotely locate, lock, password-reset or wipe their device. As implementation of this functionality can vary across vendors of these products, the network architecture presented in this section does not account for variances in architecture required to support these functions.

138. If such functionality is enabled on the MDM service, users' access should be over a trusted network only, with access credentials at least as strong as for the device. Usage of these services should be monitored and audited regularly for security breaches.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005014

UNCLASSIFIED

**Apple iOS**

### Restrictions

139. There are a number of security restrictions which can only be set locally on the device in the Restrictions menu (See Appendix A for details). These restrictions must be locked from user interference by using a 4-digit PIN.

140. By enabling certain items in the Restrictions menu, administrators can prevent users from changing settings which are not otherwise controllable by the department. Administrators should be aware that the use of a PIN to control these options will also prevent the user from wiping their device by using the "Erase all content and settings" menu item, as this prompts for the Restrictions PIN and device passcode when used.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005015

UNCLASSIFIED



THIS PAGE IS INTENTI ONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005016



# Apple iOS

## Chapter 8 – Profile Settings

### Key Principles

Any functionality with no business benefit should be disabled

Administrators should consider using multiple profiles to standardise the provisioning process

### VPN Profile

141. The device requires a VPN profile covering addresses, algorithms and certificates. This profile should be set to operate with the VPN configured as detailed in Chapter 6.

142. CESG recommends that VPN profiles be applied using Apple Configurator rather than via the MDM server. The user is then unable to remove these settings without Administrator interaction.

143. The VPN on demand feature should be used to force all corporate communications through the VPN gateway. See Appendix A for the recommended VPN on demand settings that should be applied.

### Passcode

144. Passcode policy, rules and guidance must comply with the requirements set out in HMG IA Standard No. 7 (IS 7), Authentication of Internal Users of ICT Systems Handling Government Information (reference [n]) and employ a sensible passcode regime. Specifically, this must enforce the use of the device lock and dictate passcode complexity rules.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005017

UNCLASSIFIED



145. The following table sets out some of the possible passcode schemes an organisation could adopt, and the corresponding approximate time to brute-force all of the passcodes possible under that scheme.

| Character Set | Character Set Size | Passcode Length | Approx. time to exhaust |
|---|---|---|---|
| 0-9 | 10 | 4 | 15 minutes |
| | | 8 | 90 days |
| A-Z, a-z, 0-9 | 62 | 7 | 9,000 years |
| | | 8 | 500,000 years |
| | | 9 | 30,000,000 years |
| A-Z, a-z, 0-9, symbols | ~100 | 7 | 250,000 years |
| | | 8 | 25,000,000 years |
| | | 9 | 2,500,000,000 years |

146. The above table shows several passcode policy schemes. Note that the time to exhaust is only an indication of the time it would take to computationally try all passwords in this space using current technology. Future developments in hardware forensics may allow for the passcode being brute-forced offline, reducing these estimates significantly.

147. Using this table to inform passcode policy assumes that passcodes are randomly chosen within the space of all possible passcodes. As users would normally choose their own passcode, this reduction in passcode entropy needs to be considered.

148. As such, CESG strongly recommends that 9-character device passcodes are used and users are forced via a profile to include at least one number and symbol.

149. Despite these pattern policy rules, it is still possible for a user to select a weak passcode. This would have serious implications for the security of the system. The example user guidance document in Appendix C contains guidance on selection of passcodes. Administrators must ensure that users are aware of the importance of selecting a robust passcode.

## Applications

150. iOS devices have a core set of applications as standard. It is possible to install third-party applications through the App Store or an enterprise app catalogue.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          APL-GRACE_00005018

# Apple iOS

151. Profiles applied to a device can disable access to some built-in applications, such as the browser, the Camera app, and the App Store. This mechanism can therefore be used to prevent any third-party applications from being installed.

152. As there are inherent risks with the use of third-party applications, CESG advises that administrators disallow their use by disabling the App Store application. However, where there is a clear business benefit in using third-party applications, administrators must consider whether the risks highlighted in CESG Good Practice Guide No. 7 (GPG 7), Protection from Malicious Code (reference [o]) are acceptable and, if so, apply the mitigations listed.

153. All applications in the App Store have been subjected to a due-diligence assessment by Apple to ascertain that they are not overtly malicious.

154. Apple's assessment notwithstanding, third-party applications may still contain malicious code or may simply be badly designed and introduce unintended vulnerabilities. Clearly, the source and quality of the software and the number of applications installed are major factors in the degree of risk involved.

155. Departments may wish to consider the deployment of an enterprise app catalogue to allow in-house applications to be deployed to connected devices.

## Mail Settings

156. CESG strongly recommends that only the default email software is used for the sending and receiving of protectively-marked email content and moreover that only email accounts from the enterprise domain mail server should be configured in this application to minimise the risk of data leakage via a non-departmental mail account.

157. Profile settings must also be used to prevent the direct copying of email from a departmental email account to another account not within the department.

## Browser

158. As the use of the web browser increases the attack surface, departments choosing to permit the use of Safari should manage the risks as described in GPG 7 (reference [o]).

159. If a department chooses to disable access to the browser, they should be aware that this does not block access to web clips, and web pages embedded in third-party applications which facilitate the presentation of web pages. If a web clip is

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005019



used, it should be verified that this does not allow a user to access the wider Internet.

160. All browsing activity must use the APN and VPN to pass all data through the departmental network. The network should be configured to provide an equivalent degree of protection to the iOS devices as to any computer on that network. Malicious software and data should be detected and blocked as thoroughly as possible, along with unauthorised attempts to access internal services.

## Multimedia

161. Multimedia applications for music and video, as well as iTunes for media purchases, can be disabled through Apple Configurator profile as per departmental policy.

## GPS

162. Administrators should be aware that Location Services may send current location, previous locations, and any search terms to Apple owned servers. CESG have not assessed the security of these services.

163. Users' ability to use Location Services can be controlled using the Restrictions menu on the device.

## Camera

164. Departments should be aware that mobile devices with a built -in camera might contravene some site security policies. The device camera can be disabled through a profile if required. Any photographs taken using the camera on the device are only stored using Class D encryption, so their protection cannot be guaranteed to the same level as othe r data on device.

165. Facetime should also be disabled as the recommended architecture prevents it from working.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005020

UNCLASSIFIED



**Account Control**

166. User accounts with external services (e.g. email, iCloud, iTunes, social media) cannot be controlled through profile settings, but can be protected from change by a user by means of the Restrictions menu on the device. These options should be used to prevent users' devices registering with external services and transferring data.

*Risk Warning: See Chapter 11 for details*

167. Third-party applications may also synchronise data with external services. In general, third-party application policy cannot be set through MDM, so users must be careful not to allow sensitive data to be synchronised via third-party applications they are permitted to use by administrators.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005021

UNCLASSIFIED



THIS PAGE IS INTENTIONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005022



**Apple iOS**

# Chapter 9 – Procedural Controls

### Key Principle

CESG has identified a number of risks that cannot be fully mitigated by technical controls alone. This section suggests procedural controls to treat them

### Introduction

168. The iOS platform does not allow all identified risks to be mitigated by technical measures alone. Because of this, additional procedural controls need to be put in place. These procedural controls may apply to administrators, users, or both.

169. User guidance should be established and distributed to the user community to ensure adoption. Disciplinary procedures should be put in place to reinforce the importance of following these policies.

### Wi-Fi

170. All iOS devices support the use of Wi-Fi as a network bearer. However, due to the fact that the VPN cannot be fully hardened (as discussed in Chapter 4), and the APN routing would not apply over Wi-Fi, CESG advises that users are explicitly warned not to enable the Wi-Fi functionality on their devices.

171. There are currently no technical controls available on iOS for administrators to limit the ability of the user to enable Wi-Fi; hence its use must be procedurally controlled through User Security Procedures. Some MDM products may have the ability to monitor connections to Wi-Fi networks and alert if an unauthorised connection is made; such products may be used to monitor compliance if desired.

172. Should Wi-Fi be enabled by a user, iOS devices may no longer be subject to the protections provided by the departmental monitoring and filtering services. Attackers may be able to modify device settings by distributing mobile provisioning configuration files; intercept and/or modify Internet-bound traffic, or reach additional attack surfaces not present over 3G interface (including wireless synchronisation services).

173. Whilst out of scope of this document, some departments may wish to consider disabling the Wi-Fi hardware in iOS devices to technically disable the Wi-Fi functionality of the device.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005023



> 174. Except when explicitly approved by the department, users must not attempt to use Wi-Fi. As Wi-Fi access point creation cannot be explicitly disabled on devices, a user could attempt to connect to a third-party wireless hotspot.
>
> ***Risk Warning:*** *See Chapter 11 for details*

## Bluetooth

175. Bluetooth tethering to provide data connectivity can also expose a similar set of iOS internal services to Wi-Fi. The risks of allowing tethering should be considered by risk assessors before permitting it. Tethering can normally be controlled technically by the carrier enabling a specific account, but this should not be relied on as a security-enforcing function.

## SIM Card

176. As the SIM card is provisioned specifically to the APN as described in Chapter 6, swapping the SIM card out for one not provisioned to the APN will defeat the protections provided by the APN. Departments should be aware of this risk and should document this in user security procedures. Tamper labels could be used over SIM card slots if required.

## Dock Connector

177. The dock connector is required for charging the device, but must only be used with a dedicated charger. The iOS device should not be charged over USB from computers other than the dedicated provisioning terminal.

178. iOS devices should not be charged using any form of mass charging station such as found at airports, nor should they be charged by any non-trusted docks such as hotel alarm clocks.

