Page 1

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5    CHRISTINA GRACE and KEN POTTER,
6    Individually and on Behalf of
7    All Others Similarly Situated,
8             Plaintiffs,
9    vs.                           No. 5:17-cv-00551-LHK-NC
10   APPLE INC.,
11            Defendant.
12   ------------------------------/
13
14
15       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
16
17            DEPOSITION OF GIGI CHOY WANG
18               PALO ALTO, CALIFORNIA
19              THURSDAY, JULY 19, 2018
20
21
22
23   Reported by:
24   JANIS JENNINGS, CSR, CCRR
25   Job No. 306598
```

CERTIFIED TRANSCRIPT

Page 22

1   A.   Officially the title was Security
2   Operations Engineer.
3       Q.   And what was your role in that position?
4       A.   I worked on the PKI services team.
5       Q.   By "PKI," is that public key
6   infrastructure?
7       A.   That's correct.
8       Q.   What does the PKI team do?
9       A.   They issue and manage digital certificates
10  for Apple.
11      Q.   Does the PKI team do anything other than
12  the issuance and management of digital certificates?
13          MR. PILMER:  I object it's vague as to
14  time.
15          THE WITNESS:  Sorry.  Ask the question --
16  please ask the question again.
17  BY MR. TEJTEL:
18      Q.   I'll ask perhaps an easier question.
19      A.   Okay.
20      Q.   Is it fair to say that the focus of the
21  PKI team is the issuance and management of digital
22  certificates?
23          MR. PILMER:  Same objection.
24          THE WITNESS:  As I mentioned, the team
25  manages and issues digital certificates.  There are

Page 31

1   Q.  Understood.
2       So is it accurate to say that the PKI
3   team was examining the expiration dates for all
4   of Apple's CA digital certificates?
5       MR. PILMER:  Object to the form.  Misstates
6   the testimony.
7       THE WITNESS:  I believe what I said is
8   that the PKI team -- the PKI team does have a
9   process to look at expirations of CA certificates.
10  BY MR. TEJTEL:
11      Q.  Does the PKI team ever exclude certain
12  CA certificates from the universe of CA certificates
13  for which it's looking at the expirations?
14      A.  Not that I can recall.
15      Q.  So the PKI team looks at the expirations
16  for all of Apple's CA certificates?
17      MR. PILMER:  Object to the form.
18      THE WITNESS:  So we -- the word "all"
19  always is -- if there are ones for whatever reason I
20  don't know about or -- I'm not sure how that could
21  even happen.  But for the ones that we know exist,
22  I believe we tried our best to -- to examine the
23  expiration date.
24  BY MR. TEJTEL:
25      Q.  Okay.  So just to tie things together.

Page 65

```
 1   BY MR. TEJTEL:
 2        Q.   You mentioned that in 2013 you and others
 3   took certain steps to identify that there was a
 4   certificate expiring in April of 2014 and to
 5   determine what we needed to do; is that right?
 6        A.   Yes.
 7        Q.   When taking those steps in 2013, were you
 8   aware at any point that one of the things that might
 9   happen on April 16th, 2014, was that there could be
10   a service outage of FaceTime?
11             MR. PILMER:  Object to the form.
12             THE WITNESS:  We can't predict what happens
13   in the future.
14   BY MR. TEJTEL:
15        Q.   Was there ever any concern in 2013 among
16   the people with whom you worked to determine the
17   impact of the certificate that was going to expire
18   on April 16th, 2014, that FaceTime service could be
19   impacted?
20             MR. PILMER:  Object to the form.  Calls
21   for speculation.  Lacks foundation about what other
22   people thought or were concerned about.
23             THE WITNESS:  So in my role as it relates
24   to certificate expirations, we would need to
25   identify what is the impact of the expiration and
```



1  what we would need to do.
2  BY MR. TEJTEL:
3      Q.  Do you recall trying to identify the impact
4  of the expiration of the certificate that ultimately
5  expired on April 16th, 2014?
6      A.  Yes.
7      Q.  Do you recall ever identifying that the
8  impact could at least potentially have been for
9  FaceTime to stop working for at least some Apple
10 customers beginning on April 16th, 2014?
