**Subject:** Re: Expiring iPhone Device Sub-CA
**From:** "Dallas De Atley" <deatley@apple.com>
**Received(Date):** Fri, 22 Feb 2013 20:32:20 +0000
**To:** "Matthew Murphy" <matthew.murphy@apple.com>
**Cc:** "John Noll" <noll@apple.com>, "Gigi Choy" <gigi@apple.com>,"Scott Boyd" <scott_boyd@apple.com>, "Curt Spann" <cspann@apple.com>,"Paul Chinn" <pchinn@apple.com>, "Andrew Whalley" <arw@apple.com>
**Date:** Fri, 22 Feb 2013 20:32:20 +0000

We use that CA to issue the device identities at activation time, I believe. We should double check on the trust policies that enforce how those identities are used.

We should make sure that we have a transition plan implemented for Innsbruck: <rdar://problem/13275668> Ensure that Innsbruck can survive the expiration of the iPhone Device Sub CA on April 16th, 2014

Dallas

On Feb 22, 2013, at 11:09 AM, Matthew Murphy <matthew.murphy@apple.com> wrote:

> Hi Dallas,
>
> I met with the PKI Services team this morning. There was some question about the "iPhone Device Sub-CA", which expires in just over a year (on April 16, 2014).
>
> We're unsure what the impact of this expiration might be, and want to ascertain whether there might be any breakage.
>
> Do you know what the uses of this hierarchy are, or where I could find out more about the potential risks?
>
> Thanks,
> Matt
>
> Sent from my iPhone

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                APL-GRACE_00005801