|  |  |
|---:|:---|
| **Subject:** | Re: certificate usage in iOS/OS X |
| **From:** | "Jacques Vidrine" <nectar@apple.com> |
| **Received(Date):** | Tue, 15 Oct 2013 16:28:58 +0000 |
| **To:** | "Erik Neuenschwander" <erikn@apple.com> |
| **Cc:** | "Dallas De Atley" <deatley@apple.com> |
| **Date:** | Tue, 15 Oct 2013 16:28:58 +0000 |

Hi Erik,

I'm specifically looking at the iPhone Device CA and lockdown & FaceTime's usage of it. So far I've not found any other device-side clients.

You are on the money about 15212491: That is separate from the FaceTime issues, which are dealing with a COPY of the device certificate, some of which are reaching their expiration date.

Where I think we could use some additional help is in compiling a list of all our CAs, their expiration dates, and their signing policies (especially with regards to leaf certificate expiration dates). That can happen in parallel with any planned software updates.

Cheers,
--
Jacques

On Oct 14, 2013, at 3:47 PM, Erik Neuenschwander <erikn@apple.com> wrote:

> Hi Jacques, and adding Dallas since you're sick,
>
> Unsurprisingly, there was a lot of conversation in Kim's morning meetings about Taos and cert expiry.  She mentioned your team is auditing what parts of the two platforms rely on what aspects of certificates, and she asked me to find out more about that and let her know.  Is there anything you've sent out so far?
>
> My understanding, please correct me if I'm wrong, is this is about the <rdar://problem/15212491> "Hard-coded device sub-CA certificate expires April 2014, impacting at least activation", totally separate from the "device identity expired" issues we dealt with over the weekend.  And the goal is to see if there's just one issue/case we still have to fix, or if there are multiple time bombs in iOS or OS X.
>
> I'm happy to have Scott's team help out as well, if/when there are concrete things to investigate.  And, jumping ahead several steps, I wonder if there now needs to be a Sochi and/or Okrah TLF to "improve certificate hygiene" as presumably we want all the clients in both platforms to only be doing the Right Thing with respect to cert validation.
>
> Thoughts?  And thanks for the update.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                               APL-GRACE_00008120

>
> TTFN
> -N
>

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APL-GRACE_00008121