## Discuss <rdar://problem/14838041> FaceTime calls fail with Connection Lost - production N90 + iOS 6.1.3 &lsaquo;calendar&rsaquo;

---

### Discuss <rdar://problem/14838041> FaceTime calls fail with Connection Lost - production N90 + iOS 6.1.3

| | | |
|---:|---|---|
| **organizer:** | Katherine Kojima <kkojima@apple.com> | |
| **location:** | {M} Chicago (10) {RESTRICTED} IL1 2nd | |
| **from:** | Fri, 11 Oct 2013 13:00:00 -0700 | |
| **to:** | Fri, 11 Oct 2013 14:00:00 -0700 | |
| **attendees:** | Brian Dawbin <dawbin@apple.com> | accepted |
| | Paul Chinn <pchinn@apple.com> | accepted |
| | Hyeonkuk Jeong <solo@apple.com> | tentative |
| | Cyrus Irani <cirani@apple.com> | declined |
| | Fabrice Gautier <fgautier@apple.com> | accepted |
| | Katherine Kojima <kkojima@apple.com> | accepted |
| | Josh Williams <jowilliams@apple.com> | declined |
| | Jacques Vidrine <nectar@apple.com> | accepted |
| | Justin Wood <woody@apple.com> | accepted |
| **uid:** | 6EDC73CF-B807-456B-900A-C59DE5384A28 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        APL-GRACE_00025227