MOLESKINE®
www.moleskine.com

APL-GRACE_00044254

In case of loss, please return to:

Dallas  De  Atley

**Confidential**

As a reward: $  100

2013.08.13 ⸺ 2014.04.18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Stockholm
- people to add to review
o round ET status w/ Katherine
o attended 2nd party app update's meeting
  store clouds, Maps
  automatic, but not instant

2013.10.10
o went to the Reno data center
o spoke w/ Katherine about resolability
o spoke w/ Melinia about Thy
o handed off keys to ARW
o spoke w/ Melinie about Herald
o spoke w/ Kevin Obrien about China

2013.10.11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



2013-10-16

- plateau solid
- talked w/ Hodong
- talked w/ Peter
- talked w/ Katherine about MI trip
- talked w/ Ryan
- attend N2? pixels discussion
    ecosystem composition
    AWPL wireless software restore
- talked w/ Adam, Joel about N2?
- talked w/ Murf about iAP concepts needs
- talked w/ mitch about iCK vs IDS
- attended SUR briefing meeting

28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00044260



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00044261



2011-10-22
o  met w/ Heather
o  attended ARU's fecture review

82

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00044263



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00044264



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00044265



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00044266



2014.4.16

2014-4-17

▷ iPhone Device CA expired, hilarity ensues

237

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00044267

2014.4.18

o 1:1 ARW continued
  Shaw, travel
  NIST liaison role (erik n.)
  three letter engagement          ← Bud
  Samsung

[□ Setup 1:1 with Bud]
  - FIPS
    ticing off
    P.O. + Mueller w.r.t. when?
  - Thotworld, safe
  - Business Conduct Training: done!
  - Hiring, org chart

  - org. chart
    behind
o Talked with Roger + Ridexma about iPhone Device CA expiring
o 1:1 JV
  Kent signing, Have been, Hiring, Chen, Wdc, Olle
o 1:1 Justin
  bom vs ls
  plysh txt, not quite ready for prime tns
  john gyde + crypto had serial ports
  DATS'l negotiation
o 1:1 Terec
  Phys r t             Bob Brksy
  Keychan  syst       Reg + Singh
  Coe TLS              Mike
  Tosky
  3k paty keyboards
  shared web credentials
  w/ vonas delay
  code coverage
  xnu, UIKit
  manual coverage
  Intel's pin tool
  dtrace
  OpenSSL sign off

258



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00044269