|  |  |
|---:|:---|
| Subject: | Re: [Status] Device CA Expiry - 11/4/13 |
| From: | Lionel Gentil <lgentil@apple.com> |
| Received(Date): | Wed, 16 Apr 2014 18:51:27 -0700 |
| Cc: | Jacques Vidrine <nectar@apple.com>, Louis Chabardes <lac@apple.com>,Amol Pattekar <pattekar@apple.com>, Gokul Thirumalai <gthirumalai@apple.com>,"Andrew R. Whalley" <arw@apple.com>, Erik Neuenschwander <erikn@apple.com>,Alex Nedich <anedich@apple.com>, george <george_lin@apple.com>,Dave Rahardja <rahardja@apple.com>, Sam Summerlin <sam@apple.com>,Sabita Bavadekar <bavadekar@apple.com>, Aadil Maan <aadil_maan@apple.com>,Katherine Kojima <kkojima@apple.com>, Bodhi Gerfen <bodhi@apple.com>,Peter Rosenblum <rosenblum@apple.com>, Tim Altman <taltman@apple.com>,Justin Wood <woody@apple.com>, Dallas De Atley <deatley@apple.com>,Victor Alexander <valexander@apple.com>, Matt Hoppa <mhoppa@apple.com>,Cyrus Irani <cirani@apple.com>, Darin Adler <darin@apple.com>,Michael Jurewitz <jury@apple.com>, Paul Chinn <pchinn@apple.com>,Ravi Pherwani <rpherwani@apple.com> |
| To: | Henry Choi <hchoi@apple.com> |
| Attachment: | PastedGraphic-2.png |
| Attachment: | ka-boom.jpeg |
| Date: | Wed, 16 Apr 2014 18:51:27 -0700 |

Yes all users with 6.0 and older can't make FaceTime any longer…

Here is the drop on the Relay we are using:

.

It started exactly at 4pm which is midnight GMT.

So our users on Sundance and before are basically screwed ? (for lack of a better word) and they represented ~30% of our relay traffic.

Lionel

--

   Lionel Gentil

iTunes Site Reliability Engineering

On Apr 16, 2014, at 6:11 PM,4/16/14, Henry Choi <hchoi@apple.com> wrote:

+ Louis Chabardes <lac@apple.com>, Lionel Gentil <lgentil@apple.com>, Amol Pattekar <pattekar@apple.com>, Gokul Thirumalai <gthirumalai@apple.com>

Thanks for the updates, Jacques, Andrew!

hc

On Apr 16, 2014, at 5:54 PM, Jacques Vidrine <nectar@apple.com> wrote:

We moved beyond the validity period almost two hours ago …

On 2014-04-16, at 17:39, Andrew R. Whalley <arw@apple.com> wrote:

Well, today's the day!
Adding Henry Choi, who's seeming some failures server side.  Henry, have you got any details?

Andrew

On Apr 9, 2014, at 7:24, Erik Neuenschwander <erikn@apple.com> wrote:

Thanks. ███████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████
█████████████████████████████████

████████████████████████████████████████
██ Anyone disagree?

I have a good 50+ e-mails on this, which has probably been spam to several of you from the original Fall effort, but represents a lot of work and attention.  Thanks to everyone who helped predict the non-apocalypse!

TTFN
 -N

On Apr 8, 2014, at 5:54 PM, Alex Nedich <anedich@apple.com> wrote:
Here are Ravi's results, overall we did not see any issues.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-GRACE_00099489

Testing details below:

[redacted]

On Apr 8, 2014, at 3:23 PM, george <george_lin@apple.com> wrote:

[redacted]

On Apr 8, 2014, at 3:21 PM, Dave Rahardja <rahardja@apple.com> wrote:

[redacted]

Credit: Ravi for bringing this up.

On Apr 7, 2014, at 4:35 PM, Alex Nedich <anedich@apple.com> wrote:

Yes, let's set up a conference call and go over what's needed.

Ping us when you're ready.

-Alex

Sent from my iPhone

On Apr 7, 2014, at 4:11 PM, "Sam Summerlin" <sam@apple.com> wrote:

Hi Erik-

[redacted] but I'm waiting for confirmation from someone who's also out of the office today.

Alex and Sabita, I will need to put you and/or Pet in touch with one or more of our support

engineers who manage these systems. Should we follow up off line?

- Sam

On Apr 7, 2014, at 5:11 PM, Erik Neuenschwander <erikn@apple.com> wrote:

+ Sabita and Alex, since Pete's out.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

TTFN
 -N

On Apr 7, 2014, at 9:33 AM, Katherine Kojima <kkojima@apple.com> wrote:
 On Apr 5, 2014, at 2:05 PM, Sam Summerlin <sam@apple.com> wrote:

 Hi Pete-
 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 - Sam

 On Apr 4, 2014, at 10:14 PM, Peter Rosenblum <rosenblum@apple.com> wrote:

 + Sam

 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 Thanks,
 Pete

 On Apr 2, 2014, at 4:41 PM, Jacques Vidrine <nectar@apple.com> wrote:

 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 ▮▮▮▮▮▮

 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 Finally, let me just voice my concern here. Maybe someone can talk me off the ledge by convincing me this is not as big a deal as I think.

 It seems like the worst case scenario is that 15 days from now, hordes of employees of

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                       APL-GRACE_00099491

some medium to large companies will show up for their first day of work, and not be able to enroll their shiny new iPhone. Their IT department will waste a day or two trying to figure out what is wrong, call their MDM vendor, who will have no real workaround.

Cheers,
--
Jacques

On 2014-04-02, at 12:28, Erik Neuenschwander <erikn@apple.com> wrote:

TTFN
 -N

On Apr 2, 2014, at 11:34 AM, Jacques Vidrine <nectar@apple.com> wrote:

On 2014-04-02, at 10:40, Dave Rahardja <rahardja@apple.com> wrote:
> Still trying to
> understand…

Hope I can help :-)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　APL-GRACE_00099492

[redacted]

[redacted]

Is this correct?

Cheers,
--
Jacques

═══════════════

**Katherine Kojima**

*iOS Program, Embedded Core OS*

*kkojima@apple.com*

═══════════════

**Dave Rahardja**

rahardja@apple.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-GRACE_00099493