

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00000994