**Subject:** Fwd: FaceTime bug
**From:** "Kurt Knight" <kknight@apple.com>
**Received(Date):** Thu, 17 Apr 2014 01:52:06 +0000
**To:** "Deidre Caldbeck" <deidre@apple.com>
**Date:** Thu, 17 Apr 2014 01:52:06 +0000

fyi

Begin forwarded message:

**From:** Greg Joswiak <joz@apple.com>

**Subject: Re: FaceTime bug**

**Date:** April 16, 2014 at 6:32:13 PM PDT

**To:** Trudy Muller <tmuller@apple.com>

**Cc:** Kurt Knight <kknight@apple.com>, Teresa Brewer <tbrewer@apple.com>

Fixing without a statement is great if we can get away with it.

Thanks,

Joz

On Apr 16, 2014, at 6:31 PM, Trudy Muller <tmuller@apple.com> wrote:

> Is it this one? We fixed without a statement.
>
> Begin forwarded message:
>
> **From:** Kurt Knight <kknight@apple.com>
> **Date:** October 14, 2013 at 8:25:57 AM PDT
> **To:** Greg Joswiak <joz@apple.com>
> **Cc:** Trudy Muller <tmuller@apple.com>, Deidre Caldbeck <dcaldbeck@apple.com>
> **Subject: Re: FaceTime bug**
>
> Fix made it into Taos.
>
> Waiting for an update if there will also be a separate tool that AppleCare can use to fix the issue w/o requiring a software update.
>
> Kurt

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    APL-GRACE_00014721

On Oct 14, 2013, at 7:52 AM, Greg Joswiak <joz@apple.com> wrote:

Is there any update on this?

Thanks,

Joz

On Oct 11, 2013, at 12:53 PM, Kurt Knight <kknight@apple.com> wrote:

Update on the FaceTime bug I mentioned earlier this morning.

There is a bug with how FaceTime deals with certificates that causes FaceTime to not work for devices that were activated three years ago or longer.

We are working on getting a fix into Taos today for iPhone 4 and iPad 2. FaceTime isn't supported prior to these devices so older devices are not supported. Have some time before newer devices are impacted so we are reducing risk and putting a fix for them into Sochi.

Had originally thought this might impact Game Center bug have now confirmed that this does not. Surveying system to confirm that FaceTime is the only impact of this bug.

Also investigating a tool that can be used by AppleCare and Retail Geniuses to fix this issue without updating to iOS 7.

Only workaround right now is to move to a new device or erase all contents and settings and not restore from backup, which fixes the issue for another three years. If you restore your backup to a new device and then restore back to your original device that also similarly fixes the issue.

Kurt

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
APL-GRACE_00014722