|  |  |
|---|---|
| **Subject:** | Re: Triton relay usage |
| **From:** | "Amol Pattekar" <pattekar@apple.com> |
| **Received(Date):** | Thu, 19 Jun 2014 05:41:26 +0000 |
| **To:** | "Gokul Thirumalai" <gthirumalai@apple.com> |
| **Cc:** | "Patrick Gates" <pgates@apple.com>, "Lionel Gentil" <lgentil@apple.com>,"Artie Nathan III" <anathan@apple.com> |
| **Date:** | Thu, 19 Jun 2014 05:41:26 +0000 |

Ah! That makes a lot of sense. Thanks for the explanation Gokul!

-Amol

Sent from my iPhone

On Jun 18, 2014, at 10:20 PM, Gokul Thirumalai <gthirumalai@apple.com> wrote:

I'm not following why the relay bandwidth utilization would recover.

iOS6 was the biggest user of relay bandwidth - all calls going over relay. iOS7 uses significantly less - most calls drop back down after relay. We broke all iOS6, and the only way to get FaceTime working again is to upgrade to iOS7.

iReporter charts show that iOS6 calls were minuscule before things broke and yet contributed to a large amount of relay traffic, indicating iOS7 was using very little relay bandwidth. Also, the day things broke, a ton of people upgraded to iOS7 (20% jump in accept rate from Sochi on 4/17).

<PastedGraphic-1.png>

> On Jun 18, 2014, at 8:24 PM, Amol Pattekar <pattekar@apple.com> wrote:
>
> +Artie, who I believe is out until Monday.
>
> I would have expected the traffic to recover as some of these customers upgraded to newer builds. Not sure why it didn't recover. I do not recall any other change in April that would have reduced relay usage.
>
> I have also not heard any recent reports of customers complaining about FaceTime not working.
>
> Thanks,
> -Amol
>
> Sent from my iPhone
>
> On Jun 18, 2014, at 8:01 PM, Patrick Gates <pgates@apple.com> wrote:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    APL-GRACE_00001002

But it seems like it never recovered. Is FaceTime still broken for a large number of people? Like half?

- Patrick

On Jun 18, 2014, at 19:58, Amol Pattekar <pattekar@apple.com> wrote:

There was a cert that expired and several client builds were enforcing the expiry, so FaceTime broke in all iOS except BrightonMaps, InnsbruckTaos and Sochi. It also broke in all major releases of OSX but all the SUs had a fix. This happened on April 15th. This substantially reduced relay utilization.

For next year, we need to factor in additional relay usage for phone continuity. We will use more relay IPs. Bandwidth usage will likely not increase much.

Thanks,
-Amol

Sent from my iPhone
On Jun 18, 2014, at 7:45 PM, Patrick Gates <pgates@apple.com> wrote:

Hey guys -

I'm looking at the Akamai contract for the next year. I understand we did something in April around iOS 6 to reduce relay utilization. Does this ring a bell for any of you? Got details?

Thanks,

Patrick

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      APL-GRACE_00001003