UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others, Similarly Situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>APPLE, INC.,<br><br>          Defendants. | Case No. 5:17-cv-00551-LHK |

Expert Report of Professor Justine S. Hastings, Ph.D.

**<u>CONFIDENTIAL – ATTORNEYS' EYES ONLY</u>**

FaceTime on their device; (2) migrate to iOS 7, but suffer the lost functionality that iOS 7 caused to iPhone 4 and iPhone 4S devices; or (3) purchase a new iPhone device that possessed the processing capability necessary to operate iOS 7 without decreasing functionality, and thus regain the ability to use FaceTime on iOS 7. I will refer to the April 16, 2014 expiration of the certificate that allowed the FaceTime feature to work as "the Break" hereafter.

7. Plaintiffs' counsel asked me to assess whether there is common impact from the Break and to calculate aggregate class-wide damages measured by the diminution in value of Proposed Class Members' iPhone 4 and 4S devices caused by the Break. I use an econometric model which yields reliable estimates of aggregate damages and restitution measured by diminution in value of the Proposed Class Member's iPhone 4 and iPhone 4S devices caused by the Break, incorporating facts, evidence, and methodologies which are common to the class and of the type well-relied on by economist when estimating damages.

I.C.  *Summary and Conclusions*

8. As a damages expert, my task is to "proceed on the hypothesis that the defendant committed the harmful act and that the act was unlawful."[1] I then ask and answer how an economist can use well-relied on methodologies to assess common impact and measure damages caused by the Break using evidence and methodologies common to the Class. The harmful act in this case, "the Break," is the April 16, 2014 expiration of a digital certificate that allowed the FaceTime feature to work on Proposed Class Members' iPhone 4 and iPhone 4S phones.[2]

9. My primary conclusions are:

---

[1] Allen, M., Hall, R., and Lazear, V. (2011), "Reference Guide on Estimation of Economic Damages," in *Reference Manual on Scientific Evidence*, Federal Judicial Center, National Research Council of the National Academies, pp. 425-502, at 432.

[2] *See* Exhibit A (Expert Report of Justine S. Hastings, Ph.D. (May 4, 2018) (hereinafter, "Hastings Expert Report") (ECF 174-85)), ¶ 6.

I declare that the foregoing is true and correct to the best of my knowledge. Executed on this 28th day of August.

_____
Justine S. Hastings