```
                                                              Page 1
                                        VOLUME 1
                                        PAGES 1-242
                                        EXHIBITS: 183-192

             UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA

      CONTAINS CONFIDENTIAL BUSINESS INFORMATION
           SUBJECT TO A PROTECTIVE ORDER
                 ATTORNEYS' EYES ONLY

 ------------------------------
 CHRISTINA GRACE and KEN
 POTTER, Individually and
 On Behalf of All Others
 Similarly Situated
            Plaintiffs         Case No.
 vs.                           5:17-cv-00551-LHK-NC
 APPLE INC.
            Defendant
 ------------------------------




 VIDEOTAPED DEPOSITION OF JUSTINE S. HASTINGS, Ph.D.
        Thursday, September 20, 2018, 8:33 a.m.
          Courtyard Marriott Providence Downtown
                  32 Exchange Terrace
                Providence, Rhode Island
```


CERTIFIED TRANSCRIPT

```
 ---Reporter:  Joan M. Cassidy, CSR, RPR, RMR, CRR---
              HG Litigation Services
       2777 N. Stemmons Freeway, Suite 1025
                Dallas, Texas 75207
      Telephone 888-656-3376  Fax 888-656-3275
```

Page 137

1  damages that need to be restored, but it has a
2  specific meaning outside of that as well, and I just
3  would have to go back and look.
4       Q.  Did you attempt to calculate the difference
5  in what a class member would have paid if when they
6  purchased the iPhone 4 or 4S they had known that
7  FaceTime might not work on April 16, 2014, at the
8  time of purchase?
9            MR. TEJTEL:  Object to form.
10      Q.  Sorry, scratch that.  Let me clean that up.
11 Did you attempt to calculate the price that class
12 members would have paid if they had known at the
13 time of purchase that FaceTime could stop working on
14 iOS 6 or earlier versions on April 16, 2014?
15           MR. TEJTEL:  Object to form.
16      A.  So my damages model, my assignment in this
17 case, is to calculate aggregate class-wide damages
18 measured by the diminution in value of an asset that
19 was owned by class members, namely, the iPhone 4 and
20 4S devices that they owned.  So I am calculating
21 aggregate class-wide damages measured by the
22 diminution in value of these assets caused by the
23 break.  So this is assets that they owned,
24 diminution in value of an asset that you own.
25           You're asking me if outside of my



Page 138

1  assignment I decided to calculate on my own some
2  other thing that I believe, based on your question,
3  has to do with people who don't own phones or class
4  members before they owned a phone.  Is that what
5  you're asking me?
6       Q.  Correct.  And I just want to make sure
7  we're on the same page about this so I get what your
8  opinions are on.  Are you offering an opinion on
9  what class members would have paid for their iPhone
10 4 or 4S's had they known that 4 and 4S's with iOS 6
11 or earlier operating systems could stop working on
12 April 16, 2014?
13      A.  So are you asking, am I offering an opinion
14 on benefit-of-the-bargain damages --
15      Q.  Yes.
16      A.  -- which might be what people would refer
17 to that as?
18      Q.  That's a fair question.
19      A.  I am offering an opinion on aggregate
20 class-wide damages measured by diminution in value.
21 I am not offering an opinion on benefit-of-the-
22 bargain damages.
23      Q.  Okay, thank you.  And again, I apologize
24 for the commonsense stuff, but I just want to make
25 sure I've got this figured out.  So you're not, for



Page 139

1   example, trying to quantify overpayment at the time
2   of purchase?
3               MR. TEJTEL:  Object to form.
4      A.  I am not offering an opinion on benefit-of-
5   the-bargain damages, which is what I understood your
6   question to be.  I am offering an opinion in this
7   case on aggregate class-wide damages measured by
8   diminution in value of the proposed class members'
9   iPhone 4 and 4S devices caused by the break.
10     Q.  Okay.  A couple questions just about who's
11  included in what you measured.  If there's someone
12  who had an iPhone 4 running on iOS 6 on April 16,
13  2014, that person would be a member of the class,
14  right?
15              MR. TEJTEL:  Object to form.
16     A.  I don't know, because, you know, there's an
17  order that was issued, so I would just stick to --
18  when I wrote this report, I understand that the
19  proposed class in this case was defined as all
20  owners of Apple iPhone 4 or Apple iPhone 4S devices
21  in the United States who on April 16, 2014, had iOS
22  6 or earlier operating systems on their iPhone 4 or
23  iPhone 4S devices.  That is my understanding of the
24  proposed class at the time of submitting this
25  report.



Page 241

1    CERTIFICATE OF COURT REPORTER

2            I, Joan M. Cassidy, Registered

3    Professional Reporter and Certified Realtime

4    Reporter, do certify that the deposition of Justine

5    S. Hastings, Ph.D., in the matter of C. Grace & K.

6    Potter, Individually & On Behalf of All Others

7    Similarly Situated v. Apple Inc., on September 20,

8    2018, was stenographically recorded by me; that the

9    transcript produced by me is a true and accurate

10   record of the proceedings to the best of my ability;

11   that I am neither counsel for, related to, nor

12   employed by any of the parties to the above action;

13   and further that I am not a relative or employee of

14   any attorney or counsel employed by the parties

15   thereto, nor financially or otherwise interested in

16   the outcome of the action.

17

18   _____

19   Joan M. Cassidy, RPR, CRR
     Commissioner in the State of Rhode
20   Island and Providence Plantations
     Commission expires May 31, 2022
21   DALLAS 69

22

23

24

