ALLAN STEYER (Bar No. 100318)
JILL M. MANNING (Bar No. 178849)
D. SCOTT MACRAE (Bar No. 104663)
**STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP**
235 Pine Street, Fifteenth Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:      asteyer@steyerlaw.com
             jmanning@steyerlaw.com
             smacrae@steyerlaw.com

BRUCE L. SIMON (Bar No. 96241)
DANIEL L. WARSHAW (Bar No. 185365)
ALEXANDER L. SIMON (Bar No. 305734)
**PEARSON, SIMON & WARSHAW LLP**
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
Email:      bsimon@pswlaw.com
            dwarshaw@pswlaw.com
            asimon@pswlaw.com

*Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 5:17-cv-00551-LHK-NC<br><br>**CLASS ACTION**<br><br>**JOINT SETTLEMENT STATUS UPDATE** |

Pursuant to the Court's Order Continuing Case Management Conference (ECF 314), the parties provide the following settlement status update: the parties will appear for private mediation on October 22, 2019, before Hon. William Cahill (Ret.) at JAMS in San Francisco.

Dated: September 12, 2019

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By: */s/ Jill M. Manning*
     JILL M. MANNING

Allan Steyer (Bar No. 100318)
Jill M. Manning (Bar No. 178849)
D. Scott Macrae (Bar No. 104663)
235 Pine Street, Fifteenth Floor
San Francisco, California 94104
Telephone: (415) 421-3400
E-mail: asteyer@steyerlaw.com
           jmanning@steyerlaw.com
           smacrae@steyerlaw.com

Bruce L. Simon (Bar No. 96241)
Daniel L. Warshaw (Bar No. 185365)
Alexander L. Simon (Bar No. 305734)
PEARSON, SIMON & WARSHAW LLP
350 Sansome Street, Suite 680
San Francisco, CA 94104
Telephone: (415) 433-9000
Email: bsimon@pswlaw.com
         dwarshaw@pswlaw.com
         aimon@pswlaw.com

David F. Tejtel (*admitted pro hac vice*)
FRIEDMAN OSTER & TEJTEL PLLC
240 East 79th Street, Suite A
New York, NY 10075
Telephone: (646) 661-5881
Email: dtejtel@fotpllc.com

Bradley W. Caldwell (*admitted pro hac vice*)
Jason D. Cassady (*admitted pro hac vice*)
John Austin Curry (*admitted pro hac vice*)
CALDWELL CASSADY & CURRY
2101 Cedar Springs Road, Suite 000
Dallas, TX 75201
Telephone: (214) 888-4848
Email: bcaldwell@caldwellcc.com
         jcassady@caldwellcc.com
         acurry@caldwellcc.com

*Counsel for Plaintiffs and the Class*

| | | |
|---|---|---|
| 1 | Dated: September 12, 2019 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: */s/ Joshua H. Lerner* |
| | | JOSHUA H. LERNER |

555 Mission Street Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8254
Email:   jlerner@gibsondunn.com

Eugene Novikov
Raghav R. Krishnapriyan
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Email:   enovikov@durietangri.com
         rkrishnapriyan@durietangri.com

Joseph A. Loy
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4980
Email:   joseph.loy@kirkland.com

*Counsel for Defendant Apple Inc.*

## ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Jill M. Manning, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

                                              */s/ Jill M. Manning*
                                              JILL M. MANNING