# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others, Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendants. | Case No. 5:17-cv-00551-LHK-NC |

Reply Report of Professor Justine S. Hastings, Ph.D.

**REDACTED PURSUANT TO STIPULATED PROTECTIVE ORDER**

I declare that the foregoing is true and correct to the best of my knowledge. Executed on this 13th day of July at _____ Providence, RI _____.

_____
Justine S. Hastings

30

TABLE 2
ADDITIONAL DATASETS REGRESSION ANALYSIS OF USED PHONE PRICE

| Data source: | (1) Best Buy | (2) Amazon | (3) AT&T | (4) EcoATM |
|---|---|---|---|---|
| Impact | -0.136*** | -0.193*** | -0.106*** | -0.091*** |
| | (0.002) | (0.032) | (0.001) | (0.002) |
| Log Time | -0.038*** | -0.404*** | -0.348*** | -0.074*** |
| | (0.001) | (0.068) | (0.001) | (0.002) |
| Log Model Age | -0.038*** | -0.152*** | -0.184*** | -0.150*** |
| | (0.002) | (0.019) | (0.001) | (0.002) |
| Log US GDP | -0.210+ | -5.089* | -19.431*** | -32.830*** |
| | (0.118) | (2.195) | (0.038) | (0.097) |
| | | | | |
| Observations | 1,941,517 | 3,169 | 6,669,780 | 1,942,822 |
| R-squared | 0.785 | 0.940 | 0.928 | 0.937 |
| Implied Diminution in Value | -12.72% | -17.58% | -10.04% | -8.74% |

Standard errors in parentheses. *** $p<0.001$, ** $p<0.01$, * $p<0.05$, + $p<0.10$.

For Columns (1) through (3), the outcome is Log Resale Price. The outcome in Column (4) is Log Acquisition Price. Note that Columns (1) and (2) are the same regression specifications as found in Table 2 in the Hastings Expert Report. All regression specifications include: monthly controls, Christmas season controls, controls for new releases of Apple and Samsung phones. For Best Buy and Amazon, the specification also includes controls for color of the phone. For Best Buy, AT&T, and EcoATM, the regression specification also includes fixed effects for the full interaction of phone model, phone condition, phone carrier, and phone storage size. For Amazon, the regression specification also includes fixed effects for the full interaction of phone model, phone carrier, and phone storage size.