# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others, Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　Defendant. | Case No. 5:17-cv-00551-LHK |

Expert Report of Professor Justine S. Hastings, Ph.D.

**<u>HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY</u>**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

is the period before the Break became publicly known and could be incorporated into customers' willingness to pay in the resale market. The "damages period" is the period after the Break occurred, potentially affecting the value of the phones in the used market. The "damages" period can be compared to the "benchmark" period to estimate how prices changed as a result of the harmful act, holding other demand and supply factors constant.

41. As an economist, I specify a model that relates the price of the product in question to demand and supply factors that affect price based on economic principles and facts about the market. This regression model captures the effect of the harmful act on price by including a "dummy variable" – a variable that captures the difference in price during the period the harmful act was in effect, controlling for the influence on price of other demand and supply factors. This approach is called the Dummy Variable Approach of calculating damages.[64] The demand and supply factors in the model determine what price would have been but-for the harmful act; the dummy variable captures the impact of the harmful act relative to the but-for price.

42. Demand factors that affect the price of a used phone include the age of the model,[65] the brand of the model, and other features of the model, such as color, storage size, and condition.[66] These are the primary factors that customers choose when deciding how much they are willing to

---

[64] *See, e.g.*, Justine S. Hastings and Michael A. Williams, "What is a But-For World?," *Antitrust* (2016), vol. 31, pp. 102-108; ABA Section of Antitrust Law (2017), *Proving Antitrust Damages: Legal and Economic Issues*, 3rd Ed., American Bar Association, Ch. 6, Section F; McCrary, J. and Rubinfeld, D. (2014), "Measuring Benchmark Damages in Antitrust Litigation," *Journal of Econometric Methods*, vol. 3, pp. 63-74; and ABA Section of Antitrust Law (2014), *Econometrics: Legal, Practical, and Technical Issues*, 2nd ed., American Bar Association, Ch. 12.

[65] *See* Hall Deposition, at 32:5-8 ("Q. Okay. Other than the condition, does the age of the phone impact the value that you would provide to the customer? A. Age?·Yes."). *See also* Hall Deposition, at 32:9-11 ("Q. Does the model of the phone impact -- impact the value? A. Yes.")

[66] Zeinfeld Deposition, at 20:19-21:4 ("Q. But would it have the impact -- would it have an impact on how -- like, for example, in the process that you were describing of the price being provided to Apple, would it have an impact on that pricing, the month-to-month pricing? A. Well, the -- the device does itself. Q. Mm-hmm. A. And what operating system is on the device is almost irrelevant. It's the device that you're giving the value on, the device, the memory, the color, the cosmetic.").

pay for a used phone, as demonstrated by the fact that data on these factors are collected by platforms when determining how much a used phone is worth (see Appendix III, Tables A1 and A2). They are also primary factors cited by industry experts deposed in this case who utilize the data collected from consumers as described in Tables A1 and A2 to manage used phone buy-back and resale programs.[67]

43. Several supply factors may affect the probability that individuals sell their used phones. A primary factor is the release of new models, which would increase the value to current phone owners of selling their current phone to upgrade to the latest model.[68]

44. Macroeconomic factors such as measures of economic wellbeing, like GDP, may also affect price as they affect individuals' decisions to make purchases, such as used or new phones, and may also affect individuals' price sensitivity which in turn impacts market prices.[69] Thus, these factors may affect both supply and demand as they affect the rate at which individuals may purchase new phone models and resell their existing phones, as well as the rate at which individuals purchase used phones and their price sensitivity when making a purchase.

---

[67] Zeinfeld Deposition, at 18:15-24. *See also* Hall Deposition, at 32:12-14 ("Q. Does the amount of storage, you know, 8 gig, 16 gig, 32 gig, impact the amount of value? A. Yes."). "Jailbroken" is not a primary factor affecting the vast majority of used phone prices. (Zeinfeld Deposition, at 60:14-22. *See also* Plott Deposition, at 40:10-20 and 43:1–12.) Operating system is also not a primary factor affecting the price of used phones. (Plott Deposition, at 39:14-22. *See also* Zeinfeld Deposition, at 40:9 – 41:4, 56:5 – 57:16, and 72:4-7.) Hall Deposition, at 37:7-10 ("Q. Does the operating system model that is on the device when the consumer provides the device to AT&T impact the trade-in value? A. No.").

