# EXHIBIT 5

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

1

2

3

4   **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

5

6   CHRISTINA GRACE and KEN POTTER,
Individually and on Behalf of All Others                Case No.  5:17-cv-00551-LHK-NC
Similarly Situated,

7

8                     Plaintiffs,                              **EXPERT REPORT**
**DR. MARK T. JONES**

9          v.

                                                      **Highly Confidential – Source Code**
10  APPLE, INC.

11                    Defendant.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# 1.    BACKGROUND

## 1.1.    Summary of Opinions

Based on my investigation in this matter, I have concluded that FaceTime running on iOS 6 and earlier on iPhone 4 and 4S devices operated as designed; the FaceTime break that occurred on April 16, 2014 (the "FaceTime Break") was not due to a bug in the Apple source code. Moreover, no later than Spring 2013, engineers at Apple, Inc. ("Apple") recognized that the expiration of a particular certificate on April 16, 2014 would prevent users from making FaceTime calls as per Apple's design of the FaceTime source code. Further, after Apple recognized the implications of the expiring certificate, no significant technical barriers prevented Apple from making the minor modifications to FaceTime that would have prevented the sudden inoperability of FaceTime on iPhone 4 and 4S devices. Further, I have concluded that the extent to which Apple's FaceTime feature utilizes Akamai Technologies Inc's ("Akamai") relay services depended on the iOS version(s) establishing FaceTime calls, and further, that the FaceTime Break was directly related to a sudden reduction in Apple's utilization of Akamai relay services beginning on April 16, 2014. I have also concluded that iPhone 4 and 4S devices running any version of iOS 7 suffered from decreased performance functionality as compared to those same devices running iOS 6 or earlier, and that as indicated by the market, Apple's customers running versions of iOS 7 on iPhone 4 and 4S devices perceived this degradation.

## 1.2    Personal Background

I have been retained by Christina Grace and Ken Potter ("Plaintiffs"), and their counsel,[1] as an expert in Plaintiffs' lawsuit as captioned above. I am a Professor of Electrical and Computer Engineering at Virginia Tech in Blacksburg Virginia. I graduated summa cum laude from Clemson

---

[1] I understand that Plaintiffs are being represented by attorneys from four law firms: Caldwell Cassady & Curry P.C.; Steyer Lowenthal Boodrookas Alvarez & Smith LLP; Pearson, Simon & Warshaw, LLP; and Friedman Oster & Tejtel PLLC.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

A more general overview of using trust objects is given here[149]:

# Overview

Evaluating trust is a two-step process. First, the system examines the certificate's digital signature. The Certificate Authority (CA) that issues the certificate creates the signature using its own identity (private key plus certificate) and embeds this byte stream in the leaf certificate (the one under evaluation). If the signature checks out, and as long as the CA's own certificate is valid, then the leaf certificate must also be valid. The CA's certificate is in turn signed by another issuer, whose certificate is signed by another, and so on. This chain of certificates ends with the anchor certificate, which is typically one of the inherently trusted root certificates embedded in the operating system. For example, your app can rely on any of the root certificates embedded in iOS or macOS. Alternatively, you can supply your own.

The second step in trust evaluation is testing the certificate against a trust policy. The policy indicates how particular fields or extensions of a certificate affect whether it should be trusted for a particular use. For example, the policy may state that a certificate must not be expired or must be marked as valid for encryption, code signing, or some other specific purpose.

All of this activity is facilitated by an instance of the SecTrustRef object that you prepare with one or more certificates and a policy objects.

## 4. APPLE DEVICE PERFORMANCE

I have also been asked to consider whether, and if so how, upgrading an iPhone 4 or iPhone 4s from iOS 6.1 to iOS 7.0 or iOS 7.1 affected the performance of the phone.

I considered performance-related statements and documents made or cited in the filings from this case, including the Complaints, the Answer, the Motion to Certify a Nationwide Class, the Opposition to the Motion, and the Reply to the Motion. I also considered performance-related statements and documents made or cited in Dr. Rubin's Declaration in support of Apple's Opposition, his deposition, and his Corrected Declaration. I have also conducted my own investigation and analysis of publicly available materials as well as documents and information

---

[149] *See*

https://developer.apple.com/documentation/security/certificate_key_and_trust_services/trust/creating_a_trust_object?language=objc.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

produced by Apple, including Apple's discovery responses related to performance issues.
I requested data and documents on performance testing that was conducted by Apple. My
understanding is that Plaintiffs requested this type of information from Apple. I understand that
Apple has produced some documents and data in response to the Plaintiffs' requests.[150]

## 4.1   Hardware

The putative class members' phones, the iPhone 4 and 4s, were respectively about two and
three years old when iOS 7 was first released with the iPhone 5c and 5s. The hardware for the
iPhone 5c and 5s was more advanced than that of the iPhone 4 and 4s. iOS 7 was primarily
designed for more advanced hardware than that featured in the iPhone 4 and 4s.[151] Apple did not
publicly announce details about the specifications of its devices' processors or RAM.[152]
However, third parties have conducted testing and investigations to attempt to determine the
iPhone's processor speeds and RAM. Below is an excerpted and annotated table comparing
reported hardware specifications across various iPhone models[153]:

---

[150] I understand that Dr. Rubin also testified that he reviewed and analyzed performance data but was not sure if it was produced in this case. *See* Rubin Dep. Tr. at 197:1-200:21, 198:21-23. To the extent that Dr. Rubin reviewed data that was not produced, I reserve the right to supplement and amend my report after the production of such data.

[151] *See, e.g.*, https://www.apple.com/newsroom/2013/09/10Apple-Announces-iPhone-5s-The-Most-Forward-Thinking-Smartphone-in-the-World/ ("iPhone 5s comes with iOS 7, the most significant iOS update since the original iPhone, *engineered for 64-bit technology* and featuring hundreds of great new features, including Control Center, Notification Center, improved Multitasking, AirDrop®, enhanced Photos, Safari®, Siri® and iTunes Radio□.") (emphasis added); *id.* ("Apple also engineered iOS 7 and all the built-in apps to maximize the performance of the A7 chip.").

[152] *See, e.g.*, https://support.apple.com/kb/sp587?locale=en_US (iPhone 4 specifications); https://www.apple.com/newsroom/2010/06/07Apple-Presents-iPhone-4/ (iPhone 4 press release); https://support.apple.com/kb/sp643?locale=en_US (iPhone 4s specifications); https://www.apple.com/newsroom/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud/ (iPhone 4s press release); https://support.apple.com/kb/sp684?locale=en_US (iPhone 5c specifications); https://www.apple.com/newsroom/2013/09/10Apple-Introduces-iPhone-5c-The-Most-Colorful-iPhone-Yet/ (iPhone 5c press release); https://support.apple.com/kb/sp685?locale=en_US (iPhone 5s specifications); https://www.apple.com/newsroom/2013/09/10Apple-Announces-iPhone-5s-The-Most-Forward-Thinking-Smartphone-in-the-World/ (iPhone 5s press release).

[153] *See* https://www.theverge.com/circuitbreaker/2017/6/28/15885636/iphone-10th-anniversary-hardware-specifications-comparison-apple-ios (scrollable table excerpted and annotated); *see also* https://support.apple.com/en-us/HT201296. Other third-party sources reported substantially similar

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

| Specification | iPhone | iPhone 3G | iPhone 3GS | iPhone 4 | iPhone 4S | iPhone 5 | iPhone 5S | iPhone 5C |
|---|---|---|---|---|---|---|---|---|
| Display | 3.5 inches | 3.5 inches | 3.5 inches | 3.5 inches | 3.5 inches | 4 inches | 4 inches | 4 inches |
| Resolution | 320 × 480 | 320 × 480 | 320 × 480 | 960 × 640 | 960 × 640 | 1136 × 640 | 1136 × 640 | 1136 × 640 |
| Processor | APL0098 (412 MHz) | APL0098 (412 MHz) | APL0298 (533 MHz) | Apple A4 (800 MHz) | Apple A5 (800 MHz, dual-core) | Apple A6 (1.3 GHz, dual-core) | Apple A7 (1.3 GHz, dual-core) | Apple A6 (1.3 GHz, dual-core) |
| RAM | 128MB | 128MB | 256MB | 512MB | 512MB | 1GB | 1GB | 1GB |
| Storage | 4GB, 8GB, 16GB | 8GB, 16GB | 8GB, 16GB, 32GB | 8GB, 16GB, 32GB | 8GB, 16GB, 32GB, 64GB | 16GB, 32GB, 64GB | 16GB, 32GB, 64GB | 8GB, 16GB, 32GB |
| Rear camera | 2 megapixel | 2 megapixel | 3 megapixel | 5 megapixel | 8 megapixel | 8 megapixel | 8 megapixel | 8 megapixel |
| Front camera | N/A | N/A | N/A | 0.3 megapixel | 0.3 megapixel | 1.2 megapixel | 1.2 megapixel | 1.2 megapixel |
| Battery | 1,400mAh | 1,150mAh | 1,220 mAh | 1,420 mAh | 1,432mAh | 1,440mAh | 1,560 mAh | 1,510 mAh |
| Weight | 0.30 pounds | 0.29 pounds | 0.30 pounds | 0.30 pounds | 0.31 pounds | 0.25 pounds | 0.25 pounds | 0.29 pounds |
| Dimensions (in.) | 4.5 x 2.4 x 0.46 | 4.55 x 2.44 x 0.48 | 4.55 x 2.44 x 0.48 | 4.54 x 2.31 x 0.37 | 4.54 x 2.31 x 0.37 | 4.87 x 2.31 x 0.30 | 4.87 x 2.31 x 0.30 | 4.90 x 2.33 x 0.35 |
| Connector | 30-pin | 30-pin | 30-pin | 30-pin | 30-pin | Lightning | Lightning | Lightning |
| Cellular support | 2.5G networks | 3G networks | 3G networks | 3G networks | 3G networks | 3G and LTE | 3G and LTE | 3G and LTE |

As shown in the highlighted cells in the table above, the iPhone 5c and 5s had double the amount of RAM in the iPhone 4 and 4s (512 MB v. 1 GB). The iPhone 5c and 5s processors were a little over one-and-a-half times faster than the processors in the iPhone 4 and 4s (800 MHz v. 1.3 GHz). Moreover, the iPhone 4's processor was a single-core processor while the other phones had dual-core processors. The batteries in the iPhone 5c and 5s also had slightly larger capacity than the batteries in the iPhone 4 and 4s.

## 4.2 Release of iOS 7 – Performance Regression

iOS 7 was released September 18, 2013 with the release of the iPhone 5c and 5s. There

---

specifications. *See, e.g.*, https://everymac.com/systems/apple/iphone/iphone-faq/iphone-processor-types.html; https://www.gsmarena.com/apple_iphone_4-3275.php; https://www.gsmarena.com/apple_iphone_4s-4212.php; https://www.gsmarena.com/apple_iphone_5c-5690.php; https://www.gsmarena.com/apple_iphone_5s-5685.php; *see also* Rubin Decl. at ¶ 23, n.3 (citing CNET article regarding similarly reported hardware specifications). As noted in some of these sources, while the iPhone 4 and 4s processors were rated as 1 GHz processors, they were "downclocked" to about 800 MHz. *See, e.g.*, https://everymac.com/systems/apple/iphone/iphone-faq/iphone-processor-types.html.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

were subsequent releases on November 14, 2013 (iOS 7.0.4) and February 21, 2014 (iOS 7.0.6). Among other things, the iOS 7 user interface ("UI") was significantly changed from iOS 6 and included substantially more animations.[154]  iPhone 4 and 4s users updating to iOS 7 experienced significant performance degradation and regressions on their devices.    The performance regressions were measurable and substantial.    Ars Technica, a technology-oriented online publication, performed timed application launch tests on an iPhone 4 running iOS 6.1.3 and an iPhone 4 running iOS 7.0 and reported the results depicted in the table below[155]:

| APPLICATION | IOS 6.1.3 | IOS 7.0 GM |
|---|---|---|
| Safari | 1.13 seconds | 2.05 seconds |
| Camera | 1.9 seconds | 2.63 seconds |
| Settings | 1.31 seconds | 1.88 seconds |
| Mail | 1.0 seconds | 1.50 seconds |
| Messages | 1.57 seconds | 2.80 seconds |
| Calendar | 1.23 seconds | 1.78 seconds |
| Phone | 0.67 seconds | 2.37 seconds |
| Cold boot to lock screen | 31.14 seconds | 45.13 seconds |

This is how Ars Technica described the process for the tests and measurements [156]:

> As we did last year, we also launched a number of the built-in apps in both iOS 6 and iOS 7 and timed them to see whether there were any regressions. The numbers below measure the time between when the app icon is tapped and when the app becomes ready for user input, and each app's launch time was measured three times and averaged. The apps were force-quit using the iOS multitasking interface between runs. We also measured the time it took for the phone to cold boot to the lock screen.

