**EXHIBIT 6**

Page 1

1          UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
               SAN JOSE DIVISION
3  _____

4  CHRISTINA GRACE and KEN POTTER,        **CERTIFIED**
   Individually and on Behalf of          **TRANSCRIPT**
5  All Others Similarly Situated,

6          Plaintiffs,

7
       -vs-                        No. 5:17-cv-00551-LHK-NC
8

9  APPLE INC,

10         Defendant.
11 _____

12      ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

13        VIDEO DEPOSITION OF DR. MARK T. JONES

14             8:32 a.m. to 5:32 p.m.

15             September 24, 2018

16             Blacksburg, Virginia

17

18

19

20

21

22

23

24  Job No. 37982/307500

25        REPORTED BY:  Rhonda D. Tuck, RPR, CRR



GRACE: DR. MARK T. JONES - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

1  APPEARANCES OF COUNSEL CONTINUED:

2

3          DURIE TANGRI

4             217 Leidesdorff Street

5             San Francisco, California 94111

6             (415) 362-6666

7             enovikov@durietangri.com

8       BY:   EUGENE NOVIKOV, ESQUIRE

9             Counsel for the Defendant

10

11

12

13  ALSO PRESENT:

14  J.B. STEPHENS - Videographer

15  GABE ZELDIN, ESQ., Apple Inc. (Telephonically)

16  AVIEL RUBIN (Telephonically)

17

18

19

20

21

22

23

24

25



Page 177

1   architectures for a given set of tasks.

2       **Q.      Have you ever done that -- have you ever**

3   **studied that in the context of consumer electronics?**

4       A.    I just don't see a difference in terms of

5   computer and architecture between studying computer

6   performance for a consumer device and another

7   computer, and the ways of measuring performance and

8   characterizing it are not different.  They're not

9   different in the textbook.  Even when you teach case

10  studies on different ones, it's -- on one that's a

11  consumer device and one that's not, it's the same

12  techniques.

13      **Q.      What about the question of when something**

14  **is perceptible to a user?  What experience do you**

15  **have that makes you an expert on that question?**

16      A.    I have read multiple studies of what

17  users can perceive, and in this case I also have

18  relied upon statements by Apple engineers, as well,

19  about what kind of performance differences are

20  meaningful to users.

21      **Q.      But why are you sort of qualified to take**

22  **that material and interpret it?  Like, I could do**

23  **that too.**

24      A.    Because it's a question then of whether a

25  particular performance difference was perceptible to



Page 178

1   users.

2       Q.      Right.

3       A.      And then it's simply a question of

4   whether they can perceive a difference, and there's

5   studies showing what differences they can perceive.

6       Q.      **Yeah, but why are you -- like, what does**

7   **your expertise add to the jury's consideration of**

8   **that question?**

9       A.      The examination of the performance data

10  that I received from Apple and putting that into

11  context with respect to what is a perceptible

12  difference.

13      Q.      **But those are just spreadsheets on the**

14  **one hand and studies that you read on the other**

15  **hand, right?  Like, neither of those seem to me to**

16  **require a computer scientist.  Or am I wrong?**

17      A.      I'm not saying someone else couldn't do

18  it, but my -- they aren't just spreadsheets.  I

19  analyzed the data and relate it to both what Apple

20  says is important as well as what is perceptible and

21  have examined Apple's documents to see what aspects

22  they highlight.  I believe it's definitely going to

23  be understandable to someone else, and I'm not

24  saying I'm the only one who could have done it.

25      Q.      **Do you agree with me that for purposes of**



Page 194

1    directly.  No.

2       **Q.     So how do you conclude that people can**
3    **perceive changing of 100 milliseconds or more?**

4       A.     Partly because of the context of
5    discussion, also knowing what the basis for numbers
6    like that is, and other studies.  That's what tells
7    me that.  The goal for -- the other aspect of that
8    is that in terms of responsiveness, the reason that
9    100 milliseconds is the goal is because going below
10   something that is perceptible, there's no point, as
11   opposed to many computing tasks where the goal is as
12   little time as possible.

