# EXHIBIT 2

| | |
|---|---|
| JOSHUA H. LERNER, SBN 220755<br>  jlerner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:    415.393.8200<br>Facsimile:    415.393.8306 | EUGENE NOVIKOV, SBN 257849<br>  enovikov@durietangri.com<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>TELEPHONE:        415.362.6666 |

*Attorneys For Defendant* APPLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>                     Defendant. | Case No. 5:17-cv-00551-LHK<br><br>**APPLE'S WITNESS LIST**<br><br>Date:    January 16, 2020<br>Time:    1:30pm<br>Ctrm:    Courtroom 4, 5th Floor<br>Judge:  Honorable Lucy H. Koh |

**DEFENDANT APPLE INC.'S WITNESS LIST**

Defendant Apple Inc. ("Apple") discloses its list of witnesses, including a summary of each witness, that it may call at trial, other than for impeachment or rebuttal, identifying which witnesses it expects to call live and which it expects to call by deposition.  Apple reserves the right to: (1) add or remove witnesses or deposition testimony as necessary, including, but not limited to, in response to witness testimony, exhibits or other evidence that Plaintiffs may proffer; (2) call witnesses or use deposition testimony that may be necessary to lay the foundation for the admissibility of evidence if the Parties are unable to agree to the admissibility of such evidence; (3) call additional witnesses or use deposition testimony not on this list for the purposes of rebuttal or impeachment; and (4) call any witness identified by Plaintiffs on their live or by-designation witness lists or use any deposition testimony designated by Plaintiffs.  Furthermore, and if necessary after the parties meet and confer regarding authenticity, admissibility, and other issues relating to exhibits and pretrial issues, Apple reserves the right to call custodians of records for any documents produced by a third party that are contained within its exhibit list.  By including witnesses on its list, Apple assumes no obligation to call or make available any witness at trial.

In the event that a witness from whom Apple anticipates offering live testimony is unavailable to testify at trial, Apple reserves the right to use deposition testimony given by such witness. For witnesses as to which Apple currently believes it to be reasonably possible that the witness will not be available for trial and not within 100 miles of the courthouse, Apple has listed the witness both as a live witness and as a witness by deposition. In the event that Plaintiffs object to the use of Apple's deposition designations at trial, Apple reserves the right to call the deponent to provide live testimony.  Apple further reserves the right to update the subjects on which the persons identified as witnesses may testify based on new information (including any newly produced documents); and to question the persons identified herein on any topics on which that person testified in a deposition, or regarding any matter that is discussed in any document to which that person had access and that is designated as an exhibit by either party.

**Live Witnesses**

**Deidre Caldbeck** is a Product Marketing Manager at Apple.  She may testify about the

history and development of Apple and its iPhone and iPod products, the development and maintenance of Apple's iOS operating systems and FaceTime and related interactions and agreements with third parties, Apple's product information, communications and interactions with Apple carriers and channel partners, including purchase transactions, Apple Care service, and support records, as well as knowledge and information concerning the April 16, 2014 digital certificate expiration and concerning iOS 7's performance on iPhone 4 and iPhone 4S devices, as well as any other issues addressed in her deposition or any documents introduced into evidence by the parties as to which she has knowledge.

**Dallas De Atley** is a Software Development Engineer at Apple. He may testify about the history and development of Apple and its iPhone and iPod products, the development and maintenance of Apple's iOS operating systems and FaceTime, the April 16, 2014 digital certificate expiration, and Apple's efforts to restore FaceTime service to customers affected by the digital certificate expiration, as well as any other issues addressed in his deposition or any documents introduced into evidence by the parties as to which he has knowledge.

**Neil Malhotra, Ph.D.** is the Edith M. Cornell Professor of Political Economy at the Graduate School of Business at Stanford University. He has studied political science, statistical methodology, and econometrics. He may testify about the opinions disclosed in his expert report and deposition.

**Aviel Rubin, Ph.D.** is a Professor of Computer Science at Johns Hopkins University. He has focused his studies and work on computer security, with a current concentration on systems and networking security, with special attention to software and network security. He may testify about the opinions disclosed in his expert report and deposition.

