# EXHIBIT 1

Page 1

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN JOSE DIVISION

 3

   CHRISTINA GRACE and KEN POTTER,
 4 Individually and on Behalf of
   All Others Similarly Situated,
 5           Plaintiffs,

 6 vs.                    No. 5:17-cv-00551-LHK-NC

 7 APPLE INC.,

 8           Defendant.
   ------------------------------/
 9

10

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13

14       DEPOSITION OF DANA M. TREXLER, CPA/CFF

15              PHILADELPHIA, PENNSYLVANIA

16                TUESDAY, JULY 10, 2018

17

18

19

20

21

22

23  Reported by:

24  MAUREEN E. BRODERICK, RPR

25  Job No. 306500
```

**CERTIFIED TRANSCRIPT**

Page 160

1     resale data.
2          She ignores trade-in data.  She ignores
3     carrier data.  She ignores proposed class
4     members who never resell or trade in their
5     phones.
6     ████████████████████████████████████████
      ████████████████████████████████████████
      ████████████████████████████████████████
      ████████████████████████████████████████
      ████████████████████████████████████████
      ████████████████████
      ████████████████████████████████████████
      ████████████████████████████████████
14    BY MR. McCARTY:
15        Q    What data set would you use?
16        A    I don't have an opinion on what data set
17    to use.  That would be, that would require a lot of
18    analysis to even determine if there is an
19    appropriate data set because there are so many
20    different sources of information that would need to
21    be considered, and I have, I have not performed that
22    analysis.
23        Q    Page 23 -- well, strike that.
24             On the bottom of 21, you state that I
25    understand that users who upgraded their iPhones to

GRACE: DANA M. TREXLER, CPA/CFF - HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 170

```
 1   BY MR. McCARTY:
 2        Q    Page 24, you say that Hastings' report --
 3   I'll let you get there.  This is just above
 4   Section B.
 5                You say:  The Hastings report does
 6   not express opinions that are supportable within a
 7   reasonable degree of professional certainty.  Which
 8   profession are you referring to?
 9        A    So when I make this statement, I'm
10   referring to Dr. Hastings' opinions with, that she
11   expressed with respect to proposed class members
12   suffering a common harm, and I'm using a reasonable
13   degree of professional certainty broadly as it's
14   typically used in a legal, court-type context.
15        Q    So it's a -- okay.  But you're not saying
16   a reasonable degree of legal certainty, are you?
17        A    I'm not making any legal conclusions.
18   Oftentimes in damages matters, experts are expected
19   to provide an opinion that is within a reasonable
20   degree of professional certainty, and it's my
21   opinion that Dr. Hastings fails to do that.
22                Her analysis is, it contains so many
23   fundamental flaws that you're unable to rely -- that
24   her opinion becomes speculative and unreliable.
25        Q    Is there a particular error rate that
```



Page 171

1  defines whether something is, I guess, supportable
2  within a reasonable degree of certainty or not?
3      A    I'm unaware of a particular stated error
4  rate.  I mean, there could be.  It could vary by
5  jurisdiction, but I'm unaware of it.
6      Q    Page 26 of your report, you state:  I
7  understand that the measure of restitution for
8  plaintiffs' UCL claim is the difference between the
9  price plaintiff paid to Apple for their devices and
10 the value of the product they received in that the
11 measure of damages -- well, I'll stop there.
12                What is UCL?
13     A    I'm referring to the unfair business
14 practices claim.
15     Q    Where do you get the understanding that
16 you mention here that the measure of restitution in
17 a UCL claim is the difference between the price
18 plaintiffs paid and the value of the product they
19 received?
20     A    So that is based on my discussions with
21 counsel.  I'm not purporting to make any legal
22 conclusions.
23     Q    You also discuss the measure of damages
24 for trespass to chattels claim?
25     A    Yes.

hglitigation.com  

Page 213

C E R T I F I C A T E

COMMONWEALTH OF PENNSYLVANIA   :
                                                      :
COUNTY OF PHILADELPHIA         :

I, MAUREEN BRODERICK, Registered Professional Reporter - Notary Public, within and for the Commonwealth of Pennsylvania, do hereby certify that the proceedings, evidence, and objections noted are contained fully and accurately in the notes taken by me of the preceding deposition, and that this copy is a correct transcript of the same.

*[Signature: Maureen Broderick]*
_____

MAUREEN BRODERICK
Registered Professional Reporter - Notary Public
Dallas: 69