# EXHIBIT 2

Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE NORTHERN DISTRICT OF CALIFORNIA
3   SAN JOSE DIVISION
4
5   CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others
6   Similarly Situated,
7        Plaintiffs,
                                Case No.:
8        v.                     5:17-cv-00551-LHK-NC
9   APPLE INC.,
10       Defendant.
11   _____
12
13   HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY
14   VIDEOTAPED EXPERT DEPOSITION OF NEIL MALHOTRA, PH.D.
15
16   SEPTEMBER 25, 2018
17
18
19   217 Leidesdorff Street
20   San Francisco, California
21
22
23   REPORTED BY:
24   Siew G. Ung
25   CSR No. 13994, RPR, CSR


CERTIFIED TRANSCRIPT

Page 46

1    A.   For example, if people -- in two ways, I
2    could tell you.
3        Q.   Okay.
4        A.   So one potential way is if the types of
5    phones are -- across different states are different.
6    So, for example, the storage sizes, the models, the
7    colors, et cetera; and second, if consumers have
8    different demand for new phones across states, that
9    could also affect the resale market.
10       **Q.   Have you done any analysis of whether the**
11   **resale market for used phones varies by state?**
12       A.   I have not done any analysis on that.  It
13   was not part of my assignment.
14       **Q.   Have you seen any data that suggests that**
15   **the used phone market varies by state?**
16   ██████████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████████████
     ████████████████████████████████████████████████
     ████████████████████████████████████████████████
     ████████████████████████████████████████████████
     ██████████████████████████████
25       **Q.   So how does -- how does the data in**

Page 162

1  one outcome variable rather than the other.  I don't
2  think this is clear -- so I'm sorry, I'm probably
3  asking this again, and your counsel will object, but
4  what additional information do you think -- would
5  you need in that paragraph to understand why
6  Dr. Hastings didn't use trade-in data as opposed to
7  resale data?
8         [redacted]

23         Q.  Do you think that Dr. Hastings should have
24  used -- used trade-in data in her regression
25  analysis?

Page 163

1   █████████████████████████████████
████████████████████████████████████
███████████████████████████████
███████████████████████████████████
██████████████████████████████████
█████████████████████████████████
███████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████████
███████████████████████████████████
████████████████████████████████████
██████████████████████████████████
███████████████████████████████████
████████████████████████████████████
███████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
█████████

22       Q.  Okay.  If you take a look at
23   paragraph 185, paragraphs 31 to 33 of your expert
24   report.  We discuss hetero- -- heterogeneity in the
25   prices for used phones across data sets.  And you

```
 1    ████████████████████████████████████████
      ██████████████████████████████████████████
      █████████████████████████████████████████
      ███████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      █████████████████████████████████████████
      ████████████████████████████████████████
      █████████████████████████████████████████
      ██████████████████████████████████████████
      ██████████████████████████████████████████
      █████████████████████████████████████████
      █████████████████████████████████████████
      ██████████████████████████
      ██████████████████████████████████████████
      ████████████████████████████████████████
      ████████████
      █████████████████████████████████████████
      ███████████████████████████
      ██████████████████████████████████
      █████████████████████████████████████
      ███████████████████████████████
24         Q.   Does the iOS affect the resale value of an
25    iPhone?
```

```
1    STATE OF CALIFORNIA         )
                                 )
2    COUNTY OF MARIN             )

3

4         I, Siew Ung, a Certified Shorthand Reporter, do

5    hereby certify:

6         That prior to being examined, the witness in the

7    foregoing proceedings was by me duly sworn to testify to

8    the truth, the whole truth, and nothing but the truth;

9         That said proceedings were taken before me at the

10   time and place therein set forth and were taken down by

11   me in shorthand and thereafter transcribed into

12   typewriting under my direction and supervision;

13        I further certify that I am neither counsel for,

14   nor related to, any party to said proceedings, nor in

15   any way interested in the outcome thereof.

16        In witness whereof, I have hereunto subscribed my

17   name.

18

19   October 1, 2018

20

21

22

23
             [signature]
24   _____
     Siew Ung
25   CSR No. 13994, RPR, CSR
```

Dallas: 69