# EXHIBIT 3

```
                                                                    Page 1
 1                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 2                        SAN JOSE DIVISION

 3  _____

 4  CHRINSTINA GRACE and KEN POTTER,
    Individually and on Behalf of
 5  All Others Similarly Situated,

 6              Plaintiffs,

 7
       -vs-                              No. 5:17-cv-00551-LHK-NC
 8

 9  APPLE INC,

10              Defendant.
    _____
11

12        ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

13            VIDEO DEPOSITION OF DR. MARK T. JONES

14                    8:32 a.m. to 5:32 p.m.

15                      September 24, 2018

16                      Blacksburg, Virginia

17

18

19

20

21

22

23

24  Job No. 37982/307500

25          REPORTED BY:  Rhonda D. Tuck, RPR, CRR
```

CERTIFIED TRANSCRIPT



hglitigation.com

Page 176

1  here?
2      A.      With respect to browser performance, yes.
3      Q.      What case was that in, assuming it was in
4  a case?
5      A.      I don't think that that testimony is
6  public.
7      Q.      You shouldn't violate any confidentiality
8  agreements that you have.
9              What experience do you have that makes
10 you qualified to offer an expert opinion on the
11 performance of consumer electronic devices?
12     A.      In terms of -- well, my focus on that
13 device is computer performance and computer
14 architecture and its performance and assessment of
15 it, and that's something that I have studied both as
16 an undergraduate and graduate student.  It's
17 something I've taught courses on, and it's something
18 that I've performed experiments on and written
19 papers on the performance of computer architectures.
20     Q.      When you use "performance" in that
21 sentence, what do you mean?
22     A.      Both in terms of -- the most common one
23 is with respect to time, the time to perform a
24 particular task or set of tasks or to even
25 characterize the difference between two



Page 226

1  COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

2         I, Rhonda D. Tuck, RPR, CRR, Notary Public in and
3  for the Commonwealth of Virginia at Large, and whose
4  commission expires on May 31, 2020, do certify that the
5  aforementioned appeared before me, was sworn by me, and
6  was thereupon examined by counsel; and that the foregoing
7  is a true, correct, and full transcript of the testimony
8  adduced.
9         I further certify that I am neither related to nor
10 associated with any counsel or party to this proceeding,
11 nor otherwise interested in the event thereof.
12        Given under my hand and notarial seal at
13 Charlottesville, Virginia, this 27th day of September,
14 2018.

15

16
17 
18 _____
19      Rhonda D. Tuck, RPR, CRR
20    Notary Public Registration No. 224847
21      Commonwealth of Virginia at Large
            DALLAS 69
22

23

24

25 Job No. 37982/307500

hglitigation.com