# EXHIBIT 5

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:17-cv-00551-LHK<br><br>**EXPERT REPORT OF DR. AVIEL D. RUBIN** |

140. Further, device performance is highly context-dependent. As discussed above, many factors that can affect device performance (measured by metrics like launch times, web page load times, and UI responsiveness), including the age of the hardware, other applications running and/or loaded on the device, the presence of viruses or malware, how long it has been since the last reboot, and others. Dr. Jones does not appear to know the environment in which these tests were run. It is therefore unclear how Dr. Jones reaches his conclusion that they reflect the experience of any particular user, let alone "overall" performance in some unspecified sense.

141. In my view, Dr. Jones thus does not have a basis to conclude either that any particular regression was "perceptible" or that users would have perceived the overall performance of the devices as slower in some broader sense. There is no mapping between a large set of varied, discrete test results and the user experience, and the results themselves vary widely enough that they do not lend themselves to a conclusion that the iPhone 4 and 4S would have "felt" slower to a user.

142. As discussed above, Dr. Jones' reliance on the other materials he examines do not indicate that the Apple performance test data reflects "perceptible" regressions. Apple statements about the importance of performance cannot do so because they don't set forth a threshold for perceptibility, and because Dr. Jones never attempts to quantitatively (or in any other way) compare them to the results of any Apple performance tests. The fact that Apple was monitoring similar performance test data is routine in the industry and does not say anything about whether the regressions reflected in the performance test results would have been perceptible to a user. And the miniscule number of user complaints cited, compared to the number of phones on the market, indicate the opposite of Dr. Jones' conclusion: that any difference in performance was not perceptible to users – at least not to a large enough degree to draw a substantial number of complaints.

E.   **There is No Indication That iOS 7.1 Performance was Inadequate.**

143. Even if it were possible to conclude that iOS 7.1 exhibited performance regressions that were perceptible to users, that would not mean that iOS 7.1 performed poorly or inadequately, or that the iPhone 4 and iPhone 4S "buckled under the weight" of the new operating system, or were incompatible with it. Just because a smartphone or any other computer slows down in a way perceptible to the human eye does not automatically render its performance unsatisfactory. Dr. Jones does not attempt to analyze

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

1  the impact of any regression on user satisfaction.

2  144.  I note three pieces of evidence that indicate that the performance of iOS 7.1 on the iPhone 4 and/or 4S was not unsatisfactory. First, the *Ars Technica* article on which Dr. Jones relies notes that while in the author's view the iPhone 4 has some problems running iOS 7.1, the operating system's improvements "make[] the iPhone 4 feel more responsive than it did, if not always as responsive as it once was," that the resulting performance is "tolerable" and even "impressive" considering the age of the hardware.[172] While I cannot comment on the reliability of *Ars Technica*'s reporting, it does not indicate that iOS 7.1 performance on the iPhone 4 was inadequate.

145.  Second, the Apple performance data on which Dr. Jones relies indicates that in almost all cases, the performance of iOS 7.1.1 on the iPhone 4S was better than the performance of iOS 6.1.3 on the iPhone 4. iOS 7.1.1 on the iPhone 4S outperformed iOS 6.1.3 on the iPhone 4 in 75 out of the 93 corresponding tests listed in Dr. Jones' exhibits 2 and 3, and in 94 out of the 100 page load tests listed in Dr. Jones' exhibit 4. I am not aware of any allegation that iOS 6.1.3 performed inadequately on the iPhone 4, or that iPhone 4 "buckled under the weight" of iOS 6.1.3. It is therefore illogical to contend that iOS 7.1 was non-functional on the iPhone 4S, or that the iPhone 4S "buckled under its weight."

146.  [REDACTED]

///
///
///
///
///

---

[172] https://arstechnica.com/gadgets/2013/09/new-lease-on-life-or-death-sentence-ios-7-on-the-iphone-4/.
[173] APL-GRACE_00001956; Ex. C.

## VIII. MISCELLANEOUS

147. I incorporate here the opinions expressed in my declaration in support of Apple's opposition to Plaintiffs' motion for class certification, as modified by the later addendum to that declaration.

Dated: September 18, 2018

_____
Dr. Aviel D. Rubin