# EXHIBIT A

Page 1

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION
4
5  CHRISTINA GRACE and KEN POTTER,
6  Individually and on Behalf of
7  All Others Similarly Situated,
8      Plaintiffs,
9  vs.                                    No. 5:17-cv-00551-LHK-NC
10 APPLE INC.,
11     Defendant.
12 --------------------------------/
13
14
15            HIGHLY CONFIDENTIAL
16
17       DEPOSITION OF GOKUL THIRUMALAI
18          PALO ALTO, CALIFORNIA
19          FRIDAY, APRIL 20, 2018
20
21
22
23 Reported by:
24 JANIS JENNINGS, CSR, CCRR
25 Job No. 305491

**CERTIFIED TRANSCRIPT**

Page 10

1  Will the court reporter please swear in the
2  witness.
3
4           GOKUL THIRUMALAI,
5      The witness herein, was sworn and
6         testified as follows:
7
8              EXAMINATION
9  BY MR. McCARTY:
10     Q.  Good morning, Mr. Thirumalai.
11     A.  Good morning.
12     Q.  Would you please state your name for the
13  record.
14     A.  Sure.  Gokul Thirumalai.
15     Q.  And would you spell that, please.
16     A.  G-o-k-u-l, first name; and last name is
17  T-h-i-r-u-m-a-l-a-i.
18     Q.  My name is Warren McCarty.  We have not met
19  before today; right?
20     A.  Yes.
21     Q.  Do you understand that I represent
22  plaintiffs in this case?
23     A.  I do.
24     Q.  Do you know who the plaintiffs are in this
25  case?

GRACE: GOKUL THIRUMALAI - HIGHLY CONFIDENTIAL

Page 89

```
1   usage on Akamai's relay servers for FaceTime?
2        A.   At the time, no.
3        Q.   Do you understand that to be the case now?
4        A.   Yes.
5        Q.   And who at Apple would have been primarily
6   responsible for negotiating the contract or changes
7   in the contracts between Apple and Akamai as it
8   related to FaceTime relay server usage?
9        A.   Patrick Gates would -- was the person then
10  that worked with Akamai.
11       Q.   Do you know if there was anyone else either
12  above him or below him that would interface and work
13  with Akamai on the relay server usage and the
14  changes that Apple might have needed in 2013?
15       A.   I don't.
16       Q.   How long did Apple's -- strike that.
17            How long were all FaceTime calls relayed
18  after you made the change in April 2013?
19            MR. PILMER:  Object to the form.
20            THE WITNESS:  I mean, the server continues
21  to be configured to send all calls to relay.  The
22  clients are able to establish with the new mechanism
23  with iOS 7.
24  BY MR. McCARTY:
25       Q.   And so iOS 7 was September 2013; right?
```

hglitigation.com 

GRACE: GOKUL THIRUMALAI - HIGHLY CONFIDENTIAL

Page 251

```
 1     A.   I'm sorry.  I'm having trouble.  You're
 2  jumping between two things.  So Patrick is asking
 3  what happened in April, and you're asking -- can you
 4  repeat the question one more time.
 5     Q.   Yeah.  I'm just asking -- I'm trying to
 6  understand if you had any discussions with
 7  Patrick Gates, whether in April or some other
 8  timeframe, about the topic of which he's trying to
 9  draw attention to by emailing you.
10     A.   Patrick is asking what happened in April.
11  And, as we reviewed earlier, I sent him emails in
12  April about what happened then.  And Patrick is
13  asking -- he doesn't remember clearly, so he's
14  asking what happened then.
15     Q.   Did Mr. Gates ever express a desire to you
16  to reduce relay usage to save money?
17     A.   Again, as we've discussed before, back in
18  early 2013 we had a project in iOS 7 that was about
19  reducing relay utilization.  Money wasn't
20  necessarily involved, and the conversation was
21  really about reducing relay utilization per what
22  Patrick's -- what the project was about.
23     Q.   Sure.  My question was:  Did Mr. Gates ever
24  express a desire to you to reduce relay usage to
25  save money?
```



265

1       I, JANIS JENNINGS, CSR No. 3942, Certified
2  Shorthand Reporter, certify:
3       That the foregoing proceedings were taken
4  before me at the time and place therein set forth, at
5  which time the witness was duly sworn by me;
6       That the testimony of the witness, the
7  questions propounded, and all objections and statements
8  made at the time of the examination were recorded
9  stenographically by me and were thereafter transcribed;
10      That the foregoing pages contain a full, true
11 and accurate record of all proceedings and testimony.
12      Pursuant to F.R.C.P. 30(e)(2) before
13 completion of the proceedings, review of the transcript
14 [X] was [ ] was not requested.
15      I further certify that I am not a relative or
16 employee of any attorney of the parties, nor financially
17 interested in the action.
18      I declare under penalty of perjury under the
19 laws of California that the foregoing is true and
20 correct.
21      Dated this 1st day of May 2018.
22
23      _____
24      JANIS JENNINGS, CSR NO. 3942
25      CLR, CCRR

Dallas:69