# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

VirnetX Inc., No. 6:11-cv-563,

Plaintiffs,

-vs-

Apple Inc.,

Defendant.

_________________________________/

VirnetX Inc. and Science Applications Corporation, No. 6:12-cv-855,

Plaintiffs,

-vs-

Apple Inc.,

Defendant.

_________________________________/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF

JOHN PATRICK GATES

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER
OCTOBER 29, 2014

Reported by: JENNY L. GRIFFIN
CSR No. 3969, RMR, CRR, CLR

JOB NO. 214672

VIDEOTAPED DEPOSITION OF JOHN PATRICK GATES, produced as a witness at the instance of the Plaintiff, and administered an oath, was taken in the above-styled and numbered cause on the 29th day of October, 2014, from 9:20 a.m., to 2:58 p.m., before JENNY GRIFFIN, CSR, in and for the State of California, reported by machine shorthand, at KIRKLAND & ELLIS LLP, 3330 Hillview Avenue, Palo Alto, California 94304, pursuant to the Federal Rules of Civil Procedure

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

October 29, 2014 9:20 a.m.

P R O C E E D I N G S

THE VIDEOGRAPHER: We are now going on video record. Today is October 29th, 2014. The time is approximately 9:20 a.m. The location is Kirkland and Ellis LLP, Palo Alto, California.

My name is Eli Good. I'm the video specialist representing HG Litigation Services.

The civil action number is 6:11-CV-563/, 6:12-CV-855, in the matter of VirnetX Inc., versus Apple Inc., and the deponent is Patrick Gates.

This video deposition is requested by the plaintiff's counsel, Caldwell Cassady & Curry.

Will counsel please identify themselves for the record.

MR. CURRY: This is Austin Curry, at Caldwell Cassady & Curry, on behalf of plaintiffs.

MR. APPLEBY: Robert Appleby from the law firm of Kirkland & Ellis for defendant Apple. And with me is Jeanne Heffernan, also of Kirkland and Ellis, and Jenny Yokoyama, as counsel at Apple.

THE VIDEOGRAPHER: The deponent may now be sworn in.

///

///

JOHN PATRICK GATES,

having been first duly administered an oath to tell the truth, the whole truth, and nothing but the truth, testified as follows:

EXAMINATION:

BY MR. CURRY:

Q. Good morning.

A. Good morning.

Q. Would you please state your name and address for the record.

A. [REDACTED]

Q. Thank you.

And you understand that your testimony today is given under oath?

A. I do.

Q. Is there any reason, like lack of sleep or any medications, that would prevent you or hurt you from -- or keep you from answering my questions honestly and truthfully today?

A. No.

Q. You have a pretty extensive history with this litigation, would you say?

MR. APPLEBY: Objection. Form.

THE WITNESS: I don't know what you mean

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



19

[10/29/2014] Gates, John P. (Vol. 01) - 10/29/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APL-GRACE_00170136



20

[10/29/2014] Gates, John P. (Vol. 01) - 10/29/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APL-GRACE_00170137

A. I've heard that that happened, but I haven't been involved in the content of those.
Q. Do you have any awareness of what the court ordered Apple to pay as an ongoing royalty?
A. No, I don't know what that number is.
Q. Did the court's order of an ongoing royalty factor into any decision by Apple as to whether to continue relaying all FaceTime calls as opposed to paying the ongoing royalty?
MR. APPLEBY: Objection. Form.
THE WITNESS: Well, we made the decision to relay all the FaceTime calls before the whole royalty conversation happened. So I would say no, it didn't.
BY MR. CURRY:
Q. How expensive has it been for Apple to relay all the FaceTime calls?
A. Well, that's kind of an interesting question.
[redacted]



25

[10/29/2014] Gates, John P. (Vol. 01) - 10/29/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APL-GRACE_00170142



26

[10/29/2014] Gates, John P. (Vol. 01) - 10/29/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00170143

[redacted]

Q. Is there a word that describes the difference between the level of capacity that you reserve and the peak that you project? In other words, some level of comfort or --

A. I see. One word that sometimes might get used for that would be "headroom."

Q. Headroom.

A. Yeah.

[redacted]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



28

[10/29/2014] Gates, John P. (Vol. 01) - 10/29/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-GRACE_00170145



29

[10/29/2014] Gates, John P. (Vol. 01) - 10/29/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APL-GRACE_00170146



30

[10/29/2014] Gates, John P. (Vol. 01) - 10/29/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APL-GRACE_00170147

31

[10/29/2014] Gates, John P. (Vol. 01) - 10/29/2014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY APL-GRACE_00170148

[redacted]

Q. I see. How long has Apple had the FaceTime feature?

A. I believe we launched FaceTime in iOS 4 in 2010. But I would have to double-check that. It's been a while.

Q. Has the history of the bandwidth usage for relayed FaceTime calls been pretty stable -- not, you know, if you compared days like, you know, a random day in the year versus Christmas, but just --

A. Right.

Q. -- has it been as stable year by year?

MR. APPLEBY: Objection. Form.

THE WITNESS: You're saying has it been like sort of relatively constant since 2010? Is that the --

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY