# EXHIBIT C



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    AKAM-0876



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              AKAM-0877