# EXHIBIT I

```
                                                                   1
 1             IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                      TYLER DIVISION

 3  VIRNETX INC. AND SCIENCE        *   CIVIL ACTION NO.

 4  APPLICATIONS INTERNATIONAL      *   6:12-cv-855-RWS

 5  CORPORATION,                    *   (Lead Consolidated Case)

 6                                  *

 7       Plaintiffs,                *

 8                                  *

 9  VS.                             *

10                                  *

11                                  *

12  APPLE INC.,                     *   Tyler, Texas

13                                  *   January 28, 2016

14       Defendant.                 *   9:06 a.m.

15

16  ------------------------------------------------------------

17

18      REPORTER'S TRANSCRIPT OF JURY TRIAL, VOLUME 4

19      BEFORE THE HONORABLE ROBERT W. SCHROEDER III

20              UNITED STATES DISTRICT JUDGE

21

22  ------------------------------------------------------------

23

24

25
```

225

```
           1  instructions on that.
           2           THE COURT:  Yeah.
           3           MR. JONES:  Thank you, Your Honor.
           4           THE COURT:  That's fine.
03:42PM    5           Okay.  Well, then the Defendant may call their
           6  first witness.
           7           MR. LOY:  Your Honor, the Defendant calls
           8  Frank Casanova to the stand.
           9           THE COURT:  All right.
03:42PM   10           MR. LOY:  My understanding, Your Honor, is
          11  Mr. Casanova has been sworn in.  He was in the courtroom
          12  during the swearing.
          13           THE COURT:  All right.  Very well.
          14       FRANK CASANOVA, DEFENDANT'S WITNESS, SWORN
03:42PM   15                    DIRECT EXAMINATION
          16  BY MR. LOY:
          17  Q.   Good afternoon, Mr. Casanova.
          18  A.   Good afternoon, Mr. Loy.
          19  Q.   Could you please introduce yourself for the jury?
03:42PM   20  A.   Yes.  My name is Frank Casanova, and I work at
          21  Apple.
          22  Q.   When did you start working at Apple?
          23  A.   In 1988.
          24  Q.   Where do you live?
03:42PM   25  A.   I live in a town called Saratoga.  It's just
```

260

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | Q.    And you're not here to tell the jury that you're       |
|          | 2  | aware of any technology that is an alternative to            |
|          | 3  | VirnetX's technology for FaceTime and iMessage, are you,     |
|          | 4  | sir?                                                         |
| 04:29PM  | 5  | A.    No, sir, I wouldn't know one way or the other.         |
|          | 6  | Q.    And I don't know on behalf of Apple, right?            |
|          | 7  | A.    I don't know.                                          |
|          | 8  | Q.    You're going to have a technical expert to address     |
|          | 9  | that?                                                        |
| 04:29PM  | 10 | A.    We do have technical experts that will follow me,      |
|          | 11 | that's correct, sir.                                         |
|          | 12 | Q.    I bet you get lots of questions at dinner parties      |
|          | 13 | from folks when they find out that you work at Apple?        |
|          | 14 | A.    Lots of tech support questions, that's correct.        |
| 04:29PM  | 15 | Q.    All right.  And I bet folks ask you about updating     |
|          | 16 | their iPhones?                                               |
|          | 17 | A.    From time to time.                                     |
|          | 18 | Q.    And have you ever had anyone ask you, listen, I        |
|          | 19 | updated my iPhone and it seems like it made it worse?        |
| 04:29PM  | 20 | A.    I have heard that from time to time.                   |
|          | 21 | Q.    Now, Apple doesn't go around breaking its own          |
|          | 22 | products for its customers, does it?                         |
|          | 23 | A.    No, sir.                                               |
|          | 24 | Q.    That wouldn't be a good way to treat customers,        |
| 04:30PM  | 25 | would it?                                                    |

