# EXHIBIT F

"Matt Kenny" <matt_kenny@apple.com>  April 28, 2014  1:20 PM
To: investor_relations@apple.com  and 16 more...
Fwd: Customer Complaint (EMF Confidential /Matt)

Hello Pauline,

The feedback below pertains to Confidential outreach to Investor Relations.

## ER Contact Disposition

| | |
|---|---|
| Customer Name / GCRM Case Number | Confidential /604343708 |
| Product Family/Description, Serial Number | iPhone 4/ Confidential |
| GEO/Country | AMR/USA |
| Date Received by ER | April 25, 2014 |
| Resolution/Status | Resolved, April 28, 2014/Final Feedback |
| Warranty Status | DOP: August 11, 2012/Out-of-Warranty/Ineligible for AppleCare Protection Plan due to warranty status |
| Customer's Issue | Confide reported an inability to use FaceTime on her iPhone 4. |
| Root Cause | Confide expressed dissatisfaction, as her local carrier advised updating to iOS 7 to resolve the issue. Ms. ___ indicated she did not wish to update her device, and requested Apple provide an alternative resolution. |
| | • Artie Nathan, iCloud Engineering, provided the following response: "The customer is experiencing an issue covered in KBase Article: TS5419: "Unable to make or receive FaceTime calls after April 16, 2014". As noted in the article, the only workaround to their issue is to update their software." |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           APL-GRACE_00000996

| | |
|---|---|
| Action Taken by ER | • Unable to reach Confide via email or telephone. I will attempt to reach her again on April 28, 2014.<br><br>**UPDATE, April 28, 2014:**<br><br>• Per KBase Article: TS5419: "Unable to make or receive FaceTime calls after April 16, 2014", empathized with Confide and positioned updating to iOS 7 to resolve her issue. Confide declined to update her software, and indicated she would upgrade her iPhone instead.<br><br>• Confirmed Confide had no further support needs. |

### Additional Detail & Feedback

| | |
|---|---|
| Customer Satisfaction | Confide expressed appreciation for the support provided by Executive Relations. |
| Contact Status | Closed, April 28, 2014 |
| Repair/Support History | • No prior contact with Apple regarding this issue. |
| Process Feedback | N/A |
| Coaching/Training Opportunities | • Confide clarified she had not spoken previously with Apple regarding her issue. ▭ indicated, after visiting apple.com/support/iphone, she was aware her support coverage had expired, and would have to purchase telephone technical support from an Apple Advisor. |

Please let me know if you have any questions or concerns.

Best Regards,

Matt Kenny
Corporate Executive Relations | Apple Inc.
Tel. 408.783.1140 | matt_kenny@apple.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     APL-GRACE_00000997

**From:** Matt Kenny <matt_kenny@apple.com>
**Subject:** Customer Complaint (EMF/Confidential/Matt)
**Date:** April 25, 2014 at 4:37:39 PM PDT
**To:** investor_relations@apple.com
**Cc:** Apple Investor Relations <investor_relations@apple.com>, US ER Delegator Team <us_er_delegator_team@group.apple.com>, Bill Heilman <bheilman@apple.com>, Tommy Karkoska <karkoska@apple.com>, Christy Keoshian <keoshian@apple.com>, Lesley Kyono <kyono@apple.com>, Julie Buress <jburess@apple.com>, Dave Janes <david_janes@apple.com>, Eddy Cue <cue@apple.com>, iCloud Executive Escalations <icloud-exec-escalations@group.apple.com>, "Daniel C. Carr" <dcc@apple.com>, Erik Brown <brown.erik@apple.com>, ios-fa-escalations@group.apple.com, Tara Bunch <bunch@apple.com>, Dan Lohr <dlohr@apple.com>, Steve Robbins <steve_robbins@apple.com>

Hello Pauline,

The interim feedback below pertains to Confidentia outreach to Investor Relations.

| ER Contact Disposition | |
|---|---|
| Customer Name / GCRM Case Number | Confidentia /604343708 |
| Product Family/Description, Serial Number | iPhone 4/Unable to obtain serial number |
| GEO/Country | AMR/USA |
| Date Received by ER | April 25, 2014 |
| Resolution/Status | Research in Progress/Interim Feedback |
| Warranty Status | Pending |
| Customer's Issue | Confide reported an inability to use FaceTime on her iPhone 4. |
| | Confide expressed dissatisfaction, as her local |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              APL-GRACE_00000998

| | |
|---|---|
| Root Cause | carrier advised updating to iOS 7 to resolve the issue. Confide indicated she did not wish to update her device, and requested Apple provide an alternative resolution. |
| Action Taken by ER | • Artie Nathan, iCloud Engineering, provided the following response: "The customer is experiencing an issue covered in KBase Article: TS5419: "Unable to make or receive FaceTime calls after April 16, 2014". As noted in the article, the only workaround to their issue is to update their software." <br><br> • Unable to reach Confiden via email or telephone. I will attempt to reach her again on April 28, 2014. |

## Additional Detail & Feedback

| | |
|---|---|
| Customer Satisfaction | Pending |
| Contact Status | Open |
| Repair/Support History | Pending |
| Process Feedback | N/A |
| Coaching/Training Opportunities | Pending |

Please let me know if you have any questions or concerns.

Best Regards,

Matt Kenny
Corporate Executive Relations | Apple Inc.
Tel. 408.783.1140 | matt_kenny@apple.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        APL-GRACE_00000999

Begin forwarded message:

**From:** Apple Investor Relations <investor_relations@apple.com>
**Subject: Fwd: Customer Complaint**
**Date:** April 25, 2014 at 2:06:11 PM CDT
**To:** Customer Care ER <customer_care_er@group.apple.com>

Forwarding.

Please copy IR on the delegation and resolution.

Thank you,
Pauline

Begin forwarded message:

**Subject: Customer Complaint**
**Date:** April 25, 2014 at 11:28:17 AM PDT
**To:** investor_relations@apple.com
**Reply-To:** [Confidential]

The following comment was submitted via the Apple Inc. website by [Confidential] [Confidential]

Dear Investor Relations, I am writing to express my extreme dissatisfaction with Apple. A few weeks ago, I noticed that FaceTime was not functioning on my iPhone 4. When I inquired at my local carrier's store, they did not have any answers--except that I needed to upgrade my software to iOS7. The problem? iOS7 does not function well on iPhone 4 and iPhone 4s. According to news reports, FaceTime no longer works with iOS6 even though no notice to this effect was given by the company. When I have tried to contact Apple Support, I am informed that I have to pay $19 just to speak to someone who will no doubt tell me that all I need to do to remedy the problem is to upgrade the operating system on my phone. This is extremely frustrating as the only reason I and other friends and family purchased an iPhone in the first place is to take advantage of the FaceTime application. The irony of the whole situation is that Apple markets its products as bringing greater connectivity to the world when in fact all Apple has done is cut me off from my primary way of connecting with friends and family. I would greatly like to resolve this situation. Up until now, I had always been a big fan of Apple's products and company mission. If there is a way to remedy this problem without upgrading my software, I would appreciate if someone would contact me as soon as possible. I look forward to hearing from an Apple representative soon. Thank you, [Confidential]

Apple Inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          APL-GRACE_00001000

> 1 Infinite Loop
> Cupertino, CA 95014

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              APL-GRACE_00001001