# EXHIBIT G

1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                      TYLER DIVISION

 3   VIRNETX INC. AND SCIENCE      *   CIVIL ACTION NO.

 4   APPLICATIONS INTERNATIONAL    *   6:12-cv-855-RWS

 5   CORPORATION,                  *   (Lead Consolidated Case)

 6                                 *

 7        Plaintiffs,              *

 8                                 *

 9   VS.                           *

10                                 *

11                                 *

12   APPLE INC.,                   *   Tyler, Texas

13                                 *   January 29, 2016

14        Defendant.               *   9:06 a.m.

15

16   -----------------------------------------------------------

17

18        REPORTER'S TRANSCRIPT OF JURY TRIAL, VOLUME 5

19       BEFORE THE HONORABLE ROBERT W. SCHROEDER III

20              UNITED STATES DISTRICT JUDGE

21

22   -----------------------------------------------------------

23

24

25
```

7

1          MR. APPLEBY:  May it please the Court.

2          THOMAS JANSEN, DEFENDANT'S WITNESS, SWORN

3                    DIRECT EXAMINATION

4     BY MR. APPLEBY:

02:21PM  5     Q.    Good morning, Dr. Jansen.

6     A.    Good morning.

7     Q.    And where do you live?

8     A.    I live in Hamburg, Germany.

9     Q.    And who do you work for?

09:07AM  10     A.    I work or Apple.

11     Q.    Do you have a family?

12     A.    Yes, I do.  I have a wife and two little daughters

13     and a dog.

14     Q.    Now, you live in Germany now.  Have you ever lived

09:08AM  15     in the United States?

16     A.    I did.  I lived in the United States from 2008 to

17     May 2015.

18     Q.    Now, how long have you worked for Apple?

19     A.    It's been six and a half years now.

09:08AM  20     Q.    What is your position at the company?

21     A.    I'm a senior software engineer.

22     Q.    Now, is there a specific department at Apple in

23     which you work?

24     A.    Yes.  I work for a team called real-time

09:08AM  25     communications, which is part of a large organization

33

1            Now I'd like to just switch gears to a

2   slightly different topic.

3            Yesterday we saw some documents about an issue

4   where FaceTime would not work with iOS 6 devices.  Are

09:43AM  5   you aware of any such issue?

6   A.     Yes, I'm aware.

7   Q.     And can you explain what happened?

8   A.     So the issue that was discussed yesterday actually

9   points to a bug that we had in our code.  That

09:43AM 10   unfortunately happens.  Unfortunately happens more often

11   than we want.  And in this specific case --

12            MR. CALDWELL:  Objection, Your Honor.  This

13   witness was subject to the Rule and shouldn't be talking

14   about yesterday's testimony.

09:44AM 15            THE COURT:  You want to lay a foundation here,

16   Mr. Appleby?  Why would he be aware of that testimony?

17            MR. APPLEBY:  I --

18            THE COURT:  Maybe you could --

19            MR. APPLEBY:  I asked him --

09:44AM 20            THE COURT:  Go ahead.

21            MR. APPLEBY:  Yes, so I asked him a question,

22   there were documents that were presented yesterday.  I

23   did not expose him to that testimony, but I did ask him

24   about the issue.  And I'm just asking this witness about

09:44AM 25   whether we can explain the issue that was involved in

34

1    that.

2              THE COURT:   Mr. Caldwell, I'm going to give

3    you a full opportunity to cross-examine him on what he

4    knows and how he knows it.

5              MR. CALDWELL:   Thank you, Your Honor.

6    A.    Should I go on?

7    Q.    (By Mr. Appleby) Yeah, could you explain the issue

8    that we were just talking about?

9    A.    Yeah.  So as I was saying, it's a bug.  And the

10   bug that happened is -- there's something called a

11   certificate.  And a certificate is used to authenticate

12   if communication from -- it doesn't have to be FaceTime

13   communication, but whatever communication between

14   different parts is genuine.  A certificate gives an

15   identity, and we can -- we can authenticate this

16   identity.

17             Now, the certificate, before being used, has

18   to be validated.  And there are different ways how this

19   can be validated.

20             One way of validation is to see who issued

21   this certification.  And in this specific case, we had a

22   certificate that was issued by Apple, which was fine

23   because that's what we wanted to see.

