# EXHIBIT H

Page 1

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3    SAN JOSE DIVISION
4
5    No. 5:17-cv-00551-LHK-NC
     _____
6    CHRISTINA GRACE and KEN POTTER,
7            Plaintiff,
8        v.
9    APPLE, INC.,
10           Defendants.
     _____
11
12
13
14
15       VIDEOTAPED DEPOSITION OF
16           JACQUES VIDRINE
17       Highly Confidential
         Attorneys' Eyes Only
18
19
20
21       **CERTIFIED TRANSCRIPT**
22
23   DATE TAKEN:  SEPTEMBER 6, 2018
24   REPORTED BY:  PAUL J. FREDERICKSON, CCR, CSR
25   JOB NO. 307269

Page 2

```
 1         UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4
    No. 5:17-cv-00551-LHK-NC
 5  _____
 6  CHRISTINA GRACE and KEN POTTER,
 7              Plaintiff,
 8       v.
 9  APPLE, INC.,
10              Defendants.
11  _____
12
13            SEPTEMBER 6, 2018
14     Videotaped deposition of JACQUES VIDRINE,
15  the witness herein, held at San Francisco,
16  California at 9:30 a.m., pursuant to notice,
17  before Paul J. Frederickson, CCR, CSR.
18
19
20
21
22
23
24
25
```



Page 11

1      I come from the law firm Caldwell
2      Cassady & Curry, out of Dallas, Texas.
3              MR. NOVIKOV:  Gene Novikov, from
4      Durie Tangri LLP for Apple and the
5      witness, and with me is Gabe Zeldin,
6      counsel with Apple.
7              THE VIDEOGRAPHER:  Thank you.
8              Will the court reporter please
9      swear in the witness.
10             JACQUES VIDRINE
11      being duly sworn on oath, was
12         examined and testified
13              as follows:
14             EXAMINATION
15  BY MR. McCARTY:
16     Q.     Good morning.
17     A.     Good morning.
18     Q.     Would you please state your name
19  for the record?
20     A.     Jacques Vidrine.
21     Q.     Could you please spell that?
22     A.     J-A-C-Q-U-E-S V-I-D-R-I-N-E.
23     Q.     My name is Warren McCarty.  I'm an
24  attorney for the plaintiffs in this case.  Do
25  you understand that I represent the plaintiffs

Page 230

```
 1   named Dallas besides Dallas De Atley?
 2        A.    Yes.  But I think he retired
 3   before this date.
 4        Q.    That's a surprise.  I was not
 5   expecting a yes to that answer.
 6        A.    It's not a common name.
 7        Q.    If we go to the beginning of 174
 8   do you see Dallas De Atley is part of the
 9   recipient addresses there?
10        A.    Yes.
11        Q.    On February 22, 2013 do you
12   understand that Matthew Murphy was emailing
13   your boss, Dallas De Atley?
14        A.    Yep.
15        Q.    On February 22, 2013 did Matthew
16   Murphy email your boss, Dallas De Atley and
17   say:  "There was some question about the iPhone
18   device sub-CA which expires in just over a year
19   on April 16th of 2014"?
20        A.    Yes, that's what this says.
21        Q.    On February 26, 2013 did Matthew
22   Murphy email your boss Dallas De Atley and say:
23   "We're unsure what the impact of this
24   expiration might be and want to ascertain
25   whether there might be any breakage"?
```

Page 231

1           MR. NOVIKOV:  Mischaracterizes the
2    document.
3      A.     Yeah, no.
4      Q.     On February 22, 2013, did Matthew
5    Murphy email your boss Dallas De Atley and say:
6    "We are unsure what the impact of this
7    expiration might be and want to ascertain
8    whether there might be any breakage"?
9      A.     Yes.
10     Q.     Did Mr. De Atley forward this
11   email from February 26, 2013 to you at that
12   time?
13     A.     Not that I recall.
14     Q.     You didn't get this information
15   until October of that year; is that right?
16     A.     That's what I recall.
17     Q.     Nearly eight months later?
18     A.     February to October, yes.
19     Q.     After iOS 7 was released; right?
20     A.     Yes, after iOS 7 was released in
21   September.
22     Q.     If iOS 7 was released in
23   September, how many months before iOS 7 was
24   released did Matthew Murphy email your boss
25   Dallas De Atley and say the iPhone device

Page 232

```
 1   sub-CA is going to expire in 2014 and we want
 2   to ascertain whether there might be any
 3   breakage?
 4        A.    Seems to be five months.
 5        Q.    How many months -- how many months
 6   are between February and September?
 7        A.    Sorry, my mistake.  Seven months.
 8        Q.    During those seven months did you
 9   work on addressing the issues of the iPhone
10   device sub-CA at all?
11        A.    No, I did not.
12        Q.    Do you know if Dallas did?
13        A.    I do not know.
14        Q.    Do you know if Andrew Whalley did?
15        A.    I do know from this document,
16   Exhibit 173, that he was looking at the iPhone
17   device sub-CA expiration in May.
18        Q.    And he was -- he was talking to
19   the owner of FaceTime, wasn't he?
20        A.    Yes.  It was one of the people he
21   contacted.
22        Q.    That was Justin Wood?
23        A.    Correct.
24        Q.    Justin Wood said, "when validation
25   fails we expect FaceTime to fail," didn't he?
```

GRACE: JACQUES VIDRINE - HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 299

```
1          **********************
2             C E R T I F I C A T E
3          **********************
4
5              I, PAUL J. FREDERICKSON, CA
6      Certified Shorthand Reporter No. 13164 and
7      WA Certified Court Reporter No. 2419, do
8      hereby certify:
9              That prior to being examined,
10     the witness named in the foregoing
11     deposition was by me duly sworn or affirmed
12     to testify to the truth, the whole truth and
13     nothing but the truth;
14             That said deposition was taken
15     down by me in shorthand at the time and
16     place therein named, and thereafter reduced
17     to print by means of computer-aided
18     transcription; and the same is a true,
19     correct and complete transcript of said
20     proceedings.
21             I further certify that I am not
22     interested in the outcome of the action.
23             Witness my hand this 13th day
24     of September 2018.
25
```



Page 300

1
2
3  *[Signature: Paul J. Freder...]*
4  _____
5  PAUL J. FREDERICKSON, CCR, CSR
   WA CCR 2419   CA CSR 13164
   Expiration date:  March 31, 2019
6  Dallas: 69
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25