# EXHIBIT I

Page 1

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    CHRISTINA GRACE and KEN POTTER,

6    Individually and on Behalf of

7    All Others Similarly Situated,

8         Plaintiffs,

9    vs.                          No. 5:17-cv-00551-LHK-NC

10   APPLE INC.,

11        Defendant.

12   ------------------------------/

13

14

15      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

17            DEPOSITION OF JUSTIN WOOD

18             PALO ALTO, CALIFORNIA

19             FRIDAY, JUNE 22, 2018

20

21                                    CERTIFIED
                                     TRANSCRIPT
22

23   Reported by:

24   JANIS JENNINGS, CSR, CCRR

25   Job No. 306106



Page 8

```
 1                    JUSTIN WOOD,

 2          The witness herein was sworn and

 3          testified as follows:

 4

 5                    EXAMINATION

 6   BY MR. CURRY:

 7        Q.  Good morning.

 8        A.  Good morning.

 9        Q.  Please state your name and address for the

10   record.

11        A.  Justin Mcleod ████████████████████

12   ████████████████████████.

13        Q.  You have taken an oath that your testimony

14   here today is sworn to be true?

15        A.  Yes.

16        Q.  Have you ever testified under oath before?

17        A.  I have, yes.

18        Q.  How many times?

19        A.  Probably about 10 or so.

20        Q.  And you gave sworn testimony in the VirnetX

21   case.  Do you remember that?

22        A.  I do, yes.

23        Q.  Do you remember who took your deposition?

24        A.  I remember there were a couple of them.  I

25   don't remember all of them.  My apologies.
```



GRACE: JUSTIN WOOD - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 28

```
 1   two layers separated from the actual security

 2   itself.  I would presume someone within the larger

 3   security team would handle that.

 4        Q.   Do you understand what a relayed FaceTime

 5   call is?

 6        A.   I've heard many people at Apple even use

 7   that term very loosely.  Can you maybe be more

 8   specific with context?

 9        Q.   What's your understanding of what a relayed

10   FaceTime call is?

11        A.   Again, it has changed pretty heavily, the

12   semantic meaning of that, over the years.  The best

13   that I would represent that is, is a FaceTime call

14   that is -- actually, to be honest, every FaceTime

15   call would potentially be or could be at a moment in

16   time or completely a relayed call.

17        Q.   Are you saying that every FaceTime call

18   starts as relayed?

19             MR. LOY:  Objection.  Mischaracterizes

20   prior testimony.

21             THE WITNESS:  No.  And, again, I'm not

22   really an expert in the peer-to-peer connectivity or

23   the relay connectivity or any of the FaceTime

24   connectivity.  I just mostly deal with the client

25   side of things.
```



GRACE: JUSTIN WOOD - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 30

1   and answered.

2           THE WITNESS:  I -- again, there is an

3   ambiguity as to software version, and also I don't

4   know all of the peer-to-peer implications and when

5   relay is or is not used.

6   BY MR. CURRY:

7       Q.  Just at a high level do you understand the

8   difference between a peer-to-peer FaceTime call and

9   a relayed FaceTime call?

10      A.  The reason I'm confused is that, again, it

11  differs to software version.  And, in my

12  understanding -- which, again, I am not an expert in

13  this or familiar with it -- any call can use some

14  sort of peer-to-peer technology and relay and go

15  back and forth between that for whatever network

16  configuration is most efficient.

17      Q.  So in your answer when you are talking

18  about peer to peer and relay, what are you referring

19  to?

20      A.  As a not expert, when I communicate and

21  talk to co-workers that are experts in this, they

22  use the words "relay," which I presume means some

23  relay server, and then "peer-to-peer," which I

24  presume is a way of two devices communicating.  And

25  my understanding is both of those are used to have



GRACE: JUSTIN WOOD - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 41

```
 1   BY MR. CURRY:
 2        Q.  So you're saying you don't know whether or
 3   not there was ever a point in time in which calls --
 4   FaceTime calls started and stopped on relay?
 5             MR. LOY:  Objection.  Asked and answered.
 6             THE WITNESS:  As I think I mentioned
 7   previously, my only understanding as someone who
 8   does not work on that part of the software is that
 9   at some point in time calls started on relay.  I
10   don't know the specifics of what was necessary and
11   what happened after that.
12   BY MR. CURRY:
13        Q.  Was there a point in time in which you were
14   involved in any efforts to reduce relay usage for
15   FaceTime?
16        A.  So the part I'm -- not struggling with, but
17   the part is -- as I mentioned in a previous answer,
18   once there was a new constraint of starting a call
19   on relay, we started to do a lot of -- or myself and
20   my team started to do a lot of investigation as to
21   what's the impact on the customer experience, and we
22   started to learn a lot about how relay improves a
23   lot of things.
24             The other -- there were many variables in
25   making a good FaceTime call, and from the outset
```

**hglitigation.com**



GRACE: JUSTIN WOOD - HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 42

1    there was a belief that less relay is better.  And

2    as we learned more, we learned that that's not

3    necessarily accurate.

4          So, to answer your question, I have

5    definitely been part of many efforts.  Some of them

6    have been at times to reduce relay usage.  Sometimes

7    they have been to increase it where it actually

8    improves the experience of the call.  So it -- yes,

9    but that's one moment in time.

10      **Q.   Okay.  Let's try to focus on my questions,**

11   **because I asked if there was a point in time in**

12   **which you were involved in any efforts to reduce**

13   **relay usage for FaceTime.  Is the answer to that**

14   **question a "yes" or "no"?**

15          MR. LOY:  Objection.  Asked and answered.

16          THE WITNESS:  Again, it's not a -- it may

17   seem, but it's not a simple yes-or-no question.  My

18   efforts were always around improving and keeping a

19   high-quality FaceTime call.  There are many

20   variables to that.  One of the variables has been at

21   some moments in time a thought to decrease relay

22   usage and also to increase it.

23          MR. CURRY:  May I have the exhibit numbers,

24   please.

25          Thank you.



226

1          I, JANIS JENNINGS, CSR No. 3942, Certified

2    Shorthand Reporter, certify:

3          That the foregoing proceedings were taken

4    before me at the time and place therein set forth, at

5    which time the witness was duly sworn by me;

6          That the testimony of the witness, the

7    questions propounded, and all objections and statements

8    made at the time of the examination were recorded

9    stenographically by me and were thereafter transcribed;

10          That the foregoing pages contain a full, true

11    and accurate record of all proceedings and testimony.

12          Pursuant to F.R.C.P. 30(e)(2) before

13    completion of the proceedings, review of the transcript

14    [X] was [ ] was not requested.

15          I further certify that I am not a relative or

16    employee of any attorney of the parties, nor financially

17    interested in the action.

18          I declare under penalty of perjury under the

19    laws of California that the foregoing is true and

20    correct.

21          Dated this 5th day of July 2018.

22

23    _____

24    JANIS JENNINGS, CSR NO. 3942, CCRR
      DALLAS 69

25