UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE, et al., <br>     Plaintiffs, <br>     v. <br> APPLE, INC., <br>     Defendant. | Case No. 17-CV-00551-LHK <br><br> **JUDGMENT** |

On March 31, 2021, the Court granted final approval of the class action settlement, ECF No. 457, and granted in part and denied in part the motion for attorneys' fees, ECF No. 456. Accordingly, judgment is entered. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 31, 2021

                               *Lucy H. Koh*
                               LUCY H. KOH
                               United States District Judge