JOSHUA H. LERNER, SBN 220755
Josh.Lerner@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone:    628.235.1000
Facsimile:    628.235.1001

EUGENE NOVIKOV, SBN 257849
enovikov@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    415.362.6666

*Attorneys For Defendant* APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA GRACE and KEN POTTER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | CASE NO. 5:17-CV-00551-LHK (NC)<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION AND AMENDED\* ORDER RE SETTLEMENT FUND RESIDUAL** |

*Amended to remove provision for reassignment to Magistrate Judge Cousins. As the case is closed, any trailing matters will continue to be addressed by the general duty judge.

1  Plaintiffs Christina Grace and Ken Potter and Defendant Apple Inc. (the "Parties") through
2  their respective undersigned counsel, hereby stipulate and request the Court order as follows
3  regarding distribution of the remaining Settlement funds:
4  1.  On April 8, 2021, the Court entered an order, pursuant to stipulation of the Parties,
5  addressing how the parties should proceed "[i]f, following the initial distribution of Settlement funds
6  to the Settlement Class Members, there exist unclaimed funds in the Settlement Fund." Dkt. 460 at 2.
7  The Court ordered that, "if it is economically feasible and will not result in a windfall, the Settlement
8  Administrator shall process a second distribution of the residue of the Settlement Fund to those
9  Settlement Class Members who negotiated their check from the first distribution." *Id.* The Court
10 also ordered that if any "unclaimed funds remain in the Settlement Fund after the second
11 distribution," they "shall escheat to the states in which the Settlement Class Members reside." *Id.*
12 2.  The initial distribution of Settlement funds to the Settlement Class Members was
13 completed as of February 25, 2022.  As a result of the failure of some Settlement Class Members to
14 negotiate their settlement checks, there exist unclaimed funds in the Settlement Fund that are
15 available for a second distribution.  The Parties have met and conferred regarding the residue and
16 agreed that the following is the economically feasible path:
17 3.  The Parties will follow the Court's order (Dkt. 460) requiring the Settlement
18 Administrator to process a second distribution of the residue of the Settlement Fund *pro rata* to those
19 Settlement Class Members who negotiated their check from the first distribution.
20 4.  The Parties have determined that, given that the vast majority of the class members
21 who negotiated checks from the first distribution are located in California, if any unclaimed funds
22 remain after the second distribution, it would be most economically efficient for all such funds to
23 escheat to the State of California.
24 5.  Accordingly, the Parties request that the Court order as follows:
25     a.  the Settlement Administrator will process a second distribution of the residue of
26         the Settlement Fund *pro rata* to those Settlement Class Members who negotiated
27         their check from the first distribution;
28

b. any unclaimed funds that remain in the Settlement Fund after the second distribution will escheat to the State of California no later than 60 days after the second distribution payments become stale; and

c. ~~if Judge Koh is no longer presiding over this matter, the Parties stipulate to reassignment to Magistrate Judge Cousins for all purposes~~.

Dated: June 8, 2022       WILMER CUTLER PICKERING HALE AND DOOR LLP

By:   /s/ Joshua H. Lerner
      Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Dated: June 8, 2022       PEARSON, SIMON & WARSHAW, LLP

By:   /s/ Jill M. Manning
      Jill M. Manning

*Attorneys for Plaintiffs and the Class*

**PURSUANT TO STIPULATION (AS MODIFIED), IT IS SO ORDERED.**

Dated: June 15, 2022

UNITED STATES DISTRICT JUDGE

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Jill M. Manning, hereby attest that each of the other signatories have concurred in the filing of this document.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of June, 2022, at Tomales, California.

*/s/ Jill M. Manning*
JILL M. MANNING