179. Peripherals exist for iOS devices to allow the connection of removable media (e.g. SD cards). The handling by iOS of these peripherals has not been assessed by CESG and as such they should not be used.

## Profile Files

180. Additional profiles (i.e. .mobileconfig files) may be sent to devices at any time via the mail client or web browser and users are able to install these unless a MDM which supports disabling profile installation is used, or profiles are filtered by departmental monitoring and filtering systems. Users must not accept or install a profile they are not expecting, and users must ensure all expected profiles

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005024

## Apple iOS

received by a device are marked as verified and signed by the installation dialogue on the device.

181. Users must not accept or install any unsolicited profiles. Although a correctly configured device cannot have its department-provisioned settings overwritten or removed by a malicious payload, additional settings or email accounts could be added, e.g. allowing for data exfiltration from the device via a secondary email account.

182. Screenshots of an unsolicited untrusted profile being received on a device are provided in the example Security Procedures for Users document in Appendix C.

***Risk Warning****: See Chapter 11 for details*

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-GRACE_00005025



THIS PAGE IS INTENTION ALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              APL-GRACE_00005026

UNCLASSIFIED


**Apple iOS**

# Chapter 10 – System Management and Maintenance

### Key Principles

Organisations should establish a helpdesk facility to which loss or theft incidents can be reported, and ensure that users are aware of the importance of immediately reporting such incidents

Prior to reassignment, or on disposal, administrators should factory-reset the device via DFU mode restore as described in Chapter 4

Administrators should regularly check the Apple Security Updates website (reference [p]) and/or other sources of vulnerability reports, and ensure that any software updates addressing security issues are installed promptly

The VPN Gateway contains sensitive data such as the traffic encryption keys used by each device; compromise of the VPN Gateway would result in compromise of all traffic sent and received on the mobile devices and potentially provide access to the departmental core network. It is therefore important that procedures are established on how to handle any backups and configuration files of the VPN Gateway

Users should follow the supplementary guidance (see Appendix C)

### Asset Management for iOS Devices

183. While there are no formal cryptographic accounting requirements applicable to iOS, organisations are advised to accurately track the association between users, mobile devices and SIM cards.

184. The ability to remotely query managed devices for their iOS version via the MDM service may be useful for providing administrators with important information about patch installation status.

185. Similarly, querying for "jailbreak" status offers <u>some</u> insight into the integrity of iOS devices. However, responding to this query relies on the device to accurately attest to its own integrity, which yields an inherently untrustworthy response.

186. MDM products that report the set of software installed on each managed device may allow administrators to know when users violate procedural controls.

187. See Appendix B for details of what information can be audited.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        APL-GRACE_00005027

UNCLASSIFIED



### Responding to Mobile Device Loss, Theft, or Suspected Compromise

188. It is important that procedures are in place to respond as quickly as possible to incidents of mobile device loss, theft or suspected compromise.

189. If an iOS device is lost or stolen, device certificates should be revoked and (if available) a remote wipe command should be sent to disable the device as soon as possible. Therefore, the helpdesk operators should have easy access to certificate revocation facilities as well as any existing device management services.

190. To prevent fraudulent use, an administrator should issue the wipe command before notifying the carrier of a lost SIM. If the carrier is notified first, the wipe command may not reach the mobile device.

191. Ideally, the helpdesk facility should be available 24 hours a day, 365 days a year. It is recognised that this may not be possible but a quicker response will minimise the possibility of data loss.

192. Details of how to contact the helpdesk should be provided in each organisation's supplementary Users Security Procedures.

193. If for any reason a device is suspected of having been compromised and it is still in the possession of the user, the following steps should be taken:

    The administrator should revoke the device certificates

    Any corporate user credentials that may have been used on the device should be changed

    The administrator should restore the operating system via DFU-mode restore using the Apple Configurator

### Remote Lock/Wipe

194. MDM servers provide a function to remotely lock or wipe a device. System administrators can use this as an additional layer of security in the event that a device is lost or stolen.

195. When a device is lost, the lock or wipe command should be sent before the operator is requested to disable the account and SIM. If the account is disabled first, the device will likely not have a network connection over which to receive the wipe or lock command.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005028

# Apple iOS

### Helpdesk Authentication

196. It is very important that effective authentication measures be established to ensure that the user reporting a theft or loss is indeed the legitimate user. It is obviously undesirable for a malicious individual to be able to have a legitimate user's mobile device remotely disabled by simply making a phone call to the helpdesk.

### Disposal or Reassignment of iOS Devices

197. Organisations should follow steps outlined in HMG IA Standard No.5   (IS5) Secure Sanitisation (reference [q]).

### Maintenance of iOS Devices

198. In accordance with IS5 (reference [q]), devices should not be sent to external parties for maintenance or repair purposes and retired devices should be disposed of accordingly.

### Responding to Forgotten  Passcodes

199. If the MDM service is configured to allow it, a user's device unlock passcode can be remotely reset by an administrator. It is vital to use helpdesk authentication before a device is unlocked, and the user must immediately set a new device passcode.

### User Training and Education

200. Organisations should ensure that users receive appropriate training in the secure operation of iOS. If users are not sufficiently trained, the probability of security incidents will rise.

201. The procedural controls described in  Chapter 9 should be explained to users in their training. Organisations should produce User  Security Procedures to explain the security functionality of the mobile device and how to securely operate it. See Appendix C for examples of what the  User Security Procedures should include.

### Software Patching

202. Administrators should be aware that Apple and  third-party application authors periodically issue software updates. These may add extra functionality, or fix bugs and security vulnerabilities.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005029



203. It is imperative that organisations keep abreast of published vulnerabilities in the iOS products and react accordingly by applying patches or implementing controls as recommended by Apple. Patches for server components including any remote management servers should be applied promptly.

204. It is important for device administrators to maintain records of device pat ching status. Device administrators should apply updates using a dedicated update terminal described in Chapter 4 and record the patch status of each device.

205. Note that software updates may include additional features. Where possible, new features should be disabled via the corresponding settings unless they provide significant business benefit; in this case a local risk -management decision should be made.

206. CESG recommends administrators subscribe to the relevant news sources for the latest security updates; including the Apple Security Updates website (reference [p]) and Apple Security RSS feeds (reference  [r]).

## Physical Security

207. Administrators should be aware that anyone with physi cal access to the components could compromise their entire corresponding enterprise deployment of mobile devices and will likely have significant access to the corporate network.

208. This advice also applies to any system that has access to Provisioning and Update Terminals as well as any MDM servers. Network architectures should be designed to limit access to these systems to a dedicated Provisioning and Update Terminal only (see Chapter 6).

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005030

UNCLASSIFIED

**Apple iOS**

# Chapter 11 – Risk Treatment and Residual Risks

## Key Principles

CESG has identified a number of risks that it is necessary to address in an enterprise deployment of iOS. CESG has assessed the ability of iOS to treat these risks when deployed in a UK Public Sector department

CESG advises that all the technical and procedural controls are applied to treat the risks. CESG has identified where considerable residual risks remains after all recommended technical and procedural controls have been applied

Where there are residual risks that concern CESG or where there is significant reliance on procedural controls, this has been highlighted with an exclamation mark icon and outlined at the beginning of this Chapter

CESG has principally recommended technical controls to address as many of the risks as possible. These should be supported through the associated procedural controls. However, organisations are best placed to decide the appropriate approach to managing the risks presented in these Security Procedures

## Introduction

209. This Chapter sets out the residual risks for an enterprise deployment of iOS devices deployed in accordance with previous Chapters. CESG advises that all the technical and procedural controls described previously are applied to treat relevant risks.

210. If an organisational risk owner needs to deviate from CESG recommendations, rationale for each risk has been provided to allow organisational risk owners to make informed risk management decisions.

211. Technical controls that correlate to configuration settings have been compiled in a comprehensive list in Appendix A for quick reference.

212. CESG Good Practice Guide No. 10 (GPG 10), Remote Working (reference [s]) provides further guidance on the information risk management of remote working practices.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005031



### Risk Warning

213. All deployments of a complex technology, such as smartphones, also carry the same generic residual risks:

> Due to the complex nature of the software exposed to the carrier network, new vulnerabilities will be discovered which an attacker could exploit

> There is a reliance on vulnerabilities being disclosed and patched promptly by the vendor

214. The following points highlight key residual risks specific to an iOS deployment:

> The iOS platform lacks technical controls to mitigate several key risks, placing a strong reliance on procedural controls to manage the risks

> Data stored locally under Class D encryption (see Chapter 4) can be decrypted and accessed using commercial or freely available forensics tools, even with all storage encryption features enabled and configured correctly

> Users control the departmental VPN connection. If they choose to disable it or forget to enable it, the departmental defence-in-depth mitigations will be circumvented

> The Wi-Fi interface cannot be disabled administratively and can therefore be used to circumvent defence-in-depth mitigations

> When a device is out of a user's control there is the potential for the device to be exploited via USB using freely available tools accessible to novice attackers, resulting in a potentially compromised device and data loss

215. Where there are residual risks which concern CESG or significant reliance on procedural controls we have highlighted this with an exclamation mark icon.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005032