11         MR. PILMER:  Object to the form.  It's
12 vague as to whether you mean her identifying the
13 impact or somebody else.  To the extent you're
14 asking about what somebody else might have done,
15 it lacks foundation and calls for speculation.
16         THE WITNESS:  So to be clear, my team
17 manages and issues certificates, but my team is not
18 using those certificates; like we don't operate the
19 service that uses those certificates.  So we issue
20 a certificate to a team which creates a service and
21 they can choose how to use that certificate.
22         So when there's a decision that needs to
23 be made about a certificate; like if it's about to
24 expire, what I would do in my role is I would go to
25 a team that we believe is using the certificate and

Page 125

1  Q.  And as best as you can remember, when you
2  say you would review "Periodically" --
3  A.  Uh-huh.
4  Q.  -- approximately how often was that?
5  A.  At least once a year, I would say.
6  Q.  What was the goal in monitoring potential
7  impending certificate expirations?
8  A.  From my team's perspective, we need to know
9  whether we need to take any action.  Like if the
10  certificate -- if a particular type of certificate
11  is still needed, then do we need to create a new --
12  a new version of that certificate when their
13  certificate expires.
14  Q.  Are there any advantages from the
15  perspective of the PKI team in knowing in advance
16  that a certificate is going to expire rather than
17  finding out after the fact that a certificate has
18  expired?
19  MR. PILMER:  Object to the form.
20  Incomplete hypothetical.
21  THE WITNESS:  I think you would -- I mean,
22  you would typically want to determine what actions
23  you can take before a certificate expires.
24  BY MR. TEJTEL:
25  Q.  Why?



Page 126

1    A.  So that you can take action.  Although
2  you could take action after as well, I guess.  So
3  it's -- I'm sorry, back to your original question.
4  You're asking if there was any advantage?
5    Q.  Yes.  Any advantage to identify an
6  impending certificate expiration as opposed to
7  trying to react after the fact.
8    A.  Then you can make any necessary changes
9  ahead of time.
10   Q.  Are the options for dealing with the
11 certificate expiration more expansive before the
12 expiration has happened as compared to after the
13 expiration has happened?
14         MR. PILMER:  Object to the form.
15 Incomplete hypothetical.
16         THE WITNESS:  "More expansive"?  What does
17 that mean?
18 BY MR. TEJTEL:
19   Q.  Are there more options to avoid potential
20 consequences from a certificate expiration when you
21 know ahead of time that the certificate is going
22 to expire as opposed to after the certificate has
23 expired?
24         MR. PILMER:  Object to the form.  It's an
25 incomplete hypothetical.



Page 138

1       AFTERNOON SESSION
2            *    *    *
3            THE VIDEOGRAPHER:  The time is 1:07 p.m.
4   We are back on the record.
5   BY MR. TEJTEL:
6        Q.  Welcome back.
7        A.  Hello.
8        Q.  Before we broke for lunch you mentioned
9   working on approximately 10 certificate expirations
10  in connection with your work on the PKI team;
11  correct?
12       A.  Yes, that was my estimate.
13       Q.  What was the goal of the PKI team's work on
14  those certificate expirations?
15       A.  To determine what my team needed to do.
16  Whether we would need -- whether the certificate
17  is still needed -- or that type of certificate was
18  still needed and whether we would have to create a
19  new one.
20       Q.  Why might a new certificate need to be
21  created?
22       A.  Because -- well, for whatever reason
23  the business team says that they're still using
24  that certificate to support their service, and you
25  need a new one when the existing one has expired or

Page 139

```
 1   if something needs to change from the existing.
 2         Q.   What happens if a certificate that's still
 3   in use expires?
 4         MR. PILMER:  Object to the form.
 5   Incomplete hypothetical.
 6         THE WITNESS:  It depends on how the -- how
 7   the service that uses that certificate uses it.
 8   BY MR. TEJTEL:
 9         Q.   Would it be accurate to say that one of
10   the potential consequences of the expiration of
11   a certificate that's in use is that there will be
12   service outages?
13         MR. PILMER:  Object to the form.
14   Incomplete hypothetical.
15         THE WITNESS:  It depends on how that
16   certificate is used.
17   BY MR. TEJTEL:
18         Q.   Understood.  But is one of the potential
19   impacts of a certificate expiration a service
20   outage?
21         MR. PILMER:  Objection.  Incomplete
22   hypothetical.  Asked and answered.