[68] Zeinfeld Deposition, at 18:15-24 ("Q. How is it determined how much Brightstar pays Apple for those devices? A. We tell Apple every month what the upcoming month's value will be per model. Q. And what factors go into the determination of that price? A. It's an endless list. It's where the marketplace is, the time -- it's the time of year compared to new product being introduced. It's how many generations old the device might be. It's memory size. It's looking at the history of what grade of product had been coming in through that source. It's supply of inventory in the marketplace. And I'm sure there's many more."). *See also* Hall Deposition, at 32:15-21 ("Q. The timing of the resell from the customer to AT&T relative to releases of new models, would that impact the price? A. Yes. Q. How? A. You release a new device, such as an Apple 6 or 6S, and the 5 declines in value.")

[69] N. Gregory Mankiw (2011), *Principles of Microeconomics*, 6th ed., Cengage Learning, p. 70.

45. Specifically, I estimate the impact of the Break on the value of iPhone 4 and iPhone 4S models in the used market by estimating a multivariate regression model where the log of used phone prices is the dependent (outcome) variable. I capture the impact of the Break using a dummy variable which equals zero before the Break and one after the Break. I control for demand variables including the age of the model of the phone that is for sale, a time trend to capture overall demand trends in the market, and dummy variables that capture the relative value of different manufacturers, colors, storage sizes, conditions, and carriers of phones. I control for factors that may affect the supply of used phones, such as events related to releases of new models of phones by each manufacturer. I also control for macroeconomic factors such as GDP that may affect the demand for and supply of used phones. Dummy variables for each month of the year capture seasonal effects in demand and supply, and I include indicators for the weeks surrounding Christmas each year to account for holiday demand effects. I also control for several promotions run for the iPhone 4 and iPhone 4S.

IV.C.   *Model Results*

46. Table 1 presents results from my multivariate regression model. Column 1 presents the model results using data from AT&T. Column 2 presents results using data from Best Buy, and column 3 presents results using the EcoATM data. In each regression, I use the log of Sale Price as the dependent variable. The variable denoted "Impact" measures the effect of the Break on the prices of used iPhone 4 and 4S models relative to other phone models and controlling for other demand and supply factors. The coefficient on Impact is negative and highly significant in all three columns.

TABLE 1
MULTIVARIATE REGRESSION MODEL RESULTS FOR PERCENT DIMINUTION IN
VALUE RESULTING FROM THE BREAK

| Dependent Variable: Log Resale Price | (1) AT&T | (2) Best Buy | (3) ecoATM |
|---|---|---|---|
| Impact | -0.122*** | -0.136*** | -0.267*** |
|  | (0.001) | (0.002) | (0.003) |
| Log Time | -0.240*** | -0.033*** | -0.268*** |
|  | (0.001) | (0.001) | (0.005) |
| Log Model Age | -0.194*** | -0.030*** | -0.135*** |
|  | (0.001) | (0.002) | (0.003) |
| Log US GDP | -22.047*** | -1.618*** | -28.835*** |
|  | (0.038) | (0.120) | (0.190) |
| Observations | 6,761,984 | 1,941,517 | 2,051,892 |
| R-squared | 0.930 | 0.787 | 0.767 |
| Percent Diminution in Value | -11.45% | -12.67% | -23.45% |

Notes:
Standard errors in parentheses. *** $p<0.001$, ** $p<0.01$, * $p<0.05$, + $p<0.10$.
All regression specifications include: monthly controls, Christmas season controls, controls for new releases of Apple and Samsung phones, controls for promotions of iPhone 4 and iPhone 4s, and fixed effects for the full interaction of phone model, phone condition, phone carrier, and phone storage size. For Best Buy, the specification also includes controls for color of the phone.

47.     The final row translates the Impact coefficients into estimates of percent diminution in value. The coefficient of -0.122 in the AT&T column translates into an 11.45% reduction in the value of the used iPhone 4 and iPhone 4S models due to the Break; the coefficient of -0.136 in the Best Buy column translates into a 12.67% reduction in value; and the coefficient of -0.267 in the third column corresponds to a 23.45% reduction in value.

48.     The signs and magnitudes of other coefficients in the model make economic sense. Prices of a used phone model decline over time and with the model's age; the coefficients on the log of time and the log of age are both negative and significant. The coefficient on log of GDP is negative, implying that when GDP increases, prices of used phones fall. This indicates that used

24

I declare that the foregoing is true and correct to the best of my knowledge. Executed on this 13th day of July at _____ Providence, RI _____ .

_____
Justine S. Hastings

30