These types of performance regressions on iPhone 4 and iPhone 4s devices that were updated to iOS 7 were widely reported.[157]  The performance regressions were, in part, due to the

---

[154] *See, e.g.*, https://www.engadget.com/2013/12/10/ios-6-vs-ios-7-icons-a-visual-comparison/; http://osxdaily.com/2013/06/11/ios-7-vs-ios-6-visual-comparison/.
[155] *See* https://arstechnica.com/gadgets/2013/09/new-lease-on-life-or-death-sentence-ios-7-on-the-iphone-4/.
[156] *See id.*
[157] *See, e.g.*, https://readwrite.com/2013/10/15/ios-7-fixes-iphone-4-4S/;

significant changes made to the UI.[158]



REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Problematically for some users, however, once a user updated to iOS 7 from iOS 6, the user was unable to uninstall iOS 7 and return to iOS 6 even if the user experienced significant performance regressions on his or her device.[161] As a technical matter, Apple could allow users

24
25
26
27
28

---

[161] *See* https://www.lifewire.com/can-you-uninstall-ios-7-1999199; https://readwrite.com/2013/09/24/apple-ios-7-no-downgrade/.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

to downgrade, but it appears that as a matter of policy, Apple chooses not to allow iOS downgrades.[162]

User complaints about iOS 7 on Apple's discussion forums did not go unnoticed by Apple. In fact, after iOS 7 was released, Apple tracked threads on its discussion forums, categorized the threads by issue, noted the status of the thread, and noted the number of replies. Email reports called        reports were delivered to Apple personnel, including Patrick Gates and Dallas De Atley, with users' complaints and feedback regarding iOS 7's performance.[163] The issues in these reports were "arranged by their level of activity and perceived urgency."[164] The types of categories included issues such as the following: battery life issues, delayed keyboard input, UI bugs, slow or unresponsive performance, not being able to send messages, unresponsiveness after entering passcode, user discomfort, wallpaper not being full screen, devices intermittently not responding, low ringtone volume, background issues, device warming, messages

---

[162] For example, in January 2018, Apple's servers briefly provided older versions of iOS, all the way down to versions of iOS 6, allowing users to downgrade. *See, e.g.*,
https://appleinsider.com/articles/18/01/11/apple-servers-briefly-enabled-signing-of-older-ios-firmwares-allowing-users-to-downgrade-to-earlier-versions; https://wccftech.com/apple-starts-signing-firmware-way-back-ios-6-downgrade-now-want-jailbreak/;
https://www.reddit.com/r/jailbreak/comments/7qe81d/question_why_is_ios_613_for_4s_still_being_sign ed/; http://www.iclarified.com/64117/apple-is-currently-signing-various-ios-6-to-ios-10-firmware-versions-downgrades-possible; http://wololo.net/2018/01/12/apples-big-signing-screw-allowed-users-downgrade-versions-ios-old-ios-6/; https://9to5mac.com/2018/01/10/users-able-downgrade-from-ios-11/;
https://www.macrumors.com/2018/01/11/apple-accidentally-signed-old-ios-versions/;
https://forums.macrumors.com/threads/ios-6-1-3-still-signed-by-apple.2100595/.

[163] *See, e.g.*, APL-GRACE_00006769; APL-GRACE_00006779; APL-GRACE_00006789; APL-GRACE_00006799; APL-GRACE_00006811; APL-GRACE_00006822; APL-GRACE_00006909; APL-GRACE_00006920; APL-GRACE_00006950; APL-GRACE_00007019; APL-GRACE_00007034; APL-GRACE_00007065; APL-GRACE_00007080; APL-GRACE_00007105; APL-GRACE_00007121; APL-GRACE_00007139; APL-GRACE_00007155; APL-GRACE_00007226; APL-GRACE_00007243; APL-GRACE_00008284; APL-GRACE_00011764; APL-GRACE_00011774; APL-GRACE_00011784; APL-GRACE_00011794; APL-GRACE_00011836; APL-GRACE_00011890; APL-GRACE_00011933; APL-GRACE_00011945; APL-GRACE_00011960; APL-GRACE_00012026; APL-GRACE_00012068; APL-GRACE_00012151; APL-GRACE_00013393; APL-GRACE_00165087; APL-GRACE_00165105; APL-GRACE_00165145.

[164] *See, e.g.*, APL-GRACE_00007105.

and FaceTime not being available, and control center swipe not responding.[165]   Apple also tracked

threads that related to downgrade discussions.[166]

Also, Apple documents produced in this case suggest that Apple was anticipating, or at

least was not surprised by, the performance regressions and degradations experienced by iPhone

4 and 4s users upgrading to iOS 7.

[70]

---

[165] *See, e.g.*, *id.*
[166] *See, e.g.*, *id.* at -7109

[167] *See, e.g.*, APL-GRACE_00044282; APL-GRACE_00044300; APL-GRACE_00044310; APL-
GRACE_00044320; APL-GRACE_00047274; APL-GRACE_00047285; APL-GRACE_00047334;
APL-GRACE_00047344; APL-GRACE_00047356; APL-GRACE_00048080; APL-GRACE_00048090;
APL-GRACE_00048102; APL-GRACE_00048112; APL-GRACE_00051599; APL-GRACE_00051613;
APL-GRACE_00051623; APL-GRACE_00051634; APL-GRACE_00054471; APL-GRACE_00054540;
APL-GRACE_00054550; APL-GRACE_00054560; APL-GRACE_00148005; APL-GRACE_00148016;
APL-GRACE_00148075; APL-GRACE_00148085; APL-GRACE_00148152; APL-GRACE_00148162;
APL-GRACE_00148190; APL-GRACE_00148200.

[168] *See, e.g.*, APL-GRACE_00048080

[169] *See, e.g.*, APL-GRACE_00002142; APL-GRACE_00005860; APL-GRACE_00005885; APL-
GRACE_00005893; APL-GRACE_00005983; APL-GRACE_00010805; APL-GRACE_00015463;
APL-GRACE_00032224; APL-GRACE_00032233; APL-GRACE_00032679; APL-GRACE_00044361;
APL-GRACE_00048123; APL-GRACE_00048152; APL-GRACE_00048166; APL-GRACE_00048827;
APL-GRACE_00048836; APL-GRACE_00051694; APL-GRACE_00054702; APL-GRACE_00148397;
APL-GRACE_00148558; APL-GRACE_00148567.
[170] *See, e.g.*, APL-GRACE_00005885

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

### 4.3 Release of iOS 7.1 – Some Improvement, But Performance Still a Problem

iOS 7.1 was first released on March 10, 2014, with subsequent updates on April 22, 2014 (iOS 7.1.1) and June 30, 2014 (iOS 7.1.2). In developing iOS 7.1 ("Sochi"), Apple targeted performance improvements, particularly for older devices like the iPhone 4 and 4s.[171] However, even after the release of iOS 7.1, iPhone 4 and iPhone 4s users still experienced performance regressions as compared to iOS 6.1. After the release of iOS 7.1, Ars Technica again measured application launch times for an iPhone 4 running iOS 6.1.3 and an iPhone 4 running iOS 7.1 and reported the results depicted in the table below[172]:

| APPLICATION | IOS 6.1.3 | IOS 7.0 | IOS 7.1 GM |
| --- | --- | --- | --- |
| Safari | 1.13 seconds | 2.05 seconds | 1.8 seconds |
| Camera | 1.9 seconds | 2.63 seconds | 2.2 seconds |
| Settings | 1.31 seconds | 1.88 seconds | 1.37 seconds |
| Mail | 1.0 seconds | 1.50 seconds | 1.35 seconds |
| Messages | 1.57 seconds | 2.80 seconds | 1.5 seconds |
| Calendar | 1.23 seconds | 1.78 seconds | 1.37 seconds |
| Phone | 0.67 seconds | 2.37 seconds | 1.83 seconds |
| Cold boot to lock screen | 31.14 seconds | 45.13 seconds | 43.1 seconds |

The results were measured using the same method described above for iOS 7.0.[173] As the table shows, while the performance for iOS 7.1 improved as compared to iOS 7.0, for seven of the eight tests, the performance of iOS 7.1 was still worse than that of iOS 6.1.3.[174] As with the release of iOS 7.0, the performance regressions affecting iPhone 4 and 4s users were widely reported.[175]

[171] *See, e.g.*, https://support.apple.com/kb/dl1732?locale=en_US ("Improved performance for iPhone 4"); APL-GRACE_00035270 (email report tracking attempted fixes for performance regressions in iOS 7.1 development builds and comparing performance against iOS 6.1); APL-GRACE_00035928 (same); APL-GRACE_00169822 (same); *see also* APL-GRACE_00054711 (email titled "Sochi Performance Exec Review" from Ms. Ulrich on 09/05/2013 regarding specific performance regressions in iOS 7.0 that were targeted to be fixed in iOS 7.1); Rubin Decl. at ¶ 31.

[172] *See* https://arstechnica.com/gadgets/2014/03/ios-7-1-on-the-iphone-4-as-good-as-its-going-to-get/; *see also* https://mashable.com/2014/03/11/ios-7-1-iphone-4/#yn27Xw2kwiqG (reporting on Ars Technica testing); https://www.macrumors.com/2014/03/10/ios71-makes-iphone4-snappier/ (reporting on Ars Technica testing).

[173] *See* https://arstechnica.com/gadgets/2014/03/ios-7-1-on-the-iphone-4-as-good-as-its-going-to-get/.

[174] *See id.*

[175] *See, e.g.*, https://forums.imore.com/general-apple-news-discussion/325826-iphone-4-ios-7-1-2-very-

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

Furthermore, iPhone 4 and 4s users complained and sought help and advice about iOS 7.1's performance regressions on their devices on Apple's own discussions forums.[176] Additionally, some customers sent complaints directly to Apple about iOS 7's widely-reported performance regressions.[177]

## 4.4    Importance of Performance

From the perspective of interactive software design and implementation on mobile devices, software applications should be responsive to user interaction (without substantial delay) and use system resources (including the battery) efficiently so that they do not adversely affect their own performance as well as the performance of other applications or the device itself. These are the types of principles that I teach my students in my courses. Apple also acknowledges the importance of performance. In its annual WWDC conferences for iOS app developers, Apple engineers regularly emphasize the importance of performance and its effects on user devices and user experiences.