13      **Q.     I see.  So at the end of the day, your**
14   **opinion sort of comes down to the fact that any lag**
15   **over 100 milliseconds is perceptible, and therefore**
16   **the performance regression is measured by -- some of**
17   **the tests that you analyzed are perceptible because**
18   **they showed things like app launch times that**
19   **exceeded 100 milliseconds?**

20      A.     It's not just -- it's not that they
21   exceed.  It's the differences.  In other words --

22      **Q.     I understand.  They regressed -- some of**
23   **them regressed more than 100 milliseconds?**

24      A.     Yes.  Some of them far more than that,
25   but it's -- that and they're also -- I believe I



Page 195

1  cite to targets that Apple has set for these, as

2  well.

3      Q.     Okay.  By the way, these targets that

4  you're talking about in these talks, they're

5  targeted to app developers, right?

6      A.     Yes, but they're also targets that are

7  discussed for operations, for performance in Apple's

8  internal performance documents, as well.

9      Q.     But these targets that you cite here in

10 the -- where you quote Apple engineers talking about

11 performance at various conferences, those are

12 targeted at app developers, right?

13     A.     Yes.

14     Q.     And is that because the way that apps are

15 designed can affect how long, for example, they take

16 to load?

17     A.     Yes.

18     Q.     And also how long they take to respond to

19 a button push or things like that?

20     A.     Yes.  But the talks also describe the

21 details about the operation of iOS with respect to

22 apps so that developers can make those decisions.

23     Q.     Sure.  Is it fair to say that performance

24 for a user will -- of the phone will depend in part

25 on things like what apps the user is running and



Page 196

1    trying to use?

2        A.    Well, the performance on those particular

3    apps will depend on those apps, yes.  And there

4    could certainly be instances where -- particularly

5    with respect to memory limitations, it could be the

6    case that the way in which you're making use of

7    particular apps could affect -- could lead to an

8    interplay between the apps.

9        Q.    So the environment matters for

10   performance, I guess is the point?

11       A.    In some cases, yes.

12       Q.    Okay.  You cite -- I'm going to try to

13   short-circuit this.  You cite a number of Apple

14   internal documents where they are monitoring the

15   performance of various builds of iOS 7 both before

16   release and after release.  Is that fair?

17       A.    Yes.

18       Q.    Is it your sense that the sorts of

19   documents that you cite were in the form of regular

20   reports that would have existed for other versions

21   of iOS in addition to the ones that you're concerned

22   about?

23       A.    At some level, I would expect those -- I

24   don't know if they take the same form.  I would

25   expect Apple to have a -- to do performance testing



Page 197

1 | on their devices, and they have an infrastructure

2 | that they build for that, so I have no reason to

3 | doubt they do.

4 | **Q.      So the fact that those reports exist**

5 | **itself doesn't indicate anything extraordinary about**

6 | **the performance of iOS 7.  Is that fair?**

7 | A.      It may not.  I don't know if they

8 | generate that same kind of report in other cases.

9 | As I said, I expect them to do testing.  I don't

10 | know if the same process would be followed.

11 | **Q.      Have you seen any reports or documents**

12 | **that you think were specific to iOS 7 and indicated**

13 | **some sort of extraordinary problem?**

14 | A.      I know that they're missing targets for

15 | performance.  I just don't know whether that's --

16 | without looking at what they were doing in previous

17 | versions and whether there were reports for previous

18 | versions in the same point in the development

19 | process, I just don't know.

20 | **Q.      You say they're missing targets.  What**

21 | **are you referring to?**

22 | A.      They are setting targets for performance

23 | that they are not in all cases meeting.

24 | **Q.      Is there a specific document that you're**

25 | **referencing that's cited in your report when you say**



Page 198

1    that?

2        A.      I think in all of those sort of

3    performance documents, at least the ones I have in

4    mind, they have targets that they want to achieve,

5    and it is frequently the case that they're not

6    achieving those targets.