**Gokul Thirumalai** is an Engineering Manager, Messaging Services, at Apple. He may testify about the history and development of Apple and its iPhone and iPod products, the development and maintenance of Apple's iOS operating systems and FaceTime and related interactions and agreements with third parties, the April 16, 2014 digital certificate expiration, Apple's efforts to restore FaceTime service to customers affected by the digital certificate expiration, as well as any other issues addressed in his deposition or any documents introduced into evidence by the parties as to which he has knowledge.

**Jacques Vidrine** is a Senior Manager, Security Frameworks, QA, Special Projects, and OS Security, at Apple. He may testify about the history and development of Apple and its iPhone and iPod products, the development and maintenance of Apple's iOS operating systems and FaceTime, the April 16, 2014 digital certificate expiration, and Apple's efforts to restore FaceTime service to customers affected by the digital certificate expiration, as well as any other issues addressed in his deposition or any documents introduced into evidence by the parties as to which he has knowledge.

**David Hale** is an Area Vice President, Strategic Sales at Akamai Technologies. He may testify as to issues addressed in his deposition or any documents introduced into evidence by the parties as to which he has knowledge.

**Christina Grace** is a named plaintiff and class representative in this matter. She may testify as to issues addressed in her deposition or any documents introduced into evidence by the parties as to which she has knowledge.

**Ken Potter** is a named plaintiff and class representative in this matter. He may testify as to issues addressed in his deposition or any documents introduced into evidence by the parties as to which he has knowledge.

**Testimony by Deposition**

**Each of the below-listed witnesses may testify about any issue addressed in the designated portions of his or her deposition testimony:**

**Christopher Hall** is the former Assistant Vice President of Product Management at AT&T.

**Brian T. Plott** is the Director of Recommerce at Best Buy.

**Andy Zeinfeld** is the President of Brightstar Echo.

Dated: December 13, 2019              Gibson, Dunn & Crutcher LLP


                                      By:  /s/ Joshua H. Lerner
                                                Joshua H. Lerner

                                      Attorney for Defendant APPLE INC.

# CERTIFICATE OF SERVICE

I, Ashley Moser, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State. On the date set forth below, I served the following document(s):

**APPLE'S WITNESS LIST**

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2019

/s/ Ashley Moser
Ashley Moser

**SERVICE LIST**

| | |
|---|---|
| Bruce L. Simon<br>Daniel L. Warshaw<br>Alexander Lee Simon<br>PEARSON SIMON & WARSHAW, LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Telephone: 415-433-9000<br>Fax: 415-433-9008<br>Email: bsimon@pswlaw.com<br>Email: dwarshaw@pswlaw.com<br>Email: asimon@pswlaw.com<br><br>Attorneys for Plaintiffs | Bradley W. Caldwell<br>Christopher S. Stewart<br>Jason D. Cassady<br>John A. Curry<br>John Summers<br>Daniel R. Pearson<br>Warren J. McCarty III<br>CALDWELL CASSADY CURRY P.C.<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>Telephone: 214-888-4848<br>Fax: 214-888-4849<br>Email: bcaldwell@caldwellcc.com<br>Email: cstewart@caldwellcc.com<br>Email: jcassady@caldwellcc.com<br>Email: acurry@caldwellcc.com<br>Email: jsummers@caldwellcc.com<br>Email: dpearson@caldwellcc.com<br>Email: wmccarty@caldwellcc.com<br>Email: grace@caldwellcc.com<br><br>Attorneys for Plaintiffs |
| David F.E. Tejtel<br>FRIEDMAN OSTER & TEJTEL PLLC<br>240 East 79th Street, Suite A<br>New York, NY 10075<br>Telephone: 646-661-5881<br>Email: dtejtel@fotpllc.com<br><br>Attorneys for Plaintiffs | Allan Steyer<br>Jill M. Manning<br>D. Scott Macrae<br>Suneel Jain<br>STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH LLP<br>One California Street, Suite 300<br>San Francisco, CA 94111<br>Telephone: 415-421-3400<br>Fax: 415-421-2234<br>Email: asteyer@steyerlaw.com<br>Email: jmanning@steyerlaw.com<br>Email: smacrae@steyerlaw.com<br>Email: sjain@steyerlaw.com<br><br>Attorneys for Plaintiffs |