261

```
            1   A.      No.
            2   Q.      Now, let's talk about FaceTime when Apple was
            3   found to have infringed on FaceTime after the first
            4   trial.  Do you recall that?
04:30PM     5   A.      I have that in mind.
            6   Q.      And Apple implemented what everyone agreed was a
            7   non-infringing alternative, didn't they?
            8           MR. LOY:  Objection, Your Honor.  Can we
            9   approach?
04:30PM    10           THE COURT:  Yes.
           11           (Bench conference.)
           12           MR. LOY:  Mr. Ward asked the question, did
           13   Apple -- everyone agrees is a non-infringing alternative.
           14   This is walking right into the issue that was just
04:31PM    15   decided.
           16           MR. WARD:  Everyone agrees is a non-infringing
           17   alternative.  That's not a dispute.  We agree; they
           18   agree.  He knows he testified on his deposition exactly
           19   what it cost.  He was asked that very question.
04:31PM    20           THE COURT:  I know; but he didn't open the
           21   door, Mr. Ward.
           22           MR. WARD:  No, we're -- we agree that it
           23   doesn't infringe.
           24           THE COURT:  Okay.
04:31PM    25           MR. WARD:  And that they've left it -- I want
```

273

|          |    |    |                                                           |
|----------|----|----|-----------------------------------------------------------|
|          |  1 | A. | We do.                                                    |
|          |  2 | Q. | All right.                                                |
|          |  3 | A. | It's not really a complaint department, though.           |
|          |  4 | Q. | You don't have a complaint department?                    |
| 04:44PM  |  5 | A. | No. This particular one.                                  |
|          |  6 | Q. | Okay. Well, let's read this document.                     |

 7           Looks like this was received April 25th, 2014;
 8  is that right?
 9  A.    Yes, I would agree.
04:44PM 10  Q.    And, so, it was comment that was submitted via the
11  Apple Inc. Website by; and the name is blanked, right?
12  A.    Correct.
13  Q.    And this person writes: Dear Investor Relations,
14  I'm writing to express my extreme dissatisfactions with
04:44PM 15  Apple. A few weeks ago, I noticed that FaceTime was not
16  functioning on my iPhone 4. When I inquired at my local
17  carrier's store, they did not have any answers except
18  that I needed to upgrade my software to iOS 7. The
19  problem, iOS 7 does not function well on iPhone 4 and
04:45PM 20  iPhone 4S.
21           Let me stop right there.
22           Is that the first time you've heard that
23  complaint, that iOS 7 doesn't function well on an
24  iPhone 4?
04:45PM 25  A.    Yes, sir, it is.

274

|   |   |
|---|---|
| | 1  Q.    You've never heard that complaint before, that the |
| | 2  release of iOS 7 was too much information for a slower |
| | 3  processor? |
| | 4  A.    I'm going to have to think about that.  This was |
| 04:45PM | 5  quite a while ago.  I haven't thought about it in this |
| | 6  context for a number of years. |
| | 7  Q.    All right.  Well, let's keep going then. |
| | 8           According to news reports, FaceTime no longer |
| | 9  works with iOS 6, even though no notice to this effect |
| 04:45PM | 10 was given by the company.  When I tried to contact Apple |
| | 11 support, I am informed that I had to pay $19 just to |
| | 12 speak to someone, who will no doubt tell me that all I |
| | 13 need to do to remedy the problem is to upgrade the |
| | 14 operating system on the phone. |
| 04:46PM | 15          This is extremely frustrating, as the only |
| | 16 reason I and other friends and family purchased an iPhone |
| | 17 in the first place is to take advantage of the FaceTime |
| | 18 application. |
| | 19          Let's stop right there. |
| 04:46PM | 20          At least someone says the only reason they |
| | 21 bought this phone was for FaceTime, right? |
| | 22 A.    Yeah.  That's what this individual says, that's |
| | 23 correct. |
| | 24 Q.    She and her friends and family, right? |
| 04:46PM | 25 A.    Yes, sir. |

```
04:46PM   1  Q.     The irony of the whole situation is that Apple
          2  markets its products as bringing greater connectivity to
          3  the world when, in fact, all Apple has done is cut me off
          4  from my primary way of connecting with friends and
          5  family.
          6         I would greatly like to resolve this
          7  situation.  Up until now, I had always been a big fan of
          8  Apple's products and company mission.  If there's a way
          9  to remedy this problem without upgrading my software, I
04:46PM  10  would appreciate if someone would contact me as soon as
         11  possible.  I look forward to hearing from an Apple
         12  representative soon.
         13         Thank you.
         14         Did I read that right?
04:46PM  15  A.     Yes, sir, you did.
         16  Q.     All right.  And I'm going to -- there's a
         17  resolution.  We're going to come back to the resolution
         18  of this one.  But you had another complaint --
         19         MR. WARD:  Let's look at Document 4.
04:47PM  20         No, that's not the right -- and just zoom in.
         21  Q.     (By Mr. Ward) All right.  This looks like one that
         22  got sent to Tim Cook, right?  And that's the CEO, right?
         23  A.     Yeah.  Lower down in the -- right.  At the top,
         24  it's from Tim to someone else.
04:47PM  25  Q.     Right.  And this is within eight days of the other
```