24             Another way to validate this is to see if the

25   issue -- if the certificate is still -- is already

35

expired.  Certificates can have expiration dates.  And

that's what we did.  We tested, we validated if it's

expired.  But we were not supposed to.  Because there are

some certificates that even though they have an

expiration date, they do not expire.  And we were -- we

were checking if it's expired, and we were not supposed

to.  And so that caused us to say this certificate is

invalid, and that caused the FaceTime call to fail.  Very

unfortunate.

Q.    Did Apple intentionally create that problem?

A.    For sure not.  No.  It caused a lot of stress.

Q.    And what did Apple suggest that users do to solve

the problem?

A.    So there was a short-term suggestion and a

longer-term suggestion.  The short-term suggestion was to

update to iOS 7.  Because it took a while to fix that

bug.

        And then a few weeks after the bug was found

and caused problems, we also released an update to iOS 6

that solved the problem.

        MR. APPLEBY:  Okay.  Thank you.  No further

questions.

        THE COURT:  Cross-examination.

        MR. CALDWELL:  Thank you, Your Honor.  May I

have one moment?

60

1  Q.    There were lots of people involved in that change,

2  right?

3  A.    I -- I would say there was mainly on my team; but

4  as with every change, there are a lot of people involved.

10:17AM  5  Q.    Okay.  But you were involved and Mr. Patrick Gates

6  was involved?

7  A.    With the changes in iOS 7?

8  Q.    Yes, sir.

9  A.    I'm not aware, actually, that Patrick Gates was

10:17AM  10  involved in that.  I mean, he might have heard about it,

11  might have seen the readouts.  But if you mean by

12  involvement that there was a change on their end, I don't

13  believe there was.

14  Q.    Well, sir, and you've told us that there was this

10:17AM  15  unfortunate technical roadblock; but isn't it true what

16  you guys were facing was you wanted to find ways to

17  reduce relay usage?

18  A.    No, absolutely not.

19  Q.    Absolutely not?

10:17AM  20  A.    Absolutely not.

21  Q.    Okay.  So --

22  A.    I say this with all certainty.

23          MR. CALDWELL:  May I see PX1020 at Page 1?

24  Q.    (By Mr. Caldwell) What's the subject of this

10:18AM  25  e-mail on the top line, sir?

67

1  this is not a big -- as a deal as I think.

2            Do you see that?

3  A.    Yes, I do.

4  Q.    Why would he be saying that if Apple had some

5  choice in the matter?

6  A.    I can't really talk for Jacques.  But I can say

7  that he was right, it was a big deal.  And we learned

8  about it way too late, and there was just no release

9  scheduled for fixing it.

10 Q.    Apple's computer -- I'm sorry.  Apple's customers

11 were not -- were not laughing about this, were they?

12 A.    I don't think anyone was laughing about it.

13 Q.    Apple got a lot of complaints about it, didn't

14 they?

15 A.    I -- I don't know about a lot.  But I'm aware of

16 some, yeah.

17            MR. CALDWELL:  Can we go all the way back to

18 the very beginning of this e-mail?  And just blow up kind

19 of the middle of the screen there, Mr. Diaz.

20 Q.    (By Mr. Caldwell) Have you seen the cartoon Apple

21 used to represent this scenario?

22 A.    I -- I'm not really sure what you're referring to.

23            MR. CALDWELL:  Mr. Diaz, do you have it?

24 Q.    (By Mr. Caldwell) This is not a joking matter that

25 FaceTime broke for people with phones, correct?

208

1   selling the products in light of the prior verdict.

2              Thank you, Your Honor.

3              THE COURT:  All right.  Thank you.  Thank you,

4   Mr. Arovas.

04:59PM   5              Anything further?

6              MR. CALDWELL:  No, Your Honor.

7              THE COURT:  Okay.  Good.  You-all -- we had a

8   good week.  You-all are doing an outstanding job.  I

9   think we're right on time.  Okay?

04:59PM   10             All right.  Have a nice weekend.

11             COURT SECURITY OFFICER:  All rise.

12             (Court in recess.)

13

14                       CERTIFICATION

15

16             I HEREBY CERTIFY that the foregoing is a

17  correct transcript from the stenographic notes of the

18  proceedings in the above-entitled matter to the best of

19  my ability.

20

21  /s/ Brenda Hightower Smith
    BRENDA HIGHTOWER SMITH, CSR-FCRR   Date:  1/29/2016
22  Official Court Reporter
    Eastern District of Texas
23  Texarkana Division
    State of Texas No.:  3107
24  Expiration Date:  12/31/16

25