# Apple iOS

| R1. Interception of data in transit and man-in-the-middle attacks | |
|---|---|
| Rationale | If this risk is not treated, the Confidentiality and Integrity of data passed between the mobile device platform and the departmental network is not suitably protected. |
| Technical controls | Configure the departmental architecture as detailed in Chapter 6, configuring the device to use an APN and departmental VPN solution.<br><br>Residual risks<br>• The VPN does not remain permanently connected; this means there is a potential time frame when defence in depth protection is not provided<br>• The VPN can be disabled by the user at any time<br>• The APN can be bypassed by a SIM change or enabling Wi-Fi<br>• Any traffic to uncontrolled or unmanaged destinations (e.g., Internet browsing and Internet email) could still be intercepted |
| Procedural controls | Users are discouraged from using external web services that require sensitive data.<br><br>Users should ensure their device is connected to the departmental VPN before using any network service and ensure the connection is re-established if it becomes disconnected.<br><br>Residual risks<br>• iOS disregards VPN routing policy for certain network traffic, sending some network traffic outside of the VPN even when configured not to do so<br>• Sensitive data may accidentally or deliberately be sent in clear to external web services outside of departmental control |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005033



| R2. A physical attack to extract contents of storage | |
| --- | --- |
| Rationale | The attacker has long-term physical access to the device and wishes to extract sensitive information from it. This may be through any physical interfaces to the device, or through commercial-grade forensic capabilities. |
| Technical controls | Enforce the use of a strong device passcode through an appropriate MDM server-controlled lockdown.<br><br>Ensure devices are regularly patched to remove security vulnerabilities which forensic utilities may leverage to extract data from the device. |
| Procedural controls | Users should maintain control over the device at all times, treating the device as sensitive and using the same handling caveats as the information it contains.<br><br>Users must be instructed to set a strong device passcode.<br><br>Users must not attempt to jailbreak their devices as this disables several of the platform security features which provide the requisite data protections.<br><br>Residual risks<br>    Whilst technical controls can be used to limit some weak passcodes, users may still be able to choose a weak passcode which still fulfils the technical requirements<br>    Any compromise of a device (accidental or deliberate) could result in compromise of sensitive information |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Apple iOS**

| R3. Device passcode guessing | |
|---|---|
| Rationale | If this risk is not treated, an attacker may easily gain access to the device and subsequently to sensitive data. |
| Technical controls | Deploy configuration requiring a complex passcode in accordance with the guidance detailed in Appendix A.<br><br>Deploy configuration to automatically wipe the device after 5 failed passcode attempts.<br><br>Residual risks<br>    Users might expose passcodes inadvertently<br>    Commercial forensics software can leverage security vulnerabilities in the device to perform on-device passcode guessing and bypass the failed passcodes attempts counter |
| Procedural controls | Document strong passcode requirements in the user Security Procedures.<br><br>Residual risks<br>    None significant |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      APL-GRACE_00005035



| R4. Theft of device whilst in use/unlocked | |
|---|---|
| Rationale | If this risk is not treated, data that resides on, or is accessible to, a device that is in use and unlocked is vulnerable if the device is stolen. |
| Technical controls | Deploy configuration enabling automatic screen lock after no more than 5 minutes of inactivity.<br><br>Deploy configuration with an unlock grace period of no more than 5 minutes.<br><br>Remote wipe with a MDM service.<br><br>Ensure there is an ability to revoke device certificate.<br><br>Ensure there is an ability to disable user accounts on the VPN and internal services (including email) until new credentials can be established.<br><br>Residual risks<br>    A 10-minute timeframe exists for compromise of sensitive data through theft of a device left unattended<br>    Any delay or failure in sending remote wipe commands to the device could be sufficient for an attacker to extract sensitive data from the device<br>    An attacker could actively prevent the device from connecting back to the MDM server to stop remote wipe commands from being received |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APL-GRACE_00005036

UNCLASSIFIED



**Apple iOS**

| R4. Theft of device whilst in use/unlocked | |
|---|---|
| Procedural controls | Users should immediately report lost or stolen devices, as detailed in Chapter 10.<br><br>Wipe commands should be sent and sufficient time allowed for their receipt before SIM cards are deactivated by the carrier. This gives the wipe message a greater chance of reaching the device.<br><br>Users should be vigilant in locking devices when not in use.<br><br>Residual risks<br>    Cannot guarantee delivery of remote wipe of lost or stolen mobile devices<br>    An adversary can maintain access to the device, subverting screen lock, through continual use |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005037



| R5. Theft of credentials | |
|---|---|
| Rationale | An attacker who is able to steal credentials (device passcode and/or network connection credentials) will be able to access sensitive data. The product should be able to prevent access to sensitive data if it is known that the credentials have been compromised. |
| Technical controls | Access to departmental services requires both a password and certificate.<br><br>Administrators are able to revoke device certificate.<br><br>Remote wipe with a MDM service, Exchange, or Outlook Web Access.<br><br>Disable user account until new credentials can be established.<br><br>Mandatory maximum password age as specified in Appendix A.<br><br>Set device and user certificates to have a lifetime as specified in Chapter 6.<br><br>Residual risks<br>    The delay or failure in sending remote wipe commands to the device could be sufficient for an attacker to extract sensitive data from the device<br>    All the above technical controls need to be applied in a timely manner for them to be effective<br>    . |
| Procedural controls | Users should report any suspected credential compromise promptly and administrators should carry out appropriate revocation immediately, as described in Chapter 10.<br><br>Residual risks<br>    Cannot guarantee delivery of remote wipe to lost mobile devices.<br>    If credentials have been compromised any data held on the mobile device could still be compromised |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005038

UNCLASSIFIED



**Apple iOS**

| R6. Exploitation of weak cryptographic algorithm | |
|---|---|
| Rationale | Known weak cryptographic algorithms could fail to adequately protect sensitive data. |
| Technical controls | Data-in-transit:<br>VPN should be configured as described in Chapter 6.<br><br>Data-at-rest:<br>iOS devices use always-on storage encryption to protect mail stores<br>Untrusted third-party apps should not be installed on the device |
| Procedural controls | The department should ensure third-party applications correctly use the built-in data protection APIs if they are handling sensitive data.<br><br>Users should not modify the settings in the VPN configuration.<br><br>Residual risks<br>    Third-party applications, including security or sandbox applications may use their own cryptographic algorithms or implementations which have not been assessed by CESG |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005039



| **R7. Exploitation of software implementation error** | |
|---|---|
| Rationale | Any software vulnerabilities could be exploited by an attacker. |
| Technical controls | Installing patches and security updates will ensure that any discovered weaknesses in the product are fixed.<br><br>The vendor asserts that the operating system has defence-in-depth mitigations to reduce the impact of vulnerabilities.<br><br>Residual risks<br>Due to the complex nature of the software new vulnerabilities will be discovered which an attacker could exploit<br>Reliance on vulnerabilities being disclosed and patched promptly by the vendor<br>Older mobile devices may become unsupported and cease to benefit from security patches<br>Future large device updates may require devices be recalled to Administrators if over-the-air updating is not allowed<br>There is limited remote log management and viewing capability of operating system components, including the VPN<br>Most MDM software allows the software versions running on the iOS device to be audited |
| Procedural controls ⚠️ | Patching of devices should occur at the earliest opportunity as described in Chapter 10. Users should accept and install minor security updates when prompted by their device.<br><br>iOS devices that become unsupported should be replaced with newer models.<br><br>Residual risks<br>CESG has not performed any validation of the defence-in-depth mitigations provided by the operating system<br>There is limited remote log management and viewing capability of operating system components, including the VPN<br>Reliance on vulnerabilities being disclosed and patched promptly by the vendor |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    APL-GRACE_00005040

UNCLASSIFIED



## Apple iOS

| R8. Exploitation via physical interfaces | |
|---|---|
| Rationale | Physical interfaces (e.g., USB, removable media) on the mobile device can provide an attack vector for malicious code as well as an import mechanism for unapproved software. |
| Technical controls | Ensure appropriate enterprise controls are applied to all machines the mobile device connects to over USB.<br><br>Ensure devices are put into Supervised Mode to lower the risk of data loss via the USB interface.<br><br>iOS devices do not natively have removable media.<br><br>Residual risks<br>The local wired interface cannot be fully disabled administratively and can therefore still be used as a potential exploitation route |
| Procedural controls | Users should never connect their device to a computer, even for charging.<br><br>The use of adapters to facilitate removable media use should be prohibited.<br><br>Residual risks<br>When device is out of users control there is potential for interface to be exploited using freely available tools accessible to novice attackers |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005041



| R9. Exploitation via local wireless interface | |
|---|---|
| Rationale | Local wireless interfaces (e.g., Wi-Fi, Bluetooth) on the mobile device can provide an attack vector for malicious code as well as an import mechanism for unapproved software. |
| Technical controls | VPN should be configured as described in Chapter 6.<br><br>MDM products should be used where possible to audit device's wireless pairing history.<br><br>Residual risks<br>    Wireless cannot be disabled administratively and can therefore still be used as a potential exploitation route<br>    The device does not have any ability to configure white l isting of approved applications |
| Procedural controls | Users should not enable Wi-Fi.<br><br>Users should not enable Bluetooth.<br><br>Residual risks<br>    Users may enable wireless interfaces accidentally or deliberately.<br>    Prompts to enable these interfaces are seen regularly if there is no other connectivity available and a user could inadvertently enable Wi-Fi at those times |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005042

# Apple iOS

| R10. Exploitation via carrier network | |
|---|---|
| Rationale | Network interfaces on the mobile device connecting to untrusted networks can provide an attack vector for malicious code as well as an import mechanism for unapproved software.<br>Note: Wi-Fi is not considered here as this is covered in R9. Exploitation via local wireless interface. |
| Technical controls | Provisioning of an APN to limit access between the departmental enclave and the remainder of the carrier network.<br><br>When the VPN is enabled (as detailed in Chapter 6) users only browse through the Internet Browsing Gateway, thereby benefiting from departmental defence-in-depth mitigations.<br><br>The vendor asserts that the operating system has defence-in-depth mitigations to reduce the impact of vulnerabilities.<br><br>Residual risks<br>Due to the complex nature of the software exposed to the carrier network, new vulnerabilities will be discovered which an attacker could exploit<br>Users can manually download and install applications signed with an enterprise developer certificate through the browser<br>The VPN does not remain permanently connected; this means there is a potential timeframe when defence-in-depth protection is not provided<br>iOS disregards VPN routing policy for certain network traffic, sending some network traffic outside of the VPN even when configured not to do so |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005043