23         THE WITNESS:  I don't know.
24   BY MR. TEJTEL:
25         Q.   You don't know whether one of the potential
```

hglitigation.com 

Page 143

1  would be conveyed to the PKI team?
2         MR. PILMER:  Object to the form.
3  Incomplete hypothetical.
4         THE WITNESS:  So if they -- if they needed
5  a new certificate, yes, they would come to my team
6  and say they need a new certificate.
7  BY MR. TEJTEL:
8      Q.  Do you recall the PKI team when you were
9  working on that team ever having any idea why a new
10 certificate might have been needed?
11     A.  Because they're still continuing to use
12 that type of certificate.
13     Q.  Do you recall at any point during your
14 tenure at Apple the PKI team needing to create a
15 new certificate because the failure to do so might
16 result in a service outage?
17     A.  Okay.  So if a service was using a
18 certificate and they were -- and they were -- okay.
19 If a service is expecting a certificate to be used,
20 then -- and they continue -- and they expect that
21 going forward it will also continue to be used,
22 then, I mean, that's a case of when they -- why
23 they would need to renew.  They would need a new
24 certificate.
25     Q.  Yeah.  I'm asking about what the PKI team



Page 148

1  based on because the certificate is about to expire
2  and that means that we should be taking action on
3  it.
4  BY MR. TEJTEL:
5      Q.  Miss Choy Wang, I'm not asking about the
6  process.  I'm not asking about anything leading up
7  to the point where the PKI team becomes aware that
8  it needs to create a new certificate.  I'm asking
9  about:  Was there ever a time during your tenure
10 on the PKI team when the PKI team was aware that
11 it needed to create a new certificate because the
12 failure to do so could potentially result in a
13 service outage?  "Yes" or "no."
14          MR. PILMER:  Object to the form.  Asked and
15 answered.  Incomplete hypothetical.
16          THE WITNESS:  I can say that when we go
17 to the team to tell them a certificate is about to
18 expire, we -- I would ask them to consider whether
19 that certificate could cause a service outage.
20 BY MR. TEJTEL:
21     Q.  Do you recall ever being told that a
22 particular certificate could cause a service outage?
23     A.  The thing is that if you identify that --
24 if you identify how a -- the certificate is used
25 and look at the code to determine things that could



Page 149

```
 1   potentially cause issues, you can then fix them.  If
 2   you know -- if you know that a particular condition
 3   when met will lead to a condition that you don't
 4   want, then you can have the opportunity to go and
 5   fix them.
 6       Q.  Miss Choy --
 7       A.  Yes.
 8       Q.  -- I'm asking you factual questions about
 9   whether things ever happened.  My question is:
10   Do you recall ever being told that a particular
11   certificate could cause a service outage?  "Yes" or
12   "no."
13       A.  I want to answer accurately so I'm trying
14   to think about how to say it.
15       Q.  It's a factual question, "yes" or "no."
16           MR. PILMER:  She's trying to answer the
17   question.
18           THE WITNESS:  I guess my -- I guess it's
19   the...  I'm trying to get to the premise of the
20   question.
21   BY MR. TEJTEL:
22       Q.  What do you mean by "get to the premise of
23   the question"?
24           MR. PILMER:  Counsel, this is twice
25   now she's trying to answer the question and you're
```

Page 156

```
 1  that expiring certificate.
 2       Q.  During your time on the PKI team, can you
 3  recall a time when the determination was made to
 4  allow a service outage that was anticipated to
 5  happen due to the expiration of a certificate?
 6           MR. PILMER:  Object to the form.
 7  Incomplete hypothetical.  Assumes facts not in
 8  evidence.
 9           THE WITNESS:  Please repeat the question.
10  BY MR. TEJTEL:
11       Q.  During your time on the PKI team, can
12  you recall a time when the determination was made
13  to allow a service outage that was anticipated to
14  happen due to the expiration of a certificate?
15           MR. PILMER:  Same objections.
16           THE WITNESS:  No.
17  BY MR. TEJTEL:
18       Q.  So it was always the case during your time
19  on the PKI team that when a potential service outage
20  was identified, an attempt was made to prevent that
21  service outage from occurring?
22           MR. PILMER:  Object to the form.  Lacks
23  foundation.