For example, in a 2011 panel about improving iOS app responsiveness and performance, an Apple engineer state the following[178]:

First, we're going to talk about first launch. It's that most critical

---

slow-keep-rebooting.html; https://www.quora.com/Ive-an-iPhone-4-which-runs-on-iOS-7-1-2-It-lags-while-scrolling-down-in-certain-apps-like-Safari-Quora-Facebook-etc-Is-there-any-way-to-fix-this-lag; https://forum.unity.com/threads/ios-7-1-2-very-slow.368379/; https://community.spotify.com/t5/iOS-iPhone-iPad/iPhone-4-version-7-1-2-PAINFULLY-slow-with-Spotify-APP-Help/td-p/1190050; *see also* https://forum.unity.com/threads/ios-7-1-iphone-4-incredibly-slow-startup-affects-games-in-store-and-development.232914/ (noting that "the iPhone 4 is still a very active device for the apps I've put out").
[176] *See, e.g.*, https://discussions.apple.com/thread/6464105 (iOS 7.1.2 on iPhone 4);
https://discussions.apple.com/thread/7020232 (iOS 7.1.2 on iPhone 4);
https://discussions.apple.com/thread/5987697 (iOS 7.1 on iPhone 4);
https://discussions.apple.com/thread/6073451 (iOS 7.1 on iPhone 4s);
https://discussions.apple.com/thread/6622377 (iOS 7.1.2 on iPhone 4);
https://discussions.apple.com/thread/6480063 (iOS 7.1.x on iPhone 4);
https://discussions.apple.com/thread/6368399 (iOS 7.1.1 on iPhone 4);
https://discussions.apple.com/thread/6652694 (asking whether to update to iOS 7.1.2 on iPhone 4).
[177] *See, e.g.*, APL-GRACE_00000996 (customer complaining to investor relations about the FaceTime break and that an upgrade to iOS 7 on her iPhone 4 was not an option because of performance issues).
[178] *See* https://developer.apple.com/videos/play/wwdc2011/105/.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

time of your application.  It's your application's first dance with your user. It's going to color her experience with your application for the rest of the time that she uses your app. It's also going to affect her estimation of your skills as an application developer. Next, we're going to talk about workflow. Workflow is what happens during that 10 to 15 critical seconds where the user has removed the device from his or her pocket, launched your app, and begun to complete a task. From there, we're going to move in to a discussion about responsiveness applications, especially on the iOS platform or any embedded platform, need to stay responsive. It's critically important especially on a mobile device and especially on iOS. And finally, we're going to discuss something which is often overlooked by people, but you have to sweat the small stuff.  You have to consider the details.  The details are a collection of principles, thoughts, and ideas that, correctly addressed by the application developer, will take your application from being something that people merely use to something that they love, something that they want to tell their friends about, something that they'll want to tweet about, something that they'll want to rate with 5 stars on the App Store.

***

So, first launch, as I already said, it's the most critical time. It's your first interaction with your user. So, you have to really make it count. And the first thing that the user is going to see after your beautifully rendered application icon is the launch image. You can see here on the left we have the launch image for the maps application. You'll notice that there is a segmented control at the bottom as well as two buttons. What you won't see here is you won't see text because this resource is not localized.  You won't see a splash screen, even though it would be nice to call attention out to your company or to yourself. If you've done everything right and your application loads quickly, the users only going to see the splash screen or the launch image for just mere seconds. What the launch screen is there for is to provide something for us to progressively build your user interface into what keeps her from being a jarring transition from that first launch and springboard to when your app is up running, responsive, and ready for input.

***

So, to illustrate this point, I developed an application, my nib tester, and it uses one giant NIB. Let's watch it launch. Wait, wait, it's coming. Oh, there it is. And finally, it's responsive. You see it took a while. It took a while to become responsive and ready for user input. This isn't good. I have one giant nib in here with a UI tab controller and three UI controllers embedded into it. When I took this application and refactored it into 3 nibs with their associated view controllers, I was able to realize a forty four percent savings in CPU use cycles required to load my app. Now, not only does this translate into wall clock savings for you. It also translates into energy savings for your user. And that's really important on a

72

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

device, which is mobile, like the iPhone or the iPad. And when you consider it like this: Why should the user have to pay the energy cost and the time costs to load your entire application when they may only be using a small slice of it to complete her workflow?

\*\*\*

So, your app is up, you've loaded your UI, and we're going to talk about workflow. Consider that most of your users may be at the soccer field watching their son or daughter play soccer, and they might just have a couple of minutes to pull out their phone and check their Twitter feed before a big play happens, or they're in the grocery line, and they're about to check out. They generally have between 10 to 15 seconds to accomplish whatever goal they set out to accomplish when they started your app. So, workflow and a consideration of workflow is very important to creating a responsive and performant iOS app.

\*\*\*

Moving on, we're going to chat about responsiveness. It's difficult to maintain a good workflow if your application is not responsive. If it hangs, if it sort of jitters when you scroll, these are all things, which you want to avoid. And the reason why you want to avoid them is not only for the reason of being in service of workflow. You want to preserve the illusion that goes with an iOS app. iOS apps have been, and iOS itself and the iPhone, have been described, and not just by Apple, as magical devices, and they are magical because there is this illusion to the user that she is working directly with elements inside of your application. She's not interfacing with software; she's not interfacing with the device; they're interfacing directly with items. And when your app is unresponsive, when it doesn't load quickly, when it throws up an alert, you degrade this illusion to the point that it may not exist anymore.

Relatedly to the point about responsiveness creating an illusion of direct interaction, Apple's Human Interface Guidelines describe direct manipulation of onscreen content[179]:

---

[179] *See* https://developer.apple.com/design/human-interface-guidelines/ios/overview/themes/.

74

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

1

## Direct Manipulation

2

3

4

5

6

7

The direct manipulation of onscreen content engages people and facilitates understanding. Users experience direct manipulation when they rotate the device or use gestures to affect onscreen content. Through direct manipulation, they can see the immediate, visible results of their actions.

8

As another example of Apple engineers emphasizing the importance of performance, in

9

2015 on a panel about performance, an Apple engineer stated the following[180]:

10

11

12

13

14

15

16

17

So why should you think about performance? The easiest way to sum it up is that performance is a feature. It's a core and central element of giving your users a great experience in your app. It's not an extra or a bonus or something you can get to at the end if you have time. It's actually something that should be on your mind all the time while you are writing your app. There's a couple of reasons for that. If your app is really responsive, if it always responds to user input right away, that actually builds the trust of your users. That lets them know that if they quickly need to access a piece of information or service some interaction in your app, it's not going to keep them waiting, and that makes them really happy and keeps them coming back.

\*\*\*

18

19

20

Apps that are architected to be efficient with system resources, like CPU or memory, don't just feel great when you are using them; they actually save battery power and let your user get through their day, and they really appreciate that.

\*\*\*

21

22

23

So wrapping up, performance is a feature. It's an essential aspect of giving your users a great experience in your apps. And it should be on your mind from day one when you are building your apps. Efficient apps feel great when you are using them, they build your users' trust, and they save battery power.

24

As another example, in 2016, in a panel on optimizing application inputs and outputs

25

("I/O"), an Apple engineer stated the following about the importance of efficiency as the data

26

being handled by devices becomes richer and larger: "Now to manage this data explosion, apps

27

28

[180] *See* https://developer.apple.com/videos/play/wwdc2015/230/.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

need to be really efficient in their system resource usage, and the main system resources are CPU, memory, and I/O."[181] At a different panel in 2016 on optimizing application startup times, an Apple engineer stated the following: "We've all had that experience where we pull our phone out of our pocket, press the home button, and then tap on an application we want to run. And then tap, and tap, and tap again on some button because it's not responding. When that happens to me, it's really frustrating, and I want to delete the app."[182]

At yet another panel in 2016 on using profiling instruments to measure performance, an Apple engineer stated the following[183]:

> And then we're going to show an example of making an application go faster and do less. And then finally, ensuring we have really great user responses in our application. But before we do that, let's talk about why we want to do this. And the reason we're doing this is because we want to provide a great user experience. We want our users to love using our applications. We want them to love our user applications because they're fast. Cheetah fast. So it saves them time and they can get more done. We want to make sure our users have all-day battery life. So that they're able to use their devices throughout the day. And you don't want to be that application that's at the top of the battery usage chart. And finally, we want to make sure we have smooth scrolling, and a really responsive UI in our applications, so users love using it.

As another example, in 2018, in a panel on practical approaches for having great application performance, Apple engineers stated the following[184]:

> Now, you may also experience something like this, where we are showing a lot of placeholders, and that's really not great. Maybe you're soft scrolling, you'll be lost in this gray area, the [images] would start to load, but then you'll keep scrolling and then you'll experience some frame drops because the views are being updated. Well, our goal is to not show views like this.
>
> ***
>
> Now, when you work on an app, you want to make sure that it's responsive, and usable at once. You also want to make sure that the

---

[181] *See* https://developer.apple.com/videos/play/wwdc2016/719.
[182] *See* https://developer.apple.com/videos/play/wwdc2016/406.
[183] *See* https://developer.apple.com/videos/play/wwdc2016/418/.
[184] *See* https://developer.apple.com/videos/play/wwdc2018/407.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

animations are smooth. And these two attributes are really crucial to providing a great user experience.

&ast;&ast;&ast;

Lastly, you should always think about performance. At Photos, we care deeply about it, and this is really part of our daily job.

At that 2018 panel, the Apple engineer showed the slide below as an example of a scenario that the Photos team strives to avoid showing users[185]:



The Apple engineer also showed the slide below to describe Apple's goals when the Photos app launched to the Moments screen, noting that they tried to achieve an instant startup with no spinners or placeholders[186]:

---

[185] *See* https://devstreaming-cdn.apple.com/videos/wwdc/2018/407akll3nbwls9yn4qt/407/407_practical_approaches_to_great_app_pe rformance.pdf?dl=1 at slide 26.

[186] *See* https://devstreaming-cdn.apple.com/videos/wwdc/2018/407akll3nbwls9yn4qt/407/407_practical_approaches_to_great_app_pe rformance.pdf?dl=1 at slide 43.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**Launching to Moments**
Goals

Instant
No spinner
No placeholders

Furthermore, Apple acknowledges the importance of software being well-designed to operate on all supported devices, including the slowest devices or the devices with the oldest hardware. In a 2016 WWDC panel, an Apple engineer stated the following: "Finally, it's very important to test on your slowest supported device. So those timers are constant values across all supported devices on our platforms. So, if you hit 400 milliseconds on a iPhone 6S that you're using for testing right now, you're probably just barely hitting it, you're probably not going to hit it on a iPhone 5."[187] Similarly, in a 2015 WWDC panel, an Apple engineer stated the following: "So your goal for any responsiveness scenario should be 100 milliseconds. By the way, you want to think about reaching these performance goals on the oldest hardware you intend to support. If you are targeting iOS 9, that might be the original iPad mini, the iPhone 4s, or even the iPad 2. If you've already got one of those -- or rather, if you've still got one of those -- please keep it, continue to use it, continue testing on it."[188] In that same 2015 panel, the slide below was shown regarding performance on older devices[189]:

---

[187] *See* https://developer.apple.com/videos/play/wwdc2016/406.
[188] *See* https://developer.apple.com/videos/play/wwdc2015/230/.
[189] *See* https://devstreaming-cdn.apple.com/videos/wwdc/2015/230wt8hs0wt8/230/230_performance_on_ios_and_watchos.pdf?dl=1 at slide 49.



Similar to the Apple engineers' guidance at WWDC, Apple's App Store Review

Guidelines also instruct developers to design efficiently performing applications[190]:

> 2.4.2 Design your app to use power efficiently. Apps should not rapidly drain battery, generate excessive heat, or put unnecessary strain on device resources. Apps, including any third party advertisements displayed within them, may not run unrelated background processes, such as cryptocurrency mining.

Apple's Human Interface Guidelines also acknowledge that frozen apps, or the

perception of frozen apps, can cause confusion and frustration[191]:

> ## Loading
>
> When content is loading, a blank or static screen can make it seem like your app is frozen, resulting in confusion and frustration, and potentially causing people to leave your app.

These performance considerations have a heightened significance when it comes to

Apple's iOS software. Third-party apps can be deleted if they become too buggy. iOS is the entire

operating system platform on which the device runs. Additionally, Apple's native iOS apps (some

of which are not removable) include key and primary functions and features marketed by Apple.

---

[190] *See* https://developer.apple.com/app-store/review/guidelines/.