7        **Q.      Okay.  Is there a particular -- I'm just**

8    **trying to understand what targets you're**

9    **referencing.  Is there a place in your report where**

10   **you talk about those that comes to mind?**

11       A.      I don't -- I don't know.  There's not, at

12   least -- there's not a part of the report that comes

13   to mind.  Let me see.  No.  Just the citing and

14   recollection of what's in the documents, but I don't

15   recall a particular place in the report.

16       **Q.      Okay.**

17       A.      I don't know if I noted that in the

18   report or not.

19       **Q.      Are you talking about the documents that**

20   **you excerpted on Pages 67 and 68?  Is that one thing**

21   **that you're talking about, at least?**

22       A.      I think that's the type of document.

23   Yes.

24       **Q.      Okay.  Are you referring to the goals**

25   **listed here as the -- when you say "targets"?**



Page 199

1    A.    Yes.

2    Q.    Do you know whether the -- like where it

3  says "current," do you know whether that's referring

4  to a released build of the system or an internal,

5  kind of incremental build to the next release?

6    A.    I don't know in every case, but I know

7  some of these are internal builds, just based on

8  what I know about the numbers of released builds.

9    Q.    Okay.  And do you know for a fact that

10  these goals were never met, after these documents

11  that you cite were created?

12    A.    I don't know about never.  There were

13  certain cases where a goal wasn't met in the

14  performance numbers that I got in the spreadsheet

15  from Apple, but I don't have a specific recollection

16  of which ones.

17    Q.    Did those spreadsheets have goals in

18  them?

19    A.    No.  What I'm saying is a goal -- in some

20  cases it was possible, not in most, but in some it

21  was possible to map a goal set in these documents to

22  a particular measurement in those spreadsheets.  And

23  my recollection is in some cases the goal wasn't met

24  by the number in that spreadsheet.

25    Q.    Did you do that mapping?



Page 200

1     A.    I examined it.  It wasn't something I

2   could consistently do, but I do recall looking at

3   it.

4     **Q.    When you say "looking at it," what do you**

5   **mean?**

6     A.    There were some cases where I could

7   relate what was in the document, in these documents

8   to what was in the spreadsheet.

9     **Q.    Okay.  Is any -- is there any outcome of**

10  **that mapping reflected in this report at all,**

11  **anywhere?**

12    A.    What I was primarily doing it for, which

13  I believe I indicated, was that these are

14  indications of tests that were -- performance

15  elements that were important to Apple and the

16  magnitude of differences that mattered and the type

17  of tests they did.  So I believe that is something I

18  noted in the report.

19    **Q.    Okay.  But you just said that one of the**

20  **things you did was perform a mapping from the**

21  **Apple-produced spreadsheets that you analyzed and**

22  **some of the goals of the sort that you saw on Pages**

23  **67 and 68; is that correct?**

24    A.    If that's the way I said it, it's wrong.

25    **Q.    Okay.**



Case 5:17-cv-00551-LHK   Document 333-7   Filed 12/12/19   Page 13 of 17
GRACE: DR. MARK T. JONES - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 201

1      A.      What I meant was I did a mapping of

2  descriptions of tasks here that I believed I could

3  map to tests in that spreadsheet, and that was the

4  mapping I did, and it's my recollection also that in

5  some cases the goal set here wasn't met in the

6  spreadsheet, in the performance results there,

7  but --

8      **Q.      Do you offer -- I'm sorry.  Go ahead.**

9      A.      I doubt that I -- I don't recall noting

10  that in the report, because my purpose was to

11  indicate that I could identify tests and

12  measurements that were important to Apple or at

13  least appeared to be based on these documents and

14  relate those to tests and measurements in the

15  spreadsheet.

16      **Q.      Okay.  But you never really do that, do**

17  **you, not in any numerical way?**

18      A.      That's not what I -- I'm not saying I did

19  it in a numerical way.  I'm saying that where I

20  could identify a test, that -- well, let me back up

21  for a second.