279

04:51PM

1  Q.     And then let's go to the top of the 1117-1.
2         And this is largely a reprint.  I won't spend
3  our time doing that.
4         Let's go to the next page of it with the
5  update on April 28th, 2014.
6         MR. WARD:  Zoom in right there at the top.
7  Q.     (By Mr. Ward) Going back to our problem:  Unable to
8  make or receive FaceTime calls after April 16, 2014.
9         She declined to update her software and

04:52PM

10 indicated she would upgrade her iPhone instead, right?
11 A.     That's what it says, correct.
12 Q.     And so you don't know sitting in that chair
13 whether or not Apple was intentionally -- intentionally
14 breaking iPhones to get folks to upgrade to iOS 7; you

04:52PM

15 just had no knowledge of that?
16 A.     Well, it's not our style to intentionally break
17 iPhones.  But I don't know what took place in this thread
18 of conversations and e-mails.
19 Q.     But not just the e-mails, you don't know anything

04:52PM

20 that happened after the verdict up until the release of
21 iOS 7 with respect to what Apple was doing internally
22 with its software.  You're just, I don't know?
23 A.     I do not know.
24 Q.     You would agree with me that it's an innovative

04:53PM

25 way to sell new phones, though, right?

280

```
      1  A.    Yes.  But not -- not really a fair way to sell new
      2  phones.
      3  Q.    Not fair, is it?
      4  A.    It's not how we would do it.
04:53PM 5  Q.    Not how you would do it?
      6  A.    That's not how Apple works.
      7  Q.    How do you know that, sir, if you don't know
      8  anything about the documents between November, 2012, and
      9  the release of iOS 7?
04:53PM 10 A.    Because --
      11 Q.    How do you know that?
      12 A.    I'm sorry I interrupted you.
      13 Q.    Go ahead.
      14 A.    Because I've worked at Apple since 1988 and I have
04:53PM 15 a much longer purview on our history and culture than
      16 that.
      17 Q.    But you don't know about the documents?
      18 A.    No, sir.
      19           MR. WARD:  Pass the witness.
04:53PM 20           THE COURT:  Redirect?
      21           MR. LOY:  Just briefly, Your Honor.
      22                  REDIRECT EXAMINATION
      23 BY MR. LOY:
      24 Q.    Mr. Casanova, at the beginning of your direct
04:53PM 25 examination, you gave a very short introduction to your
```

```
                                                                    294
         1            MR. AROVAS:  No, Your Honor.

         2            THE COURT:  All right.

         3            MR. CASSADY:  No, Your Honor.

         4            THE COURT:  Good jobs today.  Thank you
05:19PM  5   everyone.  See you in the morning.

         6            (Court adjourned.)

         7

         8                        CERTIFICATION

         9

        10            I HEREBY CERTIFY that the foregoing is a

        11   correct transcript from the stenographic notes of the

        12   proceedings in the above-entitled matter to the best of

        13   my ability.

        14

        15   /s/ Brenda Hightower Smith
             BRENDA HIGHTOWER SMITH, CSR-FCRR   Date:  1/28/2016
        16   Official Court Reporter
             Eastern District of Texas
        17   Texarkana Division
             State of Texas No.:  3107
        18   Expiration Date:  12/31/16
```