**UNCLASSIFIED**



| R10. Exploitation via carrier network | |
|---|---|
| Procedural controls  | Users should be discouraged from browsing websites for non -business use and not to visit links or open attachments in unsolicited emails.<br><br>Users should ensure their device is connected to the  departmental VPN before using any network service and ensure the connection is re -established if it becomes disconnected.<br><br>Users must not attempt to change the SIM card in their device.<br><br>Residual risks<br>      There is still potential for malicious code to be executed on the device from targeted and non -targeted network-based attacks |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221441 x30306 or email infoleg@gchq.gsi.gov.uk

**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005044

UNCLASSIFIED



**Apple iOS**

| R11. Reconfiguration of security -related settings of the device | |
|---|---|
| Rationale | If security-related settings on a device can be altered in an u nauthorised manner, the protection of data and functionality accessible via the device might be compromised. |
| Technical controls | Deploy configuration profiles via Apple Configurator with a complex passcode known only to device administrators.<br><br>Ensure the device is placed into Supervised Mode.<br><br>Departmental monitoring and filtering should remove .mobileconfig, .mobileprovision, .plist and .ipa files from any email and web browsing traffic to the device.<br><br>Residual risks<br>　　A number of security -related settings cannot be mandated via profiles |
| Procedural controls | Ensure users follow all proced ural guidance outlined in this Chapter and understand the risks if procedural controls are not followed.<br><br>Users must be instructed not to install unexpected profiles.<br>Users must be instructed to not remove the Remote Management (MDM) profile.<br><br>Residual risks<br>　　Reliance on procedural enforcement of security -related settings is prone to both intentional a nd unintentional abuse by users |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   APL-GRACE_00005045



| R12. Compromise of the departmental infrastructure | |
|---|---|
| Rationale | Providing remote mobile device access to internally hosted services increases the departmental infrastructure attack surface and exposes it to additional remote threat actors. |
| Technical controls | Follow the architectural guidance in Chapter 6, providing a defence-in-depth approach.<br><br>Prompt application of security patches to all departmental services (including network appliances and internal servers).<br><br>Standard network monitoring of the components outlined in Chapter 6.<br><br>Residual risks<br>     A threat actor can attempt to connect to the external interface, hence a vulnerability in any of the external network interfaces will expose the access layer to potential attack, but the presentation layer limits the impact to the core network<br>     Users who intentionally share the mobile device's data connection via USB or Wi-Fi may expose internal departmental infrastructure to devices of unknown provenance |
| Procedural controls | Ensure appropriate intrusion detection and response mechanisms are enforced (covered in CESG Good Practice Guide 13, GPG 13, Protective Monitoring for HMG ICT Systems (reference [t])).<br><br>Advise users to ensure Wi-Fi and USB tethering are disabled at all times and to connect devices only to departmental machines designated for provisioning or maintenance.<br><br>Residual risks<br>     Reliant on effective signatures and mechanisms to identify malicious or suspicious behaviour |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005046

UNCLASSIFIED

## Apple iOS

| R13. Compromise by malicious code | |
|---|---|
| Rationale | For higher threat environments, a targeted attack by an exploit attempting to run malicious code on an iOS device containing sensitive data is more likely. Technically capable attackers may be able to craft an exploit which results in the compromise of sensitive data. |
| Technical controls | iOS incorporates a robust implementation of code signing and sandboxing, limiting the impact of a compromise. <br><br> Corporate monitoring and filtering services detect and filter any known exploits. <br><br> Third-party applications are not used or limited to reduce the attack surface presented on the device. <br><br> MDM products <u>may</u> be able to attest to jailbreak status. <br><br> Residual risks <br>     Physical attack on the device to exploit local interfaces <br>     Low level technical attacks could exploit the air interfaces and compromise data <br>     Unfiltered malicious attachments could compromise higher level iOS components |
| Procedural controls | Users should not open unsolicited attachments. <br><br> Users should not browse to suspicious web sites. <br><br> Users should ensure devices are not physically connected to any untrusted systems. <br><br> Residual risks <br>     Targeted attacks by a technically capable adversary will not be filtered or detected by corporate monitoring systems |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005047



## Risk Warnings

216. The following sections expand upon the *Risk Warning* paragraphs highlighted in earlier sections.

## iCloud

217. Paragraph 166 highlights the limitation that user accounts with external services cannot be limited through a profile, and instead can only be controlled using Restrictions options on the device.

218. Allowing the creation of other accounts (webmail or social media) creates an interface that can easily be used to transfer sensitive user data to third-party services. If an iCloud account is enabled on a device, it will automatically backup user data including sensitive email, contacts, and photos to Apple's servers.

219. To treat this risk, it is therefore vital to use the Restrictions menu to prohibit the use of iCloud.

## Wi-Fi

220. Paragraph 174 explains that Wi-Fi must not be used unless explicitly approved by the department.

221. The use of Wi-Fi connectivity presents substantial risk to sensitive data as it allows a direct connection from the device to the Internet to be established, bypassing the protective infrastructure put in place by the department. Without firewalls, web traffic filtering or protective monitoring it is much easier for an attacker to find and attack device components and for these attacks to go undetected.

222. On public Wi-Fi networks, there is the additional risk that the Internet access itself cannot be trusted. It is possible for traffic to be re-routed to phishing sites, or perform Man-In-The-Middle attacks to decrypt data in transit.

223. Moreover, as using Wi-Fi connections bypasses departmental auditing systems, it allows users to perform any number of online activities without any monitoring or control from the department.

224. This significant issue can only be managed by procedural controls, and so should be carefully considered by risk assessors before deployment.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005048

UNCLASSIFIED

## Apple iOS

### Profiles

225. Paragraph 136 discusses the risks associated with profile files.

226. When used correctly, profiles allow a department to apply security restrictions or provision account settings to a device. A signing mechanism is in place allowing users to verify the authenticity of received profiles, but there are no technical measures to prevent unapproved profiles being applied to a device by a user if they receive a file from a third-party. Profiles from a malicious third-party can weaken the security of the device.

227. Users must be made aware of the risks of untrusted profiles, recognise the difference between trusted and untrusted sources and understand the importance of never installing third-party profiles. Advice must be provided in the supplementary guidance (Appendix C) on how official profiles will be distributed by the MDM server.

### Remote Management Policy

228. Paragraph 181 refers to the Remote Management profile, which contains the settings that allow a department to protect, control and audit a device remotely.

229. By design, this profile can always be removed by the user. Should a user do so, this will remove all departmental control profiles, accounts and data associated with that profile and therefore will allow the user to operate the device without any departmental restrictions. Any accounts or profiles which were not provisioned by the MDM service (e.g. via Configurator), will remain on the device and can only be removed if they were marked as removable at time of provisioning.

230. If a user were to remove the Remote Management profile from a device, the department would no longer be able to update settings, audit or send wipe commands to it. Depending on the MDM server used, it may be possible to detect that the profile has been removed and alert an administrator.

231. Users must be warned in the supplementary guidance against removing this profile, and administrators should monitor for attempts by users to re-enroll a device with the MDM server after removing a departmental profile.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005049



THIS PAGE IS INTENTI ONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          APL-GRACE_00005050



**Apple iOS**

# Appendix A – Profile Configuration Settings

## Introduction

232. This section details all security configuration settings supported by iOS devices. Where settings are omitted, they are viewed as cosmetic rather than controlling specific features, or are department specific. For example, the names of policies and owner text are not defined here, nor are specific server addresses.

233. Where necessary, an explanation of the risks presented by the setting is given to justify mandatory settings and support recommended ones.

234. Not all settings are available in all profile management software. Features are marked as available on MDM servers (M), on Apple Configurator (C) or in the Restrictions menu (R). Departments must ensure that any settings they need to set are set in at least one of these three possible places.

235. The Restrictions menu options can only be protected with a 4-digit PIN. CESG recommends that the 4-digit PIN be unique to each device, and it must not be provided to the user.