24           THE WITNESS:  I would say that in --
25  from my experience, if we told the team that a
```



Page 157

1  certificate was expiring and they then investigated
2  how they used it and they determined that based on
3  their business needs there was something they needed
4  to change, then I believe they made the changes.
5  BY MR. TEJTEL:
6       Q.   Would it surprise you to know that a
7  business team had decided to allow a service outage
8  to occur by virtue of a certificate expiration?
9            MR. PILMER:  Object to the form.  Assumes
10 facts not in evidence.  Argumentative.
11           THE WITNESS:  I've not heard that.
12 BY MR. TEJTEL:
13      Q.   So that would be surprising to you?
14           MR. PILMER:  Same objections.
15           THE WITNESS:  I've not heard of anyone
16 doing that.
17 BY MR. TEJTEL:
18      Q.   So is it fair to say that would be unusual?
19           MR. PILMER:  Same objections.
20           THE WITNESS:  I can just say that in my
21 experience I have not heard it.
22 BY MR. TEJTEL:
23      Q.   Okay.  Is it fair to say that when the PKI
24 team was investigating certificate expirations, its
25 sole goal was just to notify the relevant business

Page 215

1    Q.  And was that being done to mitigate
2  potential service outages?
3          MR. PILMER:  Object to the form.
4          THE WITNESS:  I guess that's what's written
5  here:
6          "The desire is to identify what may
7           break when the iPhone Device Sub-CA
8           expires and determine if anything can
9           be done to mitigate potential service
10          outages."
11 BY MR. TEJTEL:
12   Q.  Why was it desirable to mitigate potential
13 service outages?
14   A.  Service outage doesn't sound like a good
15 thing, if that's not what you intended.  So it's
16 really just -- again, it just goes back to really
17 challenging the team to really think about what the
18 impact could be.  If it's not what they intend, then
19 something needs to be done.
20   Q.  In your experience, were service outages
21 generally something that folks at Apple attempted to
22 avoid?
23   A.  Yes.  If a service is expected to be up
24 and running, then you want that service to be up
25 and running as much as possible.

hglitigation.com 

Page 265

1     Q.  Is it your understanding that "iPhone
2  Device CA" as used there is a reference to what we
3  have been discussing as the iPhone Device Sub-CA?
4     A.  Yes.
5     Q.  Okay.  So is this email discussing renewal
6  of the iPhone Device Sub-CA?
7     A.  It appears to be talking about renewal.
8     Q.  So was renewal of the iPhone Device Sub-CA
9  one of the potential fixes that was being considered
10 in response to the impending expiration of the
11 iPhone Device Sub-CA?
12         MR. PILMER:  Objection.  Lacks foundation.
13         THE WITNESS:  I wouldn't call it a "fix."
14 But, as I mentioned before, when a certificate
15 expires, then you take action to determine whether
16 you still need to use that type of certificate and
17 create a new one.  That's just standard practice.
18 BY MR. TEJTEL:
19     Q.  I'm not trying to mince words, but would
20 you refer to the renewal as a solution to the
21 impending expiration of the iPhone Device Sub-CA?
22         MR. PILMER:  Same objections.
23         THE WITNESS:  Solution to what?
24 BY MR. TEJTEL:
25     Q.  Well, let me ask it this way:  Why were

Page 288

1  THE WITNESS: Please repeat the question.
2  BY MR. TEJTEL:
3      Q. Sure. Can you think of any time when Apple
4  allowed a certificate to expire despite knowing that
5  the expiration would cause an application to cease
6  to function on customer devices?
7      MR. PILMER: Same objection.
8      THE WITNESS: I can say that I don't recall
9  when we've had a Sub-CA certificate expiration and
10 we didn't take action on it.
11 BY MR. TEJTEL:
12     Q. What would be the purpose of taking the
13 action on a Sub-CA certificate expiration?
14     MR. PILMER: Object to the form.
15 Incomplete hypothetical.
16     THE WITNESS: So that we could -- my team
17 would create a new one if necessary.
18 BY MR. TEJTEL:
19     Q. But when you say "take action," what is
20 the goal sought to be accomplished by taking such
21 action?
22     A. To create a new certificate.
23     Q. For what purpose?
24     MR. PILMER: Objection. Incomplete
25 hypothetical.