[191] *See* https://developer.apple.com/design/human-interface-guidelines/ios/app-architecture/loading/.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

As Apple tells iOS app developers, software developers, engineers, and architects, they must "[a]lways think about performance"[192]:



Always think about performance

Apple recognizes that small changes in performance can be perceptible to users, affect their experience, and influence their behavior, and accordingly, that software must perform well and respond quickly to users. For example, an Apple engineer has told iOS app developers that as a good rule of thumb 400 ms is a good launch time because that lets the app launch time hide in the launch animations from the home screen to the application:

> So, let's discuss the goals, how fast we want to launch. Well, the launch time for various platforms are different. But, a good, a good rule of thumb, is 400 milliseconds is a good launch time. Now, the reason for that is that we have launch animations on the phone to give a sense of continuity between the home screen and your application, when you see it execute. And those animations take time, and those animations, give you a chance to hide your launch times.[193]

Another Apple engineer has stated that the lowest recommendation for apps is a launch between 500 ms and 600 ms, which is about the same time as the zoom animation from the home screen:

> Now, what do we mean by instant? Well, the time it takes to launch

---

[192] *See* https://devstreaming-cdn.apple.com/videos/wwdc/2018/407akll3nbwls9yn4qt/407/407_practical_approaches_to_great_app_performance.pdf?dl=1 at slide 141.

[193] *See* https://developer.apple.com/videos/play/wwdc2016/406.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

should be the same time as the zoom animation from the home screen. That is usually between 500 and 600 milliseconds, and that way, the transition from the home screen to the application is seamless for the user, and the user can start interacting with it, as soon as the animation is done. And by the way, this is the lowest recommendation, not something just for photos, so it's valid for any apps.[194]

Yet another Apple engineer has also noted that a one-second response time feels long to users: "A second is actually a really long time. Your user is really going to feel it if something in your app takes a second."[195] In fact, Apple recommends that apps respond to user input within 100 ms (or 0.1 seconds) so that a user does not feel the delay:

We are going to spend a lot of time today on responsiveness. Responsiveness is all about, again, how you react to user input. And we've found that if it takes too much longer than a hundred milliseconds, your user starts to feel it. So your goal for any responsiveness scenario should be 100 milliseconds.[196]

Moreover, as described above, Apple's internal documents produced in this case shows how Apple engineers working on the development of iOS 7.1 were tracking small, individual performance regressions and seeking and adopting software changes that resulted in small, individual performance improvements. [197]

---

[194] *See* https://developer.apple.com/videos/play/wwdc2018/407. I note that the recommendation for less than 400 ms was in 2016 while the recommendation for less than 500-600 ms was in 2018. It is possible that the iOS versions being discussed in 2018 had longer animations from the home screen to app launch than did the iOS versions being discussed in 2016. *See, e.g.*, https://arstechnica.com/gadgets/2014/03/ios-7-1-on-the-iphone-4-as-good-as-its-going-to-get/ ("The worst speed-sapping problem that afflicted iOS 7 was its flashy, overlong UI animations, which were sometimes used to cover up application load times but more often added unnecessary seconds to the amount of time it took to do anything.") (noting the longer launch animations in iOS 7 over iOS 6).

[195] *See* https://developer.apple.com/videos/play/wwdc2015/230/.

[196] *See* https://developer.apple.com/videos/play/wwdc2015/230/.

[197] *See, e.g.*, APL-GRACE_00035270; APL-GRACE_00035928; APL-GRACE_00169822.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

1

2

3

4

5

6

7

8      Moreover, consistent with Apple's recommendations and awareness that small performance regressions may be perceptible to users, I am aware that other large technology companies are cognizant that small delays or performance regressions can be noticed by users and also influence users' behaviors. For example, Google conducted experiments on web search latency.[198] Google found that latency between 00-400 ms reduced the number of daily searches per user between 0.2% and 0.6%.[199] Moreover, Google observed that even after the delay is removed, the daily searches per user persisted at about 0.2% lower.[200] Google also conducted other studies where it increased the number of results per page at users' requests.[201] The increase in number of results caused the search results page to load about 0.5 seconds slower.[202] Google observed that the 0.5 second delay in loading the page resulted in a 20% drop in traffic.[203] Similarly, Amazon conducted studies by delaying page loading in 100 ms increments and found that "even very small delays would result in substantial and costly drops in revenue."[204]

---

[198] *See* http://services.google.com/fh/files/blogs/google_delayexp.pdf.

[199] *See id.*

[200] *See id.*

[201] *See* http://glinden.blogspot.com/2006/11/marissa-mayer-at-web-20.html; *see also* https://blog.gigaspaces.com/amazon-found-every-100ms-of-latency-cost-them-1-in-sales/.

[202] *See id.*

[203] *See id.*

[204] *See* http://glinden.blogspot.com/2006/11/marissa-mayer-at-web-20.html; *see also* https://blog.gigaspaces.com/amazon-found-every-100ms-of-latency-cost-them-1-in-sales/; https://www.fastcompany.com/1825005/how-one-second-could-cost-amazon-16-billion-sales.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

This is consistent with my experience as well. Small, incremental regressions and improvements in software design are important and should be considered because during normal use, these incremental changes accumulate and either improve or degrade the user experience.[205]

### 4.5    Apple's Produced Performance Data

I understand that the Plaintiffs served Apple an interrogatory requesting all iOS 7-related performance testing information.[206]  I understand that Apple's most recent response cites to the documents  APL-GRACE_00169901  to  APL-GRACE_00169913.[207]   I have reviewed the interrogatory, Apple's response, and the cited documents. Apple's response did not provide any narrative explanation of the documents or their contents. I refer to these documents in this section as "Apple's Performance Data."

The  Apple  Performance  Data  features  eleven  columns  and  appears  to  provide measurements of various benchmark tests for five iOS versions on the iPhone 4 ("N90") and the same five iOS versions on the iPhone 4s ("N94"). The five iOS versions appear to be iOS 6.1.3, three iOS 7.0.x releases, and iOS 7.1.1. Because Apple did not provide a narrative explanation of the Apple Performance Data, there is a variety of information about it that I do not know, including the following:  what apps were on the devices tested; who conducted the tests; what was the methodology, tool, instrument, or program to conduct the test and take the measurements; where the data was stored after it was initially measured; how the data was extracted from wherever it was initially stored; what exactly the benchmarks are testing (aside from educated deductions

---

[205] *See also* https://developer.apple.com/videos/play/wwdc2018/407  ("It's not every day that you're going to go into the trace, and find something so obvious and easy to fix, that is responsible for 50% of the sample. Right? In fact, there is not going to be any other huge lead sitting there waiting for me. Instead, what I'm going to need to do is go through that whole sample, with those course filters applied, so I'm only looking at operations that take about 1% of the time or more, and I'm going to look for every single thing that I see that I think I can come up with some mechanism for making a little bit faster.").
[206] *See* Plaintiff's Interrogatory No. 14.
[207] *See* Apple's Second Supplemental Response to Plaintiffs' Second Set of Interrogatories as to Interrogatory No. 14 (dated 05/31/2018).

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

based on the test names, my experience, some of Apple's public statements, and some of Apple's other produced documents); what significance Apple places on various benchmarks (aside from educated deductions based on my experience, some of Apple's public statements, and some of Apple's other produced documents); the condition of each device tested; whether a single device (e.g., one N90) had multiple iOS versions loaded or whether different devices (e.g., five N90s) had the different iOS versions loaded; or what storage capacities were on the devices tested. This is not an exhaustive list of missing information. I also have not been provided with the actual devices to further inspect, analyze, or test. I also have not been provided with what I assume was Apple's internal database or internal testing platform. I note that the spreadsheet contained almost 50,000 rows for different benchmark tests. I note that there were over 1,250 benchmark tests with names that related to FaceTime, but that no measurements of FaceTime-related tests were included for iOS 6.1.3 on either the iPhone 4 or iPhone 4s. If Apple provides any of this information or access later, I reserve the right to supplement and amend my Report.

### 4.6    Analysis of the Apple Performance Data

I analyzed the Apple Performance Data. This data further confirms the performance regressions and degradations experienced by iPhone 4 and 4s users that upgraded to iOS 7 and iOS 7.1 as compared to iOS 6.1. These performance regressions and degradations spanned a variety of performance metrics (e.g., time-based performance, size/memory-based performance, app launches, app exits, number of system calls, number of messages sent, number of page faults, CPU usage, etc.).[208] I provide some additional detail below. However, because iOS 7.1 was released at the time of the FaceTime Break in April 2014, iPhone 4 and 4s users, who had not already upgraded to iOS 7, would have only been able to upgrade to iOS 7.1. In other words, the choice

---

[208] *See generally* APL-GRACE_00169903 (comparing BrightonMaps to Innsbruck, InnsbruckTaos, and Sochi performance for N90 and N94).

84

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

presented to putative class members was whether to upgrade from iOS 6 or earlier to iOS 7.1. Thus, the additional detail provided focuses on iOS 6.1.3 and iOS 7.1.1.

I prepared Excel spreadsheets and pdfs based on the data in APL-GRACE_00169903 to provide my additional detail. I have attached these spreadsheets and pdfs as exhibits to my report.[209] To generate the first two spreadsheets, I started with APL-GRACE_00169903. In one spreadsheet, I included the data related to the iPhone 4 / N90 for iOS versions BrightonMaps / iOS 6.1.3 and Sochi / iOS 7.1 (Exhibit 2). In the other spreadsheet, I included the data related to the iPhone 4s / N94 for iOS versions BrightonMaps / iOS 6.1.3 and Sochi / iOS 7.1 (Exhibit 3). For any given benchmark test (i.e., row) that did not have a value in either the BrightonMaps or Sochi columns, I deleted that row because there was no basis to compare the two versions. Because the BrightonMaps and Sochi columns included both numeric values and units, I split those into two columns, one for value and one for units. With one exception, I deleted any rows in which the units did not match because there would be no basis for comparison; the exception to this rule was when the units were different units of time (e.g., minutes and seconds), in which case, I retained the row and converted to units of seconds.

For each row in the spreadsheet, I created a column of the difference between the Sochi result and the BrightonMaps result. I also created a column of the percentage change from the BrightonMaps result to Sochi result relative to the BrightonMaps result; in this column, if both results were 0, I left the relative change at 0, but if only the BrightonMaps result was 0, I noted this with "change from zero."

The resulting spreadsheets have entries from many different benchmark tests. Many of

---

[209] Exhibit 2 is an Excel file for the iPhone 4 / N90. Exhibit 3 is an Excel file for the iPhone 4s / N94. Exhibit 4 is an Excel file for page load times for the iPhone 4 / N90 and iPhonne 4s / N94. Exhibit 2-1 is a pdf file of tabs from the Exhibit 2 Excel file. Exhibit 3-1 is a pdf file of tabs from the Exhibit 3 Excel file. Exhibit 4-1 is a pdf file of tabs from the Exhibit 4 Excel file.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

these tests report measurements in different units, including CPU time, bytes, system calls, number of active processes, and page faults. As noted above, the spreadsheet data provides no explanation of the nature of the test. I have included all of this data in the spreadsheet to allow for additional computations if sufficient information regarding these benchmark tests is made available. This sheet is the first tabbed sheet in each of the two Excel files. Considering the percentage increase or decrease, to represent a performance regression or improvement, is consistent with the approach taken by Apple engineers, as reflected in internal Apple documentation.[210]   For example, this approach is reflected in this matrix appearing in Apple's documentation[211]:



---

[210] *See, e.g.*, APL-GRACE_00048080; APL-GRACE_00005885.

[211] *See, e.g.*, APL-GRACE_00048080 (noting that "N90 launch times relative to Brighton GM and a build from last week.").

1

2

3

4

5

Based on information I have seen in documents produced by Apple, I was able to identify certain benchmark test results that I believe are similar to data and tests discussed in these Apple documents. For each of these categories of results, I created an additional sheet in the Excel file. I discuss each of those results below.

6

7

8

9

10

11

12

The first category is boot time. In this tabbed sheet titled "BootTime," I included a single row from the first tabbed sheet, where I believe that row represents the time required to boot the phone. This result is consistent with the value reported in the Ars Technica article, discussed elsewhere, for the iPhone 4. I note that the boot time for the iPhone 4 was significantly slower in Sochi than in BrightonMaps. For the iPhone 4s, the boot time was slightly faster in Sochi than in BrightonMaps.