22              In that spreadsheet, there were many,

23  many, many tests, some of which the name wasn't

24  descriptive enough for me to guess what it was.  And

25  in other cases, it's very difficult in isolation to



Page 202

1  know even whether that test -- did they just run it

2  by accident, did it matter to them at all.  Some

3  tests just produce statistics and it doesn't -- not

4  all the statistics are relevant.

5           So what I did was look and find -- in

6  cases where I could map something as being an

7  important test, like app launch times, was a metric

8  that mattered obviously to Apple that they

9  monitored, and so that's something that would be

10  reasonable to look at the differences in.

11      **Q.     Okay.  But you never mapped those**

12  **differences or those absolute numbers for iOS 7.1 to**

13  **any numerical threshold or goal that you found**

14  **reflected in other Apple documents, or did you?**

15      A.     I don't believe I mapped it to the goals

16  here, that are stated here, no.

17      **Q.     Okay.  Or any other numerical threshold?**

18      A.     I believe in every case I indicated that

19  they were perceptible based on the differences that

20  I saw.

21      **Q.     Okay.  But you didn't like show your work**

22  **in any mathematical sense to reach that conclusion,**

23  **right?  Like, you didn't say, "Oh, these fall above**

24  **or below the threshold of X, and therefore they're**

25  **presentable."  You didn't do that sort of analysis?**



Page 203

1     A.     I don't recall if I stated it that way or

2  not.

3     Q.     Okay.  Did you do that sort of analysis?

4     A.     I think in every case, I gave the values

5  that resulted from it and indicated they were

6  perceptible and gave you my --

7     Q.     Right.  But you never indicated that they

8  were perceptible because they fell below a threshold

9  of perceptibility that could be stated in numbers.

10  You never did that, did you?

11     A.     I don't know if I summarized it that way

12  or not.

13     Q.     Do you think that the number of online

14  discussions and articles relating to iOS 7

15  performance in the iPhone 4 was unusual when it

16  comes to an operating system release that is

17  supported by older hardware?

18     A.     I think within the context of the iPhone

19  and previous releases, yes, I do believe it was

20  unusual and that the tenor of the discussion in

21  articles was different, and it -- I don't recall

22  that significant an issue with performance before

23  that.

24     Q.     Okay.  What about ones that came after?

25     A.     I don't recall the same level of issues.



Page 221

 1    download of secure software radio.

 2              On Page 13, there's a

 3    Lockheed-Martin/Sanders one that is addressing

 4    computer security.

 5              There's a National Security Agency one.

 6         Q.    Yep.

 7         A.    Those are the ones where the primary

 8    focus of the work was computer security, not just

 9    that the work involved computer security but the

10    primary focus of the work was computer security.

11         Q.    Got it.  Were any of those relating to

12    consumer mobile devices?

13         A.    I think for most of them, it was

14    architectures in general.  It was not -- at the

15    level we were doing the work, it wasn't a specific

16    military platform.

17         Q.    But it was for, generally speaking,

18    military applications?

19         A.    No.

20         Q.    What were they for?

21         A.    So the work we were doing at the level we

22    were doing it were to be more fundamental work.

23         Q.    I see.

24         A.    And applications of that were things that

25    I didn't do and my students didn't do, unless they



GRACE: DR. MARK T. JONES - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 226

1   COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

2           I, Rhonda D. Tuck, RPR, CRR, Notary Public in and

3   for the Commonwealth of Virginia at Large, and whose

4   commission expires on May 31, 2020, do certify that the

5   aforementioned appeared before me, was sworn by me, and

6   was thereupon examined by counsel; and that the foregoing

7   is a true, correct, and full transcript of the testimony

8   adduced.

9           I further certify that I am neither related to nor

10  associated with any counsel or party to this proceeding,

11  nor otherwise interested in the event thereof.

12          Given under my hand and notarial seal at

13  Charlottesville, Virginia, this 27th day of September,

14  2018.

15

16

17

18  _____

19          Rhonda D. Tuck, RPR, CRR

20      Notary Public Registration No. 224847

21      Commonwealth of Virginia at Large
            DALLAS 69

22

23

24

25  Job No. 37982/307500