236. Because the different methods of setting policies have different removal characteristics, the recommended method of setting each individual policy is documented in **bold**. The rationale behind these recommendations is generally:

> MDM service is preferred for non-critical security settings to allow for future flexibility

> Settings where removal of that profile would also remove sensitive data (or access to sensitive data) can be set by a MDM server

> Settings where the removal of that setting make it easier for an adversary to attack or get access to the data are set by Configurator

> Settings where there are no MDM or Configurator altern atives are set via Restrictions

237. If a setting given is not available on the selected MDM, it should be applied using another available method.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-GRACE_00005051



| General Group Recommendations (apply these to all Configurator profiles) | | | |
|---|---|---|---|
| **Setting** | **Method** | **Value** | **CESG Advice** |
| Security | **C** | Never | Mandatory |

| Passcode Group Recommendations | | | |
|---|---|---|---|
| **Setting** | **Method** | **Value** | **CESG Advice** |
| Allow simple value | **CM** | No | Strongly Recommended |
| Require alphanumeric value | **CM** | Yes | Strongly Recommended |
| Minimum passcode length | **CM** | 9 | Strongly Recommended |
| Minimum number of complex characters | **CM** | 1 | Strongly Recommended |
| Maximum passcode age | **CM** | 90 (days) 30 (days) | Strongly Recommended Recommended |
| Auto-Lock | **CM** | 5 minutes | Strongly Recommended |
| Passcode history | **CM** | 8 12 | Strongly Recommended Recommended |
| Grace period for device lock | **CM** | 5 minutes None | Strongly Recommended Recommended |
| Maximum number of failed attempts | **CM** | 5 | Strongly Recommended |

| Restrictions Group Recommendations | | | |
|---|---|---|---|
| **Setting** | **Method** | **Value** | **CESG Advice** |
| **Functionality Tab** | | | |
| Allow use of camera | **CMR** | *Departmental Policy* | |
| Allow FaceTime | **CMR** | *Departmental Policy* | |
| Allow screen capture | **CM** | No | Strongly Recommended |
| Allow Photo Stream | **CM** | No | Strongly Recommended |
| Allow Shared Photo Streams | **CM** | No | Strongly Recommended |
| Allow Passbook notifications while locked | **CM** | No | Strongly Recommended |
| Allow iMessage | **C** | No | Strongly Recommended |
| Allow voice dialling | **CM** | *Departmental Policy* | |
| Allow Siri | **CMR** | No | Strongly Recommended |
| Allow Siri while device is locked | **CM** | No | Mandatory |
| Enable Siri Profanity Filter | **CMR** | *Departmental Policy* | |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          APL-GRACE_00005052



# Apple iOS

| Restrictions Group Recommendations | | | |
|---|---|---|---|
| **Setting** | **Method** | **Value** | **CESG Advice** |
| Allow Bookstore | **C** | *Departmental Policy* | |
| Allow Erotica | **C** | *Departmental Policy* | |
| Allow installing apps | C**M**R | No | Strongly Recommended |
| Allow removing apps | **C** | No | Strongly Recommended |
| Allow In-App purchase | C**M** | *Departmental Policy* | |
| Require iTunes password for all purchases | C**M** | *Departmental Policy* | |
| Allow iCloud document sync | C**M** | No | Mandatory |
| Allow iCloud backup | C**M** | No | Mandatory |
| Allow automatic sync while roaming | C**M** | *Departmental Policy* | |
| Force encrypted backups | C**M** | Yes[8] | Recommended |
| Allow users to accept untrusted TLS certificates | C**M** | No | Mandatory |
| Allow Configuration Profiles Installation | C**M** | No | Mandatory[9] |
| Send diagnostic and usage data to Apple | C**M** | No | Strongly Recommended |
| **Applications Tab** | | | |
| Allow use of YouTube | C**M**R | No | Recommended |
| Allow use of iTunes Store | C**M** | No | Strongly Recommended |
| Allow use of Game Center | **C** | No | Strongly Recommended |
| Allow adding Game Center friends | C**M**R | No | Strongly Recommended |
| Allow multiplayer gaming | C**M**R | No | Strongly Recommended |
| Allow use of Safari | C**M**R | *Departmental Policy* | |
| Enable autofill | C**M** | No | Recommended |
| Force fraud warning | C**M** | *Departmental Policy* | |
| Enable JavaScript | C**M** | *Departmental Policy* | |
| Block pop-ups | C**M** | *Departmental Policy* | |

---

[8] This policy will have no effect, except on the provisioning terminal, if iCloud is disabled and the device is configured to be in Supervised Mode, as strongly recommended by   this guidance.
[9] If this option is available in the MDM then it is mandatory. MDM servers will not be able to enrol devices if set by the Apple Configurator.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        APL-GRACE_00005053



| VPN Group Recommendations | | | |
|---|---|---|---|
| **Setting** | **Method** | **Value** | **CESG Advice** |
| Connection Type | **CM** | IPsec (Cisco) | Strongly Recommended [10] |
| Machine Authentication | **CM** | Certificate | Mandatory |
| Enable VPN On Demand | **CM** | Yes | Mandatory |
| *If Global Proxy is being use, t he VPN On Demand feature must be set to trigger for all domains by setting the On Demand Action to be "Always est ablish" for the address of the Global Proxy server.*<br><br>*If Global Proxy is not being used, this option must be set to trigger the VPN by setting the On Demand Action to be "Always establish" for the 36 wildcard hosts "a.", "b.", "c.", …, "z.", "0.", "1.", … , "9." (without quotes).* | | | |
| Proxy Setup | **CM** | Manual or Automatic | Mandatory |

| Exchange ActiveSync Group (or Email Group if using IMAP) Recommendations | | | |
|---|---|---|---|
| **Setting** | **Method** | **Value** | **CESG Advice** |
| Use SSL | **CM** | Yes | Mandatory |
| Do not allow user to move messages from this account | **CM** | Yes | Mandatory |
| Use Only in Mail | **CM** | Yes | Mandatory |
| Enable S/MIME | **CM** | *Departmental Policy* | |

| On-Device Restrictions Menu Recommendations [11] | | |
|---|---|---|
| **Setting** | **Value** | **CESG Advice** |
| **Privacy Section** | | |
| Location Services – Enable [12] | *Departmental Policy* | |
| Location Services – Allow Changes | *Departmental Policy* | |
| Contacts – Allow Changes | No | Strongly Recommended |
| Calendars – Allow Changes | No | Strongly Recommended |
| Reminders – Allow Changes | No | Strongly Recommended |
| Photos – Allow Changes | No | Strongly Recommended |

[10] The use of a VPN is *mandatory*. The use of an IPsec VPN specifically is *strongly recommended*.

[11] Only items that are not available in Configurator and MDM are listed here. Other settings can be controlled elsewhere.

[12] Both Location Services items must be set to *No* to ensure Location Services cannot be enabled by the user.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005054



**Apple iOS**

| Bluetooth Sharing – Allow Changes | No | Mandatory |
|---|---|---|
| Twitter – Allow Changes | No | Mandatory |
| Facebook – Allow Changes | No | Mandatory |
| **Allow Changes Section** | | |
| Accounts – Allow Changes | No | Mandatory |

| Other On-Device Settings | | |
|---|---|---|
| **Setting** | **Value** | **CESG Advice** |
| General → About → Advertising → Limit Ad Tracking | Yes | Recommended |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005055



THIS PAGE IS INTENTIONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005056

**Apple iOS**

# Appendix B – Auditing

## Introduction

238. This section details all device details that can be audited through a MDM server.

239. Audits should take place regularly to ensure that devices are complying with technical and procedural controls as far as can be detected and should also be used to ensure that devices are still associated with the departmental network.

## Device details

      Device type

      Model number

      Software version

      Software build number

      Device serial number

      UUID

      Wi-Fi MAC

      Bluetooth MAC

      Last check-in time

      Device capacity

      Available capacity

      Remaining battery life

      Certificates

      In device groups

      Installed applications

## Security

      Hardware encryption

      Force encrypted backup

      Passcode compliance

      Passcode present

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005057



### Restrictions

Manual fetch when roaming

Allow app installation

Allow camera

Allow explicit content

Maximum rating for media

Allow screenshot

Allow YouTube

Allow iTunes

Allow FaceTime

Allow auto-sync when roaming

Allow voice dialling

Allow in-app purchases

Allow multiplayer gaming

Allow Safari

Safari: allow autofill

Safari: force fraud warning

Safari: allow JavaScript

Safari: allow pop-ups

Safari: accept cookies

### Extended MDM auditing

240. In addition to details that can be audited through the generic MDM int erface provided, third-party MDM servers may utilise a client on the device to provide enhanced auditing.

241. A non-exhaustive list of the extra auditing features which can be expected from a third-party MDM service are listed below:

Jailbreak detection

VPN activity indicator

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005058



## Apple iOS

Usage statistics

Current GPS location

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information
legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



THIS PAGE IS INTENTIONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information
legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005060

**Apple iOS**

# Appendix C – Example User Guidance

242. Procedural security guidance should be provided for iOS users, some of which may be based upon the procedural controls and re sidual risks outlined in Chapter 7.

243. Supplementary user guidance should contain, as a minimum, the i tems listed below:

> Arrangements for training of users and processes for allocating mobile devices to users and provisioning mobile devices

> Procedures to be followed in the event of mobile device loss or theft, or forgotten passwords (See Chapter 10 for more details). This should include helpdesk contact details and opening hours and a description of any authentication measures. It may also discuss the process by which a new mobile device is acquired and provisioned

> Procedures to be followed in the event of unexplained malfunction of devices, or other security incidents (such as sus pected mobile device tampering)

> Any organisational policy related to the use of email, which needs to be restated in the context of iOS use

> An organisational remote working policy, outlining the security requirements and restrictions on users working remotely

> For the purposes of charging the device, users should only use external chargers and, for example, should never c harge via USB from any computer

> The architecture outlined in Chapter 6 enforces a VPN Gateway that prevents email push notifications to iOS devices. Therefore, users should ensure that local Exchange configuration is applied t o the devices to enable polling

244. An example set of Security Procedures for Users takes up the remainder of this Appendix.

## User Responsibilities

245. All users should follow these Security Procedures at all times while operating an iOS device. They should also comply with any supplementary guidance issued by their own department.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005061



246. Users must be aware that their device does not offer any security for voice telephony or SMS. Telephone conversations and text messaging must therefore be limited to UNCLASSIFIED.

247. All users must read, fully understand and accept the procedures and advice in this document before using their iOS device. This should be acknowledged in writing.

248. Users must understand that they are responsible for the physical security of their device, and that failure to follow these Security Procedures could lead to compromise of not only their own data, but also their departmental network.

249. The security strengths of the iOS device are closely linked to the strength of the user password. Users must read the password guidance and ensure that they do not select a weak password.

250. When using an approved iOS device, users must ensure that it is not possible for bystanders to view classified information on the display, or to observe the device password being entered.