13

14

15

16

17

18

The next category is the time associated with various transitions in an App's state, where the particular App of interest is what Apple calls a "Null" app.[212] In the tabbed sheet titled "Null", I included rows from the first tabbed sheet that are associated with this App (I excluded other rows that appeared to be duplicative of these rows). This App is of interest to Apple because it is the simplest UI application possible, so it would represent the base time for application launch times and related operations. In this sheet, I included several summary statistics.

19

20

21

22

23

24

25

26

The last category is warm and cold launch times for various Apps. Apple has described cold launches versus warm launches versus hot launches or resumes.[213] In the tabbed sheets titled

27

28

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

1  "WarmLaunch" and "ColdLaunch," I included rows from the first tabbed sheet that are associated

2  warm and cold launch measurements (I excluded other rows that appeared to be duplicative of

3  these rows). I note that these launch times appear to be consistent with both Apple documents [214]

4
5  as well as the previously discussed Ars Technica article. In this sheet, I included several summary

6  statistics computed across the various apps.

7  ;

8

9  ;

10  .

11  I constructed an additional spreadsheet to focus on benchmarks related to page load times

12
13  (Exhibit 4). An additional spreadsheet was constructed because the names of the benchmark tests

14  related to page load times (or "PLT") appear to have changed after BrightonMaps. Page load times

15

16  ───────────
17  cold launches. And a warm launch is an app where the application is already in memory, either because
it's been launched and quit previously, and it's still sitting in the discache in the kernel, or because you
18  just copied it over. A cold launch is a launch where it's not in the discache. And a cold launch is generally
the more important to measure. The reason a cold launch is more important to measure is that's when
19  your user is launching an app after rebooting the phone, or for the first time in a long time, that's when
you really want it to be instant. In order to measure those, you really need to reboot between
20  measurements. Having said that, if you're working on improving your warm launches, your cold launches
will tend to improve also."); https://developer.apple.com/videos/play/wwdc2018/407  ("There are three
21  kinds of launches. The first and more expensive one is the find referred as [cold], and it depends the first
time you are going to relaunch your app after it reboots. So basically, nothing has been cached yet, and it
22  might require some bug run processes or some libraries to load. Now, it also happens when the system
goes under memory pressure and starts reclaiming some memory. Now, if you kill an app, it might not
23  trigger a [cold] launch, because the system decides when the resources should be paged out. And when
you kill an app, and you relaunch it a few second later, it's almost guaranteed that you'll hit a warm
24  launch. And we call it warm, because the resources or the dependents are still in the cache, so it's faster to
launch. Now, the last type is-- we call it hot, and it's basically a resume, because it's when your app is
25  already running and is being brought back to the foreground. So when you start measuring launch, you
should start by measuring the warm launch. And the time it takes to launch during this warm is less
26  variable than the cold launch, and the test iteration is much faster as you don't need to reboot your device.
Now, the way we measure launch is by evaluating the time it takes from the moment you hit the
27  application icon, and until you can start interacting with the app. And what I mean by interacting is that
it's really using and not interacting with a spinner.").
28  [214] *See, e.g.*, APL-GRACE_00035270-87, APL-GRACE_00035928-43, APL-GRACE_00169822-840.

are a focus of some of the performance discussions in Apple documents[215] and are an important performance metric at many companies. Based on my examination of the Apple Performance Data, there are three sets of benchmark tests related to PLT for which data is available on BrightonMaps and Sochi for at least the iPhone 4 or 4s. Each of these tests appears to be a static test in which a page is loaded from a file on the phone. I used the file names in the PLT benchmark tests to match the different rows between Sochi and BrightonMaps.[216] I created one tabbed sheet for each of these tests. The tabbed sheets each give a total of the page load times (and other summary statistics) for BrightonMaps and Sochi on the iPhone 4 and 4s, with the exception of the PLTStatic1 sheet which does not have the Sochi data for the iPhone 4 because that data was not provided in the Apple Performance Data. Each tabbed sheet compares the difference in the total page load time between Sochi and BrightonMaps. In all five comparisons (two for the iPhone 4 and three for the iPhone 4s) of BrightonMaps to Sochi, the page load time (both total time and mean time) is significantly larger in Sochi than in BrightonMaps.

The results of my analysis of the Apple Performance Data above are consistent with the sources cited above regarding iOS 7.1's performance regression and degradation, including: user complaints and feedback on Apple's discussion forums; the StreetDance reports emailed to Apple personnel categorizing iOS 7 issues; Apple's internal documents, including those showing its iOS 7.0 performance tracking during development; Apple's internal documents, including those showing iOS 7.1 performance tracking during development; the Ars Technica performance testing of various app launch times for iOS 6.1.3, iOS 7.0, and iOS 7.1; and the various third-party sources

---

[215] See, e.g., APL-GRACE-00048080.

[216] I note that, even though the benchmark tests are similarly named for BrightonMaps and Sochi, it is possible that they are not measuring precisely the same operation; if that is the case, then I will account for this upon receiving the correct information from Apple. I do note that the total in the tabbed sheet "PLTStatic1" is consistent (or even matches) the result that is shown for the iPhone 4s running BrightonMaps in APL-GRACE-00048080.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

and articles.   Moreover, the performance regressions reflected in the Apple Performance Data are of a scale that would be perceptible by Apple users.  I base this opinion on the materials described above, including:  user complaints and feedback on Apple's discussion forums; the StreetDance reports emailed to Apple personnel categorizing iOS 7 issues; Apple's internal documents, including those showing its iOS 7.0 performance tracking during development; Apple's internal documents, including those showing iOS 7.1 performance tracking during development; the Ars Technica performance testing of various app launch times for iOS 6.1.3, iOS 7.0, and iOS 7.1; the various third-party sources and articles describing iOS 7 and 7.1 performance issues; and Apple's own recommendations regarding application launch times and responsiveness to avoid negative user experiences from poor performance.

### 4.7     Acceptability

Dr. Rubin testified that he analyzed Apple's performance testing of the iPhone 4 on different iOS versions even though he did not cite this in his declaration.[217]   He also testified that he drew the conclusion that the "performance that [he] saw looked to [him] within an acceptable threshold" to a user.[218]   Dr. Rubin went on to testify that this conclusion was based on his experience, not as a software engineer, but as a user.[219]

I have not seen any assertion or statement by Dr. Rubin that he has attempted to analyze the acceptability of the performance results or regressions to Apple users.  I have not seen any evidence or testimony presented by Apple or Dr. Rubin that suggests that his preferences and tolerances related to performance regression can be imputed to all Apple users or all putative class members.  I have also not seen any evidence or testimony presented by Apple or Dr. Rubin that suggests what an "acceptable threshold" for performance regression is or would have been to

---

[217] *See* Rubin Dep. Tr. at 199:6-14.
[218] *See id.* at 199:14-19.
[219] *See id.* at 199:20-23.

Apple users or putative class members.  I have not seen any evidence or testimony presented by Apple or Dr. Rubin that the performance regressions and degradation, as reflected in the testing results produced by Apple, would have been acceptable to all Apple users or putative class members.  Furthermore, I have not seen any evidence or testimony presented by Apple or Dr. Rubin that considers user perceptibility of performance issues, such as the examples from Apple and others discussed above, in concluding that the performance regressions measured by Apple were at an "acceptable threshold."

In his Declaration, Dr. Rubin asserts that the Ars Technica article stated that iOS 7.1's performance was acceptable.[220]  I disagree with the notion that the Ars Technica article asserted that iOS 7.1 performance was "acceptable" to users.  The excerpt quoted by Dr. Rubin does not even use the word "acceptable" or otherwise assert that iOS 7.1 was definitively acceptable to users. The Ars Technica article explained that iOS 7.1 still did not perform as well as iOS 6.1.3, and that iOS 7.1 made the phone not "unbearable."[221]  Noting that iOS 7.1 had some improvements over iOS 7.0 is not the same as concluding that iOS 7.1 was "acceptable" to users who were previously using iOS 6.1.3 before upgrading to iOS 7.0 and 7.1.

**4.8    My Own Testing**

It is important to test devices as they would typically be configured and used by users.  One device or iOS version's better performance over another may be significant in terms of absolute or relative values, but if that performance result was measured in a way in which most users do not use their device, then the results might not be as meaningful.[222]   As Dr. Rubin noted, such

---

[220] *See* Rubin Decl. at ¶ 49.

[221] *See, e.g.*, https://arstechnica.com/gadgets/2014/03/ios-7-1-on-the-iphone-4-as-good-as-its-going-to-get/ (table showing test results); *see also id.* ("It's not a complete recovery from the original iOS 7.0 release, but it's about as good as Apple can do with hardware this old."); *id.* ("If you're sticking with the iPhone 4 for another year, iOS 7.1 makes performance tolerable enough that using the phone isn't unbearable.").

[222] *See also* https://developer.apple.com/videos/play/wwdc2018/407 ("Now, when you think about

1    differences may impact performance.[223]   However, my understanding is that Apple has not

2    produced information on typical user configurations that I could rely on to design a test.

3    Presumably, Apple has this type of information and selected the particular benchmark tests that it

4    performed to account for such uses. Should Apple produce additional information, I reserve the

5    right to amend or supplement my opinions to account for such information.

6

7    **5.    RESERVATION OF RIGHTS**

8        My opinions are based upon the information that I have considered to date. I reserve the

9    right to supplement my opinions in response to opinions expressed by Apple's experts, or in light

10   of any additional evidence, testimony, or other information that may be provided to me after the

11   date of this report, including at trial.

12

13

14                                                                  Executed on August 28, 2018

15

16                                                          _____

17                                                          Mark T. Jones

18

19

20

21

22

23

---

24   improving performance for your users, you need to think about what I like to call the total performance
     impact. If you improve the functionality and performance of one area of your application, by 50%, but it's
25   something that just 1% of your users encounter, that does not have nearly the breadth of impact as
     improving some other feature by just 10% that all of your users use all the time. So make sure you're not
26   optimizing edge cases, and make sure that your changes are impacting all of your users."); *id.* ("So it's
     essential that you understand how your users are going to use the product, so that you can optimize for the
27   right cases."); *id.* ("In an integration test, your job is to measure the performance of your application as
     your users experience it. Holistically.").
28   [223] *See* Rubin Decl. at ¶¶ 51-52.

| | | |
|---|---|---|
| **GENERAL INFORMATION** | **University Address:** 302 Whittemore Hall ECE Department Virginia Tech Blacksburg VA 24061-0111 (540) 231-8849 mtj@vt.edu | **Home Address:** 2906 Wakefield Drive Blacksburg VA 24060 (540) 921-7477 (cell) marktjones25@me.com |
| | US Citizen Residence history: | Born March 15, 1965 in Newport News, VA Newport News VA; Redlands CA; Dallas TX; Blacksburg VA; Clemson SC; Durham NC; Chicago IL; Knoxville TN; Blacksburg VA |

**EMPLOYMENT EXPERIENCE**

Professor, Department of Electrical and Computer Engineering, Virginia Tech, 8/97-present (since 6/07 at the rank of Full Professor).

Chief Technology Advisor, *Ocean Tomo, LLC,* August 2013 to December 2013.

Professor, Department of Computer Science, University of Tennessee, 8/93-7/97 (at the rank of Assistant Professor).

Assistant Computer Scientist, Mathematics and Computer Science Division, Argonne National Laboratory, Chicago, IL, 6/90 to 7/93.

**EDUCATION**

Ph.D., Duke University, Computer Science, May 1990.

B.S., Clemson University, Computer Science, summa cum laude, May 1986.