## General Guidance

251. An iOS device configured as recommended by CESG and with the recommended enterprise settings, can only be used for the processing and storage of data up to RESTRICTED. Users should also consider whether the aggregation of numerous items of RESTRICTED information on their device may, when viewed as a whole, increase the business impact of that data being compromised. They should, therefore, delete RESTRICTED items from their device as soon as they are no longer required; see CESG Good Practice Guide No. 9 (GPG 9), Taking Account of the Aggregation of Information (reference [u]).

## Mobile Working

252. Users must recognise that the nature of using smartphones for remote working brings with it an increased level of information risk, and should follow the advice given to minimise this risk.

253. The iOS device is an attractive target to thieves. In addition to the obvious inconvenience of having a device stolen, there is also a risk of sensitive data being extracted. Users should therefore take all possible measures to avoid their device being stolen; it must never be left unattended.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005062

**Apple iOS**

254. The user must not allow anyone else to use t he device as there is a risk that they could modify device settings in order to render the device vulnerable to further attack.

255. It is easy for somebody in the vicinity of a user to view the device's display. Therefore, users must not view or work on classi fied data while in a public place where they may be overlooked .

256. It is particularly important that users exercise great care when entering their password in a public place and do not do so if there is any possibility of being overlooked. This is because th e keyboard's design does not lend itself to rapid typing and it is not difficult for a bystander to see the password by watching the user type it in.

### Passwords

257. It is important that a strong password is chosen, i.e. one that is difficult to guess. In the event of the device falling into the wrong hands, a weak password could make it easier for sensitive data on the device to be accessed and / or the departmental network to be compromised.

258. Unless advised otherwise , the password must meet the following req uirements:

It must be a mi nimum of 9 characters in length

It must contain a mixture of upper and lower case letters, numbers and special characters[13]

It should be as random as possible, and in particular must not contain recognisable words or any other s trings associated with the user

It must not contain more than two c onsecutive identical characters

259. The device should be configured such that it will reject any password that does not contain at least one upper case letter, one lower case letter, one number, and one special character. However, this check is not in itself sufficient to ensure that a password is strong enough ( e.g. the password "Passwrd1!" would pass the device verification, but is clearly not a good choice). Therefore, the onus is on the user to choose a strong password. Weak passwords reduce the overall security of the departmental network.

---

[13] where a special character is one of the following: , ' ? ! " - ( ) @ / : _ ; + & % * = < > £ €$¥ [ ] { } \ ~ ^ ¡ § ¿ # | ¤ ↵

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005063



260. The password should be changed after a maximum period of 90 days and must not match any of the previous 8 passwords nor use a password that is, or h as been, in use on another system. The device will prompt the user when a password change is due.

261. Whatever the reason, users must never disclose their device password to anyone (including helpdesk administrators), either in person, by phone, or by email / text messaging.

262. If the password is written down by the user it must be placed in an envelope and treated according to its sensitivity (i.e. kept in a secure cabinet). Under no circumstances should a written copy of the password be carried along with the device.

## Email and Calendar

263. Users should note that email and calendar functionality on devices are an extension of the departmental network. Use of the device is therefore governed by the same rules that apply to the network.

264. Users must not make any protectively-marked calendar appointments due to the way that calendar information is stored on the device.

265. On any email system, messages received from untrusted networks (e.g. the Internet) may have a spoofed source address and may, therefore, not have come from what purports to be the sender. Users should be aware that this is equally true when using Apple iOS devices.

266. Users must not attempt to use iCloud (or iTunes) sync functionality to backup email, contacts, calendar appointments or anything else online.

267. Users must not attempt to connect to any other email or social networking services via the built-in applications or settings menu on the device .

## Telephony

268. No restrictions are placed on the use of the devices' built -in telephony and SMS functionality by these Security Procedures. However, these messages must only be UNCLASSIFIED.

## Mobile Data

269. Unclassified Internet and Intranet browsing are possible on the device, as all data traffic is passed through the departmental network and corporate browsing policy is applied.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005064



# Apple iOS

## Applications

270. Users must never attempt to download or install applications on the device using email, the browser, Apple App Store or physical connections.  The use of any third-party applications on your device must be done in accordance with your local security policy and guidance.

## Overseas Use

271. In general, it is acceptable for users to carry and use iOS devices overseas, provided that their use has been accredited for such an environment in accordance with HMG IA Standard 1 & 2 (IS1 & 2), Informati on Risk Management (reference [v]). However, users must seek formal approval from their own department before doing so as there are a number of legal issues surrounding use overseas and carriage of cryptographic items which mus t first be considered. For information see, IS4 Supplement 8, Movement of Cryptographic Items (reference [w]).

272. If using an iOS device overseas users must take extra care to ensure that their use is not overlooked or overheard and must tak e all precautions to prevent the theft of their device.

## Other

273. Users must not alter the device settings; in particular users must not remove the provisioning profile for Mobile Device Management (MDM), as this is required by network administrators to mainta in security of the device.

274. The device must never be connected to a user's own personal computer or Portable Electronic Device (PE D), whether by Bluetooth, Wi -Fi or USB.

275. Users must not attempt to alter VPN settings or enable Wi -Fi as this could compromise the secure routing of enterprise -bound traffic.

276. The device should only ever be recharged with the provided USB power adapter and cable.

277. Access to camera, Global Positioning Systems (GPS) or other peripherals is strictly prohibited unless explicitly stated otherwise in the departmental supplementary Security Procedures.

278. Users must not attempt to run unsigned code (e.g. jailbreak) or otherwise circumvent security controls on the iOS device.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005065

UNCLASSIFIED



## Incident Response

279. This section discusses actions to be taken by device users in the event of certain incidents and emergencies. Some of this guidance is dependent upon the procedures established by individual departments and should therefore be read in conjunction with departmental guidance.

280. If an iOS device is believed to be lost or stolen, users must contact the departmental helpdesk so that the device can be remotely wiped.

281. If a user has any reason to believe that their password has been compromised, it must be changed immediately. This can be done on the device or by contacting the helpdesk and requesting a password reset.

282. If a user forgets the password to their device they should contact the helpdesk and have their identity confirmed according to local procedures prior to a password reset taking place, or alternatively the user can reset the device password themselves through Microsoft Outlook Web Access service.

283. If an iOS device stops functioning as normal, users should contact their departmental helpdesk for further advice. The device must not be given by the user to a third-party (e.g. commercial repairer) to rectify any issues.

284. If a device shows signs of having been tampered with, the user must stop using it immediately, switch it off and inform their departmental helpdesk.

285. Devices should never receive unexpected profiles over any interface. Profile updates sent through the trusted MDM will happen without user interaction. Profiles downloaded by the user but generated by a trusted authority will request user confirmation of the installation.

286. Untrusted profiles contained within a .mobileconfig file which have not been signed by a trusted authority can still be installed but will present warnings. Users must never install profiles which are unsigned / unverified, and if one is received by email, SMS or browsing the user must immediately inform their departmental helpdesk as their device may have been targeted for attack.

287. The following page shows images of what untrusted and trusted configuration messages look like.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005066



# Apple iOS



Unverified Profile from an
Untrusted Source



Warning when installing
an Unverified Profile



Verified Profile from a
Trusted Source



Message when installing a
trusted Profile

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005067



THIS PAGE IS INTENTI ONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Appendix D – Wi-Fi

## Supplementary Guidance for Wi-Fi

288. This Chapter presents best-practice advice for the use of Wi-Fi on iOS for departments who have a business requirement to use Wi-Fi and are prepared to accept and manage the higher level of associated risk.

289. This guidance has been produced following feedback suggesting that some departments may still wish to use Wi-Fi on iOS devices; this section is not a CESG endorsement of Wi-Fi, the discussions presented in earlier Chapters contain the rationale behind why CESG does not endorse the use of Wi-Fi at this time.

290. The previous Chapters have described the challenges associated with the use of Wi-Fi on iOS devices.

291. It is important to understand that this Chapter stands in isolation from the rest of the document. Earlier Chapters recommend Wi-Fi is procedurally disabled and are written assuming that this remains the case at all times. By not complying with this recommendation, key risks will arise that have not been considered in the various sections of this document.

292. CESG have not formally risk-assessed the use of Wi-Fi as part of any official process. Departments wishing to use the Wi-Fi functionality must perform due-diligence risk assessment work as part of their iOS procurement and deployment processes.

## Risks

293. This section discusses some of the key additional risks departments will inherit by using the Wi-Fi functionality of iOS devices.