**RECOGNITION AND AWARDS**

Virginia Bioinformatics Faculty Fellow
1st prize and Honorable Mention at AOL-CIT Research Day
Virginia Tech College of Engineering Dean's List for Teaching
NSF CAREER Award
University of Tennessee Science Alliance Award
Atanasoff Best Paper Award
Gordon Bell Prize
Von Neumann Fellowship
R. F. Poole Scholarship
National Merit Scholar

**EXPERT TESTIMONY**

Blackboard v. Desire2Learn
United States District Court for the Eastern District of Texas
*Overview*: Patent infringement case involving Internet-based educational software employing role-based access control
*Testified*: Jury trial (infringement and validity), injunction hearing, contempt hearing, and deposition (4 times)

TechRadium v. Blackboard
United States District Court for the Eastern District of Virginia

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

United States District Court for the Eastern District of Texas
*Overview*: Patent infringement case involving network-based emergency
notification systems
*Testified*: Preliminary injunction hearing and deposition

Computer Associates v. Digex
Circuit Court for Prince George's County Maryland
*Overview*: Contract dispute involving enterprise management systems
*Testified*: Jury trial and deposition

Computer Associates v. Retired Persons Services
United States District Court for the Eastern District of Virginia
*Overview*: Contract dispute involving enterprise management systems
*Testified*: Deposition

DVSI v. University of Phoenix and Walden University
United States District Court for the Eastern District of Virginia
*Overview*: Patent infringement case involving network-based educational
software employing digital rights management
*Testified*: Deposition (3 days)

VirnetX v. Microsoft
United States District Court for the Eastern District of Texas
*Overview*: Patent infringement case involving VPN software in Microsoft
Windows and Microsoft's Unified Communications software
*Testified*: Jury trial (infringement and validity) and deposition (3 days)

TechRadium v. Twitter
United States District Court for the Southern District of Texas
*Overview*: Patent infringement case involving network-based notification
systems
*Testimony*: Deposition

Bedrock Computer Tech v. Softlayer et al
United States District Court for the Eastern District of Texas
*Overview*: Patent infringement case involving data structures in the Linux
operating system's network stack
*Testimony*: Jury trial v. Google (infringement and validity), Jury trial v. Yahoo
(infringement and validity) and deposition (3 days)

CEATS v. Continental Airlines et al
United States District Court for the Eastern District of Texas
*Overview*: Patent infringement case involving Web-based interactive seat maps
*Testimony*: Jury trial (infringement and validity) and deposition (2 days)

VirnetX v. Cisco et al
United States District Court for the Eastern District of Texas
*Overview*: Patent infringement case involving secure communications, VPNs,
and Voice-over-IP
*Testimony*: Jury trial v. Apple (infringement and validity), Jury trial v. Cisco
(validity), and deposition (3 days), 2nd jury trial v. Apple (infringement), 3rd jury
trial v. Apple (infringement), 4th jury trial v. Apple (infringement)

Summit6 v. Research In Motion et al
United States District Court for the Northern District of Texas

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

*Overview*: Patent infringement case involving network-based photo uploading tools on smartphones and web browsers
*Testimony*: Jury trial v. Samsung (infringement and validity) and deposition (3 days)

Ericsson v. Samsung
International Trade Commission
*Overview*: Patent infringement case involving Java technology and touchscreen technology on smartphones
*Testimony*: Deposition

AT Engine Controls LTD. v. Goodrich Corp and Goodrich Pump & Engine Control Systems, Inc.
United States District Court for the District of Connecticut
*Overview*: Trade secret case involving an embedded computing system design for helicopter engine control
*Testimony*: Deposition

SmartFlash LLC. v. Apple, et. al.
SmartFlash LLC. v. Samsung, et. al.
United States District Court for the Eastern District of Texas
*Overview*: Patent infringement case involving digital rights management and content distribution
*Testimony*: Jury trial v. Apple (infringement and validity) and deposition (4 days)

Unwired Planet v. Apple
United States District Court for the Northern District of California
*Overview*: Patent infringement case involving several technologies related to mobile devices
*Testimony: Deposition (3 days);* technology tutorial presentation to the Court

Facebook v. Rembrandt Social Media
Patent Trial and Appeal Board
*Overview*: Validity of a patent in the area of a web-based diary system
*Testimony*: Deposition

Motorola Mobility v. Intellectual Ventures
Patent Trial and Appeal Board
*Overview*: Validity of a patent in the area transmitting and browsing preformatted information
*Testimony*: Deposition

Summit6 v. Apple et al
United States District Court for the Northern District of Texas
*Overview*: Patent infringement case involving network-based photo uploading tools on smartphones and web browsers
*Testimony*: Deposition

EMC v. Pure Storage et al
United States District Court for the District of Delaware
*Overview*: Patent infringement case involving memory systems
*Testimony*: Deposition and jury trial

Parallel Networks v. IBM
United States District Court for the District of Delaware

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

*Overview*: Patent infringement case involving web servers and load balancing
*Testimony*: Deposition (2 days)

<u>Parallel Networks</u> v. Microsoft
United States District Court for the District of Delaware
*Overview*: Patent infringement case involving web servers and load balancing
*Testimony*: Deposition (2 days) and jury trial

Microsoft and IBM v. <u>Parallel Networks</u>
Patent Trial and Appeal Board
*Overview*: Validity of a patent related to web servers and load balancing
*Testimony*: Deposition

<u>adidas</u> v. UnderArmour
United States District Court for the District of Delaware
*Overview*: Patent infringement case involving fitness tracking
*Testimony*: Deposition

<u>BMC Software</u> v. ServiceNow
United States District Court for the Eastern District of Texas
*Overview*: Patent infringement case involving enterprise management software
*Testimony*: Deposition

<u>Ericsson</u> v. TCL
United States District Court for the Eastern District of Texas
*Overview*: Patent infringement case involving Java technology and security on smartphones
*Testimony*: Deposition (3 days) and jury trial

<u>REM</u> v. Square
United States District Court for the Eastern District of Missouri
*Overview*: Intellectual property case involving credit card readers for smartphones
*Testimony*: Deposition

AARC v. <u>Chrysler et al</u>
United States District Court for the District of Columbia
*Overview*: Intellectual property case involving car infotainment systems
*Testimony*: Deposition

Spex Technologies v. <u>Apricorn</u>
United States District Court for the Central District of California
*Overview*: Patent infringement case involving secure memory devices
*Testimony*: Deposition

<u>United States Conference of Mayors</u> v. Great-West Life Annuity Insurance Co.
United States District Court for the District of Columbia
*Overview*: Contract dispute
*Testimony*: Deposition and jury trial

<u>Tecsec, Inc.</u> v. Adobe Systems Inc. (listed as IBM, et.al.).
United States District Court for the Eastern District of Virginia
*Overview*: Patent infringement case involving secure object technology
*Testimony*: Deposition

<u>Egenera, Inc.</u> v. Cisco Systems, Inc.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

United States District Court for the District of Massachusetts
*Overview*: Patent infringement case involving an architecture for a processing platform
*Testimony*: Deposition

---

## PUBLICATIONS
### Journals

M. Blake, R. Younes, D. Jacob, T. Martin, and M. Jones, "A User-Independent and Sensor -Tolerant Wearable Activity Classifier," *IEEE Computer*, v. 48, No. 10, October 2015, pp. 64-71.

Hawkins JB, Jones MT, Plassmann PE, Thorley-Lawson DA, "Chemotaxis in Densely Populated Tissue Determines Germinal Center Anatomy and Cell Motility: A New Paradigm for the Development of Complex Tissues," PLoS ONE 6(12): e27650. doi:10.1371/journal.pone.0027650, 2011.

Z. Nakad, M. Jones, T. Martin, and W. Fawaz, "Networking in E-textiles," *Computer Communications*, vol. 33, issue 6, April 2010,  pp. 655-666.

Jian Liu, T. E. Lockhart, M. Jones, and T. Martin, "Local Dynamic Stability Assessment of Motion Impaired Elderly Using Electronic Textile Pants," *IEEE Transactions on Automation Science and Engineering*, vol. 5, issue 4, pp. 696-702, October 2008.

Madhup Chandra, Mark Jones, and Thomas Martin, "E-Textiles for Autonomous Location Awareness," *IEEE Transactions on Mobile Computing*, vol. 6, issue 4, pp. 367-380, April 2007.

Zahi Nakad, Mark Jones, Thomas Martin, and Ravi Shenoy, "Using Electronic Textiles to Implement an Acoustic Beamforming Array: A Case Study," *Pervasive and Mobile Computing Journal*, vol. 3, issue 5, pp. 581-606, October 2007.

Mark Jones, Zahi Nakad, Paul Plassmann, Yanhua Yi, "The Use of Configurable Computing for Computational Kernels in Scientific Simulations," *Intern. Journal of Future Generation Computer Systems*, 22 (1-2), pp. 67-79 (2006**)**.

J.-R. Cheng, M. T. Jones, and P. E. Plassmann, "A Portable Software Architecture for Mesh-Independent Particle Tracking Algorithms," *Journal of Parallel Algorithms and Applications*, 19 (2-3), 145-161, 2004.

Jae H. Park, Gary Friedman and Mark Jones, "Geographical Feature Sensitive Sensor Placement," *Journal of Parallel and Distributed Computing*, volume 64, 2004, pp. 815-825.

D. Marculescu, R. Marculescu, N. Zamora, P. Stanley-Marbell, P. K. Khosla, S. Park, S. Jayaraman, S. Jung, C. Lauterbach, W. Weber, T. Kirstein, D. Cottet, J. Grzyb, G. Tröster, M. Jones, T. Martin, Z. Nakad, "Electronic Textiles: A Platform for Pervasive Computing," *Proceedings of the IEEE*, volume 91, number 12, December 2003, pp. 1995-2018.

Kiran Puttegowda, David I. Lehn, Jae H. Park, P. Athanas and Mark Jones, "Context Switching in a Run-Time Reconfigurable System," *Journal of Supercomputing,* Kluwer Academic Press, June 2003, pp 239-257.

Mark Jones, Shashank Mehrotra, and Jae Hong Park, "Tasking Distributed Sensor Networks," *Journal of High Performance Computing Applications*, Vol 16, pp. 243-257, 2002.

Eloise Coupey and Mark Jones, "A Script-Based Approach for E-Commerce Applications," *Quarterly Journal of Electronic Commerce*, to appear.

Eloise Coupey and Mark Jones, "Decision Making in the Electronic Commerce Environment: Issues and Approaches for Tool Development," *Quarterly Journal of Electronic Commerce*, Vol 1, pp. 215-228, 2000.

Mark Jones and Karthik Ramachandran, "Unstructured Mesh Computations on CCMs," *Advances in Engineering Software*, Vol. 31, pp. 571-580, 2000.

Mark Jones and Paul Plassmann, "Unstructured Mesh Computations on Networks of Workstations," *Computer-Aided Civil and Infrastructure Engineering*, Vol. 15, 196-208, 2000.

Lori Freitag, Mark Jones, and Paul Plassmann, "A Parallel Algorithm for Mesh Smoothing," *SIAM Journal on Scientific Computing*, Vol 20, pp 2023-2040, 1999.

William Barry, Mark Jones, and Paul Plassmann, "Parallel Adaptive Mesh Refinement Techniques for Plasticity Problems," *Advances in Engineering Software*, Vol. 19, pp. 217-229, 1998.

Mark Jones and Paul Plassmann, "Adaptive Refinement of Unstructured Finite-Element Meshes*," Journal of Finite Elements in Analysis and Design*, Vol. 25, pp. 41-60, 1997.

Mark Jones and Paul Plassmann, "Parallel Algorithms for Adaptive Mesh Refinement," *SIAM Journal of Scientific Computing*, Vol. 18, pp. 686-708, 1997.

Robert Gjertsen, Mark Jones, and Paul Plassmann, "Parallel Heuristics for Improved, Balanced Graph Colorings," *Journal of Parallel and Distributed Computing*, Vol. 37, pp. 171-186, 1996.

Mark Jones and Daniel Szyld, "Two-stage Multisplitting Methods with Overlapping Blocks," *Numerical Linear Algebra with Applications*, Vol. 3, pp. 113-124, 1996.

Mark Jones and Paul Plassmann, "An Improved Incomplete Cholesky Factorization*," ACM Trans. on Mathematical Software*, Vol. 21, pp. 5-17, 1995.

Mark Jones and Paul Plassmann, "Algorithm 740: Fortran Subroutines to Compute Improved Incomplete Cholesky Factorizations," *ACM Trans. on Mathematical Software*, Vol. 21, pp. 18-19, 1995.