> The lack of enforced enterprise routing (i.e. the APN) and sufficiently-enforced VPN, combined with the ease of setting up a spoofed Wi-Fi access point significantly lowers the bar for attack. An attacker who subsequently acquires a trusted SSL certificate would then be able to man-in-the-middle all enterprise and ActiveSync traffic

> More network services are exposed on the Wi-Fi interface than are exposed on the cellular data interface (including Bonjour, iTunes Wi-Fi sync, Airplay). This results in an increased and richer attack surface on the devices' networking stacks

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    APL-GRACE_00005069



The lack of an APN equivalent and device firewall on the Wi-Fi interface means services on that interface cannot be shielded from attackers

There is a significantly lower cost of entry attacking through Wi-Fi infrastructure compared with 3G infrastructure due to, amongst other factors, lower infrastructure costs as well as more widespread knowledge and skills

Authenticating to an untrusted Wi-Fi access point via a web portal (i.e. a captive portal) requires exposing the browser to a potentially hostile network without having enterprise controls in place, or requires the installation of a third-party application to automatically authenticate to the captive portal. Either case requires the parsing and execution of potentially untrusted third-party code on the device

A compromised device (e.g. Jailbroken) could use a Wi-Fi connection as a means to exfiltrate sensitive data without traversing enterprise infrastructure (as was previously guaranteed by the APN), thus evading protective monitoring

iOS devices will periodically rebroadcast SSIDs of previously associated Wi-Fi networks to speed up reconnection times. This information could be used to identify Government employees who have previously connected to departmental Wi-Fi networks. At the very least, it provides an easily accessible history of previously used access points for a given device, therefore providing potentially sensitive user information that could be of use to an attacker

### Best Practice Guidance

294. If a department chooses to use Wi-Fi, their implemented enterprise design should ideally:

> Mutually authenticate all connections

> Minimise the amount of traffic sent unencrypted

> Ensure the VPN is connected as soon as possible after connectivity is established

> Not require a captive portal for department-provisioned devices

> Protect the enterprise infrastructure from attacks coming from local Wi-Fi infrastructure

> Protect the enterprise infrastructure from attacks coming from the Internet

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        APL-GRACE_00005070



# Apple iOS

295. Much of the advice in this section is derived from that given in the CESG Architectural Pattern on Wireless Networking (reference [x]).

296. There are essentially two scenarios for managed iOS devices to use Wi-Fi access points; either the Wi-Fi access points are a part of the same enterprise infrastructure as the enterprise components the device is attempting to connect to, or the infrastructure is hosted by a third-party. The following advice presented around these two cases is largely derived from Scenarios 2 and 3 in reference [x].

297. It is important to understand that there are no technical controls in iOS to assist departments in controlling access to these two types of network. By following this guidance, departments must realise that they require their end-users to make sensible decisions around which Wi-Fi network(s) it is appropriate to connect to.

298. It is important to understand also that the nature of the access points users will connect to is indicative of the level of risk they are exposing departmental data to by connecting. The following table roughly presents increasing levels of risk exposure resulting from connections to various types of Wi-Fi infrastructure.

| Type of Wi-Fi Network | |
|---|---|
| Enterprise-owned and managed | |
| Trusted second-party owned network (e.g. contractor or supplier) | |
| Non-hostile wireless network (e.g. home Wi-Fi network, reputable private third-party company network) | Increasing level of risk |
| Potentially hostile wireless network (e.g. unprotected hotel or coffee-shop network) | |
| Potentially hostile wireless network with captive portal | |

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005071



## Network Architecture

*Scenario 1 – Enterprise Infrastructure*



**Figure 2 – Enterprise Wi-Fi architecture**

299. For full details on the recommended enterprise infrastructure, see reference [x]. The key components of this architecture are summarised here:

WPA2-Enterprise is used to secure the physical layer of the wireless LAN. Devices connecting are required to present a valid certificate to the Authentication Server in order for the infrastructure to permit the connection

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          APL-GRACE_00005072



# Apple iOS

A Wireless Access Server (e.g. RADIUS) is used to auth enticate the connecting devices

A firewall restricts all wireless t raffic to only the VPN endpoint

The VPN connection is appropriately configured as described in Chapter 6

Configuration of the security protocols are as described in Manual Y, Use of WPA2 unevaluated wireless technology in Government systems (reference [y])

300. In addition, VPN triggers (see Appendix A) must be set up to ensure that the VPN connects whenever the Wi-Fi connection is established. To configure this using Apple Configurator or a MDM server:

Create a Wi-Fi profile containing the necessary settings for the wireless network(s) the device will connect to

Configure the Wi-Fi profile's proxy server setting to be an internal proxy which is inside the enterprise infrastructure

Configure the VPN trigger (in the VPN profile) to contain the proxy server's address as a trigger for the VPN connection

301. By using a MDM server or Apple Configurator to set Wi -Fi policies in this way, devices can automatically connect to the trusted networks you configure. However, as wireless networks can only initially be identified by their SSID, iOS devices will attempt to connect to any network with the same SSID as your trusted Wi-Fi access point. Thus it remains important for departments hosting wireless infrastructure to frequently survey the surrounding area for rogue access points which may be attempting to spoof your internal n etwork.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005073



*Scenario 2 – Third-party Infrastructure*



**Figure 3 – Third-party Wi-Fi architecture**

302. As no control can be exerted over the nature of third -party infrastructure, iOS devices connecting to infrastructure must protect themsel ves from attack until a secure VPN connection to the enterprise can be established.

303. The most robust way of achieving this is to follow the guidance in Appendix A and configuring the VPN to trigger on all connection attempts by supplying the domain wildcard VPN triggers.

304. From iOS 6.0, the Global Proxy setting can be used to the same effect:

Configure the Global Proxy to be the address of an internal proxy server

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-GRACE_00005074

Case 5:17-cv-00551-LHK   Document 285-31   Filed 10/18/18   Page 103 of 118
UNCLASSIFIED

## Apple iOS

> Configure the VPN triggers to be the address of the internal proxy server
>
> In this way, all connections will attempt to be routed through the proxy server which will in turn trigger the VPN connection.

305. Note that both of these methods will prevent networks with captive portals from working, whether they use a webpage or an application to do the authent ication. To be able to use captive portals, the user will need to be given manual control of the VPN and triggers cannot be set. This must be avoided where possible.

### Other Considerations

306. As discussed earlier, departments should be aware that the iOS VPN co nnection is not guaranteed to be active before data is passed across it. As such, there is a risk that data may pass unprotected across untrusted networks, and moreover that this failure to bring up the VPN may be coercible by an attacker. As such, it becomes even more important to protectively monitor incoming connections for irregularity. One example would be to monitor the corporate network for incoming ActiveSync connections which aren't protected by the VPN. This would give some indication that a devic e has failed to correctly establish the VPN.

307. Departments should also be aware that it may be possible to bridge the internal corporate network to an external untrusted Wi -Fi network using the two physical networking interfaces of the device. For example, i f the iOS device establishes a VPN connection over the cellular interface to the enterprise whilst also maintaining connectivity to a local Wi -Fi connection, the device is acting as a bridge between those two networks. This risk is even greater in iOS 6.0 with the introduction of the Wi-Fi plus cellular feature .

Page 103

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-GRACE_00005075



THIS PAGE IS INTENTIONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information
legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005076

**Apple iOS**

# Appendix E –Third-Party Applications

## Introduction

308. This Chapter discusses the possible ways departments can technically deploy applications, the risks they inherently accept in doing so and some suggested risk-treatment activities that may reduce these risks.

## Risks

309. By default, third-party applications can access user data in a variety of storage locations. In iOS 6, some locations now require a user prompt before an application can access them. These locations are:

> Calendar
>
> Contacts
>
> Reminders
>
> Camera (and saved photos)
>
> Current location
>
> Bluetooth file shares
>
> Facebook Account Information
>
> Twitter Account Information

310. Third-party Applications can, without user prompting, additionally access:

> Device unique identifiers
>
> Hardware information
>
> Microphone
>
> Enterprise network infrastructure (if on VPN)
>
> Local Wi-Fi services (if on Wi-Fi)
>
> Network information (e.g. Carrier name, signal strength, network addresses)

311. Users are also free to 'give' data to applications, e.g. a user may choose to open an e-mail attachment using a third-party application. In this case, the application is given a copy of that attachment and could, for example, copy the contents to a cloud storage location, or may write the file to storage in a lesser-protected data protection class (See Chapter 4) than it was previously stored in with the e-mail client.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005077



312. iOS 6 also introduces the Sharing menu, where various parts of the operating system feature a share button. Text, photographs and files could easily be deliberately or accidentally shared with a third-party application via this mechanism.

313. The following non-exhaustive list briefly highlights some risks departments could be exposed to by the presence of a third-party application.

> One of the main objectives of an attacker looking to compromise a system is to have their code running on the system. Allowing an attacker-controlled third-party application to run on the device makes it easier for an attacker to achieve that first step

> A badly written application could increase the attack surface which an attacker can use to gain execution on the device

> A badly written application could inadvertently leak sensitive information (e.g. for usage stats) in a non-secure way which could be intercepted and used maliciously

> Apps may be able to evade enterprise protective monitoring in a way that a web-based application cannot (e.g. by opening direct network sockets to the Internet)

> An installed application may misuse Data Protection, thereby weakening the protections already in place around sensitive data stores such as e-mail attachments

> Similarly, an application with access to sensitive data may transmit that data in an insecure manner

> A third-party application may simulate Interprocess-communication through the use of URL handlers. This may allow the third-party application to sense which applications are installed on the platform and target one for further exploitation

> The presence of a third-party application may increase the likelihood of accidentally sending sensitive data outside the enterprise (e.g. by accidentally opening a sensitive e-mail attachment in a social media application)

## Strategies

314. There are essentially six strategies which an enterprise can adopt to help manage the risks from third-party applications on iOS devices:

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005078



## Apple iOS

| Deployment Strategy | |
|---|---|
| No third-party applications permitted | |
| Installation of **vetted** third-party or in-house applications is only permitted from an enterprise catalogue or pushed by a MDM solution, as supported by a trusted administrator. | |
| Third-party application installation is only permitted from an enterprise catalogue or pushed by an MDM solution, as approved by a trusted administrator. | Increasing level of risk |
| Arbitrary app-store application installation permitted, using white- or black-listing as supported by MDM. | |
| Arbitrary app-store application installation permitted, manually audited through MDM. | |
| Arbitrary app-store application installation permitted. | |

315. CESG recommends that departments adopt the strategy with the minimum level of risk that is viable for their particular deployment.