Mark Jones and Paul Plassmann, "Results for Parallel Unstructured Mesh Computations*," Computing Systems in Engineering*, Vol. 5, pp. 297-309, 1994.

Mark Jones and Paul Plassmann, "Scalable Iterative Solution of Sparse Linear Systems," *Parallel Computing*, Vol. 20, pp. 753-773, 1994.

Mark Jones and Merrell Patrick, "Factoring Indefinite Matrices on High-Performance Architectures," *SIAM Journal on Matrix Analysis and Applications*, Vol. 15, pp. 273-283, 1994.

Mark Jones and Paul Plassmann, "Computation of Equilibrium Vortex Structures for Type-II Superconductors," *Int. J. Supercomputing Applications*, Vol.7.2, pp. 129-143, 1993.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

Mark Jones and Paul Plassmann, "A Parallel Graph Coloring Heuristic," *SIAM J. on Scientific and Statistical Computing*, Vol. 14, pp. 654-669, 1993.

Mark Jones and Merrell Patrick, "Bunch-Kaufman Factorization for Real Symmetric Indefinite Banded Matrices, *SIAM Journal of Matrix Analysis and Applications*, Vol. 14, pp. 553-559, 1993.

Mark Jones and Merrell Patrick, "The Lanczos Algorithm for the Generalized Symmetric Eigenproblem on Shared-Memory Architectures," *Applied Numerical Mathematics*, Vol. 12, pp. 377-389, 1993.

Daniel Szyld and Mark Jones, "Two-stage and Multi-splitting Methods for the Parallel Solution of Linear Systems," *SIAM Journal of Matrix Analysis and Applications*, Vol.13, pp. 671-679, 1992**.**

**Conferences (refereed)**

R. Younes, T. Martin, and M. Jones, "Activity Classification at a Higher Level: What to Do After the Classifier Does Its Best?" Proceedings of the International Symposium on Wearable Computers, Osaka, Japan, September 2015, pp. 83-86.

Joo Hong Lee, Mark T. Jones, and Paul E. Plassmann, "Scalable Solution of Radiative Heat Transfer Problems by the Photon Monte Carlo Algorithm on Hybrid Computing Architectures," Proceedings of the 2012 International Conference on Parallel and Distributed Processing Techniques and Applications (PDPTA'12: July 16-19, 2012, USA), Volume 1, pp. 67-75.

Joo Hong Lee, Mark T. Jones, Paul E. Plassmann, "A Hybrid Software Framework for the GPU Acceleration of Multi-Threaded Monte Carlo Applications,", Proceedings of the 2010 International Conference on Scientific Computing (CSC'11: July 18-21, 2011, USA), pp. 70-76.

Joo Hong Lee, Mark T. Jones, Paul E. Plassmann, "An Efficient Shared Memory Programming Model for Biological Systems Simulation", 2010 International Conference on Parallel and Distributed Processing Techniques and Applications, July 12-15, 2010, pp. 315-319.

Joo Hong Lee, Mark T. Jones, Paul E. Plassmann, "A Scalable Distributed Memory Programming Model for Large-Scale Biological Systems Simulation", 2010 International Conference on Scientific Computing, July 12-15, 2010, pp. 251-256.

Joo Hong Lee, Mark T. Jones, Paul E. Plassmann, "A Hybrid Parallel Programming Model for Large-Scale Biological Systems Simulation", Proceedings of Para 2010, State of the Art in Scientific and Parallel Computing, June 6-9, 2010.

M. Quirk, T. Martin, and M. Jones, "Inclusion of Fabric Properties in the E-Textile Design Process," *Proc. 13th Int'l Symp. Wearable Computers* (ISWC 09), IEEE CS Press, 2009, pp. 34–40.

Tom Martin, Mark Jones, Justin Chong, Meghan Quirk, Kara Baumann, Leah Passauer, " Design and Implementation of an Electronic Textile Jumpsuit," *Proc. 13th Int'l Symp. Wearable Computers* (ISWC 09), IEEE CS Press, 2009, pp. 157-158.

M. Shelburne, C. Patterson, P. Athanas, M. Jones, B. Martin, and R. Fong, "Metawire: Using FPGA Configuration Circuitry to Emulate a Network-on-Chip", *Field Programmable Logic and Applications*, September 2008, pp. 257-262.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

M. Jones, T. Martin, and B. Sawyer, "An Architecture for Electronic Textiles", Proceedings of the ICST Third International Conference on Body Area Networks, 2008, Article 24, 4 pages.

David Graumann, Giuseppe Raffa, Meghan Quirk, Braden Sawyer, Justin Chong, Mark Jones, Thomas Martin, "Large Surface Area Electronic Textiles for Ubiquitous Computing: A Systems Approach", *MobiQuitous '07*, August 2007, pp. 1-8.

George Eichinger, Tom Martin, and Mark Jones, "From Circuit to Sewing in One Click," *ISWC 2007*.

J. Edmison, D. Lehn, M. Jones, and T. Martin, An E-Textile Based Automatic Activity Diary for Medical Annotation and Analysis, *2006 Workshop on Body Sensor Networks*, April 2006, pp. 131-134.

C. Einsmann, M. Quirk, B. Muzal, B. Venkatramani, T. Martin, and M. Jones, "Modeling a Wearable Full-body Motion Capture System," *Proceedings of the 2005 IEEE International Symposium on Wearable Computers (ISWC)*, October 2005, pp. 144-151.

J. Edmison, D. Lehn, M. Jones, and T. Martin, "Users' Perceptions of an Automatic Activity Diary for Medical Annotation and Analysis," *Proceedings of the 2005 IEEE International Symposium on Wearable Computers (ISWC)*, October 2005, pp. 192-193.

M. Chandra, M. Jones, and T. Martin, "E-Textiles for Autonomous Location Awareness," *Proceedings of the 2004 International Symposium on Wearable Computers*, Arlington, VA, Oct. 31-Nov. 3, 2004, pp. 48-55.

Zahi Nakad, Mark Jones, and Tom Martin, "Fault Tolerant Networks for Electronic Textiles," *CIC 2004,* Las Vegas, June 2004, pp. 100-106.

Zafer Gurdal, Tom Hartka, Mark Jones, and Sun Wook Kim, "A Reconfigurable Approach to Structural Engineering Design Computations," *ERSA 2004*, Las Vegas, June 2004.

Jones, Mark T., and Eloise Coupey, "An Agent-based Simulation Prototype for Evaluating Health Behavior Interventions," *METMBS 2004*, Las Vegas, June 2004.

Thomas Martin, Mark Jones, Joshua Edmison, Tanwir Sheikh, and Zahi Nakad, "Modeling and Simulating E-Textile Applications *Proceedings of the ACM Conference on Languages, Compilers, and Tools for Embedded Systems*, June 11-13, 2004, pp. 10-19.

Lehn, D., C. Neely, K. Schoonover, T. Martin, and M. Jones, "e-TAGS: e-Textile Attached Gadgets." *Communication Networks and Distributed Systems Modeling and Simulation Conference*, January 2004.

M. Abdalla, S. W. Kim, Z. Gürdal, and M. T. Jones, "Multigrid Accelerated Cellular Automata for Design Optimization of Continuum Structures: A 1-D Implementation", 45th *AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics & Materials Conference*, April 2004.

Zahi Nakad, Mark Jones, and Tom Martin, "Communication in Electronic Textile Systems," *2003 International Conference on Communications in Computing (CIC 2003)*, pp. 37-43.

Mark Jones, Paul Plassmann, Zahi Nakad, and Yanhua Yi, "The Use of Configurable Computing in Scientific Simulations," *2003 International Conference on Parallel and Distributed Processing Techniques and Applications (PDPTA '03)*, pp. 520-524.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

Mark Jones, Mukta Nandwani, Jae Park, Paul Plassmann, and Yanhua Yi, "Examining the Communication Requirements of Remote Scientific Visualization," *2003 International Conference on Communications in Computing (CIC 2003)*, pp. 31-36.

T. Martin, M. Jones, J. Edmison, and R. Shenoy, "Towards a Design Framework for Wearable Electronic Textiles," *International Society for Wearable Computers 2003*, pp. 190-199*.*

M. Jones., T. Martin, Z. Nakad, R. Shenoy, T. Sheikh, D. Lehn, and J. Edmison, *"*Analyzing the Use of E-textiles to Improve Application Performance*," IEEE Vehicular Technology Conference 2003, Symposium on Wireless Ad hoc, Sensor, and Wearable Networks.*

Mark Jones, Tom Martin, and Zahi Nakad, "A Service Backplane for e-Textiles," *MAMSET 2002: Proc. Workshop on Modeling, Analysis and Middleware Support for Electronic Textiles*, 6 October 2002, pp. 15-22.

J. Edmison, M. Jones, Z. Nakad and T. Martin "Using piezoelectric materials for wearable electronic textiles," *Wearable Computers, 2002. Proceedings. Sixth International Symposium on* pp. 41-48, 2002.

Mark Jones, Lucas Scharf, Jon Scott, Christian Twaddle, Matthew Yaconis, Kuan Yao, Peter Athanas, and Brian Schott, "Implementing an API for Distributed Adaptive Computing Systems," *Proceedings of IEEE Symposium on Field-Programmable Custom Computing Machines*, Napa, CA, April, 1999).

Jason Hess, David Lee, Scott Harper, Peter Athanas, and Mark Jones, "Implementation of a Prototype Reconfigurable Router," *Proceedings of IEEE Symposium on Field-Programmable Custom Computing Machines*, Napa, CA, April, 1999, to appear 7 pages).

David Lee, Mark Jones, Scott Midkiff, and Peter Athanas, "Towards Active Hardware," Lecture Notes in Computer Science 1653, Springer-Verlag, pp. 180-187, 1999.

Lori Freitag, Mark Jones and Paul Plassmann, "The Scalability of Mesh Improvement Algorithms," *The IMA Volumes in Mathematics and its Applications*, Vol. 105, pp. 185-211, 1998.

Lori Freitag, Mark Jones, and Paul Plassmann, "An Efficient Parallel Algorithm for Mesh Smoothing," *Proceedings of the 4th International Meshing Roundtable*, Albuquerque, NM, pp. 47-58, 1995.

Mark Jones and Paul Plassmann, "The efficient parallel iterative solution of large sparse linear systems," *The IMA Volumes in Mathematics and its Applications*, Vol. 56, pp. 229-245, 1993.

Mark Jones and Paul Plassmann, "Solution of Large, Sparse Systems of Linear Equations in Massively Parallel Applications," *Supercomputing '92 Proceedings*, IEEE Computer Society, pp. 551-560, 1992.

Mark Jones, Merrell Patrick, and Robert Voigt, "A Language Comparison for Scientific Computing on MIMD Architectures," *Proceedings of the IFIP Working Conference: Aspects of Computation on Asynchronous Parallel Processors*, M. H. Wright (Editor), Elsevier Science Publishers B. V. (North-Holland), IFIP, pp. 55-67, 1989.

**Book Chapters**

R. Younes, K. Hines, J. Forsyth, J. Dennis, T. Martin, and M. Jones, "The design of smart garments for motion capture and activity classification," Chapter

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

27 in Smart Textiles and Their Applications, V. Koncar (editor), Woodhead Publishing, Duxford, UK, 2016, pp. 627-655.

M.T. Jones and T.L. Martin, "Hardware and Software Architectures for Electronic Textiles," a chapter in "Smart Clothing: Technology and Applications", ed. Gilsoo Cho, 2010, pp. 135-152.

**Other**

J. Edmison, M. Jones, T. Lockhart, and T. Martin, "An E-Textile System for Motion Analysis," Wearable eHealth Systems for Personalised Health Management: State of the Art and Future Challenges, Studies in Health Technology and Informatics, vol. 108, August 2004, pp. 292-301

Eloise Coupey and Mark Jones, Developing Dynamic Decision Support: Opportunities, Issues and Approaches, Twenty-Third Annual International Computer Software and Applications Conference, October 1999.

Mark Jones, Michael Langston, and Padma Raghavan, "Tools for Mapping Applications to CCMs," *Proceedings of SPIE: Configurable Computing: Technology and Applications*, Boston, MA, SPIE, pp. 72-80, Nov. 1998.