316. Installing applications using MDM Push requires using a MDM server which supports wireless application deployment.

317. Users are required to accept and confirm all over-the-air application deployments. Users can decline their installation. Using Configurator does not prompt for confirmation. For some types of application, the MDM may require to temporarily allow app installation on the device; this permission should only be transitory and be disabled after deployment of the application completes.

318. Application push methods which require the application to be downloaded from the App Store (VPP and App Store URL) will require the user to have an Apple ID account and to enter their password at the time of push. Paid apps purchased in this way will be charged to that account, unless already paid for using VPP.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005079



## Mitigations

319. Departments wishing to use a third-party application should perform due-diligence assessments of the application they wish to use and of the developer of that application.

320. Ensure all software installed on the device is from a trusted, reputable source, which practices code auditing and quality control. CESG is unable to provide any guidance with respect to specific third-party applications or developers but recommends that departments use the same approach for vetting applications as they do for other systems.

321. Set the Allow App Installation policy to No. This prevents users from downloading and installing arbitrary third-party software onto their device; CESG strongly recommends that third-party applications are centrally managed from the MDM.

322. Ensure iOS devices and server components are patched quickly in response to new vulnerabilities or when security updates are made available.

## Mitigations for Custom-Developed Applications

323. Departments that wish to have a custom iOS application developed by a third-party need to consider the risks involved. When the application is installed on iOS, it will be implicitly trusted by the device and given the permissions required. The organisation needs to understand the risk of an application abusing these permissions (i.e. abusing the application's access to sensitive data).

324. The application developer should be chosen carefully. There are several issues to consider (sample questions are not exhaustive):

### Developer Background
What background does the developer have in information and application security?
How much experience does the developer have in writing iOS applications?

Departments need to be confident that the developer has not only good track record in iOS application development, but also clearly defined processes for software development. Ultimately a department needs to be confident with the professional credentials of the developer.

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
**UNCLASSIFIED**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-GRACE_00005080

UNCLASSIFIED



# Apple iOS

**Developer Coding Practices**
What source code analysis tools are used to minimise security flaws?
Are there any good practice coding standards applied to all developers?
How much third-party code does the developer use?
Are defensive compiler technologies such as Position Independent Execution used?

Departments need to be confident that the developer is able to write secure code, as well as applying a consistently high standard of coding throughout their development team. Identify their coding standards and compare them to established standards, such as ISO90003 or CESG IA Developers' Notes No. 6, Coding Requirements and Guidance (reference [z]). The application must not significantly increase the attack surface of the overall iOS platform or associated enterprise infrastructure.

**Developer Audit Control**
What source code audit controls exist?
Is source code access limited to only those developers that are required?

Departments need to have confidence that whilst their application is being developed, that it is not being maliciously altered. Source code must have non-repudiated audit controls (i.e. all changes to source code must be attributed to the developer who made the change). Additionally source code access could be limited to only those that require access.

**Developer Security Environment**
What physical measures are in place to prevent source code access?
What software/hardware measures are in place to prevent source code access?

Departments need to have confidence that it is reasonably difficult for an adversary to gain access to and alter source code. Source code servers that have external network connections (i.e. Internet) should not be used unless it can be extensively proven that the integrity of the source code can be maintained.

**Developer Documentation**
How much code commenting is there?
How much design and code structure documentation is there?

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005081



Departments need to ensure that developers extensively comment code in case of a third-party review (see below) of the source code. Similarly, design and code structure documents should exist.

325. The purpose of an independent third-party review is to ensure that:

The application does not abuse the permission(s) granted to it (for example, Application Programming Interfaces (APIs) are called only when required)

There exists no (potentially malicious) additional functionality that was not specified by the department

The application is written with security in mind

The source code reviewed by the third-party matches the built version running on departmental devices

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005082

# Apple iOS

# References

[a]   CESG Security Procedures, Apple iOS 4.3, Issue 1.0, April 2011, (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[b]   CESG IA Notice 2012/07, Bring Your Own Device: The Risks from Personal Devices, May 2012, (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[c]   HMG IS 1 and 2 Supplement, Technical Risk Assessment and Risk Treatment, Issue 1.0, April 2012, (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[d]   Apple iOS Security
      May 2012
      http://images.apple.com/ipad/business/docs/iOS_Security_May12.pdf

[e]   Apple Configurator software
      Version 1.2
      http://itunes.apple.com/gb/app/apple-configurator/id434433123

[f]   CESG IA Notice 2012/10, Mobile Device Security Applications, July 2012, (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[g]   Apple App Developer Guide
      http://www.apple.com/business/accelerator/

[h]   CESG Architectural Pattern, Walled Garden for Remote Access, Issue 1.0, March 2011, (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[i]   HMG Security Policy Framework, Tiers 1-3 (Not Protectively Marked) are available at: http://www.cabinetoffice.gov.uk

[j]   CESG Good Practice Guide No. 12, Use of Virtualisation Products for Data Separation: Managing the Security Risks, Issue 2.0, July 2012 (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[k]   CESG Commercial Product Assurance Security Characteristic – IPsec VPN for Remote Working – Software Client
      Issue 1.2, August 2012, UNCLASSIFIED
      http://www.cesg.gov.uk/servicecatalogue/CPA/Pages/Security-Characteristics.aspx

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk
UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-GRACE_00005083



[l]   CESG Commercial Product Assurance Security Characteristic  – IPsec Security Gateway
Issue 1.2, August 2012, UNCLASSIFIED
http://www.cesg.gov.uk/servicecatalogue/CPA/Pages/Security -Characteristics.aspx

[m]   Apple: Deploying iPhone and iPad Mobile Device Management
http://images.apple.com/ipad/business/docs/iOS_MDM.pdf

[n]   HMG IA Standard No. 7, Authentication of Internal Users of ICT Systems Handling Government Information , Issue 1.0, October 2010, (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[o]   CESG Good Practice Guide No. 7, Protection from Malicious Code , Issue 1.1, October 2012, (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[p]   Apple Security Updates website,
http://support.apple.com/kb/HT1222

[q]   HMG Information Assurance Stan dard No. 5, Secure Sanitisation, Issue 4.0, April 2011 (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[r]   Apple Security-Announce RSS Feed
http://rss.lists.apple.com/security -announce.rss

[s]   CESG Good Practice Guide No. 10, Remote Working , Issue 2.2, September 2012, (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[t]   CESG Good Practice Guide No. 13, Protective Monitoring for HMG ICT Systems, Issue 1.7, October 2012 (UNCLASSIFIED). Available from the CESG IA Policy Portfolio

[u]   Good Practice Guide No. 9 , Taking Account of the Aggregation of Information , Issue 1.2, Ma rch 2009, (Not Protectively Marked). Available from the CESG IA Policy Portfolio

[v]   HMG Information Assurance Standard No.  1 & 2, Information Risk Management, Issue 4.0, April 2012 (UNCLASSIFIED). Available from the CESG IA Policy Portfolio.

[w]   HMG IS4 Supplement 8, Movement of Cryptographic Items , Issue 1.0, April 2011, (UK RESTRICTED). Available from the CESG IA Policy Portfolio

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-GRACE_00005084

# Apple iOS

[x]   CESG Architectural Pattern, Wireless Networking. (Under production, forthcoming)

[y]   CESG Infosec Manual Y, Use of WPA2 unevaluated wireless technology in Government systems, Issue 1.0, January 2007, (UK RESTRICTED). Available from the CESG IA Policy Portfolio

[z]   IA Developers' Notes No. 6 - Coding Requirements and Guidance, Issue 1.0, June 2009, (Not Protectively Marked) Available from the CESG IA Policy Portfolio

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   APL-GRACE_00005085



THIS PAGE IS INTENTIONALLY LEFT BLANK

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information
legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

UNCLASSIFIED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              APL-GRACE_00005086

◀INSERT THE PROTECTIVE MARKING ON COMPLETION▶



**Apple iOS**

# Customer Feedback

CESG Information Assurance Guidance and Standards welcomes feedback and encourage readers to inform CESG of their experiences, good or bad in this document. We would especially like to know about any inconsistencies and ambiguities. Please use this page to send your comments to:

Customer Support
CESG
A2b
Hubble Road
Cheltenham GL51 0EX
(for the attention of IA Policy Development Team)

Fax: (01242) 709193 (for UNCLASS IFIED FAXES ONLY)
Email: enquiries@cesg.gsi.gov.uk

For additional hard copies of this document and general queries please contact CESG enquiries at the address above

PLEASE PRINT

Your Name:

Department/Company Name and Address:

Phone number:
Email address:

Comments:

This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

◀INSERT THE PROTECTIVE MARKING ON COMPLETION▶

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005087



This information is exempt under the Freedom of Information Act 2000 (FOIA) and may be exempt under other UK information
legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email infoleg@gchq.gsi.gov.uk

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CESG Security Procedures are issued by the UK Technical Authority for Information Assurance with the aim of informing intended recipients of the general security  issues they should consider in their approach to information and communications technologies. They are not a replacement for tailored technical or legal advice on specific systems or issues. GCHQ/CESG and its advisors accept no liability whatsoever for any expense, liability, loss, claim or proceedings arising from reliance placed on this guidance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IA
CESG
A3e
Hubble Road
Cheltenham
Gloucestershire
GL51 0EX

Tel: +44 (0)1242 709141
Fax: +44 (0)1242 709193
Email: enquiries@cesg.gsi.gov.uk

© Crown Copyright 2012. Communications on CESG telecommunications systems may be monitored or recorded to secure the effective operation of the system and for other lawful purposes. This information is exempt under the Freedom of Info rmation Act 2000 and may be exempt under other UK Information legislation. Refer any FOIA queries to GCHQ on 01242 221491 x30306 or email Infoleg@gchq.gsi.gov.uk .

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00005090