Lori Freitag, Mark Jones, and Paul Plassmann, "Mesh Component Design and Implementation within SUMAA3d," *Proceedings of SIAM Workshop on Object Oriented Methods for Inter-operable Scientific and Engineering Computing*, SIAM Publications, to appear (page number/total unknown until typesetting).

Lori Freitag, Mark Jones, and Paul Plassmann, "A Parallel Algorithm for Mesh Smoothing*," Proceedings of the Eighth SIAM Conference on Parallel Processing for Scientific Computing*, Minneapolis, MN, March 1997.

Lori Freitag, Mark Jones, and Paul Plassmann, "Parallel Adaptive Mesh Refinement with the SUMAA3d Project," *Proceedings of the ICASE/LaRC Workshop on Adaptive Grid Methods*, 1995.

Lori Freitag, Mark Jones, and Paul Plassmann, "Parallel Algorithms for Unstructured Mesh Computation," *Proceedings of Fifth SIAM Applied Linear Algebra Conference*, SIAM Publications, pp. 123-127, 1994.

Mark Jones and Paul Plassmann, "Parallel Algorithms for the Adaptive Refinement and Partitioning of Unstructured Meshes," *Proceedings of the Scalable High-Performance Computing Conference*, IEEE, Ed. Dongarra and Walker, pp. 478-485, 1994.

Lori Freitag, Mark Jones, and Paul Plassmann, "New Techniques for Parallel Simulation of High-Temperature Superconductors," *Proceedings of the Scalable High-Performance Computing Conference*, IEEE, Ed. Dongarra and Walker, pp. 726-733, 1994.

Lori Freitag, Mark Jones, and Paul Plassmann , "New Advances in the Modeling of High-Temperature Superconductors," *Proceedings of the 1994 International Simulation Conference – Grand Challenges in Computer Simulation*, The Society for Computer Simulation, pp. 208-213, 1994.

Mark Jones and Paul Plassmann, "Software for the Generalized Eigenproblem on Distributed Memory Architectures," *Proceedings of the Lanczos Centenary Conference*, Ed. Chu, et. al., pp. 322-325, 1994.

Lori Freitag, J. Garner, Mark Jones, Paul Plassmann, "Recent Computational Results on the Equilibrium Vortex Configurations on Type-II Superconductors," *Proceedings of the Second DELTA Applications Workshop*, Ed. P. Messina, pp. 93-98, March 1993.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

Tom Canfield, Mark Jones, Paul Plassmann, and Michael Tang, "Modeling Piezoelectric Crystals on the Intel DELTA," *Proceedings of the Sixth SIAM Conference on Parallel Processing for Scientific Computing*, pp. 156-159, 1993.

Mark Jones and Paul Plassmann, "Recent Results in the Modeling of Type-II Superconductors on Massively Parallel Computers," *Proceedings of the Sixth SIAM Conference on Parallel Processing for Scientific Computing*, pp. 147-151, 1993.

Mark Jones and Paul Plassmann, "Parallel Solution of Unstructured, Sparse Systems of Linear Equations*," Proceedings of the Sixth SIAM Conference on Parallel Processing for Scientific Computing*, pp. 471-475, 1993.

Tom Canfield, Mark Jones, Paul Plassmann, and Michael Tang, "Thermal Effects on the Frequency Response of Piezoelectric Crystals," *New Methods in Transient Analysis*, Eds. P. Smolinksi, W. K. Liu, G. Hulbert, and K. Tamma, PVP-Vol. 246 and AMD-Vol. 143, pp. 103-108, ASME, New York, 1992.

Mark Jones and Paul Plassmann, "The Effect of Many Color Orderings on the Convergence of Iterative Methods," *Proceedings of the Copper Mountain Conference on Iterative Methods*, April 1992.

Mark Jones and Paul Plassmann, "Modeling piezoelectric crystals on the Intel DELTA," *Proceedings of the Intel DELTA Applications Workshop*, Cal Tech, pp. 97-105, 1992.

---

**RESEARCH GRANTS**   NASA, "Phase II: Integrated Sensors for the Evaluation of Structural Integrity of Inflatable Habitats," with NanoSonic, $180,000, 9/25/17-9/24/19.

NSF, "SCH: INT: Collaborative Research: Smart Wearable Systems to Support and Measure Movement in Children With and Without Mobility Impairments," $326,658, 10/1/17-9/30/21.

NASA, "Integrated Sensors for the Evaluation of Structural Integrity of Inflatable Habitats," with NanoSonic, $35,000, 9/1/2016-8/31/17.

NSF, "SHB: Small: Collaborative Research: Electronic textiles for ambulatory health monitoring," $306,083, 7/1/2011-6/30/2014.

DARPA, "RECE," With BBN, $30,000, 4/16/09-10/16/09.

NSF, "Investigating a Novel Embedded Processor Architecture for Electonic Textiles in Wearable and Pervasive Computing," $220,000, 12/1/08-11/30/10.

NSF, "Fundamental Algorithms to Enable the Simulation of Multi-Scale Biological Systems," $200,000, 9/1/07-8/31/10.

AFRL, "Phase II: Amorphous Soft-Core Processor for Hardware Anti-Tamper," ~$230,000, 11/1/06-10/31/08.

Intel, "E-Textile Rug for Gait Analysis, People Tracking and Emergency Directions," $15,000, 6/1/06-12/31/06.

Carilion, "Quantitative Measurement and Modeling of Early Events in Influenza Pathogenesis," $20,000, 7/1/05-6/30/06.

AFRL, "Phase I: Wearable Computer for Enhanced Situation Awareness," $30,000, 5/1/06-1/1/07.

AFRL, "Phase I: Amorphous Soft-Core Processor for Hardware Anti-Tamper," $35,000, 1/1/06-11/1/06.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

MDA, "Phase I: Secure Software Platform for Real-Time Software Anti-Tamper," $29,994, 6/1/06-11/1/06.

*National Science Foundation* (NSF), "CRI", (e-textiles equipment), ~$80,000, 8/05-7/07.

*Harris Corporation,* "Exploiting the Reconfigurability of a Software-Defined Radio Platform," $161,070, 9/1/05-6/30/06.

*DARPA,* "Phase I: Technology for Trusted Circuits," $31,000, 3/1/05-9/15/05.

*Harris Corporation,* "Partial Reconfiguration Support for the Harris Programmable Modem Platform," $73,448, 12/01/04-6/30/05.

*NSF,* "Phase I: An Electronic Textile System for Gait Analysis", $33,000, 1/1/2005-6/30/2005.

*Office of Naval Research (*ONR). "AWINN."  $452,300, 12/20/04-7/31/06.

*Office of Secretary of Defense,* "Phase II: Reconfigurable Processor Technology for Software Protection," SBIR Subcontract with Luna Innovations, $237,581, 6/04-5/06.

*NSF,* REU Supplement to ITR: Tailor-Made:  Design of e-Textile Architectures for Wearable Computing, NSF, $12,000, 6/1/2005 – 8/31/2005.

*Office of Secretary of Defense,* "Phase I: Reconfigurable Processor Technology for Software Protection," SBIR Subcontract with Luna Innovations, $33,000, 8/03-2/04.

*National Science Foundation* (NSF), "ITR: Tailor-Made: Design of e-Textile Architectures for Wearable Computing", $399,000, 8/02-8/06.

*NSF,* REU Supplement to above grant, $10,000.

*NSF,* REU Supplement to above grant, $6,000.

NSF, "A Toolbox of Scalable Algorithms and Software for Advanced Scientific Computing Applications", $300,000, 4/03-4/06.

*Defense Advanced Research Projects Agency (*DARPA). Computational Fabrics, $217,000, 3/01-12/02. Subcontract from ISI/University of Southern California.

*Office of Naval Research (*ONR). Secure Configurable Radio.  $751,000, 4/00-4/04.

NSF, SUCCEED, $33,000, 9/1/01-8/31/02.

*National Science Foundation (NSF).* Parallel unstructured mesh algorithms, Amount: $145,023, 10/99-9/02.

*DARPA,* Development of algorithms and software for the control of distributed, dynamic sensor networks, Amount $411,625, 6/99-6/02.

*DARPA,* Subcontact with USC/ISI. Development of algorithms and runtime software for systems of configurable computers, Amount $160,000, 10/00-10/01.

*Department of Energy,* Development of algorithms and software for massively parallel architectures, Amount: $145,000, 12/98-11/01.

*DARPA,* Development of Java-based tools and applications for fast, flexible run-time reconfiguration of configurable computing devices, Amount:  $345,574, 9/99-9/01.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

*DARPA,* Development of an application programming interface, algorithms, and applications for run-time reconfiguration on novel adaptive computing architectures, Amount: $250,000, 6/99-6/01.

Lockheed-Martin/Sanders, A Wireless Link for Remote Telemetry of Compact Airborne System, $125,000, 5/00-4/01.

*DARPA*, Development of algorithms and runtime software for systems of configurable computers, Amount $169,792, 11/99-10/00.

*National Security Agency (NSA)*, Software for the translation of JBits FPGA programs to EDIF programs, Amount $75,000, 9/99-7/00.

*DARPA*, Construction of an API & applications for the control of distributed systems of configurable computing nodes, Amount $162,886, 9/98-10/99.

*NSF*, Career Award: Parallel algorithms and software for unstructured mesh computations, Amount: $125,881, 7/96-7/99.

*Air Force Research Laboratory*, Research and development of an Internet-based, interactive, decision making program, Amount: $97,425, 11/97-5/99.

*NSF*, Equipment funding for a 16-node cluster of configurable computers, Amount: $85,000, 12/97-12/98.

*NSF*, Scientific applications in a distributed computing environment, Amount: $318,807, 7/95-7/98.

*NSF,* Equipment funding for an ATM-based cluster of workstations, Amount, $100,000, 1/96-12/96.

*NSF,* Workshop organized at Argonne National Laboratory, Amount, $10,000, 1996.

---

**PATENTS**        Inventor, United States Patent No. 8,473,754, Hardware-Facilitated Secure Software Execution Environment.

---

**SOFTWARE**       SLAAC/ACS API (4/99): Software for the control of complex systems of configurable computing nodes and high-speed networks.  This code is being distributed to the ACS community.  Developed in Configurable Computing Laboratory with Peter Athanas.

*BlockSolve (4/93 & 1/96): Software for solving large sparse linear systems on distributed memory architectures.  This code has been distributed via netlib and ANL ftp and has been accessed by several hundred people as of 4/4/99. Developed at Argonne National Laboratory with Paul Plassmann.*

*LANZ (10/90): Software for solving the generalized eigenproblem on shared memory architectures.  This code has been distributed via netlib and NASA and has been accessed by over 10,000 people as of 4/4/99.  Developed at Duke University and Argonne National Laboratory with Merrell Patrick.*

---

**TEACHING**       Computer Programming

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

**RESPONSIBILITIES**          ECE 5574, *Advanced Software Development for CAE*
                              ECE 4574, *Large-Scale Software Development for Engineering Systems*
                              ECE 3574, *Applied Software Design*
                              ECE 2574, *Data Structures*
                              ECE 1574, *Engineering Problem Solving with C++*
                         Computer Simulation and Modeling
                              *CS 371, Numerical Analysis*
                              *CS 594, Computational Modeling*
                         Computer Network, Architecture, and Organization
                              ECE 2504, *Introduction to Computer Engineering*
                              *CS 594, Internetworking with TCP/IP*
                              ECE 4504, *Computer Organization*
                              ECE 4534, *Design of Embedded Systems*
                              ECE 5504 (formerly ECE 5515), *Computer and Network Architectures*
                              ECE Special Studies: *Configurable Computing*, E-Textiles
                              ECE 5984, *Java-Based Configurable Computing*
                              ECE 6504, *Applications of Parallel and Distributed Computing*, TV course.
                              CS 530, *Computer Systems Organization*
                         CEO of DISC, a student-run virtual corporation, for Fall 1998 and Spring 1999.

**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**